| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER | |
|---|---|
| DAVIDA BROOK (275370) <br> KRYSTA KAUBLE PACHMAN (280951) <br> SUSMAN GODFREY L.L.P. <br> 1900 Avenue of the Stars, Suite 1400 <br> Los Angeles, CA  90067 <br> Phone:  (310) 789-3100; Fax: (310) 789-3150 | |
| ATTORNEY(S) FOR:  Plaintiff Jane Doe | |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| JANE DOE, on behalf of herself and all others similarly situated, <br><br> Plaintiff(s), <br><br> v. <br><br> MINDGEEK USA INCORPORATED, MINDGEEK S.A.R.L., MG FREESITES, LTD (D/B/A PORNHUB), MG FREESITES II, LTD, et al., <br><br> Defendant(s) | CASE NUMBER: <br><br> 8:21-cv-00338 <br><br> **CERTIFICATION  AND  NOTICE** <br> **OF INTERESTED PARTIES** <br> **(Local Rule 7.1-1)** |
|---|---|

TO:     THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _____Plaintiff Jane Doe_____
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Jane Doe | Plaintiff |
| MINDGEEK USA INCORPROATED | Defendant |
| MINDGEEK S.A.R.L. | Defendant |
| MG FREESITES, LTD (D/B/A PORNHUB) | Defendant |
| MG FREESITES II, LTD | Defendant |
| MG CONTENT RT LIMITED | Defendant |
| 9219-1568 QUEBEC, INC. (D/B/A MINDGEEK) | Defendant |

| February 19, 2021 | /s/ Krysta Kauble Pachman |
|---|---|
| Date | Signature |

Attorney of record for (or name of party appearing in pro per):

Plaintiff Jane Doe