Name and address:
Krysta Kauble Pachman
Susman Godfrey L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| Jane Doe | CASE NUMBER |
| --- | --- |
| v.                                    Plaintiff(s) | 8:21-cv-00338-CJC-ADS |
| MindGeek U.S.A., Inc., et al.<br><br>Defendant(s). | **(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Subramanian, Arun                                  of

*Applicant's Name (Last Name, First Name & Middle Initial)*

212-336-8330                    212-336-8340

*Telephone Number*            *Fax Number*

asubramanian@susmangodfrey.com

*E-Mail Address*

Susman Godfrey L.L.P.
1301 Avenue of the Americas
32nd Fl.
New York, NY 10019-6023

*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Plaintiff, Jane Doe

*Name(s) of Party(ies) Represented*                    ☒ *Plaintiff(s)*  ☐ *Defendant(s)*  ☐ *Other:* _____

**and designating as Local Counsel**

Pachman, Krysta Kauble                                  of

*Designee's Name (Last Name, First Name & Middle Initial)*

280951              (310) 789-3100          (310) 789-3150

*Designee's Cal. Bar No.*   *Telephone Number*       *Fax Number*

kpachman@susmangodfrey.com

*E-Mail Address*

Susman Godfrey L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067

*Firm/Agency Name & Address*

## HEREBY ORDERS THAT the Application be:

☐ GRANTED.

☐ DENIED:  ☐ for failure to pay the required fee.

☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.

☐ for failure to complete Application: _____

☐ pursuant to L.R. 83-2.1.3.2:  ☐ Applicant resides in California;  ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.

☐ pursuant to L.R. 83-2.1.3.4; Local Counsel:  ☐ is not member of Bar of this Court;  ☐ does not maintain office in District.

☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☐ not be refunded.

**Dated** _____

_____
**U.S. District Judge/U.S. Magistrate Judge**