Name and address:
Krysta Kauble Pachman (280951)
Susman Godfrey L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA  90067
kpachman@susmangodfrey.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE <br><br> Plaintiff(s) <br> v. <br><br> MINDGEEK U.S.A., INCORPORATED, et al. <br><br> Defendant(s). | CASE NUMBER <br><br> 8:21-cv-00338-CJC-ADS <br><br> **(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Cohen, Steve M.
*Applicant's Name (Last Name, First Name & Middle Initial*
(212) 337-5361          (347) 696-1227
*Telephone Number*      *Fax Number*
SCohen@PollockCohen.com
*E-Mail Address*

of Pollock Cohen LLP
60 Broad Street, 24th Floor
New York, NY 10004
*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Plaintiff, Jane Doe, on behalf of herself and all others similarly situated

*Name(s) of Party(ies) Represent*     ✓ *Plaintiff(s)* ☐ *Defendant(s)* ☐ *Other:*

**and designating as Local Counsel**

Pachman, Krysta Kauble
*Designee's Name (Last Name, First Name & Middle Initial*
280951           (310) 789-3100        (310) 789-3150
*Designee's Cal.   Telephone Number     Fax Number*
*Bar No.*
kpachman@susmangodfrey.com
*E-Mail Address*

of Susman Godfrey L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA  90067
*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED

☐ DENIED: 
- ☐ for failure to pay the required fee.
- ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
- ☐ for failure to complete Application: _____
- ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
- ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.
- ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded ☐ not be refunded.

**Dated:** Click here to enter a date.

                                                                    **U.S. District Judge/U.S. Magistrate Judge**