AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Central District of California

| | |
|---|---|
| JANE DOE, on behalf of herself and all others<br>similarly situated,<br><br>_____<br>*Plaintiff(s)*<br>v.<br>MINDGEEK USA INCORPORATED,<br>(See Attachment 1)<br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>  Civil Action No.  8:21-cv-00338-CJC-ADS |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   MINDGEEK USA INCORPORATED
21800 Oxnard Street, Suite 150
Woodland Hills, CA 91367

c/o CT Corporation System
818 West 7th Street, Suite 930
Los Angeles, CA 90017

(See Attachment  2)

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   DAVIDA BROOK
KRYSTA KAUBLE PACHMAN
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA  90067
Phone:  (310) 789-3100; Fax: (310) 789-3150

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  February 23, 2021          _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❒ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ ___0.00___ .

I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JANE DOE V. MINDGEEK USA INCORPORATED, et al.
Case No.

ATTACHMENT 1 TO SUMMONS


JANE DOE on behalf of herself and all
others similarly situated,


              Plaintiff,

v.


MINDGEEK USA INCORPORATED,
MINDGEEK S.A.R.L., MG
FREESITES, LTD (D/B/A
PORNHUB), MG FREESITES II, LTD,
MG CONTENT RT LIMITED, AND
9219-1568 QUEBEC, INC. (D/B/A
MINDGEEK),

              Defendants.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JANE DOE V. MINDGEEK USA INCORPORATED, et al.
Case No. 8:21-cv-00338

ATTACHMENT 2 TO SUMMONS

DEFENDANTS TO BE SERVED

| |
|---|
| MINDGEEK USA INCORPORATED<br>21800 Oxnard Street, Suite 150<br>Woodland Hills, CA 91367<br><br>c/o CT Corporation System<br>818 West 7th Street, Suite 930<br>Los Angeles, CA 90017 |
| MINDGEEK S.A.R.L.<br>32 Boulevard Royal<br>2449 Luxembourg, Luxembourg |
| MG FREESITES LTD. (D/B/A PORNHUB)<br>195-197 Old Nicosia-Limassol Road<br>Block 1 Dali Industrial Zone<br>Cyprus, 2540 |
| MG FREESITES II LTD.<br>195-197 Old Nicosia-Limassol Road<br>Block 1 Dali Industrial Z<br>Cyprus, 2540 |
| MC CONTENT RT LIMITED<br>195-197 Old Nicosia-Limassol Road<br>Block 1 Dali Industrial Zone<br>Cyprus, 2540 |
| 9219-1568 QUEBEC, INC. (D/B/A MINDGEEK)<br>7777, Decarie  Boulevard, Office 300<br>Montreal, Quebec, H4P 2H2 |