| Attorney or Party without Attorney:<br>KRYSTA KAUBLE PACHMAN (#280951)<br>SUSMAN GODFREY LLP<br>1900 Avenue of the Stars Suite 1400<br>Los Angeles, CA 90067<br>  Telephone No: 310-789-3100<br><br>  Attorney For:  Plaintiff | For Court Use Only |
|---|---|

| Insert name of Court, and Judicial District and Branch Court:<br>United Stated District Court Central District of California Southern Division |
|---|
| Plaintiff:  JANE DOE on behalf of herself and all others similarly situated<br>Defendant:  MINDGEEK USA INCORPORATED., et al |

| **PROOF OF SERVICE** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>8:21-cv-00338 |
|---|---|---|---|---|

1. *At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the Summons in a Civil Action, Class Action Complaint

3. a.  *Party served:*       MINDGEEK USA INCORPORATED
   b.  *Person served:*    Jessie Gastelum, CT Corporation Inc., Registered Agent, authorized to accept served under F.R.C.P. Rule 4.

4. *Address where the party was served:*    818 W 7th St Suite 930, Los Angeles, CA 90017

5. *I served the party:*
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Fri, Feb 26 2021 (2) at: 12:55 PM

6. **Person Who Served Papers:**
   a. Douglas Forrest (5141, Los Angeles)                    **d.** ***The Fee*** for Service was:  $138.86
   b. **FIRST LEGAL**
      1517 W. Beverly Blvd.
      LOS ANGELES, CA 90026
   c. (213) 250-1111

7. *I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.*

| 03/01/2021 | |
|---|---|
| (Date) | (Signature) |



*5400709*
*(4589118)*