FILED
CLERK, U.S. DISTRICT COURT

3/2/2021

CENTRAL DISTRICT OF CALIFORNIA
BY: ___CW___ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Jane Doe

Plaintiff(s)

v.

MindGeek U.S.A., Inc., et al.

Defendant(s).

CASE NUMBER

8:21-cv-00338-CJC-ADS

**ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE***

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Subramanian, Arun                                    of
*Applicant's Name (Last Name, First Name & Middle Initial)*

212-336-8330          212-336-8340
*Telephone Number*    *Fax Number*

asubramanian@susmangodfrey.com
*E-Mail Address*

Susman Godfrey L.L.P.
1301 Avenue of the Americas
32nd Fl.
New York, NY 10019-6023

*Firm/Agency Name & Address*

for permission to appear and participate in this case on behalf of

Plaintiff, Jane Doe

*Name(s) of Party(ies) Represented*

☒ Plaintiff(s)   ☐ Defendant(s)   ☐ Other: _____

and designating as Local Counsel

Pachman, Krysta Kauble                               of
*Designee's Name (Last Name, First Name & Middle Initial)*

280951              (310) 789-3100         (310) 789-3150
*Designee's Cal. Bar No.*   *Telephone Number*   *Fax Number*

kpachman@susmangodfrey.com
*E-Mail Address*

Susman Godfrey L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED.

DATED: March 2, 2021

_____
HON. CORMAC J. CARNEY, U.S. District Judge