DAVIDA BROOK (275370)
dbrook@susmangodfrey.com
KRYSTA KAUBLE PACHMAN (280951)
kpachman@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Phone: (310) 789-3100; Fax: (310) 789-3150

ARUN SUBRAMANIAN (*Pro Hac Vice*)
asubramanian@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1301 Avenue of the Americas, 32nd Fl.
New York, NY 10019-6023
Phone: (212) 336-8330; Fax: (212) 336-8340

(*See additional counsel on signature page*)

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| JANE DOE on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MINDGEEK USA INCORPORATED, MINDGEEK S.A.R.L., MG FREESITES, LTD (D/B/A PORNHUB), MG FREESITES II, LTD, MG CONTENT RT LIMITED, AND 9219-1568 QUEBEC, INC. (D/B/A MINDGEEK),<br><br>Defendants. | Case No. 8:21-CV-0038-CJC-ADS<br><br>*Hon. Cormac J. Carney*<br><br>**CLASS ACTION**<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**<br><br>Complaint served: March 18, 2021<br>Current response date: June 16, 2021<br>New response date: June 30, 2021 |

7998589v1/016926

Defendants Mindgeek USA Incorporated, Mindgeek S.a.r.l., MG Freesites Ltd (d/b/a Pornhub), MG Freesites II Ltd, MG Content RT Limited, and 9219-1568 Quebec Inc. (d/b/a Mindgeek) ("Defendants"), by and through their counsel, and Plaintiff Jane Doe, by and through her counsel, hereby stipulate and agree as follows:

**WHEREAS**, Plaintiff's Complaint in *Jane Doe v. Mindgeek USA Incorporated, et al.*, Case No. 8:21-CV-0038-CJC-ADS, was filed in the United States District Court, Central District of California on February 19, 2021 (ECF No. 1);

**WHEREAS**, Defendant Mindgeek USA Incorporated was served with the Complaint on February 26, 2021;

**WHEREAS**, Defendant Mindgeek USA Incorporated's response would be due on March 19, 2021;

**WHEREAS**, by this Stipulation, Defendants Mindgeek S.a.r.l., MG Freesites, Ltd (d/b/a Pornhub), MG Freesites II, Ltd, MG Content RT Limited, and 9219-1568 Quebec, Inc. (d/b/a Mindgeek) waive service of the Complaint;

**WHEREAS**, pursuant to Federal Rule of Civil Procedure 12(a)(1)(A)(ii), the deadline for Defendants Mindgeek S.a.r.l., MG Freesites Ltd (d/b/a Pornhub), MG Freesites II Ltd, MG Content RT Limited, and 9219-1568 Quebec Inc. (d/b/a Mindgeek) to answer or otherwise respond to the Complaint is June 16, 2021;

**WHEREAS**, in order to avoid piecemeal litigation, the parties desire to extend the deadline for all Defendants to answer or otherwise respond to the Complaint to June 30, 2021;

**WHEREAS**, the parties have not previously requested an extension of time to answer or otherwise respond to Plaintiff's Complaint;

**WHEREAS**, Defendants reserve all defenses or objections to the lawsuit, except as to service or the absence of service;

**NOW THEREFORE**, the parties hereby STIPULATE and AGREE that the time within which all Defendants shall file their answers or otherwise respond to

1 | Plaintiff's complaint in this action shall be extended to June 30, 2021, unless a
2 | subsequent order of the Court extends or has the effect of further extending the time
3 | for Defendants to answer or otherwise respond to the Complaint.

4 | Dated: March 18, 2021

DAVIDA BROOK
KRYSTA KAUBLE PACHMAN
ARUN SUBRAMANIAN
SUSMAN GODFREY L.L.P.

STEVE COHEN (*Pro Hac Vice*)
SCohen@pollockcohen.com
POLLOCK COHEN LLP
60 Broad St., 24th Floor
New York, NY 10004
Phone: (212) 337-5361


By /s/ *Krysta Kauble Pachman*
   Krysta Kauble Pachman
   Attorneys for Plaintiff

Dated: March 18, 2021

Anthony Penhale
Chief Legal Officer
7777 Boulevard Décarie, Suite 600
Montréal, QC H4P 2H2

By _____
   Anthony Penhale
   Attorney for Defendants

7998589v1/016926