DAVIDA BROOK (275370)
dbrook@susmangodfrey.com
KRYSTA KAUBLE PACHMAN (280951)
kpachman@susmangodfrey.com
EMILY CRONIN (322683)
ecronin@susmangodfrey.com
SUSMAN GODFREY LLP
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA  90067
Phone:  (310) 789-3100; Fax: (310) 789-3150

ARUN SUBRAMANIAN (*Pro Hac Vice*)
asubramanian@susmangodfrey.com
SUSMAN GODFREY LLP
1301 Avenue of the Americas, 32nd Fl.
New York, NY 10019-6023
Phone: (212) 336-8330; Fax: (212) 336-8340

(*See additional counsel on signature page*)

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SOUTHERN DIVISION

| | |
|---|---|
| JANE DOE on behalf of herself and all others similarly situated,<br><br>       Plaintiff,<br><br>v.<br><br>MINDGEEK USA INCORPORATED, MINDGEEK S.A.R.L., MG FREESITES, LTD (D/B/A PORNHUB), MG FREESITES II, LTD, MG CONTENT RT LIMITED, AND 9219-1568 QUEBEC, INC. (D/B/A MINDGEEK),<br><br>       Defendants. | Case No. 8:21-CV-00338-CJC-ADS<br><br>*Hon. Cormac J. Carney*<br><br>**CLASS ACTION**<br><br>**NOTICE OF MOTION TO APPOINT INTERIM LEAD CLASS COUNSEL PURSUANT TO FED. R. CIV. P. 23(G)**<br><br>Date: June 14, 2021<br>Time: 1:30 p.m.<br>Courtroom: 9B<br><br>Jury Trial Demanded |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on June 14, 2021 at 1:30 p.m., or as soon thereafter as this matter may be heard, Plaintiff Jane Doe, on behalf of herself and all others similarly situated, ("Plaintiff") will and hereby respectfully moves for an order appointing Plaintiff's counsel at Susman Godfrey as interim lead class counsel pursuant to Federal Rule of Civil Procedure 23(g).

This Motion will be heard in the Courtroom of the Honorable Cormac J. Carney for the United States District Court in the Central District of California. The Court is located at the Ronald Reagan Federal Building and United States Courthouse, Courtroom 9B, 411 West Fourth Street, Santa Ana, CA 92701-4516.

This Motion is based on this Notice of Motion, the attached Memorandum of Points and Authorities, the attached Declaration of Krysta Kauble Pachman and supporting exhibits, the pleadings on file herein and upon such other matters as may be presented to the Court at the time of the hearing.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

2

1    This Motion is made following conferences of counsel via email pursuant to

2  Local Rule 7-3 which took place on April 28, April 29, May 5, May 6, May 11, and

3  May 12, 2021. Plaintiff's counsel provided a draft of this Motion to opposing counsel

4  on May 11, 2021, and were advised by opposing counsel on May 12, 2021 that

5  Defendants would not support this Motion and will be filing an opposition at the

6  appropriate time.

7  Dated:  May 12, 2021                    DAVIDA BROOK
                                           KRYSTA KAUBLE PACHMAN
8                                          ARUN SUBRAMANIAN (*Pro Hac Vice*)
                                           EMILY CRONIN
9                                          SUSMAN GODFREY LLP

10                                         STEVE COHEN (*Pro Hac Vice*)
                                           SCohen@pollockcohen.com
11                                         POLLOCK COHEN LLP
                                           60 Broad St., 24th Floor
12                                         New York, NY 10004
                                           Phone: (212) 337-5361

13

14                                         By  /s/ *Krysta Kauble Pachman*
                                              Krysta Kauble Pachman
15                                            Attorney for Plaintiff

16

17

18

19

20

21

22

23

24

25

26

27

28

                                    3

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

     I hereby certify that on May 12, 2021, I electronically filed the foregoing document with the clerk of the Court and served counsel of record via the CM/ECF system.

*/s/ Krysta Kauble Pachman*#    #

Krysta Kauble Pachman

4

8151363v1/016926