DAVIDA BROOK (275370)
dbrook@susmangodfrey.com
KRYSTA KAUBLE PACHMAN (280951)
kpachman@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA  90067
Phone:  (310) 789-3100; Fax: (310) 789-3150

ARUN SUBRAMANIAN (*Pro Hac Vice*)
asubramanian@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1301 Avenue of the Americas, 32nd Fl.
New York, NY 10019-6023
Phone: (212) 336-8330; Fax: (212) 336-8340

(*See additional counsel on signature page*)

Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION**

| | |
|---|---|
| JANE DOE on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MINDGEEK USA INCORPORATED, MINDGEEK S.A.R.L., MG FREESITES, LTD (D/B/A PORNHUB), MG FREESITES II, LTD, MG CONTENT RT LIMITED, AND 9219-1568 QUEBEC, INC. (D/B/A MINDGEEK),<br><br>Defendants. | Case No. 8:21-CV-00338-CJC-ADS<br><br>*Hon. Cormac J. Carney*<br><br>**<u>CLASS ACTION</u>**<br><br>**DECLARATION OF KRYSTA KAUBLE PACHMAN IN SUPPORT OF PLAINTIFF'S MOTION TO APPOINT INTERIM LEAD CLASS COUNSEL PURSUANT TO FED. R. CIV. P. 23(G)**<br><br>Date: June 14, 2021<br>Time: 1:30 p.m.<br>Courtroom: 9B<br><br>Jury Trial Demanded |

8136061v1/016926

I, Krysta Kauble Pachman, do hereby declare and state as follows:

1. I am an active member of the State Bar of California in good standing, I am a Partner at the law firm of Susman Godfrey L.L.P., and counsel of record for plaintiff Jane Doe ("Plaintiff") in the above-captioned action. I have personal knowledge of the matters set forth in this declaration, and if called upon as a witness I could and would testify competently thereto.

2. I make this declaration in support of Plaintiff's motion to appoint interim class counsel.

3. A copy of Susman Godfrey LLP's firm resume is attached as Exhibit 1.

4. A copy of my Susman Godfrey profile is attached as Exhibit 2.

5. A copy of Davida Brook's Susman Godfrey profile is attached as Exhibit 3.

6. A copy of Arun Subramanian's Susman Godfrey profile is attached as Exhibit 4.

7. A copy of Emily Cronin's Susman Godfrey profile is attached as Exhibit 5.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 12th day of May, 2021 at Los Angeles, California.

/s/ *Krysta Kauble Pachman*
Krysta Kauble Pachman

8136061v1/016926

**CERTIFICATE OF SERVICE**

I hereby certify that on May 12, 2021, I electronically filed the foregoing document with the clerk of the Court and served counsel of record via the CM/ECF system.

/s/ *Krysta Kauble Pachman*
Krysta Kauble Pachman