# Exhibit 3

# SUSMAN GODFREY L.L.P.



## Davida Brook
### Partner

Los Angeles
(310) 789-3105
dbrook@susmangodfrey.com

## Overview

> *"Davida Brook is the best young litigator I've ever seen in court. Intelligent, articulate, and always well prepared. There isn't anyone I would rather have representing me in trial."*
> – Steven Lamar, Beats by Dr. Dre Concept Creator & Founder, ROAM Audio

Clients seek out Davida Brook for her litigation savvy, intellectual acuity, and her ability to persuade judges, juries, and arbitrators with clarity, conviction, and confidence. Her repeated wins are attributable to her willingness to spend time unearthing every stone in her clients' cases, gaining a deep understanding of the facts of the case and the underlying law.

Named one of the [Top 40 Under 40 Lawyers in California](#) in 2018, one of the [Top Women Lawyers in California](#) in 2017 by *The Daily Journal* and a [Next Generation Leader in Tech Law](#) by *The Recorder* (2018, ALM), Ms. Brook's practice focuses on commercial litigation at every level, and ranges from two-party business and employment disputes to complex, multi-party and class action cases involving securities, contract, and patent law. Ms. Brook is also well known for her work related to defamation and intellectual property.

**Landmark Legal Work**

> *"Davida Brook is one of the best lawyers I have ever worked with. She took on my case and put me instantly at ease, understanding not just the facts, but what the case meant to me personally. Her strategic thinking coupled with her comfort in the courtroom was the winning ticket. I would not hesitate to hire her again or recommend her to anyone in need of a gifted trial lawyer"*
> – Amber Heard, Actress

Ms. Brook has worked on some of the country's most cutting edge, prominent cases. Working pro bono, she successfully represented Arizona Secretary of State Katie Hobbs and Wisconsin Governor Tony Evers in litigation brought to try and prevent the counting of every legally cast vote in the 2020 presidential election.  Two of those cases were dismissed after Brook and her team filed motions to dismiss. A third case, brought by Donald Trump in Wisconsin against Governor Evers, was dismissed following a bench trial

in which Brook and her team represented the Governor.

Ms. Brook is currently handling several important defamation cases on behalf of well-known clients, including billionaire hedge fund founder Louis Bacon, and the former CEO of Tinder Greg Blatt. She also represented actress Amber Heard in a defamation lawsuit brought by Johnny Depp.

In 2018 Ms. Brook obtained a [$25 million verdict](#) for her client, Steve Lamar, after a three-week trial in LA Superior Court on his claims he was owed royalties from music moguls Dr. Dre and Jimmy Iovine on the sale of Beats Electronics headphones. Ms. Brook's contributions to the case included a multi-day direct examination of leadoff witness Steve Lamar, and paving the way for trial by convincing the California Court of Appeal to reverse an earlier summary judgment order that had dismissed much of the case. Click [here](#) for a profile on Ms. Brook's contribution to the case written by legal news publication, *The Recorder*.

In 2015, Ms. Brook was an integral part of a legal team that represented a class of 7,000 limited partners who invested in oil and gas limited partnerships and alleged that they voted to divest themselves of their partnership rights based on false and misleading statements and omissions in defendants' proxy statements, losing millions in the process. After three years of hard-fought litigation, Ms. Brook's team obtained a [$37.5 million settlement](#) for the class, with the class receiving $24.5 million).

**Background & Dedication to the Community**

In addition to her robust docket of cases, Ms. Brook actively participates in a range of legal and philanthropic organizations in Los Angeles and nationwide such as the Federal Bar Association, of which she is Board Member. During her time at Stanford Law School, Ms. Brook co-founded [Building a Better Legal Profession](#), a national organization that promotes diversity within the legal profession by compiling and publishing data on law firms' commitment to the retention and promotion of women and minority attorneys. Ms. Brook remains deeply committed to inclusiveness of women and people of color and promotes that commitment in her role as Co-Chairperson of Susman Godfrey's Employment Committee.

Prior to joining Susman Godfrey, Ms. Brook served as a judicial law clerk for the Honorable Raymond C. Fisher in the Ninth Circuit Court of Appeals.

Before law school, Ms. Brook worked at the American Israel Public Affairs Committee, where she helped develop a groundbreaking program designed to engage students at Historically Black, Hispanic, and Christian Colleges in political activism. As an attorney, Ms. Brook regularly draws on her experience in grassroots political engagement to understand the needs of her clients and the points of view of opposing counsel, courts, and juries.

Ms. Brook is admitted to practice in California and the U.S. District Courts for the Central and Northern Districts of California.

## Education

- Columbia University, (B.A., magna cum laude)
- Stanford Law School (J.D.)

## Clerkship

Law Clerk to the Honorable Raymond C. Fisher, United States Court of Appeals for the Ninth Circuit

## Notable Representations
**INTELLECTUAL PROPERTY**

*Jibe Audio LLC et al. v. Pentagram Design Inc. et al*. Obtained a $25 million verdict for her client, Steve Lamar, after a three-week trial in LA Superior Court on his claims he was owed royalties from music moguls Dr. Dre and Jimmy Iovine on the sale of Beats Electronics headphones. Ms. Brook played an instrumental role at trial; one of her most significant contributions was a multi-day direct examination of leadoff witness Steve Lamar. She also paved the way for the jury trial to happen after a key appellate argument in which she convinced the California Court of Appeal to reverse a summary judgment order against her client. More recently, Ms. Brook and her team were awarded another $9 million in attorney's fees, plus an ongoing royalty on the Studio 3 headphone that is still in production.

