# Exhibit 5

# SUSMAN GODFREY L.L.P.



## Emily Cronin
### Associate

Los Angeles
(310) 789-3125
ecronin@susmangodfrey.com

## Overview

Emily joined Susman Godfrey after clerking for Judge R. Gary Klausner on the U.S. District Court for the Central District of California.  She graduated Order of the Coif from the University of Southern California Gould School of Law in 2018, where she served as the Executive Notes Editor of the *Southern California Law Review*.  Before law school, Emily taught middle school math with Teach for America in Detroit.  She earned her undergraduate degree from Colorado College with a major in Middle Eastern Studies.

## Education

The University of Southern California Gould School of Law (J.D., Order of the Coif)

The Colorado College (B.A., Middle Eastern Studies)

## Clerkship

Honorable R. Gary Klausner, United States District Court, Central District of California, 2018-2019

## Honors and Distinctions

- Executive Notes Editor, *Southern California Law Review*
- Order of the Coif
- Edward and Eleanor Shattuck Award
- Arthur Manella Award