BENJAMIN SADUN (Bar No. 287533)
benjamin.sadun@dechert.com
DECHERT LLP
US Bank Tower
633 West 5th Street, Suite 4900
Los Angeles, CA  90071-2032
Telephone:  (213) 808-5700
Facsimile:  (213) 808-5760

KATHLEEN N. MASSEY (*pro hac vice forthcoming*)
Kathleen.massey@dechert.com
MARK S. CHEFFO (*pro hac vice forthcoming*)
mark.cheffo@dechert.com
DECHERT LLP
Three Bryant Park
1095 Avenue of the Americas
New York, NY 10036
Telephone:  (212) 698-3500
Facsimile:  (212) 698-3599

*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| JANE DOE on behalf of herself and all other similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MINDGEEK USA INCORPORATED, MINDGEEK S.A.R.L., MG FREESITES, LTD (D/B/A PORNHUB), MG FREESITES II, LTD, MG CONTENT RT LIMITED, AND 9219- 1568 QUEBEC, INC. (D/B/A MINDGEEK),<br><br>Defendants. | Case No.  8:21-CV-00338-CJC-ADS<br><br>*Assigned to Hon.Cormac J. Carney*<br>Courtroom:  9B<br><br>**NOTICE OF APPEARANCE OF COUNSEL** |

TO ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Benjamin Sadun of Dechert LLP, US Bank Tower, 633 West 5th Street, Suite 4900, Los Angeles, California, hereby enters his appearance as counsel for Defendant MINDGEEK USA INCORPORATED in the above-captioned action, and requests that all papers be served upon the undersigned.

Dated:  May 24, 2021

DECHERT LLP

By: */s/ Benjamin Sadun*
    Benjamin Sadun

*Attorney for Defendant*