# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| JANE DOE on behalf of herself and all other similarly situated,<br>　　　　Plaintiffs,<br><br>　　v.<br><br>MINDGEEK USA INCORPORATED, MINDGEEK S.A.R.L., MG FREESITES, LTD (D/B/A PORNHUB), MG FREESITES II, LTD, MG CONTENT RT LIMITED, AND 9219- 1568 QUEBEC, INC. (D/B/A MINDGEEK),<br>　　　　Defendants. | CASE NO. 8:21-CV-00338-CJC-ADS<br><br>*Assigned to Hon. Cormac J. Carney*<br>Courtroom:　　9B<br><br>**[PROPOSED] ORDER DENYING MOTION TO APPOINT INTERIM LEAD CLASS COUNSEL PURSUANT TO FED. R. CIV. P. 23(g)**<br><br>Hearing Date: June 14, 2021, 1:30 P.M. |

Plaintiff's Motion to Appoint Interim Lead Class Counsel Pursuant to Fed. R. Civ. P. 23(g) was heard on June 14, 2021 at 1:30 P.M. by this Court. Having considered all papers filed in support of and in opposition to the Motion to Appoint Interim Lead Class Counsel, oral arguments of counsel, and all other pleadings and papers on file herein, **IT IS HEREBY ORDERED** that Plaintiff's Motion is **DENIED**.

**IT IS SO ORDERED.**

Dated: _____  _____
                                                                            Honorable Cormac J. Carney

CASE NO. 8:21-CV-00338

**[PROPOSED] ORDER DENYING MOTION TO APPOINT LEAD CLASS COUNSEL**