BENJAMIN SADUN (287533)
benjamin.sadun@dechert.com
DECHERT LLP
US Bank Tower, 633 West 5th Street,
Suite 4900
Los Angeles, CA 90071-2013
Phone: (213) 808-5721; Fax: (213) 808-5760

KATHLEEN N. MASSEY (*pro hac vice forthcoming*)
kathleen.massey@dechert.com
MARK S. CHEFFO (*pro hac vice forthcoming*)
mark.cheffo@dechert.com
Three Bryant Park
1095 Avenue of the Americas
New York, NY 10036
Phone: (212) 698-3500; Fax: (212) 698 3599

*Attorneys for Defendant*

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION**

| | |
|---|---|
| JANE DOE on behalf of herself and all other similarly situated,<br>  Plaintiffs,<br><br>v.<br><br>MINDGEEK USA INCORPORATED, MINDGEEK S.A.R.L., MG FREESITES, LTD (D/B/A PORNHUB), MG FREESITES II, LTD, MG CONTENT RT LIMITED, AND 9219- 1568 QUEBEC, INC. (D/B/A MINDGEEK),<br>  Defendants. | CASE NO. 8:21-CV-00338-CJC-ADS<br><br>*Assigned to Hon. Cormac J. Carney*<br>Courtroom:     9B<br><br>**MINDGEEK USA INC. CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1** |

1  This Corporate Disclosure Statement is filed on behalf of Defendant
2  MindGeek USA Inc. in compliance with the provisions of Federal Rule of Civil
3  Procedure 7.1.
4  MindGeek USA Inc. hereby declares that its ultimate parent corporation is
5  MindGeek S.A.R.L.  There is no publicly held corporation that owns 10% or more of
6  MindGeek USA Inc.'s stock.
7  Pursuant to Local Rule 7.1-1, Defendant certifies that no entities have a
8  pecuniary interest in the outcome of the case.
9  These representations are made to enable the Court to evaluate possible
10 disqualification or recusal.  Defendant reserves its right to supplement this Certificate
11 subject to the discovery of any applicable additional information as the case proceeds.
12 A supplemental disclosure statement will be filed upon any change in the information
13 provided herein.

15 DATED: MAY 24, 2021                    RESPECTFULLY SUBMITTED,

17                                          /s/    Benjamin Sadun
18                                         BENJAMIN SADUN (287533)
                                           benjamin.sadun@dechert.com
19                                         DECHERT LLP
                                           US Bank Tower, 633 West 5th Street,
20                                         Suite 4900
21                                         Los Angeles, CA 90071-2013
                                           Phone: (213) 808-5721; Fax: (213) 808-5760

| | |
|---|---|
| 1 | |
| 2 | KATHLEEN N. MASSEY (*pro hac vice forthcoming*) |
| 3 | Kathleen.massey@dechert.com |
| 4 | MARK S. CHEFFO (*pro hac vice forthcoming*) |
| 5 | mark.cheffo@dechert.com |
| 6 | DECHERT LLP |
| 7 | Three Bryant Park |
| 8 | 1095 Avenue of the Americas |
| 9 | New York, NY 10036 |
| 10 | Phone: (212) 698-3500; Fax: (212) 698 3599 |
| 11 | *Attorneys for Defendant MindGeek USA Incorporated* |