Name and address:
Benjamin Sadun
DECHERT LLP
US Bank Tower, 633 West 5th Street,
Los Angeles, CA 90071-2013
Tel: (213) 808-5700
Fax: (213) 808-5760

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE on behalf of herself and all other similarly situated,<br><br>v.<br><br>MINDGEEK USA INCORPORATED et al.,<br><br>Plaintiff(s)<br><br>Defendant(s). | CASE NUMBER<br><br>8:21-CV-00338-CJC-ADS<br><br>**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Kathleen N. Massey   of   Dechert LLP
*Applicant's Name (Last Name, First Name & Middle Initial)*       Three Bryant Park
212-698-3686     212-698-3599        1095 Avenue of the Americas
*Telephone Number*   *Fax Number*        New York, NY 10036
kathleen.massey@dechert.com
*E-Mail Address*                 *Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Mindgeek USA Incorporated, Mindgeek S.A.R.L. MG Freesites, Ltd (d/b/a Pornhub)MG Freesites II, LTD,

MG Content RT Limited, and 9219-1568 Quebec, I

*Name(s) of Party(ies) Represented*   ☐ *Plaintiff(s)*  ☒ *Defendant(s)*  ☐ *Other:*

**and designating as Local Counsel**

Benjamin Sadun    of   DECHERT LLP
*Designee's Name (Last Name, First Name & Middle Initial)*     US Bank Tower, 633 West 5th Street,
287533     213-808-5721     213-808-5760     Los Angeles, CA 90071-2013
*Designee's Cal. Bar No.*  *Telephone Number*  *Fax Number*
benjamin.sadun@dechert.com
*E-Mail Address*                    *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED.
☐ DENIED:  ☐ for failure to pay the required fee.
         ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
         ☐ for failure to complete Application: _____
            ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
            ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
            ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☐ not be refunded.

Dated _____

                             U.S. District Judge/U.S. Magistrate Judge