# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE on behalf of herself and all other similarly situated, <br><br> Plaintiff(s) <br> v. <br><br> MINDGEEK USA INCORPORATED et al., <br><br> Defendant(s). | **CASE NUMBER** <br> 8:21-CV-00338-CJC-ADS <br><br> **ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Kathleen N. Massey of Dechert LLP, Three Bryant Park, 1095 Avenue of the Americas, New York, NY 10036

*Applicant's Name (Last Name First Name & Middle Initial)*

212-698-3686  *Telephone Number*
212-698-3599  *Fax Number*
kathleen.massey@dechert.com  *E-Mail Address*

*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**
Mindgeek USA Incorporated, Mindgeek S.A.R.L. MG Freesites, Ltd (d/b/a Pornhub)MG Freesites II, LTD, MG Content RT Limited, and 9219-1568 Quebec, I

*Name(s) of Party(ies) Represented*  ☐ Plaintiff(s) ☒ Defendant(s) ☐ Other: _____

**and designating as Local Counsel**

Benjamin Sadun of DECHERT LLP, US Bank Tower, 633 West 5th Street, Los Angeles, CA 90071-2013

*Designee's Name (Last Name First Name & Middle Initial)*

287533  *Designee's Cal. Bar No.*
213-808-5721  *Telephone Number*
213-808-5760  *Fax Number*
benjamin.sadun@dechert.com  *E-Mail Address*

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ **GRANTED.**
☐ **DENIED:** ☐ for failure to pay the required fee.
   ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
   ☐ for failure to complete Application: _____
   ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
   ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
   ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded ☒ not be refunded.

Dated  May 26, 2021

_____
U.S. District Judge