KRYSTA KAUBLE PACHMAN (280951)
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067

Name and address:

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE,<br><br>v.  Plaintiff(s)<br><br>MindGeek U.S.A., Inc., et al.<br><br>Defendant(s). | **CASE NUMBER**<br>8:21-cv-00338-CJC-ADS<br><br>**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Lusztig, Tamar
*Applicant's Name (Last Name, First Name & Middle Initial)*

(212) 336-8330
*Telephone Number*

(212) 336-8340
*Fax Number*

tlusztig@susmangodfrey.com
*E-Mail Address*

of

Susman Godfrey L.L.P.
1301 Avenue of the Americas, 32nd Fl.
New York, NY 10019
*Firm/Agency Name & Address*

for permission to appear and participate in this case on behalf of

Jane Doe

*Name(s) of Party(ies) Represented*

[X] Plaintiff(s)  [ ] Defendant(s)  [ ] Other: _____

and designating as Local Counsel

Pachman, Krysta Kauble
*Designee's Name (Last Name, First Name & Middle Initial)*

280951
*Designee's Cal. Bar No.*

(310) 789-3100
*Telephone Number*

(310) 789-3150
*Fax Number*

kpachman@susmangodfrey.com
*E-Mail Address*

of

SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

[ ] GRANTED.
[ ] DENIED:  [ ] for failure to pay the required fee.
  [ ] for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
  [ ] for failure to complete Application: _____
    [ ] pursuant to L.R. 83-2.1.3.2:  [ ] Applicant resides in California;  [ ] previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
    [ ] pursuant to L.R. 83-2.1.3.4; Local Counsel:  [ ] is not member of Bar of this Court;  [ ] does not maintain office in District.
    [ ] because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** [ ] be refunded  [ ] not be refunded.

Dated _____

_____
U.S. District Judge/U.S. Magistrate Judge