1  BENJAMIN M. SADUN (287533)
2  benjamin.sadun@dechert.com
   DECHERT LLP
3  US Bank Tower, 633 West 5th Street,
   Suite 4900
4  Los Angeles, CA 90071-2013
5  Phone: (213) 808-5721; Fax: (213) 808-5760

6
   KATHLEEN N. MASSEY (*pro hac vice*)
7  kathleen.massey@dechert.com
   MARK CHEFFO (*pro hac vice forthcoming*)
8  mark.cheffo@dechert.com
9  Three Bryant Park
   1095 Avenue of the Americas
10 New York, NY 10036
11 Phone: (212) 698-3500; Fax: (212) 698 3599

12 *Attorneys for Defendant*
13

14            **UNITED STATES DISTRICT COURT**
              **CENTRAL DISTRICT OF CALIFORNIA**
15                   **SOUTHERN DIVISION**

| 16 | JANE DOE on behalf of herself and all other similarly situated,<br>Plaintiffs,<br><br>v.<br><br>MINDGEEK USA INCORPORATED, MINDGEEK S.A.R.L., MG FREESITES LTD (D/B/A PORNHUB), MG FREESITES II LTD, MG CONTENT RT LIMITED, AND 9219-1568 QUEBEC INC. (D/B/A MINDGEEK),<br>Defendants. | CASE NO. 8:21-CV-00338-CJC-ADS<br><br>Judicial Officer:  Cormac J. Carney<br>Courtroom:          9B<br><br>**NOTICE OF MOTION BY DEFENDANTS TO DISMISS THE COMPLAINT WITH PREJUDICE**<br><br>Date: August 2, 2021<br>Time: 1:30 p.m.<br>Courtroom: 9B |
|---|---|

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on August 2, 2021 at 1:30 P.M., or as soon thereafter as this matter may be heard, Defendants MindGeek USA Incorporated, MindGeek S.A.R.L., MG Freesites Ltd, MG Freesites II Ltd, MG Content RT Ltd, and 9219-1568 Quebec Inc. (collectively, "Defendants") will and hereby respectfully move for an order dismissing Plaintiff's Complaint with prejudice pursuant to Federal Rule of Civil Procedure 12(b)(6).

This Motion will be heard in the Courtroom of the Honorable Cormac J. Carney for the United States District Court in the Central District of California. The Court is located at the Ronald Reagan Federal Building and United States Courthouse, Courtroom 9B, 411 West Fourth Street, Santa Ana, CA 92701-4516. This Motion is based on this Notice of Motion, the attached Memorandum of Points and Authorities in Support of Defendants' Motion To Dismiss the Complaint with Prejudice, the pleadings on file herein and upon such other matters as may be presented to the Court at the time of the hearing.

1  This Motion is made following conference of counsel pursuant to Local Rule
2  7-3 which took place on June 23, 2021.
3
4  DATED: JUNE 30, 2021          /S/    *BENJAMIN M. SADUN*
5                                BENJAMIN M. SADUN (287533)
                                  benjamin.sadun@dechert.com
6                                 DECHERT LLP
7                                 US Bank Tower, 633 West 5th Street,
                                  Suite 4900
8                                 Los Angeles, CA 90071-2013
9                                 Phone: (213) 808-5721; Fax: (213) 808-5760

10                                KATHLEEN N. MASSEY (*pro hac vice*)
11                                Kathleen.massey@dechert.com
                                  MARK CHEFFO (*pro hac vice forthcoming*)
12                                mark.cheffo@dechert.com
13                                DECHERT LLP
                                  Three Bryant Park
14                                1095 Avenue of the Americas
15                                New York, NY 10036
                                  Phone: (212) 698-3500; Fax: (212) 698 3599
16                                *Attorneys for Defendants*