BENJAMIN M. SADUN (287533)
benjamin.sadun@dechert.com
DECHERT LLP
US Bank Tower, 633 West 5th Street,
Suite 4900
Los Angeles, CA 90071-2013
Phone: (213) 808-5721; Fax: (213) 808-5760

KATHLEEN N. MASSEY (*pro hac vice*)
kathleen.massey@dechert.com
MARK CHEFFO (*pro hac vice forthcoming*)
mark.cheffo@dechert.com
Three Bryant Park
1095 Avenue of the Americas
New York, NY 10036
Phone: (212) 698-3500; Fax: (212) 698 3599

*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| JANE DOE on behalf of herself and all other similarly situated,<br>　　　　Plaintiffs,<br><br>　　v.<br><br>MINDGEEK USA INCORPORATED, MINDGEEK S.A.R.L., MG FREESITES LTD (D/B/A PORNHUB), MG FREESITES II LTD, MG CONTENT RT LIMITED, AND 9219-1568 QUEBEC INC. (D/B/A MINDGEEK),<br>　　　　Defendants. | CASE NO. 8:21-CV-00338-CJC-ADS<br><br>Judicial Officer: Cormac J. Carney<br>Courtroom: 9B<br><br>**[PROPOSED] ORDER DISMISSING PLAINTIFF'S COMPLAINT WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 12**<br><br>Date: August 2, 2021<br>Time: 1:30 p.m.<br>Courtroom: 9B |

| | |
|---|---|
| 1 | Defendants' Motion to Dismiss Plaintiff's Complaint pursuant to Fed. R. Civ. |
| 2 | |
| 3 | R. 12(b)(6) was heard on August 2, 2021 at 1:30 P.M. by this Court.  Having |
| 4 | considered all papers filed in support of and in opposition to the Motion to Dismiss, |
| 5 | oral arguments of counsel, and all other pleadings and papers on file herein, **IT IS** |
| 6 | **HEREBY ORDERED** that Defendants' Motion is **GRANTED**. |
| 7 | |
| 8 | Accordingly, Plaintiff's Complaint is hereby **DISMISSED WITH** |
| 9 | **PREJUDICE**. |
| 10 | |
| 11 | **IT IS SO ORDERED.** |
| 12 | |
| 13 | Dated: _____                          _____ |
| 14 |                                                               Honorable Cormac J. Carney |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |