BENJAMIN M. SADUN (287533)
benjamin.sadun@dechert.com
DECHERT LLP
US Bank Tower, 633 West 5th Street, Suite 4900
Los Angeles, CA 90071-2013
Phone: (213) 808-5721; Fax: (213) 808-5760

KATHLEEN N. MASSEY (*pro hac vice*)
kathleen.massey@dechert.com
MARK CHEFFO (*pro hac vice forthcoming*)
mark.cheffo@dechert.com
Three Bryant Park
1095 Avenue of the Americas
New York, NY 10036
Phone: (212) 698-3500; Fax: (212) 698 3599

*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| JANE DOE on behalf of herself and all other similarly situated,<br>　　　　Plaintiffs,<br><br>　　v.<br><br>MINDGEEK USA INCORPORATED, MINDGEEK S.A.R.L., MG FREESITES, LTD (D/B/A PORNHUB), MG FREESITES II, LTD, MG CONTENT RT LIMITED, AND 9219- 1568 QUEBEC, INC. (D/B/A MINDGEEK),<br>　　　　Defendants. | CASE NO. 8:21-CV-00338-CJC-ADS<br><br>Judicial Officer: Cormac J. Carney<br>Courtroom:　　9B<br><br>**CORPORATE DISCLOSURE STATEMENT OF DEFENDANTS MINDGEEK S.A.R.L., MG FREESITES LTD, MG FREESITES II LTD, MG CONTENT RT LTD, AND 9219-1568 QUEBEC INC.** |

1       This Corporate Disclosure Statement is filed on behalf of Defendants MindGeek S.A.R.L., MG Freesites Ltd, MG Freesites II Ltd, MG Content RT Ltd, and 9219-1568 Quebec Inc., in compliance with the provisions of Federal Rule of Civil Procedure 7.1 and Local Civil Rule 7.1-1.

      MindGeek S.A.R.L. hereby declares that it is the ultimate parent corporation of Defendants MG Freesites Ltd, MG Content RT Ltd and 9219-1568 Quebec Inc.  There is no publicly held corporation that owns 10% or more of MindGeek S.A.R.L.'s stock.

      MG Freesites Ltd hereby declares that its ultimate parent corporation is MindGeek S.A.R.L.  There is no publicly held corporation that owns 10% or more of the stock of MG Freesites Ltd.

      MindGeek S.A.R.L. declares that it was previously the ultimate parent corporation of MG Freesites II Ltd; and further declares that as of December 10, 2020, the entire business and ownership of MG Freesites II Ltd was transferred to MG Freesites Ltd, and MG Freesites II Ltd was dissolved.  No publicly held corporation owned 10% or more of the stock of MG Freesites II Ltd.

      MG Content RT Ltd hereby declares that its ultimate parent corporation is MindGeek S.A.R.L.  There is no publicly held corporation that owns 10% or more of the stock of MG Content RT Ltd.

      9219-1568 Quebec Inc. hereby declares that its ultimate parent corporation is MindGeek S.A.R.L.  There is no publicly held corporation that owns 10% or more of the stock of 9219-1568 Quebec Inc.

      Pursuant to Local Rule 7.1-1, Defendants certify that no party has a pecuniary interest in the outcome of the case.

      These representations are made to enable the Court to evaluate possible disqualification or recusal.  Defendants reserve their rights to supplement this certification subject to the discovery of any applicable additional information as the case proceeds.  A supplemental disclosure statement will be filed upon any change in the information provided herein.

| | | |
|---|---|---|
| 1 | DATED: JUNE 30, 2021 | RESPECTFULLY SUBMITTED, |

    /s/    *Benjamin M. Sadun*
BENJAMIN M. SADUN (287533)
benjamin.sadun@dechert.com
DECHERT LLP
US Bank Tower, 633 West 5th Street, Suite 4900
Los Angeles, CA 90071-2013
Phone: (213) 808-5721; Fax: (213) 808-5760

KATHLEEN N. MASSEY (*pro hac vice*)
kathleen.massey@dechert.com
MARK CHEFFO (*pro hac vice forthcoming*)
mark.cheffo@dechert.com
DECHERT LLP
Three Bryant Park
1095 Avenue of the Americas
New York, NY 10036
Phone: (212) 698-3500; Fax: (212) 698 3599
*Attorneys for Defendants*