UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| JANE DOE<br><br>Plaintiff(s),<br><br>v.<br><br>MINDGEEK USA INCORPORATED, et al.<br><br>Defendant(s). | CASE NO.<br>8:21−cv−00338−CJC−ADS<br><br>NOTICE OF INTENT |

**TO ALL COUNSEL OF RECORD**, notice is hereby given that on September 2, 2021, the Court will issue a Scheduling Order pursuant to Federal Rule of Civil Procedure 16(b) establishing dates for the completion of discovery, the filing of motions, pretrial conference, and trial in the above entitled case. **No scheduling conference will be held unless ordered by the Court.**

The parties are **HEREBY ORDERED** to hold an early meeting of counsel not later than 21 days in advance of the above date, and to file a report of such meeting not later than 14 days thereafter in accordance with Federal Rule of Civil

///

///

1  Procedure 26(f) and Local Rule 26–1. In scheduling the case, the Court will rely

2  upon the pleadings, as well as the Rule 26(f) report. Counsel shall include in the

3  report their choice of settlement procedure: the ADR Program or private

4  mediation. The parties may not choose a settlement conference before a

5  Magistrate Judge. The Court's ADR Program is described in the "ADR" section

6  of the Court's website (http://www.cacd.ucourts.gov), which also contains the list

7  of Attorney Settlement Officers and requisite ADR forms. Counsel are referred to

8  Federal Rule of Civil Procedure 26(f) and Local Rule 26–1 for other specific

9  requirements of the report. In addition, counsel are directed to provide the

10 specific reasons for their selection of a particular discovery cutoff date.

11  

12    IT IS ORDERED that the Clerk of the Court shall serve copies

13 of this Order on counsel for the parties in this matter.

14 **IT IS SO ORDERED.**

15 DATED: July 1, 2021

                       Cormac J. Carney
                       United States District Judge