1  BENJAMIN M. SADUN (287533)
2  benjamin.sadun@dechert.com
   DECHERT LLP
3  US Bank Tower, 633 West 5th Street,
4  Suite 4900
   Los Angeles, CA 90071-2013
5  Phone: (213) 808-5721; Fax: (213) 808-5760

6
   KATHLEEN N. MASSEY (*pro hac vice*)
7  kathleen.massey@dechert.com
8  MARK CHEFFO (*pro hac vice forthcoming*)
   mark.cheffo@dechert.com
9  Three Bryant Park
10 1095 Avenue of the Americas
   New York, NY 10036
11 Phone: (212) 698-3500; Fax: (212) 698 3599

12 *Attorneys for Defendant*

13
                 **UNITED STATES DISTRICT COURT**
14                **CENTRAL DISTRICT OF CALIFORNIA**
15                     **SOUTHERN DIVISION**

16 | JANE DOE on behalf of herself and all    | CASE NO. 8:21-CV-00338-CJC-ADS
17 | other similarly situated,
                                              | Judicial Officer:   Cormac J. Carney
18 |            Plaintiffs,
                                              | **NOTICE OF ERRATA AND**
19 |       v.                                 | **CORRECTION TO EXHIBIT A OF**
                                              | **DECLARATION OF BENJAMIN**
20 | MINDGEEK USA INCORPORATED,               | **M. SADUN IN SUPPORT OF**
21 | MINDGEEK S.A.R.L., MG                    | **DEFENDANTS' MOTION TO**
   | FREESITES, LTD (D/B/A                    | **DISMISS COMPLAINT WITH**
22 | PORNHUB), MG FREESITES II, LTD,          | **PREJUDICE**
23 | MG CONTENT RT LIMITED, AND
   | 9219- 1568 QUEBEC, INC. (D/B/A
24 | MINDGEEK),                               | Date: August 2, 2021
25 |
   |            Defendants.                   | Time: 1:30 p.m.
26 |
27 |                                          | Courtroom: 9B

28

1    Defendants MindGeek USA Incorporated, MindGeek S.A.R.L., MG Freesites

2   Ltd, MG Freesites II Ltd, MG Content RT Ltd, and 9219-1568 Quebec Inc.

3   (collectively, "Defendants") respectfully submit this errata to Docket No. 34-2, the

4   Declaration of Benjamin M. Sadun in Support of Defendants' Motion to Dismiss the

5   Complaint with Prejudice, to correct an inadvertent clerical error.  During the filing,

6   which took place on June 30, 2021, Defendants correctly attached Terms of Service

7   for the website Pornhub.com, as of March 9, 2020, as Exhibit A, but the copy is cut-

8   off on the right margin.  To correct this mistake, a corrected exhibit is attached

9   hereto as Exhibit A.

10   DATED: JULY 1, 2021             /S/    *BENJAMIN M. SADUN*

11                                   BENJAMIN M. SADUN (287533)
                                     benjamin.sadun@dechert.com
12                                   DECHERT LLP
                                     US Bank Tower, 633 West 5th Street,
13                                   Suite 4900
                                     Los Angeles, CA 90071-2013
14
                                     Phone: (213) 808-5721; Fax: (213) 808-5760
15

16                                   KATHLEEN N. MASSEY (*pro hac vice*)
                                     Kathleen.massey@dechert.com
17                                   MARK CHEFFO (*pro hac vice forthcoming*)
                                     mark.cheffo@dechert.com
18                                   DECHERT LLP
                                     Three Bryant Park
19                                   1095 Avenue of the Americas
                                     New York, NY 10036
20
                                     Phone: (212) 698-3500; Fax: (212) 698 3599
21

22                                   *Attorneys for Defendants*

23

24

25

26

27

28
                                                     CASE NO. 8:21-CV-00338-CJC-ADS
                               -1-                   NOTICE OF ERRATA