BENJAMIN SADUN (287533)
benjamin.sadun@dechert.com
DECHERT LLP
US Bank Tower, 633 West 5th Street,
Suite 4900
Los Angeles, CA 90071-2013
Phone: (213) 808-5721; Fax: (213) 808-5760

KATHLEEN N. MASSEY (*pro hac vice*)
kathleen.massey@dechert.com
MARK CHEFFO (*pro hac vice forthcoming*)
mark.cheffo@dechert.com
Three Bryant Park
1095 Avenue of the Americas
New York, NY 10036
Phone: (212) 698-3500; Fax: (212) 698 3599

*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| JANE DOE on behalf of herself and all other similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MINDGEEK USA INCORPORATED, MINDGEEK S.A.R.L., MG FREESITES, LTD (D/B/A PORNHUB), MG FREESITES II, LTD, MG CONTENT RT LIMITED, AND 9219- 1568 QUEBEC, INC. (D/B/A MINDGEEK),<br><br>Defendants. | CASE NO. 8:21-CV-00338-CJC-ADS<br><br>Judicial Officer:   Cormac J. Carney<br>Courtroom:          9B<br><br>**NOTICE OF MOTION AND MOTION BY DEFENDANTS FOR A PARTIAL STAY OF DISCOVERY PENDING RESOLUTION OF DISPOSITIVE MOTION UNDER FED. R. CIV. P. 12(b)(6)**<br><br>Hearing Date: August 9, 2021<br>Time: 1:30 p.m.<br>COURTROOM: 9B |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

    **PLEASE TAKE NOTICE THAT**, on August 9, 2021, at 1:30 p.m., or as soon thereafter as the matter may be heard, in Courtroom 9B of the above-entitled Court, located at 411 West 4th Street, Santa Ana, California, 92701-4516, Defendants will and hereby do move the Court for an order for a partial stay of discovery in this case, suspending Defendants' obligation to respond to the already served discovery requests and the service of all further discover requests pending the Court's ruling on Defendants' Motion to Dismiss filed under Fed. R. Civ. P. 12(b) (ECF # 34) or Defendants' likely motion to dismiss the amended complaint Plaintiff has indicated she intends to file. This Motion is based upon this Notice of Motion and Motion, the attached Memorandum of Points and Authorities, Kathleen N. Massey's Declaration, the pleadings and papers on file in this action, any argument in connection with the Motion, and such further evidence or arguments as the Court may consider. This motion is made following the conference of counsel pursuant to L.R. 7-3, which took place on July 1, 2021. During that telephone conference, Defendants discussed with Plaintiff's counsel its intention to file this motion and stated its grounds for doing so. Defendants understand from the conference that Plaintiff will oppose this motion.

Dated: July 9, 2021

                                                                                           /s/    *Benjamin M. Sadun*
                                                                           BENJAMIN M. SADUN (287533)
                                                                           benjamin.sadun@dechert.com
                                                                           DECHERT LLP
                                                                           US Bank Tower
                                                                           633 West 5th Street, Suite 4900
                                                                           Los Angeles, CA 90071-2013
                                                                           Phone: (213) 808-5721; Fax: (213) 808-5760

| | |
|---|---|
| 1 | |
| 2 | KATHLEEN N. MASSEY (*pro hac vice*) |
| | Kathleen.massey@dechert.com |
| 3 | MARK CHEFFO (*pro hac vice forthcoming*) |
| | mark.cheffo@dechert.com |
| 4 | DECHERT LLP |
| 5 | Three Bryant Park, |
| | 1095 Avenue of the Americas |
| 6 | New York, NY 10036 |
| | Phone: (212) 698-3500; Fax: (212) 698 3599 |

*Attorneys for Defendants*