# Exhibit B

**From:** Massey, Kathleen <kathleen.massey@dechert.com>
**Sent:** Friday, June 4, 2021 1:14:16 PM
**To:** Arun Subramanian <asubramanian@SusmanGodfrey.com>; Davida Brook <DBrook@susmangodfrey.com>; Krysta Pachman <KPachman@susmangodfrey.com>
**Cc:** Cheffo, Mark <Mark.Cheffo@dechert.com>; Emily Cronin <ECronin@susmangodfrey.com>; Simon DeGeorges <SDeGeorges@susmangodfrey.com>; Yeary, Michelle <michelle.yeary@dechert.com>; Caroline DaCosta <CDaCosta@susmangodfrey.com>
**Subject:** RE: Jane Doe v. MindGeek USA Inc.

EXTERNAL Email
Arun, Davida and Krysta –

It was a pleasure to meet you last week, too.

We would be happy to have a call on Tuesday afternoon any time from 2:00 on.

However, we do not believe having a formal 26(f) conference would be appropriate at this time. As you know, Dechert only appeared in the case on May 24. As diligently as we have been proceeding, we have

not yet had adequate time to prepare for a discussion of all of the topics required to be addressed at a Rule 26(f) conference and pursuant to the Local Civil Rules, especially given Judge Spaeth's standing order that admonishes that the "[p]arties shall not agree to or file pro forma discovery plans."

Moreover, we believe holding a 26(f) conference at this time would be a waste of resources. As discussed during our call last week, by the end of the month, we intend to move to dismiss the complaint in its entirety. Our motion will address several key legal issues, the resolution of which do not require fact discovery. If the motion is granted, it will be dispositive of the entire case and a 26(f) conference will be unnecessary. Accordingly, we believe good cause exists for postponing the Rule 26(f) conference and formally request that plaintiff stipulate to adjourning the deadline for filing a 26(f) report until after the court has decided the anticipated motion to dismiss.

Notwithstanding the foregoing, we are willing to discuss the issues you propose discussing, as well as the following additional topics covered by Rule 26(f) and the Local Civil Rules:

- a confidentiality order;
- timing for the Rule 26(f) conference;
- dismissal of the defendant entity that was liquidated before this suit was filed;
- whether and to what extent the procedures in the Manual for Complex Litigation should be utilized; and
- the ADR provisions set forth in the Local Civil Rules.

We are not aware of any authority supporting the proposition that Defendants are required to disclose information about their and their affiliates' potential transactions. If you are aware of such authority, please let us know.

Thank you.

Kathleen.

**Kathleen N. Massey**

**Dechert LLP**
+1 212.698.3686  Direct
kathleen.massey@dechert.com
dechert.com