# Exhibit C

**From:** Arun Subramanian <asubramanian@SusmanGodfrey.com>
**Sent:** Friday, June 04, 2021 2:45 PM
**To:** Massey, Kathleen <kathleen.massey@dechert.com>; Davida Brook <DBrook@susmangodfrey.com>; Krysta Pachman <KPachman@susmangodfrey.com>
**Cc:** Cheffo, Mark <Mark.Cheffo@dechert.com>; Emily Cronin <ECronin@susmangodfrey.com>; Simon DeGeorges <SDeGeorges@susmangodfrey.com>; Yeary, Michelle <michelle.yeary@dechert.com>; Caroline DaCosta <CDaCosta@susmangodfrey.com>
**Subject:** Re: Jane Doe v. MindGeek USA Inc.

[EXTERNAL EMAIL]

Thanks Kathleen.  We will file a motion with respect to the Rule 26(f) conference.  It was required.  I just dont understand the basis for you refusing to participate in it.  And we have now wasted several back and forth emails instead of just having the conference.  I believe we have met and conferred sufficiently on this issue, but if you want a further meet and confer let me know.

We will also file a motion to compel information concerning this transaction.  Again, happy to meet and confer further if you want to reconsider your position.  Clearly a transaction that affects the interests of the class is relevant under Rule 26b and encompassed by our discovery requests.

Thanks,
Arun

Arun Subramanian | Susman Godfrey LLP
212.471.8346
1301 Avenue of the Americas | 32nd Floor | New York, New York 10019