# Exhibit E

| | |
|---|---|
| **From:** | Krysta Pachman |
| **To:** | Yeary, Michelle; Arun Subramanian; Massey, Kathleen |
| **Cc:** | Davida Brook; Tamar Lusztig; EXT anoebels@susmangodfrey.com; Simon DeGeorges |
| **Subject:** | Re: Doe v. MindGeek USA Inc., et al., Case No. 8:21-cv-00338 |
| **Date:** | Friday, July 02, 2021 6:36:02 PM |

<div style="background-color:#fce9c6">

[EXTERNAL EMAIL]

</div>

Thanks, Michelle.  Regarding the email you sent yesterday, we do not read the Court's order the same way that you do.  The Court ordered the parties to hold an early meeting of counsel "not later than 21 days in advance of" September 2, and we have done so, which triggers the relevant deadlines.  As I'm sure you can appreciate, we also do not agree that discovery should be stayed until the Court rules on your motion.  In light of our position, if you are still seeking an expedited briefing schedule on your motion for a stay as we discussed yesterday, we would agree to waive the seven day time period from LR 7-3 such that you could proceed with filing your motion.

Confirmed that we will send you a draft 26(f) report and PO, and we look forward to receiving your draft ESI protocol.

Best,
Krysta

---

**From:** "Yeary, Michelle" <michelle.yeary@dechert.com>
**Date:** Friday, July 2, 2021 at 12:49 PM
**To:** Arun Subramanian <asubramanian@SusmanGodfrey.com>, "Massey, Kathleen" <kathleen.massey@dechert.com>, Krysta Pachman <KPachman@susmangodfrey.com>
**Cc:** Davida Brook <DBrook@susmangodfrey.com>, Tamar Lusztig <TLusztig@susmangodfrey.com>, Abigail Noebels <ANoebels@susmangodfrey.com>, Simon DeGeorges <SDeGeorges@susmangodfrey.com>
**Subject:** RE: Doe v. MindGeek USA Inc., et al., Case No. 8:21-cv-00338

EXTERNAL Email
Davida & Krysta – I wanted to take a moment to memorialize the issues we addressed yesterday.

- We agreed that there was no further need to meet and confer on our anticipated motion to stay as the parties were not in agreement.  We will however keep on the calendar the meet and confer scheduled for Tuesday, 7/6 at 5 pm as we still need to discuss a briefing schedule for the motion to dismiss.
- We are awaiting your answer on the timing issue raised in my email yesterday (below).
- For the Rule 26(f) report, we understand you have an initial draft in the works that you will share with us.
- You will also prepare a proposed confidentiality order for our review
- We will prepare a proposed ESI protocol for your review
- On discovery, we agreed to exchange Rule 26(a)(1) disclosures by July 22.  We will provide you with our proposal for the length of time for fact discovery which may include language about

bifurcated or sequenced class discovery.  We will likewise send you our suggestion on the length of time for expert discovery.

- We also understand you are preparing a motion seeking leave for plaintiff to proceed as Jane Doe.  We advised that we would discuss internally but do not anticipate opposing your request. We appreciate and accept your offer to see a draft of the motion before it is filed.

Please let me know if I you think I have missed or misstated anything.

Michelle


**Michelle Hart Yeary**
Counsel

**Dechert LLP**

 A Pennsylvania Limited Liability Partnership

+1 609 955 3277  Direct
michelle.yeary@dechert.com
dechert.com


---

**From:** Yeary, Michelle
**Sent:** Thursday, July 01, 2021 6:03 PM
**To:** 'Arun Subramanian' <asubramanian@SusmanGodfrey.com>; Massey, Kathleen <kathleen.massey@dechert.com>; Krysta Pachman <KPachman@susmangodfrey.com>
**Cc:** Davida Brook <DBrook@susmangodfrey.com>; Tamar Lusztig <TLusztig@susmangodfrey.com>; EXT anoebels@susmangodfrey.com <anoebels@susmangodfrey.com>; Simon DeGeorges <SDeGeorges@susmangodfrey.com>
**Subject:** RE: Doe v. MindGeek USA Inc., et al., Case No. 8:21-cv-00338

