# Exhibit F

| | |
|---|---|
| **From:** | Krysta Pachman |
| **To:** | Yeary, Michelle; Massey, Kathleen; Arun Subramanian; Davida Brook |
| **Subject:** | Re: Doe v. MindGeek Meet and Confer |
| **Date:** | Tuesday, July 06, 2021 3:58:02 PM |

[EXTERNAL EMAIL]

Michelle, apologies but I hadn't received an invite and inadvertently double booked for our call today. With regard to what we had on the agenda:

We are planning to amend the complaint and we think we can just keep the time limits imposed by the FRCP for that and the motion to dismiss.

We need Mindgeek's feedback re whether you all intend to oppose our motion to proceed under a pseudonym. Please let us know.

And we are waiting on Mindgeek to get us dates for any discussions pursuant to FRE 408.

Otherwise, I don't think there are any open issues but please let me know if otherwise and happy to hop on a call to discuss further.

My apologies for the mixup.

Thanks,
Krysta

**From:** "Yeary, Michelle" <michelle.yeary@dechert.com>
**Date:** Tuesday, July 6, 2021 at 1:58 PM
**To:** "Massey, Kathleen" <kathleen.massey@dechert.com>, Arun Subramanian <asubramanian@SusmanGodfrey.com>, Krysta Pachman <KPachman@susmangodfrey.com>, Davida Brook <DBrook@susmangodfrey.com>
**Subject:** Doe v. MindGeek Meet and Confer

EXTERNAL Email

_____

# Microsoft Teams meeting

**Join on your computer or mobile app**
Click here to join the meeting

**Join with a video conferencing device**
teams@teamsmeet.dechert.com
Video Conference ID: 112 192 917 3

Alternate VTC dialing instructions

**Or call in (audio only)**
+1 609-236-8843,,301337302#   United States, Atlantic City
Phone Conference ID: 301 337 302#
Find a local number | Reset PIN

Learn More | Meeting options

_____

_____

This e-mail is from Dechert LLP, a law firm, and may contain information that is confidential or privileged. If you are not the intended recipient, do not read, copy or distribute the e-mail or any attachments. Instead, please notify the sender and delete the e-mail and any attachments. Thank you.