# Exhibit G

| | |
|---|---|
| **From:** | Krysta Pachman <KPachman@susmangodfrey.com> |
| **Sent:** | Monday, June 28, 2021 11:34 PM |
| **To:** | Massey, Kathleen; Arun Subramanian |
| **Cc:** | Davida Brook; Yeary, Michelle |
| **Subject:** | Re: Doe v. MindGeek USA Inc., et al., Case No. 8:21-cv-00338 |

**[EXTERNAL EMAIL]**

Kathleen,

The LR 37 process is reserved for discovery motions. This is not a discovery motion – it is a motion for a stay. *See, e.g.*, *Dadisman v. Cty. of Los Angeles*, No. CV1810119PSGPLAX, 2021 WL 888897, at *1 n.2 (C.D. Cal. Jan. 5, 2021). Filing a joint stipulation under LR 37 is improper as the question of whether the case should be stayed should go to Judge Carney. *See, e.g.*, *Phoenix Books, Inc. v. Mr Bongo Worldwide Ltd*, No. CV 1906000JFWRAOx, 2019 WL 8137721, at *2 (C.D. Cal. Dec. 17, 2019). We can meet and confer at 5 p.m. ET on 7/5 but the meet and confer should be pursuant to LR 7-3.

Thanks,
Krysta

**From:** "Massey, Kathleen" <kathleen.massey@dechert.com>
**Date:** Monday, June 28, 2021 at 9:07 PM
**To:** Arun Subramanian <asubramanian@SusmanGodfrey.com>
**Cc:** Davida Brook <DBrook@susmangodfrey.com>, Krysta Pachman <KPachman@susmangodfrey.com>, "Yeary, Michelle" <michelle.yeary@dechert.com>
**Subject:** Doe v. MindGeek USA Inc., et al., Case No. 8:21-cv-00338

**EXTERNAL Email**
Arun –

Please see attached Defendants' letter pursuant to Local Rule 37-1 regarding our request for a stay of discovery. Please let us know when you would like to meet and confer over this as required by the Rule.

Thank you.

Kathleen

**Kathleen N. Massey**

**Dechert LLP**
+1 212.698.3686  Direct
kathleen.massey@dechert.com
dechert.com

This e-mail is from Dechert LLP, a law firm, and may contain information that is confidential or privileged. If you are not the intended recipient, do not read, copy or distribute the e-mail or any attachments. Instead, please notify the sender and delete the e-mail and any attachments. Thank you.