BENJAMIN SADUN (287533)
benjamin.sadun@dechert.com
DECHERT LLP
US Bank Tower, 633 West 5th Street,
Suite 4900
Los Angeles, CA 90071-2013
Phone: (213) 808-5721; Fax: (213) 808-5760

KATHLEEN N. MASSEY (*admitted pro hac vice*)
kathleen.massey@dechert.com
Three Bryant Park
1095 Avenue of the Americas
New York, NY 10036
Phone: (212) 698-3500; Fax: (212) 698 3599

*Attorneys for Defendant*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SOUTHERN DIVISION**

| | |
|---|---|
| JANE DOE on behalf of herself and all other similarly situated,<br>Plaintiffs,<br><br>v.<br><br>MINDGEEK USA INCORPORATED, MINDGEEK S.A.R.L., MG FREESITES, LTD (D/B/A PORNHUB), MG FREESITES II, LTD, MG CONTENT RT LIMITED, AND 9219- 1568 QUEBEC, INC. (D/B/A MINDGEEK),<br>Defendants. | CASE NO. 8:21-CV-00338-CJC-ADS<br><br>Judicial Officer:  Cormac J. Carney<br>Courtroom:          9B<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR A PARTIAL STAY OF DISCOVERY**<br><br>Hearing Date: August 9, 2021 |

| | |
|---|---|
| 1 | Defendants' Motion for a Partial Stay of Discovery was heard on August 9, 2021 at 1:30 P.M. by this Court. Having considered all papers filed in support of and in opposition to the Motion for a Partial Stay of Discovery, oral arguments of counsel, and all other pleadings and papers on file herein, **IT IS HEREBY ORDERED** that Defendants' Motion is **GRANTED**. |
| | Accordingly, discovery is partially stayed, suspending Defendants' obligation to respond to the already served discovery requests and the service of all further discover requests pending the Court's ruling on Defendants' Motion to Dismiss filed under Fed. R. Civ. P. 12(b). |
| | **IT IS SO ORDERED.** |

Dated: _____                    _____
                                          Honorable Cormac J. Carney