BENJAMIN SADUN (287533)
benjamin.sadun@dechert.com
DECHERT LLP
US Bank Tower, 633 West 5th Street,
Suite 4900
Los Angeles, CA 90071-2013
Phone: (213) 808-5721; Fax: (213) 808-5760

KATHLEEN N. MASSEY (*pro hac vice*)
kathleen.massey@dechert.com
MARK CHEFFO (*pro hac vice forthcoming*)
mark.cheffo@dechert.com
Three Bryant Park
1095 Avenue of the Americas
New York, NY 10036
Phone: (212) 698-3500; Fax: (212) 698 3599

*Attorneys for Defendants*
MINDGEEK USA INCORPORATED,
MINDGEEK S.A.R.L., MG FREESITES,
LTD (D/B/A PORNHUB), MG FREESITES II,
LTD, MG CONTENT RT LIMITED,
AND 9219- 1568 QUEBEC, INC. (D/B/A MINDGEEK)

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SOUTHERN DIVISION**

| | |
|---|---|
| JANE DOE on behalf of herself and all other similarly situated,<br>　　　Plaintiffs,<br><br>　　v.<br><br>MINDGEEK USA INCORPORATED, MINDGEEK S.A.R.L., MG FREESITES, LTD (D/B/A PORNHUB), MG FREESITES II, LTD, MG CONTENT RT LIMITED, AND 9219- 1568 QUEBEC, INC. (D/B/A MINDGEEK),<br>　　　Defendants. | CASE NO. 8:21-CV-00338-CJC-ADS<br><br>Judicial Officer:　Cormac J. Carney<br><br>**NOTICE OF MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT PURSUANT TO FED. R. CIV. P. 12**<br><br>Date:　　August 30, 2021<br>Time:　　1:30 p.m.<br>Courtroom: 9B |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on August 30, 2021, at 1:30 P.M., or as soon thereafter as this matter may be heard, Defendants MindGeek USA Incorporated, MindGeek S.A.R.L., MG Freesites Ltd., MG Freesites II Ltd., MG Content RT Ltd., and 9219-1568 Quebec Inc. (collectively, "Defendants") will and hereby respectfully move for an order dismissing Plaintiff's First Amended Complaint with prejudice pursuant to Federal Rule of Civil Procedure 12.

This Motion will be heard in the Courtroom of the Honorable Cormac J. Carney for the United States District Court in the Central District of California. The Court is located at the Ronald Reagan Federal Building and United States Courthouse, Courtroom 9B, 411 West Fourth Street, Santa Ana, CA 92701-4516. This Motion is based on this Notice of Motion, the attached Memorandum of Points and Authorities, the pleadings on file herein and upon such other matters as may be presented to the Court at the time of the hearing.

This Motion is made following conference of counsel pursuant to Local Rule 7-3, which took place on June 23, 2021.

DATED: AUGUST 2, 2021            /S/    BENJAMIN SADUN
                                 Benjamin Sadun
                                 Kathleen N. Massey (*pro hac vice*)
                                 Mark Cheffo (*pro hac vice forthcoming*)

                                 *Attorneys for Defendants*
                                 MINDGEEK USA INCORPORATED,
                                 MINDGEEK S.A.R.L., MG FREESITES,
                                 LTD (D/B/A PORNHUB),
                                 MG FREESITES II, LTD, MG CONTENT
                                 RT LIMITED, AND 9219- 1568 QUEBEC,
                                 INC. (D/B/A MINDGEEK)