BENJAMIN M. SADUN (287533)
benjamin.sadun@dechert.com
DECHERT LLP
US Bank Tower, 633 West 5th Street,
Suite 4900
Los Angeles, CA 90071-2013
Phone: (213) 808-5721; Fax: (213) 808-5760

KATHLEEN N. MASSEY (*pro hac vice*)
kathleen.massey@dechert.com
MARK CHEFFO (*pro hac vice forthcoming*)
mark.cheffo@dechert.com
Three Bryant Park, 1095 Avenue of the Americas
New York, NY 10036
Phone: (212) 698-3500; Fax: (212) 698 3599

*Attorneys for Defendants*
MINDGEEK USA INCORPORATED,
MINDGEEK S.A.R.L., MG FREESITES,
LTD (D/B/A PORNHUB), MG FREESITES II,
LTD, MG CONTENT RT LIMITED,
AND 9219- 1568 QUEBEC, INC. (D/B/A MINDGEEK)

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| JANE DOE on behalf of herself and all other similarly situated,<br>    Plaintiffs,<br><br>v.<br><br>MINDGEEK USA INCORPORATED, MINDGEEK S.A.R.L., MG FREESITES, LTD (D/B/A PORNHUB), MG FREESITES II, LTD, MG CONTENT RT LIMITED, AND 9219- 1568 QUEBEC, INC. (D/B/A MINDGEEK),<br>    Defendants. | CASE NO. 8:21-CV-00338-CJC-ADS<br><br>Judicial Officer:  Cormac J. Carney<br><br>**NOTICE OF ERRATA AND CORRECTION TO EXHIBIT A OF DECLARATION OF BENJAMIN M. SADUN IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS FIRST AMENDED COMPLAINT WITH PREJUDICE**<br><br>Date:      August 30, 2021<br>Time:      1:30 p.m.<br>Courtroom: 9B |

Defendants MindGeek USA Incorporated, MindGeek S.A.R.L., MG Freesites Ltd, MG Freesites II Ltd, MG Content RT Ltd, and 9219-1568 Quebec Inc. (collectively, "Defendants") respectfully submit this errata to Docket No. 45-2, the Declaration of Benjamin M. Sadun in Support of Defendants' Motion to Dismiss the First Amended Complaint with Prejudice, to correct an inadvertent clerical error. During the filing, which took place on August 2, 2021, Defendants correctly attached a copy of the Honorable James V. Selna's Order Regarding Motion to Stay Discovery in Doe v. Reddit, Inc., No. 21-cv-768 [Dkt. 35] (C.D. Cal. July 12, 2021), as Exhibit A, but the copy contains highlighted passages.  To correct this mistake, a corrected, non-highlighted version of the exhibit is attached hereto as Exhibit A.

DATED: AUGUST 3, 2021           /S/   *BENJAMIN M. SADUN*
                                Benjamin M. Sadun (287533)
                                Kathleen N. Massey (*pro hac vice*)
                                Mark Cheffo (*pro hac vice forthcoming*)

                                *Attorneys for Defendants*
                                MINDGEEK USA INCORPORATED, MINDGEEK S.A.R.L., MG FREESITES, LTD (D/B/A PORNHUB), MG FREESITES II, LTD, MG CONTENT RT LIMITED, AND 9219- 1568 QUEBEC, INC. (D/B/A MINDGEEK)

# EXHIBIT A

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | SACV 21-768 JVS(KESx) | Date | July 12, 2021 |
| Title | Jane Doe et al. v. Reddit, Inc. | | |

| | |
|---|---|
| Present: The Honorable | **James V. Selna, U.S. District Court Judge** |

| | |
|---|---|
| Lisa Bredahl | Not Present |
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:** **[IN CHAMBERS] Order Regarding Motion to Stay Discovery**

  Defendant Reddit, Inc. ("Reddit") filed a motion to stay discovery pending resolution of its motion to dismiss. Mot., Dkt. No. 25. Plaintiffs Jane Does Nos. 1-6 and John Does Nos. 2, 3, and 5 (collectively — "Plaintiffs") filed an opposition. Opp'n, ECF No. 27. Reddit responded. Reply, ECF No. 30.

  For the following reasons, the Court **GRANTS** the motion.

