UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No. SACV 21-00338-CJC (ADSx)            Date: October 25, 2021

Title: <u>JANE DOE V. MINDGEEK USA INCORPORATED, ET AL.</u>

PRESENT:

**HONORABLE CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE**

<u>Rolls Royce Paschal</u>            <u>N/A</u>
Deputy Clerk            Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFF:    ATTORNEYS PRESENT FOR DEFENDANT:

None Present            None Present

**PROCEEDINGS: (IN CHAMBERS) ORDER TAKING UNDER SUBMISSION DEFENDANTS' MOTION FOR RECONSIDERATION**

      Before the Court is Defendants' motion for reconsideration of this Court's order denying Defendants' motion to dismiss or, in the alternative, for Section 1292(b) certification. (Dkt. 73.) Having read and considered the papers presented by the parties, the Court finds this matter appropriate for disposition without a hearing. *See* Fed. R. Civ. P. 78; Local Rule 7-15. Accordingly, the hearing set for November 1, 2021 at 1:30 p.m. is hereby vacated and off calendar. The Court takes the matter under submission and will issue a decision on the motion forthwith.

as

MINUTES FORM 11
CIVIL-GEN            Initials of Deputy Clerk RRP