BENJAMIN M. SADUN (287533)
benjamin.sadun@dechert.com
DECHERT LLP
US Bank Tower, 633 West 5th Street, Suite 4900
Los Angeles, CA 90071-2013
Phone: (213) 808-5721; Fax: (213) 808-5760

KATHLEEN N. MASSEY (*admitted pro hac vice*)
kathleen.massey@dechert.com
MARK S. CHEFFO (*pro hac vice forthcoming*)
mark.cheffo@dechert.com
Three Bryant Park
1095 Avenue of the Americas
New York, NY 10036
Phone: (212) 698-3500; Fax: (212) 698 3599

*Attorneys for Defendants*
MINDGEEK USA INCORPORATED,
MINDGEEK S.A.R.L., MG FREESITES,
LTD (D/B/A PORNHUB), MG FREESITES II,
LTD, MG CONTENT RT LIMITED,
AND 9219- 1568 QUEBEC, INC. (D/B/A MINDGEEK)

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SOUTHERN DIVISION**

| | |
|---|---|
| JANE DOE on behalf of herself and all other similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MINDGEEK USA INCORPORATED, MINDGEEK S.A.R.L., MG FREESITES, LTD (D/B/A PORNHUB), MG FREESITES II, LTD, MG CONTENT RT LIMITED, AND 9219- 1568 QUEBEC, INC. (D/B/A MINDGEEK),<br><br>Defendants. | CASE NO.  8:21-CV-00338-CJC-ADS<br><br>Judicial Officer:    Cormac J. Carney<br><br>**NOTICE OF CHANGE IN AUTHORITY** |

1  Defendants submit this Notice of Change in Authority to bring to the Court's
2  attention two recent developments in cases relevant to Defendants' Motion for
3  Reconsideration of the Order Denying Defendants' Motion to Dismiss or, in the
4  Alternative, for § 1292(b) Certification.

5  First, on October 26, 2021, in *Doe v. Twitter, Inc.*, 2021 WL 3675207 (N.D.
6  Cal. Aug. 19, 2021), Chief Magistrate Judge Spero certified his Order for an
7  interlocutory appeal and stayed all proceedings in that case. Magistrate Judge Spero's
8  Order is attached hereto as Exhibit A.

9  Second, on October 28, 2021, in *Doe v. Reddit, Inc.*, No. 8:21-cv-00768 [Dkt.
10  60] (C.D. Cal.), Judge Selna entered an Order, attached hereto as Exhibit B,
11  dismissing all of Plaintiffs' claims against Reddit with prejudice.

13  DATED: October 27, 2021          DECHERT LLP
14                                    RESPECTFULLY SUBMITTED,

16                                    /s/    *Benjamin M. Sadun*
17                                    Benjamin M. Sadun
                                      Kathleen N. Massey (*admitted pro hac vice*)

19                                    *Attorneys for Defendants*
                                      MINDGEEK USA INCORPORATED,
20                                    MINDGEEK S.A.R.L., MG FREESITES,
                                      LTD (D/B/A PORNHUB),
21                                    MG FREESITES II, LTD, MG CONTENT
                                      RT LIMITED, AND 9219- 1568 QUEBEC,
22                                    INC. (D/B/A MINDGEEK)