DAVIDA BROOK (275370)
dbrook@susmangodfrey.com
KRYSTA KAUBLE PACHMAN
(280951)
kpachman@susmangodfrey.com
HALLEY JOSEPHS (338391)
hjosephs@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA  90067
Phone: (310) 789-3100;
Fax: (310) 789-3150

TAMAR E. LUSZTIG (Pro Hac Vice)
tlusztig@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1301 Avenue of the Americas, 32nd Fl.
New York, NY 10019-6023
Phone: (212) 336-8330
Fax: (212) 336-8340

*Attorneys for Plaintiff*

BENJAMIN M. SADUN (287533)
benjamin.sadun@dechert.com
DECHERT LLP
US Bank Tower, 633 West 5th Street,
Suite 4900
Los Angeles, CA 90071-2013
Phone: (213) 808-5721; Fax: (213)
808-5760

KATHLEEN N. MASSEY (Pro Hac
Vice)
kathleen.massey@dechert.com
HAYDEN COLEMAN (Pro Hac Vice)
hayden.coleman@dechert.com
DECHERT LLP
Three Bryant Park
1095 Avenue of the Americas
New York, NY 10036
Phone: (212) 698-3500
Fax: (212) 698-3599

MICHELLE YEARY (Pro Hac Vice)
michelle.yeary@dechert.com
DECHERT LLP
2929 Arch Street
Circa Centre
Philadelphia, PA 19104
Phone: (609) 955-3277
Fax: (215) 994-2222

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| JANE DOE on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MINDGEEK USA INCORPORATED, MINDGEEK S.A.R.L., MG FREESITES, LTD (D/B/A PORNHUB), MG FREESITES II, LTD, MG CONTENT RT LIMITED, AND 9219-1568 QUEBEC, INC. (D/B/A MINDGEEK),<br><br>Defendants. | Case No. SACV 21-00338-CJC(ADSx)<br><br>*Hon. Cormac J. Carney*<br><br>**JOINT MOTION TO LIFT THE STAY ENTERED PURSUANT TO 18 U.S.C. § 1595(B) AND ISSUE AN AMENDED SCHEDULING ORDER** |

1    Plaintiff Jane Doe and Defendants MindGeek USA Incorporated, MindGeek

2    S.a.r.l., MG Freesites Ltd, MG Freesites II Ltd , MG Content RT Ltd, and 9219-1568

3    Quebec Inc. (together, "Defendants") respectfully submit this joint motion requesting

4    that the Court lift the stay of proceedings entered pursuant to 18 U.S.C. § 1595(b)

5    and issue an amended scheduling order.

6    On December 28, 2021, the Court granted Defendants' motion for a stay of

7    proceedings pursuant to 18 U.S.C. § 1595(b). ECF No. 97. Section 1595(b)(1)

8    provides that "[a]ny civil action filed under subsection (a) [of § 1595] shall be stayed

9    during the pendency of any criminal action arising out of the same occurrence in

10   which the claimant is the victim." A criminal action "is pending until final

11   adjudication in the trial court." 18 U.S.C. § 1595(b)(2). The Court stayed this case

12   during the pendency of a criminal proceeding involving child pornography related

13   charges against Plaintiff's trafficker and ex-boyfriend. Dkt. 97 at 7–8. That criminal

14   proceeding has now reached a final adjudication following the criminal defendant's

15   guilty plea and sentencing. Because the condition warranting the stay no longer

16   exists, the Parties respectfully seek removal of the stay.

17   The Parties have met and conferred and agreed to a revised proposed schedule

18   set forth in Exhibit A. The Parties respectfully request the Court issue an amended

19   scheduling order consistent with these deadlines. The Parties submit a proposed order

20   as Exhibit B.

21   The Parties respectfully request the Court grant their joint motion to lift the

22   stay and issue an amended scheduling order.

23

24

25

26

27

28

1

1    Dated: March 3, 2023                    Respectfully submitted,

2
                                             /s/ Krysta Kauble Pachman
3                                            DAVIDA BROOK
                                             KRYSTA KAUBLE PACHMAN
4                                            HALLEY JOSEPHS
                                             SUSMAN GODFREY L.L.P.
5                                            1900 Avenue of the Stars, Suite 1400
                                             Los Angeles, CA 90067
6                                            Phone: (310) 789-3100;
                                             Fax: (310) 789-3150
7
                                             TAMAR LUSZTIG
8                                            (admitted pro hac vice)
                                             SUSMAN GODFREY L.L.P.
9                                            1301 Avenue of the Americas, 32nd Fl
                                             New York, NY 10019
10                                           Phone: (212) 336-8330
                                             Fax: (212) 336-8340
11
                                             STEVE COHEN
12                                           POLLOCK COHEN LLP
                                             60 Broad St., 24th Floor
13                                           New York, NY 10004
                                             Phone: (212) 337-5361
14
                                             Attorneys for Plaintiff
15
                                             /s/ Kathleen N. Massey
16                                           KATHLEEN N. MASSEY
                                             (admitted pro hac vice)
17                                           HAYDEN COLEMAN
                                             (admitted pro hac vice)
18                                           DECHERT LLP
                                             Three Bryant Park
19                                           1095 Avenue of the Americas
                                             New York, NY 10036
20                                           Phone: (212) 698-3500
                                             Fax: (212) 698-3599
21
                                             MICHELLE YEARY
22                                           (admitted pro hac vice)
                                             DECHERT LLP
23                                           2929 Arch Street
                                             Circa Centre
24                                           Philadelphia, PA 19104
                                             Phone: (609) 955-3277
25                                           Fax: (215) 994-2222

26                                           BENJAMIN M. SADUN (287533)
                                             DECHERT LLP
27                                           US Bank Tower, 633 West 5th Street,
                                             Suite 4900
28                                           Los Angeles, CA 90071-2013

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Phone: (213) 808-5721
Fax: (213) 808-5760

*Attorneys for Defendants*