JS-5

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| JANE DOE on behalf of herself and all other similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MINDGEEK USA INCORPORATED, MINDGEEK S.A.R.L., MG FREESITES LTD (D/B/A PORNHUB), MG FREESITES II LTD, MG CONTENT RT LIMITED, AND 9219-1568 QUEBEC, INC. (D/B/A MINDGEEK),<br><br>Defendants. | CASE NO. 8:21-CV-00338-CJC-ADS<br><br>Judicial Officer:   Cormac J. Carney<br><br>**ORDER LIFTING STAY AND ENTERING AMENDED SCHEDULING ORDER [98]** |

The Court, having reviewed the Parties' Joint Motion to Lift the Stay Entered Pursuant to 18 U.S.C. § 1595(b) and Issue an Amended Scheduling Order now ORDERS as follows:

[1] The stay entered on December 28, 2021 (Dkt. #97) pursuant to 18 U.S.C. § 1595(b) is hereby lifted.

[2] All discovery, including discovery motions, shall be completed by March 1, 2024.  Discovery motions must be filed and heard prior to this date.

[3] The parties shall have until June 3, 2024 to file and have heard all other motions, including motions to join or amend the pleadings.

[4] A pretrial conference will be held on **Monday, August 5, 2024 at 03:00 PM**. Full compliance with Local Rule 16 is required.

[5] The case is set for a **jury trial, Tuesday, August 20, 2024 at 08:30 AM.**

[6] The parties are referred to ADR Procedure No. 3 – Private Mediation. The parties shall have until March 15, 2024 to conduct settlement proceedings. The parties shall file with the Court a Joint Status Report no later than five (5) days after the ADR proceeding is completed advising the Court of their settlement efforts and status.

[7] Plaintiff shall have until December 4, 2023 to file and have heard any class certification motion.

IT IS FURTHER ORDERED that the Clerk of the Court shall serve copies of this Order on counsel for the parties in this matter.

**IT IS SO ORDERED.**

DATED: March 6, 2023

_____
Cormac J. Carney
United States District Judge