**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SOUTHERN DIVISION**

| | |
|---|---|
| JANE DOE on behalf of herself and all others similarly situated,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>MINDGEEK USA INCORPORATED, MINDGEEK S.A.R.L., MG FREESITES, LTD (D/B/A PORNHUB), MG FREESITES II, LTD, MG CONTENT RT LIMITED, AND 9219-1568 QUEBEC, INC. (D/B/A MINDGEEK),<br><br>　　　　　　　Defendants. | Case No. 8:21-cv-00338-CJC-ADS<br><br>*Hon. Cormac J. Carney*<br><br>**CLASS ACTION**<br><br>**ORDER GRANTING PLAINTIFF LEAVE TO FILE A THIRD AMENDED COMPLAINT**<br><br>**JURY TRIAL DEMANDED** |

## **ORDER**

Pursuant to the stipulation of the parties, the Court hereby **ORDERS:** Plaintiff's request for leave to file her Third Amended Complaint is GRANTED. Plaintiff shall promptly file the Third Amended Complaint pursuant to Local Rule 15-1.

**IT IS SO ORDERED.**

Dated: May 4, 2023

Hon. Cormac J. Carney
United States District Judge