| | |
|---|---|
| DAVIDA BROOK (275370)<br>dbrook@susmangodfrey.com<br>KRYSTA KAUBLE PACHMAN (280951)<br>kpachman@susmangodfrey.com<br>HALLEY JOSEPHS (338391)<br>hjosephs@susmangodfrey.com<br>SUSMAN GODFREY L.L.P.<br>1900 Avenue of the Stars, Suite 1400<br>Los Angeles, CA 90067<br>Phone: (310) 789-3100;<br>Fax: (310) 789-3150<br><br>AMY B. GREGORY (Pro Hac Vice)<br>agregory@susmangodfrey.com<br>SUSMAN GODFREY L.L.P.<br>1301 Avenue of the Americas, 32nd Fl.<br>New York, NY 10019-6023<br>Phone: (212) 336-8330<br>Fax: (212) 336-8340<br><br>*Attorneys for Plaintiff* | BENJAMIN M. SADUN (287533)<br>benjamin.sadun@dechert.com<br>DECHERT LLP<br>US Bank Tower, 633 West 5th Street, Suite 4900<br>Los Angeles, CA 90071-2013<br>Phone: (213) 808-5721; Fax: (213) 808-5760<br><br>KATHLEEN N. MASSEY (Pro Hac Vice)<br>kathleen.massey@dechert.com<br>HAYDEN COLEMAN (Pro Hac Vice)<br>hayden.coleman@dechert.com<br>DECHERT LLP<br>Three Bryant Park<br>1095 Avenue of the Americas<br>New York, NY 10036<br>Phone: (212) 698-3500<br>Fax: (212) 698-3599<br><br>MICHELLE YEARY (Pro Hac Vice)<br>michelle.yeary@dechert.com<br>DECHERT LLP<br>2929 Arch Street<br>Circa Centre<br>Philadelphia, PA 19104<br>Phone: (609) 955-3277<br>Fax: (215) 994-2222<br><br>*Attorneys for Defendants* |

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SOUTHERN DIVISION**

| | |
|---|---|
| JANE DOE on behalf of herself and all others similarly situated,<br><br>          Plaintiff,<br>v.<br><br>MINDGEEK USA INCORPORATED, MINDGEEK S.A.R.L., MG FREESITES, LTD (D/B/A PORNHUB), MG FREESITES II, LTD, MG CONTENT RT LIMITED, AND 9219-1568 QUEBEC, INC. (D/B/A MINDGEEK),<br><br>          Defendants. | Case No. SACV 21-00338-CJC(ADSx)<br><br>*Hon. Cormac J. Carney*<br><br>**JOINT STIPULATION AND PROPOSED ORDER RE EXTENSION OF BRIEFING DEADLINES RELATED TO PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**<br><br>Discovery Cut-Off: March 1, 2024<br>Pre-Trial Conference: August 5, 2024<br>Trial: August 20, 2024 |

1     **WHEREAS**, on March 3, 2023 the parties filed a Joint Motion to Lift the Stay and Enter an Amended Scheduling Order (Dkt. 98);

    **WHEREAS**, on March 6, 2023 the Court issued the Scheduling Order (Dkt. 99);

    **WHEREAS**, under the Scheduling Order, Plaintiff shall have until December 4, 2023 to file and have heard any class certification motion (Dkt. 99);

    **WHERAS**; the parties have met and conferred and agreed to a stipulation regarding the briefing schedule for Plaintiff's motion, opposing papers and reply papers;

    **WHEREAS**, the requested briefing schedule will not affect any deadlines in the Scheduling Order or impair the efficient administration of this proceeding;

    WHEREAS, IT IS HEREBY AGREED AND ORDERED, subject to the Court's approval, that:

    Plaintiff will file her motion for class certification by August 21, 2023;

    Defendants shall have until October 9, 2023 to file an opposition to Plaintiff's motion for class certification;

    Plaintiff shall have until October 30, 2023 to file a reply in support of her motion for class certification;

    the Court shall hold a hearing on Plaintiff's motion for class certification on November 13, 2023 or as soon thereafter as the Parties may be heard; and

    all dates in the Scheduling Order will remain unchanged.

Dated: August 11, 2023                    Respectfully submitted,

/s/ *Krysta Kauble Pachman*
DAVIDA BROOK
KRYSTA KAUBLE PACHMAN
HALLEY JOSEPHS
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Phone: (310) 789-3100;

1

| | |
|---|---|
| 1 | Fax: (310) 789-3150 |
| 2 | AMY B. GREGORY |
| 3 | *(admitted pro hac vice)*<br>SUSMAN GODFREY L.L.P. |
| 4 | 1301 Avenue of the Americas, 32nd Fl<br>New York, NY 10019 |
| 5 | Phone: (212) 336-8330<br>Fax: (212) 336-8340 |
| 6 | STEVE COHEN |
| 7 | POLLOCK COHEN LLP<br>60 Broad St., 24th Floor |
| 8 | New York, NY 10004<br>Phone: (212) 337-5361 |
| 9 | *Attorneys for Plaintiff* |
| 10 | /s/ *Kathleen N. Massey* |
| 11 | KATHLEEN N. MASSEY<br>(*admitted pro hac vice*) |
| 12 | HAYDEN COLEMAN<br>(admitted pro hac vice) |
| 13 | DECHERT LLP<br>Three Bryant Park |
| 14 | 1095 Avenue of the Americas<br>New York, NY 10036 |
| 15 | Phone: (212) 698-3500<br>Fax: (212) 698-3599 |
| 16 | MICHELLE YEARY |
| 17 | *(admitted pro hac vice)*<br>DECHERT LLP |
| 18 | 2929 Arch Street<br>Circa Centre |
| 19 | Philadelphia, PA 19104<br>Phone: (609) 955-3277 |
| 20 | Fax: (215) 994-2222 |
| 21 | BENJAMIN M. SADUN (287533)<br>DECHERT LLP |
| 22 | US Bank Tower, 633 West 5th Street, Suite 4900 |
| 23 | Los Angeles, CA 90071-2013<br>Phone: (213) 808-5721 |
| 24 | Fax: (213) 808-5760 |
| 25 | *Attorneys for Defendants* |
| 26 | |
| 27 | |
| 28 | |