NOTE: CHANGES MADE BY THE COURT

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| JANE DOE on behalf of herself and all other similarly situated,<br>　　　　　　Plaintiff,<br><br>v.<br><br>MINDGEEK USA INCORPORATED, MINDGEEK S.A.R.L., MG FREESITES LTD (D/B/A PORNHUB), MG FREESITES II LTD, MG CONTENT RT LIMITED, AND 9219-1568 QUEBEC, INC. (D/B/A MINDGEEK),<br>　　　　　　Defendants. | CASE NO. 8:21-CV-00338-CJC-ADS<br><br>*Hon. Cormac J. Carney*<br><br>**ORDER RE EXTENSION OF BRIEFING DEADLINES RELATED TO PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**<br><br>Discovery Cut-Off: March 1, 2024<br>Pre-Trial Conference: August 5, 2024<br>Trial: August 20, 2024 |

The Court, having reviewed the Parties' Joint Stipulation re Extension of Briefing Deadlines Related to Plaintiff's Motion for Class Certification now ORDERS as follows:

[1] Plaintiff shall file any class certification motion by August 21, 2023.

[2] Defendants shall file any opposition to Plaintiff's class certification motion by October 9, 2023.

[3] Plaintiff shall file any reply in support of her class certification motion by October 30, 2023.

[4] Plaintiff's motion for class certification shall be heard on November 13, 2023 at 1:30 p.m.

IT IS FURTHER ORDERED that counsel shall serve copies of this Order on counsel for the parties in this matter.

**IT IS SO ORDERED.**

DATED: August 14, 2023

Hom. Cormac J. Carney
United States District Judge