NOTE: CHANGES HAVE BEEN MADE TO THIS DOCUMENT

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| JANE DOE on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MINDGEEK USA INCORPORATED, MINDGEEK S.A.R.L., MG FREESITES, LTD (D/B/A PORNHUB), MG FREESITES II, LTD, MG CONTENT RT LIMITED, AND 9219-1568 QUEBEC, INC. (D/B/A MINDGEEK),<br><br>Defendants. | Case No. 8:21-cv-00338-CJC-ADS<br><br>*Hon. Cormac J. Carney*<br><br>**ORDER RE PRODUCTION OF PERSONALLY IDENTIFYING INFORMATION**<br><br>Discovery Cut-Off: March 1, 2024<br>Pre-Trial Conference: August 5, 2024<br>Trial: August 20, 2024 |

The Court, having reviewed the Parties' Joint Stipulation re the Production of Personally Identifying Information now ORDERS as follows:

[1]  Defendants will produce the requested documents, materials, or data to the extent agreed with Plaintiff without redacting personally identifying information, including but not limited to names, addresses, phone numbers, dates of birth, email addresses, online user names, passwords, or any other information that could be used for identify theft ("PII");

[2]  Plaintiff will not use (i) the produced PII or (ii) information derived from the produced PII to contact any individuals, except in the event Plaintiff's motion for class

certification under Federal Rule of Civil Procedure 23 is granted and then only with an Order from the Court permitting and prescribing the contact allowed;

[3] Plaintiff and Plaintiff's counsel are not prevented from contacting a prospective class member whose PII is contained in documents, material, or data produced by Defendants, if that contact is based solely on information discovered through totally independent means without any reference to or reliance on the PII produced by Defendants;

[4] Any PII produced by Defendants shall be maintained by Plaintiff and Plaintiff's counsel in a manner that is secure and confidential and shared only with authorized individuals, in accordance with the terms of the Protective Order entered by the Court on November 2, 2021. (Dkt.# 85.)

IT IS FURTHER ORDERED that counsel shall serve copies of this Order on counsel for the parties in this matter.

**IT IS SO ORDERED.**

DATED: August 16, 2023

_____
Hon. Cormac J. Carney
United States District Judge