**Vaporstream Inc. v. Snap Inc.** Represented Vaporstream Inc. in a lawsuit against Snapchat parent company Snap Inc. for patent infringement on a number of patents related to methods to reduce the traceability of electronic messages. Ms. Brook was instrumental in fending off Snapchat's attempts to dismiss the case and shepherding it towards trial. The case was resolved in 2020, just before trial.

**University Of Massachusetts Medical School And Carmel Laboratories, Llc v. L'oréal S.A. And L'oréal Usa, Inc.** Representing University of Massachusetts in major patent lawsuit against L'Oreal. Allegations include using the University's technology in over 100 of their most popular skin care products. Trial is expected in 2021.

**DEFAMATION**

**Bacon v. Nygard et al., Nygard Int'l Partnership v. Feralio et al., McKinney v. Bacon et al., Moore v. Bacon.** Representing billionaire hedge fund founder, Louis Bacon, in a series of disputes involving billionaire fashion tycoon, Peter Nygard. These cases, which span the country, involve legal issues at the heart of many entertainment-related disputes including defamation claims and anti-SLAPP motions. Read more here.

**Rosette Pambakian v. Gregory Blatt et al.** Serving as counsel to former Tinder CEO Greg Blatt regarding allegations that a former Tinder marketing executive was unlawfully fired after she was sexually harassed. Mr. Blatt counter-sued for defamation, which was challenged via an anti-SLAPP motion. Ms. Brook secured a ruling that Mr. Blatt could move forward with his defamation claims.

**Depp v. Heard.** Represented Amber Heard, whose ex-husband Johnny Depp sued her for defamation after she published an op-ed in the Washington Post supporting victims of abuse. Mr. Depp claimed that Ms. Heard's call to support victims of abuse – which literally did not mention his name – caused a downturn in his career and required her to pay upwards of $50 million in damages.

**CLASS ACTIONS**

*Jane Doe v. MindGeek USA Incorporated et al*. Filed a class action against PornHub parent company, MindGeek, alleging MindGeek has violated federal sex trafficking and child pornography laws by knowingly posting, enabling the posting of and profiting from thousands of pornographic videos featuring persons under the age of 18. The case is in the early stages.

***Johnson, et al., v. Zillow; Rachel Kremer v. Zillow; Jennifer Young v. Zillow; Ashley Boehler and***

***James Friedrich v. Zillow.*** Represented Zillow in various employment matters, including a class action claiming unpaid overtime. Ms. Brook coordinated the defense of the company in response to various disputes brought by nearly a dozen former employees in federal court. Ms. Brook managed all stages of the litigation and secured several key victories for Zillow. Read more [here](#).

[***Schulein, et al. v. Petroleum Development Corp., et al***](#). Represented a class of more than 7,000 limited partners who invested in 12 oil and gas limited partnerships. Plaintiffs alleged the defendants made false and misleading statements and omitted material information regarding the value of the assets held by the partnerships in proxy statements used to solicit votes in favor of mergers that caused the investors to be cashed out of their investments. On the eve of trial, the case was settled for $37.5 million, with the class receiving approximately $24 million.

**ELECTION LITIGATION**

***Tyler Bowyer et. al. v. Doug Ducey, et al.*** and ***Trump v. The Wisconsin Elections Commission, et al***. Working pro bono, Ms. Brook successfully represented Arizona Secretary of State Katie Hobbs and Wisconsin Governor Tony Evers in litigation brought to try and prevent the counting of every vote cast in the 2020 presidential election. The two cases brought by a team of lawyers led by Sydney Powell (one in AZ and one in WI) were dismissed after Ms. Brook and her team filed a motion to dismiss.

***William Feehan And Derrick Van Orden v. Wisconsin Elections Commission.*** Defended the Wisconsin Elections Commission in case brought by former president Donald Trump in Wisconsin against Governor Evers. Ms Brook took the matter to a one-day bench trial during which she defended the Governor against Mr. Trump's claims of voter fraud. After hearing the evidence and argument, the judge rejected the case on the merits and dismissed it. The dismissal followed earlier attempts by Mr. Trump to have cases heard as original actions in the WI Supreme Court, all of which were rejected.

## Honors and Distinctions

[Leading Plaintiff Financial Lawyer](#), *Lawdragon* (2020)

Featured in California Super Lawyers Spring 2019 Issue – [Discovery Q&A with Davida Brook](#) (Thompson Reuters)

[Rising Star, General Commercial Disputes](#), The Legal 500 (2019)

[Next Generation Woman Leader in Tech Law](#), *The Recorder* (2018, ALM)

[Top 40 Lawyers Under 40 in California](#), *Daily Journal* (2018, Daily Journal Corp.)

[Top Women Lawyers in California](#), the *Daily Journal* (2017, Daily Journal Corp).

Rising Star, *Super Lawyers* Southern California (2017 – 2020, Thomson Reuters)

Women's Edition Rising Star, *Super Lawyers* Southern California (Thomson Reuters, 2019)

Stanford Law and Policy Review, Member and Editor

Stanford Public Interest Fellow

Phi Beta Kappa Society

## Professional Associations and Memberships

State Bar of California

Board of Directors, Building a Better Legal Profession

## Publications

Co-author and editor, Building a Better Legal Profession's Guide to Law Firms