Davida & Krysta – As I am sure you have seen, immediately after our call we received the attached notice from Judge Carney stating his intent to enter a scheduling order in this case on September 2nd and directing the parties to hold a Rule 26(f) conference 21 days before (August 12) and to submit our report 14 days before (August 19).  If we use these dates as the trigger for the start of discovery, our responses to the discovery requests you already served would be September 13th.  Assuming this schedule reflects the Court's thinking on what might be appropriate in terms of the commencement of discovery, we do not believe an expedited briefing for our anticipated motion to stay makes sense.  Rather, we propose to file the motion by the end of next week with a hearing date of August 9[th,] , deferring discovery beyond what was agreed today except insofar as we agreed to exchange preliminary disclosures, prepare a proposed confidentiality order and ESI protocols, and prepare a Rule 26(f) report, until after the Court rules on the motion.   This will allow the court to have the Rule 26(f) report and the fully briefed motion before him at the time he considers the schedule for this case.  Please let us know as soon as possible if you agree to this proposed schedule.

Regards,

Michelle

**Michelle Hart Yeary**
Counsel

**Dechert LLP**
 A Pennsylvania Limited Liability Partnership
+1 609 955 3277  Direct
michelle.yeary@dechert.com
dechert.com

---

**From:** Arun Subramanian <asubramanian@SusmanGodfrey.com>
**Sent:** Thursday, July 01, 2021 12:29 PM
**To:** Massey, Kathleen <kathleen.massey@dechert.com>; Krysta Pachman <KPachman@susmangodfrey.com>
**Cc:** Davida Brook <DBrook@susmangodfrey.com>; Yeary, Michelle <michelle.yeary@dechert.com>; Tamar Lusztig <TLusztig@susmangodfrey.com>; EXT anoebels@susmangodfrey.com <anoebels@susmangodfrey.com>; Simon DeGeorges <SDeGeorges@susmangodfrey.com>
**Subject:** Re: Doe v. MindGeek USA Inc., et al., Case No. 8:21-cv-00338

[EXTERNAL EMAIL]

Dear Kathleen:

In advance of today's rule 26(f) conference and consistent with the Federal Rules, we raise the following issues for consideration and will work with your team on the preparation of the Ruke 26(f) report. Happy to address any issues you may have.  I have a conflict that arose for 2 pm ET today but my partner Davida will be on the call.   Thanks.

1. 26(f)(2)

a. Nature and basis of claims and defenses and the possibilities for promptly settling or resolving the case

*We have received your motion to dismiss and are evaluating it. We appreciate your willingness to discuss an appropriate briefing schedule for this motion.*

*You have raised with us that MG is interested in a settlement discussion and we have asked for you to send us dates when you would be available to provide us with a presentation outlining any proposal or thoughts on resolution you have.*

b. Rule 26(a)(1) disclosures

*We propose the parties exchange these in one week, on July*

*9, 2021.*

*c. Issues about preserving discoverable information*

*We have sent to you a letter concerning the retention of discoverable information and we expect that defendants are complying with it and adhering to their obligations under the Federal Rules.*

*2. 26(f)(3)*

*We believe that fact discovery in this case can be completed in a period of 6 months, followed by a period of 2 months for expert discovery. We would propose that plaintiffs file a motion for class certification at or before 2 weeks following the close of expert discovery, followed by motions for summary judgment that the parties may file. We would propose a trial date in June 2022.*

*We are happy to discuss with defendants an appropriate protective order and ESI order for the production of electronic data.*

Arun Subramanian | Susman Godfrey LLP

212.471.8346

1301 Avenue of the Americas | 32nd Floor | New York, New York 10019

---

**From:** Massey, Kathleen <kathleen.massey@dechert.com>
**Sent:** Wednesday, June 30, 2021, 6:42 PM
**To:** Krysta Pachman
**Cc:** Arun Subramanian; Davida Brook; Yeary, Michelle
**Subject:** RE: Doe v. MindGeek USA Inc., et al., Case No. 8:21-cv-00338

EXTERNAL Email

Thank you.  We will send a Teams invite.

**Kathleen N. Massey**

**Dechert LLP**

+1 212.698.3686  Direct

kathleen.massey@dechert.com

dechert.com

---

**From:** Krysta Pachman <KPachman@susmangodfrey.com>
**Sent:** Wednesday, June 30, 2021 6:38 PM
**To:** Massey, Kathleen <kathleen.massey@dechert.com>

**Cc:** Arun Subramanian <asubramanian@SusmanGodfrey.com>; Davida Brook <DBrook@susmangodfrey.com>; Yeary, Michelle <michelle.yeary@dechert.com>
**Subject:** Re: Doe v. MindGeek USA Inc., et al., Case No. 8:21-cv-00338

[EXTERNAL EMAIL]

Kathleen,

We can do 5 ET on Tuesday.