### I. Background

  This is a class action lawsuit that arises from the posting on Reddit's website of sexually explicit videos and images of individuals under the age of 18 — commonly referred to as child sexual exploitation material ("CSEM"). First Amended Complaint ("FAC"), ECF No. 31, ¶ 1. Before addressing Plaintiffs' claims, the Court briefly reviews how Reddit is structured.

  Reddit is one of the Internet's most popular websites and is built around users submitting links, pictures, and text that everyone can view and vote on. Id. ¶¶ 36-37. Reddit is organized into what are called "Subreddits," which are online bulletin boards that are focused on particular themes or interests. Id. ¶ 38. Subreddits are governed as follows. Reddit allows users to create Subreddits. Id. ¶ 44. Each Subreddit is managed by a small group of users, who are given the title of "moderator." Moderators can dictate what type of content is allowed on the Subreddit, subject to certain overall limitations placed by Reddit. Id.

  Reddit itself has four teams of employees that engage in content moderation for the

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | SACV 21-768 JVS(KESx) | Date | July 12, 2021 |
| Title | Jane Doe et al. v. Reddit, Inc. | | |

company. Id. ¶¶ 44-47. "Administrators" have the power to strip moderators of their privileges and ban Subreddits or particular content from Reddit. Id. ¶ 44. Administrators are primarily supposed to identify and remove content that violates Reddit's Content Policy, whether on Subreddits or in private messages between users. Id. ¶ 44. The Trust & Safety Team focuses on enforcing Reddit's Content Policy against malicious users and when content violations may have urgent legal or safety implications. Id. ¶ 45. The Anti-Evil internal security team consists of back-end engineers who create automated software that flags content that violates Reddit's policies. Id. ¶ 46. Finally, the Legal Operations Team removes or disables content that it finds to be in violation of the Digital Millennium Copyright Act. Id. ¶ 47.

Jane Doe No. 1 is an individual who is now of the age of majority under United States and California law. Id. ¶ 8. An ex-boyfriend of Jane Doe No. 1 posted sexually explicit images and videos of Jane Doe No. 1 from when she was 16 years old on websites, including Reddit, without her consent. Id. ¶¶ 143-46. Each time that Jane Doe No. 1 reported the CSEM of herself to Subreddit moderators, it would take days for the CSEM to come down, only for it to reappear within minutes. Id. ¶¶ 148-49. When she had her ex-boyfriend's account banned, he was able to make a new account and post the CSEM anew. Id. ¶ 151.

Jane Does Nos. 2-6 and John Does Nos. 2, 3, and 5 are the parents of daughters who are below the age of majority under United States and California law. Id. ¶¶ 9-13. Each of their daughters has had CSEM images or videos of them posted on Reddit and have had to repeatedly request that various Subreddit moderators and Reddit administrators remove the CSEM, often only to have the CSEM reappear shortly after it is removed. Id. ¶¶ 156-229.

Plaintiffs allege that the Reddit knowingly facilitates the posting of CSEM and benefits from the CSEM in the form of increased advertising revenue and subscription fees by premium Reddit users. Id. ¶¶ 61-65, 75, 119. Plaintiffs allege that Reddit facilitates the posting of CSEM to achieve these benefits in a variety of ways, including (1) allowing the creation of a number of Subreddits that target users seeking CSEM, id. ¶ 94; (2) rarely removing CSEM when it is reported by users, id. ¶ 82; (3) failure to verify users' age, id. ¶ 51; (4) reliance on poorly trained, volunteer moderators to manage Subreddits, id. ¶¶ 106-07, 110; (5) having ineffective and inefficient administrators managing content moderation for Reddit, id. ¶¶ 108-09, 112; (6) failing to take steps to

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | SACV 21-768 JVS(KESx) | Date | July 12, 2021 |
| Title | Jane Doe et al. v. Reddit, Inc. | | |

prevent banned users from creating new user accounts on the website, id. ¶¶ 113-14; (7) failing to report all CSEM to the National Council for Missing and Exploited Children ("NCMEC"), id. ¶ 124; and (8) failing to use PhotoDNA, an automated means of identifying images of CSEM previously identified to NCMEC, until 2019, and at that point only using PhotoDNA minimally, id. ¶¶ 122-124.

Plaintiffs bring this lawsuit on behalf of one class and two subclasses. The Class is defined as:

> all persons who were under the age of 18 when they appeared in a sexually explicit video or image that has been uploaded or otherwise made available for viewing on any website owned or operated by Reddit, Inc. in the last ten years.