Thanks,
Krysta

> On Jun 29, 2021, at 3:23 PM, Massey, Kathleen <kathleen.massey@dechert.com> wrote:

EXTERNAL Email
Krysta – We have seen orders from Magistrates dealing with similar situations to the one we are dealing with, including a decision in the CD Cal addressing a request for a stay of discovery in the context of a motion to dismiss.  That said, we are happy to confer under LR 37 as well as 7-3.  Since Mon 7/5 is a federal holiday, we would prefer to do the meet and confer Friday or Tuesday.  We propose 12 or 2 Eastern on Fri, or 2 or 5 on Tues.  Do any of those proposed times work for you?  Thank you.  Kathleen

**Kathleen N. Massey**

**Dechert LLP**
+1 212.698.3686  Direct
kathleen.massey@dechert.com
dechert.com

---

**From:** Krysta Pachman <KPachman@susmangodfrey.com>
**Sent:** Monday, June 28, 2021 11:34 PM
**To:** Massey, Kathleen <kathleen.massey@dechert.com>; Arun Subramanian <asubramanian@SusmanGodfrey.com>
**Cc:** Davida Brook <DBrook@susmangodfrey.com>; Yeary, Michelle <michelle.yeary@dechert.com>
**Subject:** Re: Doe v. MindGeek USA Inc., et al., Case No. 8:21-cv-00338

[EXTERNAL EMAIL]

Kathleen,

The LR 37 process is reserved for discovery motions. This is not a discovery motion – it is a motion for a stay. *See, e.g.*, *Dadisman v. Cty. of Los Angeles*, No.

CV1810119PSGPLAX, 2021 WL 888897, at *1 n.2 (C.D. Cal. Jan. 5, 2021).  Filing a joint stipulation under LR 37 is improper as the question of whether the case should be stayed should go to Judge Carney. *See, e.g., Phoenix Books, Inc. v. Mr Bongo Worldwide Ltd*, No. CV 1906000JFWRAOx, 2019 WL 8137721, at *2 (C.D. Cal. Dec. 17, 2019).  We can meet and confer at 5 p.m. ET on 7/5 but the meet and confer should be pursuant to LR 7-3.

Thanks,
Krysta

---

**From:** "Massey, Kathleen" <kathleen.massey@dechert.com>
**Date:** Monday, June 28, 2021 at 9:07 PM
**To:** Arun Subramanian <asubramanian@SusmanGodfrey.com>
**Cc:** Davida Brook <DBrook@susmangodfrey.com>, Krysta Pachman <KPachman@susmangodfrey.com>, "Yeary, Michelle" <michelle.yeary@dechert.com>
**Subject:** Doe v. MindGeek USA Inc., et al., Case No. 8:21-cv-00338

<mark>EXTERNAL Email</mark>
Arun –

Please see attached Defendants' letter pursuant to Local Rule 37-1 regarding our request for a stay of discovery.  Please let us know when you would like to meet and confer over this as required by the Rule.

Thank you.

Kathleen

**Kathleen N. Massey**

**Dechert LLP**
+1 212.698.3686  Direct
kathleen.massey@dechert.com
dechert.com

---

This e-mail is from Dechert LLP, a law firm, and may contain information that is confidential or privileged. If you are not the intended recipient, do not read, copy or distribute the e-mail or any attachments. Instead, please notify the sender and delete the e-mail and any attachments. Thank you.

---

This e-mail is from Dechert LLP, a law firm, and may contain information that is confidential or privileged. If you are not the intended recipient, do not read, copy or distribute the e-mail or any attachments. Instead, please notify the sender and delete

the e-mail and any attachments. Thank you.

---

This e-mail is from Dechert LLP, a law firm, and may contain information that is confidential or privileged. If you are not the intended recipient, do not read, copy or distribute the e-mail or any attachments. Instead, please notify the sender and delete the e-mail and any attachments. Thank you.

---

This e-mail is from Dechert LLP, a law firm, and may contain information that is confidential or privileged. If you are not the intended recipient, do not read, copy or distribute the e-mail or any attachments. Instead, please notify the sender and delete the e-mail and any attachments. Thank you.