Id. ¶ 239. Jane Doe No. 1 seeks to represent the following California subclass:

> all persons residing in California who were under the age of 18 when they appeared in a sexually explicit video or image that has been uploaded or otherwise made available for viewing on any website owned or operated by Reddit, Inc. in the last ten years.

Id. ¶ 240. The remaining Plaintiffs seek to represent the following New Jersey subclass:

> all persons residing in New Jersey who were under the age of 18 when they appeared in a sexually explicit video or image that has been uploaded or otherwise made available for viewing on any website owned or operated by Reddit, Inc. in the last ten years.

Id. ¶ 241.

Plaintiffs filed their Complaint on April 22, 2021. See generally Complaint, ECF No. 1. Following the filing of the instant motion and a motion to dismiss, Plaintiffs filed the FAC. See generally FAC. Plaintiffs now bring nine claims for relief: (1) violation of the federal Trafficking Victims Protection Act, 18 U.S.C. §§ 1591, 1595; (2) violation of

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Case No.  SACV 21-768 JVS(KESx)  Date  July 12, 2021

Title  Jane Doe et al. v. Reddit, Inc.

the duty to report child sexual abuse material under 18 U.S.C. § 2258A; (3) receipt and distribution of child pornography in violation of 18 U.S.C. § 2252A; (4) distribution of private sexually explicit materials in violation of Cal. Civ. Code § 1708.85; (5) violation of California's Unfair Competition Law ("UCL"), Cal. Bus. & Prof. Code § 17200; (6) violation of California's Trafficking Victims Protection Act, Cal. Civ. Code § 52.5; (7) violation of New Jersey's child exploitation laws, N.J. Rev. Stat. § 2A:30B-3; (8) unjust enrichment; and (9) intentional infliction of emotional distress. FAC ¶¶ 248-98. Of these claims, the three claims for violation of California law are brought on behalf of the California subclass while the claim for violation of New Jersey law is brought on behalf of the New Jersey subclass. Id. ¶¶ 273-89.

## II. Legal Standard

Under Federal Rule of Civil Procedure 26(c), a court may "issue an order to protect a party or person from annoyance, embarrassment, oppression, or undue burden or expense," including "specifying terms, including time and place or allocation of expenses, for . . . discovery." The Ninth Circuit has held that this authority to issue a protective order allows a court to "stay discovery when it is convinced that the plaintiff will be unable to state a claim for relief." Wood v. McEwen, 644 F.2d 797, 801 (9th Cir. 1981). District courts in California typically apply the following two-part test, deciding only to stay discovery pending a potentially dispositive motion if: "(1) the pending motion is potentially dispositive of the entire case, or at least dispositive on the issue at which discovery is aimed, and (2) the pending, potentially dispositive motion can be decided absent additional discovery." Quezambra v. United Domestic Workers of America AFSCME Local 3930, 2019 WL 8108745, at *2 (C.D. Cal. Nov. 14, 2019) (citing Mlejnecky v. Olympus Imaging America, Inc., 2011 WL 489743, at *5 (E.D. Cal. Feb. 7, 2011) (collecting cases)).

In deciding whether to issue a stay, the Court keeps in mind the competing goals of the Federal Rules of Civil Procedure. "The purpose of Federal Rule of Civil Procedure 12(b)(6) is to enable defendants to challenge the legal sufficiency of a complaint without subjecting themselves to discovery." Tradebay, LLC v. eBay, Inc., 278 F.R.D. 597, 601-02 (D. Nev. 2011). At the same time, the routine issuance of stays of discovery would be "directly at odds with the need for expeditious resolution of litigation." Quezambra, 2011 WL 8108745, at *1 (quoting Mlejnecky, 2011 WL 489743, at *6). As such, the party seeking a stay of discovery "carries a heavy burden of making a strong showing why

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | SACV 21-768 JVS(KESx) | Date | July 12, 2021 |
| Title | Jane Doe et al. v. Reddit, Inc. | | |

discovery should be denied." Tradebay, 278 F.R.D. at 601. The Court will only enter an order staying discovery "when it is convinced that the plaintiff will be unable to state a claim for relief." Quezambra, 2019 WL 8108745, at *1 (internal quotation omitted).

### III. DISCUSSION

    *A.*    *Section 230 Generally*

Reddit's primary argument is that a stay of discovery is appropriate because Plaintiffs' claims are barred by Section 230 of the Communications Decency Act, 47 U.S.C. § 230. See Mot. at 6-8; Reply at 4-6. Under § 230(c)(1), "[n]o provider . . . of an interactive computer service shall be treated as the publisher or speaker of any information provided by another information content provider." In other words, "Section 230(c)(1) precludes liability for (1) a provider or user of an interactive computer service (2) whom a plaintiff seeks to treat as a publisher or speaker (3) of information provided by another information content provider." Gonzalez v. Google LLC, 2021 WL 2546675, at *12 (9th Cir. June 22, 2021) (published opinion) (internal quotation omitted).

It is readily apparent that § 230 immunizes Reddit from many of Plaintiffs' claims. First, Reddit is clearly the provider of an interactive computer service. Under § 230(f)(2), an "interactive computer service" is defined as "any information service, system, or access software provider that provides or enables computer access by multiple users to a computer server . . . ." Reddit provides a system that enables computer access by multiple users to a server. See also Hepp v. Facebook, Inc., 465 F. Supp. 3d 491, 498 (E.D. Pa. 2020) (finding that Reddit "falls squarely within" the definition of interactive computer service). Although Plaintiffs argue in passing that Reddit is a content provider, see Opp'n at 9, Plaintiffs do not argue that Reddit was "responsible, in whole or in part, for the creation or development of" CSEM, as is required under the definition of "information content provider." 47 U.S.C. § 230(f)(3) (emphasis added).

Second, it is readily apparent that several of Plaintiffs' claims seek to treat Reddit as a publisher or speaker of information provided by other content providers. Plaintiffs assert a claim for unjust enrichment because "[b]y permitting users to upload videos and images of Plaintiffs (and/or their daughters) and the Class and profiting from those videos and images, Defendant have [sic] become unjustly enriched at the expense of Plaintiffs and the Class . . . ." FAC ¶ 292. The decision to permit users to upload content to a

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Case No.  SACV 21-768 JVS(KESx)                    Date  July 12, 2021

Title  Jane Doe et al. v. Reddit, Inc.

website is a quintessential function of a publisher under § 230. See Barnes v. Yahoo!, Inc., 570 F.3d 1096, 1105 (9th Cir. 2009) ("Subsection (c)(1), by itself, shields from liability all publication decisions, whether to edit, to remove, or to post, with respect to content generated entirely by third parties." (emphasis added)). Similarly, Plaintiffs' claim for distribution of private sexually explicit materials stems from users being permitted to upload the relevant videos and images to Reddit. That claim is therefore barred. The same analysis holds true for Plaintiffs' claim for intentional infliction of emotional distress, which is premised on Reddit "knowingly tolerat[ing]" CSEM on its website. FAC ¶ 295. See Fair Housing Council of San Fernando Valley v. Roommates.Com, LLC, 521 F.3d 1157, 1163 (9th Cir. 2008) ("Congress sought to immunize the removal of user-generated content . . ..").

      B.    *Child Pornography Claims*

Of course, providers of interactive computer services, like Reddit, do still have obligations for dealing with CSEM. Indeed, Plaintiffs also attempt to sue under the two statutes that provide the most stringent requirements: 18 U.S.C. §§ 2252A and 2258A. Neither, however, can form the basis of a claim that can proceed here. Although Plaintiffs assert a claim against Reddit for failing to report CSEM as required under 18 U.S.C. § 2258A, there is no private cause of action that allows Plaintiffs to assert that claim. See 18 U.S.C. § 2255 (providing causes of action for various violations of criminal CSEM statutes but not listing § 2258A).

18 U.S.C. § 2252A makes it illegal to knowingly receive and distribute CSEM. In contrast to § 2258A, § 2252A does provide a private right of action for individuals who are aggrieved by another's knowing receipt and distribution of CSEM. 18 U.S.C. § 2252A(f). But § 230 provides immunity for interactive computer services in civil suits under § 2252A as well. Notably, § 230(e)(1) states that § 230 "shall not be construed to impair the enforcement of . . . chapter 110 (relating to sexual exploitation of children) of title 18 . . .." Chapter 110 includes § 2252A. But, the Ninth Circuit has held that § 230(e)(1)'s use of the word "enforcement" shows an intent to only exclude criminal enforcement under that chapter, not civil claims. See Gonzalez v. Google, Inc., 2021 WL 2546675, at *12 (9th Cir. 2021) (published opinion) (collecting cases); see also Doe v. Bates, 2006 WL 3813758, at *3-4 (E.D. Tex. Dec. 27, 2006) (holding that § 230(e)(1) does not provide an exception permitting civil suit under § 2252A). While Reddit and

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | SACV 21-768 JVS(KESx) | Date | July 12, 2021 |
| Title | Jane Doe et al. v. Reddit, Inc. | | |

other interactive computer services could be subject to prosecution for knowingly distributing CSEM, they cannot be subject to civil suits under these statutes.

    C.    *Trafficking Claims*

        1.    *Federal Claim*

This brings the Court to the Plaintiffs' attempt to assert a claim for violation of the federal sex trafficking laws that are exempted from § 230 immunity. In 2018, Congress passed the Allow States and Victims to Fight Online Sex Trafficking Act ("FOSTA"), which added § 230(e)(5). Pub. L. No. 115-164, 132 Stat. 1253. Under § 230(e)(5)(A), § 230 "shall not be construed to impair or limit" "any claim in a civil action brought under section 1595 of title 18, if the conduct underlying the claim constitutes a violation of section 1591 of that title." 47 U.S.C. § 230(e)(5)(A). Under § 1595, "[a]n individual who is a victim of a violation of this chapter may bring a civil action against . . . whoever knowingly benefits, financially or by receiving anything of value from <u>participation in a venture</u> which that person knew or should have known has engaged in an act in violation of this chapter . . . .." 18 U.S.C. § 1595(a) (emphasis added). Section 1591, in turn, defines "participation in a venture" as "knowingly assisting, supporting, or facilitating a violation" of subsection (a)(1)." <u>Id.</u> § 1591(e)(4).

Without further analysis, Plaintiffs contend that this language means that they have stated a claim under 18 U.S.C. § 1591, and therefore Reddit cannot claim immunity under § 230. Opp'n at 8-9. But Plaintiffs fail to address Reddit's citation to <u>J.B. v. G6 Hospitality, LLC</u>, 2020 WL 4901196 (N.D. Cal. Aug. 20, 2020). <u>See</u> Mot. at 14; Reply at 4. The court in <u>J.B.</u> concluded that "courts defining participation under § 1595 have, in the absence of direct association, required a showing of a continuous business relationship between the trafficker and the defendant such that it would appear that the trafficker and the defendant have established a pattern of conduct or could be said to have a tacit agreement." 2020 WL 4901196, at *9 (collecting cases). Plaintiffs allege that Reddit maintains "affiliations with sex traffickers by enabling the posting of child pornography on its websites" and "making it easier to connect traffickers with those who want to view child pornography." FAC ¶ 255. But this allegation is not sufficient to show "a continuous business relationship between" Reddit and traffickers. "To conclude otherwise would mean that all web-based communications platforms have a legal duty to inspect every single user-generated message before it is communicated to a single person

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | SACV 21-768 JVS(KESx) | Date | July 12, 2021 |
| Title | Jane Doe et al. v. Reddit, Inc. | | |

or displayed to the public, lest such platforms be deemed to have participated in the venture." J.B., 2020 WL 4901196, at *9. "[T]here is no indication that Congress intended to create such a duty, or that it would be reasonable in light of the volume of posts generated by third parties daily." Id. The Court agrees with the J.B. court and does not see any indication from the facts alleged that Plaintiffs would be able to state a claim under § 1591.[1]

  2. *State Claims*

  Plaintiffs' claims under state trafficking laws fair no better. Notably, 47 U.S.C. § 230(e)(5)(B) provides that § 230 "shall not be construed impair or limit" "any charge in a criminal prosecution brought under State law if the conduct underlying the charge would constitute a violation of section 1591 of title 18." It does not, by its plain text, prevent application of § 230 to civil suits brought under those same state laws. Nevertheless, Plaintiffs point to a recent decision of the Texas Supreme Court for the proposition that FOSTA "excised all sex trafficking claims from Section 230 immunity, even if those claims are not specifically section 1591 claims." Opp'n at 9 (emphasis in original) (citing In re Facebook, Inc., 2021 WL 2603687 (Tex. June 25, 2021) (published opinion)).

  The Court firmly disagrees with the Supreme Court of Texas's reading of § 230(e)(5). In In re Facebook, the Texas Supreme Court ruled that 47 U.S.C. § 230(e)(5) did not create exceptions to § 230 but rather created "a rule of construction" that puts into effect a "Sense of Congress" that § 230 was "never intended to provide legal protection to . . . websites that facilitate traffickers in advertising the sale of unlawful sex acts with sex trafficking victims." 2021 WL 2603687, at *15. The In re Facebook decision relies on Edward J. DeBartolo Corp. v. Florida Gulf Coast Building and Construction Trades Council, 485 U.S. 568 (1988). Specifically, the Texas Supreme Court interpreted DeBartolo as developing a general principle that a "shall not be construed" clause "explain[s] how the section should be interpreted rather than creating an exception to it." In re Facebook, 2021 WL 2603687, at *15 (internal quotation omitted).

  But this reading of DeBartolo both misunderstands the Supreme Court's reasoning and undermines the clear intent of Congress. At issue in DeBartolo was a union's

---

[1] This analysis also does not address whether the distribution of CSEM is a form of sex trafficking as contemplated by § 1591(a)(1), an issue which the Court does not reach.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | SACV 21-768 JVS(KESx) | Date | July 12, 2021 |
| Title | Jane Doe et al. v. Reddit, Inc. | | |

distribution of "handbills asking mall customers not to shop at any of the stores in the mall 'until the Mall's owner publicly promises that all construction at the Mall will be done using contractors who pay their employees fair wages and fringe benefits.'" 485 U.S. at 570. The union sought a boycott of stores at the mall despite the union's dispute being with a construction company, which was building a department store for a third company, and over which neither the mall owner nor the other mall stores had any influence. Id. "The case turn[ed] on whether [the union's] handbilling . . . must be held to 'threaten, coerce, or restrain any person' to cease doing business with another, within the meaning of [29 U.S.C.] § 158(b)(4)(ii)(B)," and was therefore proscribed. Id. at 578. In the end, the Court concluded that the handbilling was not proscribed by § 158(b)(4)(ii)(B). Id. at 588.

The analysis of the "shall not be construed" proviso that the Supreme Court of Texas focuses on was secondary to this broader issue. The "shall not be construed" proviso stated:

> That for the purposes of this paragraph (4) only, nothing contained in such paragraph shall be construed to prohibit publicity, other than picketing, for the purpose of truthfully advising the public, including consumers and members of a labor organization, that a product or products are produced by an employer with whom the labor organization has a primary dispute and are distributed by another employer, as long as such publicity does not have an effect of inducing any individual employed by any person other than the primary employer in the course of his employment to refuse to pick up, deliver, or transport any goods, or not to perform any services, at the establishment of the employer engaged in such distribution."

29 U.S.C. § 158(b)(4). "By its terms, the proviso protects nonpicketing communications directed at customers of a distributor of goods produced by an employer with whom the union has a labor dispute." DeBartolo, 485 U.S. at 582.

The National Labor Relations Board argued that because "handbilling and other consumer appeals not involving such a distributor are not within the proviso . . . those appeals must be considered coercive within the meaning of § 158(b)(4)(ii)(B)." Id. The

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | SACV 21-768 JVS(KESx) | Date | July 12, 2021 |
| Title | Jane Doe et al. v. Reddit, Inc. | | |

Court rejected that argument, stating that the "shall not be construed" language "may indicate only that without the proviso, the <u>particular</u> nonpicketing communication the proviso protects might have been considered to be coercive, <u>even if other forms of publicity would not be</u>." <u>Id.</u> at 582-83 (emphasis added). While not a model of clarity, the Court's analysis concluded, in short, that the proviso was only intended to clarify the status of certain types of nonpicketing communications. All other forms of publicity were not Congress's concern in adding the proviso and should be analyzed under the statute's primary rule – § 158(b)(4)(ii)(B). To assume that all forms of publicity not mentioned in the proviso are coercive ignores that Congress likely assumed that many of those forms of publicity would already be deemed non-coercive under the primary rule. Therefore, they did not need to be included in the proviso for clarification.

The Supreme Court of Texas is therefore incorrect in reading <u>DeBartolo</u> to permit a "rule of construction" that allows courts to read "shall not be construed" provisos to reach legal claims when the court finds it "hard to understand" why the legal claim is not expressly mentioned in the proviso. <u>In re Facebook</u>, 2021 WL 2603687, at *15. Rather, <u>DeBartolo</u> stands for the proposition that where a statute includes a "shall not be construed" clause that does not directly address the legal claim at issue in the pending case, the court should analyze it under the more general statutory rule. Indeed, this is just what the <u>DeBartolo</u> court did when it proceeded to further analyze § 158(b)(4)(ii)(B) after addressing the proviso. 485 U.S. at 583-88.

Even if the Court were to accept the reading of <u>DeBartolo</u> in <u>In re Facebook</u>, however, the Texas Supreme Court's interpretation of § 230 undermines Congress's clear intent. Notably, § 230(e)(5) explicitly states that § 230 should not impair civil claims brought under 18 U.S.C. § 1595 and "any charge in a criminal prosecution" under state laws that would constitute violations of 18 U.S.C. §§ 1591 and 2421A. Congress was very precise and made explicit distinctions between civil claims and criminal prosecution. Reading § 230(e)(5) to permit civil claims under state laws that would constitute violations of 18 U.S.C. §§ 1591 and 2421A would render superfluous the phrase "in a criminal prosecution" in §§ 230(e)(2) and 230(e)(3). <u>See Boise Cascade Corp. v. United States Environmental Protection Agency</u>, 942 F.2d 1427, 1432 (9th Cir. 1991) ("Courts should interpret statutes as a whole, giving meaning to each word and avoiding interpretations that render other words or provisions of the statute inconsistent, meaningless, or superfluous."). The Court's conclusion that § 230(e)(5) does not extend to civil claims under state law also is consistent with <u>J.B.</u>, which similarly addressed §

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | SACV 21-768 JVS(KESx) | Date | July 12, 2021 |
| Title | Jane Doe et al. v. Reddit, Inc. | | |

230(e)(5) as it applies to state civil claims. See J.B., 2020 WL 4901196, at *5 ("The plain language of the statute suggests that state civil claims are not carved out from the immunity provided by Section 230, even in sex trafficking cases."); id. at *5 n.2 (rejecting reliance on the "Sense of Congress," as the In re Facebook court did).

Having concluded that § 230(e)(5) does not provide an exception to § 230 immunity for civil suits brought under state sex trafficking laws, the Court concludes that § 230 bars Plaintiffs' claims. Both of Plaintiffs' state sex trafficking claims are premised on Reddit's role as a distributor of CSEM. FAC ¶¶ 285, 288. As the Court has already concluded, liability stemming from an information service provider's decisions in removing user generated content. See Barnes v. Yahoo!, Inc., 570 F.3d 1096, 1105 (9th Cir. 2009) ("Subsection (c)(1), by itself, shields from liability all publication decisions, whether to edit, to remove, or to post, with respect to content generated entirely by third parties." (emphasis added)). Section 230 therefore provides immunity against Plaintiffs' sex trafficking claims.

    D.    **UCL Claim**

Finally, the Court notes that Plaintiffs cannot assert their remaining UCL claim. For an individual to assert a UCL claim, the person must have "suffered injury in fact and . . . lost money or property as a result of the unfair competition." Cal. Bus. & Prof. Code § 17204. But, there is no indication in the FAC that Plaintiffs have lost money or property as a result of Reddit's alleged conduct.

The Court therefore concludes that Plaintiffs' motion to dismiss would potentially be dispositive and result in the dismissal of each of Plaintiffs' claims. The Court has so concluded without the need to consult additional discovery. Thus, it is appropriate to grant a stay of discovery pending resolution of Reddit's motion to dismiss. Quezambra, 2019 WL 8108745, at *2.

### IV. CONCLUSION

For the foregoing reasons, the Court **GRANTS** the motion. The Court finds that oral argument would not be helpful in this matter. Fed. R. Civ. P. 78; L.R. 7-15. Hearing set for July 19, 2021, is ordered **VACATED**.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | SACV 21-768 JVS(KESx) | Date | July 12, 2021 |
| Title | Jane Doe et al. v. Reddit, Inc. | | |

**IT IS SO ORDERED.**

| | : | 0 |
|---|---|---|
| Initials of Preparer | lmb | |