# EXHIBIT 10

1  BENJAMIN M. SADUN (287533)
2  benjamin.sadun@dechert.com
   DECHERT LLP
3  US Bank Tower, 633 West 5th Street,
4  Suite 4900
   Los Angeles, CA 90071-2013
5  Phone: (213) 808-5721; Fax: (213) 808-5760

6
   KATHLEEN N. MASSEY (*admitted pro hac vice*)
7  kathleen.massey@dechert.com
8  Three Bryant Park
   1095 Avenue of the Americas
9  New York, NY 10036
10 Phone: (212) 698-3500; Fax: (212) 698 3599

11 *Attorneys for Defendants*
12 MINDGEEK USA INCORPORATED,
   MINDGEEK S.A.R.L., MG FREESITES
13 LTD (D/B/A PORNHUB), MG FREESITES II
14 LTD, MG CONTENT RT LIMITED,
   AND 9219- 1568 QUEBEC, INC. (D/B/A MINDGEEK)
15

16             **UNITED STATES DISTRICT COURT**
               **CENTRAL DISTRICT OF CALIFORNIA**
17                  **SOUTHERN DIVISION**

18 | JANE DOE on behalf of herself and all | CASE NO.  8:21-CV-00338-CJC-ADS
19 | other similarly situated, |
   |                    Plaintiffs, | Judicial Officer:    Cormac J. Carney
20 | |
   |        v. | **DEFENDANTS' RESPONSES AND**
21 | | **OBJECTIONS TO PLAINTIFF'S**
   | | **THIRD SET OF**
22 | MINDGEEK USA INCORPORATED, | **INTERROGATORIES**
   | MINDGEEK S.A.R.L., MG |
23 | FREESITES LTD (D/B/A PORNHUB), |
   | MG FREESITES II LTD, MG |
24 | CONTENT RT LIMITED, AND 9219- |
   | 1568 QUEBEC, INC. (D/B/A |
25 | MINDGEEK), |
   |                    Defendants. |
26
27
28

Pursuant to Rules 26 and 33 of the Federal Rules of Civil Procedure, and Local Civil Rule 33, Defendants MindGeek USA Inc., MindGeek S.à.r.l., MG Freesites Ltd, MG Freesites II, Ltd, 9219-1568 Quebec Inc., and MG Content RT Ltd (collectively "Defendants") hereby respond and object to Plaintiff's Third Set of Interrogatories (the "Interrogatories").

Defendants make these responses and objections in good faith, based on presently available information and documentation, and without prejudice to Defendants' rights to conduct further investigation and utilize any additional evidence that may be developed. Defendants' discovery and investigations are ongoing and not complete as of the date of these responses and objections. Defendants do not waive any right to modify or supplement their responses and objections to any Interrogatory and expressly reserve all such rights. Moreover, Defendants' response that they will produce information or documents is not an admission that such information or documents are relevant or admissible. Defendants reserve the right to contend that the requested information and documents are inadmissible, irrelevant, immaterial, or otherwise objectionable.

## GENERAL OBJECTIONS AND
## OBJECTIONS TO DEFINITIONS AND INSTRUCTIONS

Defendants assert the following General Objections and Objections to Definitions and Instructions. Each response to an Interrogatory is subject to, and is limited in accordance with, the following General Objections and Objections to Definitions and Instructions, which are incorporated therein as if fully set forth and are not waived or in any way limited by the Specific Responses and Objections set forth below.

1.      Defendants object to the Interrogatories, including the Definitions and Instructions, to the extent that they purport to impose obligations on Defendants that are broader than, inconsistent with, not authorized under, or not reasonable pursuant

1

DEFENDANTS' OBJECTIONS AND RESPONSES
TO PLAINTIFF'S THIRD SET OF INTERROGATORIES

CASE NO. 8:21-CV-00338-CJC-ADS

to the Federal Rules of Civil Procedure and the Local Rules of the Central District of California (hereinafter, the "Applicable Rules"). Defendants will respond to the Interrogatories in accordance with the Applicable Rules.

2.     Defendants object to producing or providing information, documents, or any other discovery that is protected from disclosure by the attorney-client privilege, the work product doctrine, joint-defense privilege, the self-investigative privilege, or any other legally recognized privilege, immunity, or exemption (collectively, "Privileged Information"). Privileged Information will not be knowingly disclosed. Any disclosure of Privileged Information in response to any Interrogatory is inadvertent and not intended to waive any privileges or protections. Defendants reserve the right to demand that Plaintiff return or destroy any Privileged Information inadvertently produced, including all copies and summaries thereof. Defendants will withhold or redact Privileged Information from its productions in response to the Interrogatories and produce an appropriate privilege log in accordance with the Applicable Rules and the provisions of the Stipulated Order Re: Discovery of Electronically Stored Information.

3.     Defendants object to the Interrogatories, including the Definitions and Instructions, to the extent that they are overbroad or unduly burdensome, or call for the production of information or material not relevant to any party's claim or defense and not proportional to the needs of the case in that they seek documents dating back twelve years, which is not an appropriate time period tied to the claims at issue. Subject to and without waiving any objections, in response to most Interrogatories, Defendants will provide information for the time period from one year prior to the first time Plaintiff alleges content depicting her was uploaded to pornhub.com to present, unless otherwise noted in response to specific Interrogatories below.

4.     Defendants object to the Interrogatories, including the Definitions and Instructions, including but not limited to the definition of "You," "Your," or

2

1  "MindGeek" on the grounds that they are overbroad, unduly burdensome, and not

2  proportional to the needs of the case because they seek material about or material that

3  is in the possession, custody, or control of Defendants' "corporate parent, subsidiary,

4  or affiliate of any of the aforementioned entities, and any officer, employee, agent,

5  representative, or person acting or purporting to act on behalf of any of the

6  aforementioned entities, or any of their corporate parents, subsidiaries, or affiliated

7  entities."  Defendants will produce information and/or documents in the possession,

8  custody or control of the Defendants named in this lawsuit.

9         5.      Defendants object to the Interrogatories, including the Definitions and

10 Instructions, to the extent they purport to require Defendants to provide "all"

11 information or documents or "any" information or document relating to a given

12 subject matter as overbroad, unduly burdensome, and not proportional to the needs of

13 the case.

14        6.      Defendants object to the definition of "Employee" as overbroad, unduly

15 burdensome and not proportional to the needs of the case to the extent it includes

16 contractors, volunteers, interns, lobbyists, or "other agents and/or representatives"

17 and further objects to the extent this definition purports to call for the production of

18 materials which are not in Defendants' possession, custody, or control.

19        7.      Defendants object to the definition of "Your Websites" as overbroad,

20 unduly burdensome and not proportional to the needs of the case to the extent it

21 includes websites to which Plaintiff has not alleged that content depicting her was

22 uploaded, which are Pornhub.com and Redtube.com.

<strong>SPECIFIC RESPONSES AND OBJECTIONS</strong>

23

24 **INTERROGATORY NO. 7:**

25        Identify, by Bates number, Your content moderation policies from 2011 to the

26 present.

27 **ANSWER TO INTERROGATORY NO. 7:**

28

DEFENDANTS' OBJECTIONS AND RESPONSES                    CASE NO. 8:21-CV-00338-CJC-ADS
TO PLAINTIFF'S THIRD SET OF INTERROGATORIES

1      In addition to the General Objections set forth above, Defendants further object

2  to this Interrogatory to the extent it is overbroad, unduly burdensome, and calls for

3  information not relevant to any party's claim or defense and not proportional to the

4  needs of the case because it is not limited to the moderation of potential CSEM and

5  is not limited to the tube sites to which Plaintiff alleges content depicting her was

6  uploaded, which are Pornhub.com and Redtube.com.  Defendants further object to

7  this Interrogatory on the grounds that based on the electronic production of

8  documents, Plaintiffs have equal access to and equal ability to search for and identify

9  Defendants' moderation policies as Defendants do.

10     Subject to and without waiving any and all objections, Defendants have

11  identified the documents listed on Exhibit A by Bates number as relating to or

12  containing information relevant to Defendants' moderation policies related to

13  potential CSEM for the tubesites.  Defendants do not make any representation that

14  this is a full and complete list of all such policies and specifically reserve their right

15  to supplement or amend this list as discovery progresses.  Further, as Defendants'

16  document production contains drafts and versions of policies, by identifying a

17  document in this response, Defendants make no representation that any particular

18  document reflects a policy that was in use at any particular point in time.

19  **INTERROGATORY NO. 8:**

20     Identify, by Bates number, Your CSEM policies from 2011 to the present.

21  **ANSWER TO INTERROGATORY NO. 8:**

22     In addition to the General Objections set forth above, Defendants further object

23  to this Interrogatory to the extent it is overbroad, unduly burdensome, and calls for

24  information not relevant to any party's claim or defense and not proportional to the

25  needs of the case because it is not limited to the tube sites to which Plaintiff alleges

26  content depicting her was uploaded, which are Pornhub.com and Redtube.com.

27  Defendants further object to this Interrogatory on the grounds that based on the

28

DEFENDANTS' OBJECTIONS AND RESPONSES        CASE NO. 8:21-CV-00338-CJC-ADS
TO PLAINTIFF'S THIRD SET OF INTERROGATORIES

1  electronic production of documents, Plaintiffs have equal access to and equal ability

2  to search for and identify Defendants' potential CSEM policies as Defendants do.

3       Subject to and without waiving any and all objections, Defendants incorporate

4  herein their response to Interrogatory 7.

5  **INTERROGATORY NO. 9:**

6       For each year from 2011 to the present, identify each person employed by You

7  to screen content uploaded to Your Websites before it is made available to the public,

8  including that person's name, title, whether he or she is currently employed by You,

9  and which of Your Websites he or she screened content for.

10  **ANSWER TO INTERROGATORY NO. 9:**

11       In addition to the General Objections set forth above, Defendants further object

12  to this Interrogatory to the extent it is overbroad, unduly burdensome, and calls for

13  information not relevant to any party's claim or defense and not proportional to the

14  needs of the case because it is not limited to the tube sites to which Plaintiff alleges

15  content depicting her was uploaded, which are Pornhub.com and Redtube.com.

16  Defendants further object that this Interrogatory is duplicative of Interrogatory 1.

17       Subject to and without waiving any and all objections, Defendants refer

18  Plaintiff to MindGeek_00397028 and MindGeek_00397029 which contain

19  information responsive to this Interrogatory.

20  **INTERROGATORY NO. 10:**

21       For each CSEM Tool, identify the date you implemented each CSEM Tool on

22  each of Your Websites.

23  **ANSWER TO INTERROGATORY NO. 10:**

24       In addition to the General Objections set forth above, Defendants further object

25  to this Interrogatory to the extent it is overbroad, unduly burdensome, and calls for

26  information not relevant to any party's claim or defense and not proportional to the

27

28

5

1  needs of the case because it is not limited to the tubesites to which Plaintiff alleges

2  content depicting her was uploaded, which are Pornhub.com and Redtube.com.

3        Subject to and without waiving any and all objections, Vobile MediaWise has

4  been used to screen content against known CSAM and to fingerprint suspected or

5  potential CSEM on Pornhub.com and Redtube.com since November 2019.  The

6  following technologies began being used on Pornhub.com on or around the dates

7  indicated:  CSAI Match/January 2020; PhotoDNA/March 2020; Google Content

8  Safety API/June 2020; Safeguard/August 2020; Yoti/December 2020; Safer by

9  Thorn/January 2021; G2 Web Services/February 2021; Microsoft Azure Face API,

10 plus internal software/July 2021; and Instant Image Identifier/December 2022.

11 Because Redtube.com stopped accepting content for upload in December 2020,

12 technologies used after that date were not used on that website.

13 **INTERROGATORY NO. 11:**

14       Describe Your reasons for not verifying the age of every person depicted in

15 content uploaded to Your Websites prior to that content being made available to the

16 public.

17 **ANSWER TO INTERROGATORY NO. 11:**

18       In addition to the General Objections set forth above, Defendants further object

19 to this Interrogatory to the extent it is overbroad, unduly burdensome, and calls for

20 information not relevant to any party's claim or defense and not proportional to the

21 needs of the case because it is not limited to the tube sites to which Plaintiff alleges

22 content depicting her was uploaded, which are Pornhub.com and Redtube.com, or to

23 the type of uploader that Plaintiff alleges uploaded content depicting her, which was

24 an unverified user, not a Model or Content Partner.  Defendants further object to this

25 Interrogatory on the grounds that it assumes facts not in evidence and is not a proper

26 Interrogatory in that Defendants deny that they did not take steps to verify the age of

27 the persons depicted in content uploaded to their websites.

28

6

1    Subject to and without waiving any and all objections, moderators review every

2    piece of content before it is authorized for public access.  Moderators are trained to

3    recognize content that violates Defendants' terms of service, including for signs

4    indicating underage content.  The moderators are supported by a suite of technical

5    tools, which have grown over time, including tools that compare content sought to be

6    published on Pornhub.com and RedTube.com to databases of known CSAM and tools

7    that use artificial intelligence to predict whether a piece of content is or could be

8    CSAM or whether text could be related to CSAM.  Further information regarding

9    Defendants' content moderation policies, procedures, and tools can be found in the

10   written policies and procedures and support documents that were in use during the

11   relevant time when content depicting Plaintiff was uploaded on Defendants' websites

12   which have been or will be produced.  Defendants have also produced or will be

13   producing documents regarding the tools and technology Defendants use to aid their

14   employees in identifying whether content contains CSAM.

15   In addition, at all relevant times a person who wanted to upload content to a

16   MindGeek website was required to comply with the websites' terms of service which

17   included a prohibition on the upload of content depicting underaged individuals.

18   Since mid-December 2020, only verified Models can upload content to Pornhub.com

19   (Redtube.com no longer accepts uploads).  To become a verified Model, one must be

20   18 years of age and create a username and password, provide an address, an email

21   address, date of birth, and agree to the site's terms of service.  One must also provide

22   government-issued identification and undergo live verification of oneself (i.e. live

23   processing through a camera).  Technological tools are used to review the

24   government-issued identification and live photographs to ensure that: (1) the

25   identification is valid, (2) the photograph was live, and (3) the identification and

26   photograph match.

27

28

DEFENDANTS' OBJECTIONS AND RESPONSES                      CASE NO. 8:21-CV-00338-CJC-ADS
TO PLAINTIFF'S THIRD SET OF INTERROGATORIES

1    Throughout the relevant time, Content Partners have been subject to strict age

2    and other requirements under 18 U.S.C. § 2257.  All Content Partners are required to

3    maintain § 2257 compliance materials for any individual participant in content

4    uploaded to a MindGeek site.  Prior to 2021, MindGeek reviewed studios' websites

5    and § 2257 compliance materials periodically.  Since 2021, all studio websites and

6    their § 2257 compliance materials are reviewed as part of the application review

7    process for becoming a Content Partner.

8    All uploaders of content—including both Models and Content Partners—

9    certify, at the time of upload, that: (1) they have verified that all individuals appearing

10   in the uploaded content were 18 or older on the day it was produced, and (2) they have

11   obtained and retain records of consent to record and distribute the content from all

12   performers appearing in the content.  Similarly, Content Partners are required to

13   obtain and maintain age and consent verifications from all participants in the content

14   they produce and seek to upload to the Company's sites.

15   As of September 2022, MindGeek no longer allows on its platforms content

16   from individual (i.e. non-studio) uploaders who are not depicted in their content,

17   unless the uploader provides government-issued identification for each performer in

18   the content.  That is, if neither the uploader nor anyone else on the uploader's account

19   is in the uploaded content, the moderation team reaches out to the uploader to request

20   copies of government-issued identification for each of the performers appearing in the

21   content at issue.  Unless and until proper documentation is provided for each of those

22   performers, the uploaded content will not be approved to go live on the MindGeek

23   site.

24   **INTERROGATORY NO. 12:**

25   Identify all information in Your possession associated with Jane Doe's

26   Video(s), including but not limited to: (i) URLs, titles, tags, and comments for such

27   videos; (ii) the number of views received for each video at each URL link; (iii) names

28

DEFENDANTS' OBJECTIONS AND RESPONSES                    CASE NO. 8:21-CV-00338-CJC-ADS
TO PLAINTIFF'S THIRD SET OF INTERROGATORIES

1  of any playlists on which those videos appeared, and (iv) whether advertisements

2  appeared alongside such content.

3  **ANSWER TO INTERROGATORY NO. 12:**

4        In addition to the General Objections set forth above, Defendants object to this

5  Interrogatory on the ground that the phrase "appeared alongside" is vague and

6  ambiguous.  Subject to and without waiving any and all objections, Defendants are

7  aware of six videos that meet the Plaintiff's definition of Jane Doe's Videos.

8  Defendants will produce information from their Content Management System for

9  each of those videos that contains the information requested in subparts (i) through

10  (iii), if any.  In response to subpart (iv), Defendants do not maintain records of which

11  advertisements appeared "alongside" any particular piece of content.  Generally,

12  advertisements appeared on Pornhub.com or Redtube.com, including on pages where

13  Jane Doe's Videos may have appeared.

14

15  DATED:  June 26, 2023                 RESPECTFULLY SUBMITTED,

16                                          /s/     *Kathleen N. Massey*
                                         KATHLEEN N. MASSEY (*admitted pro hac vice*)
17                                       DECHERT LLP

18
                                         *Attorneys for Defendants*
19                                       MINDGEEK USA INCORPORATED,
20                                       MINDGEEK S.A.R.L., MG FREESITES LTD
                                         (D/B/A PORNHUB), MG FREESITES II LTD, MG
21                                       CONTENT RT LIMITED, AND 9219- 1568
22                                       QUEBEC, INC. (D/B/A MINDGEEK)

23

24

25

26

27

28

DEFENDANTS' OBJECTIONS AND RESPONSES                    CASE NO. 8:21-CV-00338-CJC-ADS
TO PLAINTIFF'S THIRD SET OF INTERROGATORIES

# **CERTIFICATE OF SERVICE**

I certify that on this date, I caused a true and correct copy of the foregoing to be served by electronic mail on all counsel in this case.


DATED:  June 26, 2023


                                                s/Michelle Hart Yeary
                                                Michelle Hart Yeary

DEFENDANTS' OBJECTIONS AND RESPONSES                    CASE NO. 8:21-CV-00338-CJC-ADS
TO PLAINTIFF'S THIRD SET OF INTERROGATORIES

**EXHIBIT A TO DEFENDANTS' RESPONSES AND OBJECTIONS TO PLAINTIFF'S THIRD SET OF INTERROGATORIES**

| | | |
|---|---|---|
| MindGeek_00000325 | MindGeek_00000407 | MindGeek_00073484 |
| MindGeek_00000326 | MindGeek_00000418 | MindGeek_00073604 |
| MindGeek_00000327 | MindGeek_00000424 | MindGeek_00075408 |
| MindGeek_00000328 | MindGeek_00000427 | MindGeek_00078298 |
| MindGeek_00000329 | MindGeek_00001743 | MindGeek_00078302 |
| MindGeek_00000330 | MindGeek_00001747 | MindGeek_00078309 |
| MindGeek_00000331 | MindGeek_00001751 | MindGeek_00078313 |
| MindGeek_00000332 | MindGeek_00001755 | MindGeek_00078317 |
| MindGeek_00000333 | MindGeek_00001757 | MindGeek_00095095 |
| MindGeek_00000334 | MindGeek_00001759 | MindGeek_00095101 |
| MindGeek_00000335 | MindGeek_00007613 | MindGeek_00095106 |
| MindGeek_00000336 | MindGeek_00009179 | MindGeek_00096514 |
| MindGeek_00000337 | MindGeek_00009182 | MindGeek_00096727 |
| MindGeek_00000338 | MindGeek_00014209 | MindGeek_00096729 |
| MindGeek_00000339 | MindGeek_00014308 | MindGeek_00096967 |
| MindGeek_00000340 | MindGeek_00014309 | MindGeek_00099900 |
| MindGeek_00000341 | MindGeek_00014310 | MindGeek_00137378 |
| MindGeek_00000342 | MindGeek_00014311 | MindGeek_00137379 |
| MindGeek_00000343 | MindGeek_00014312 | MindGeek_00137413 |
| MindGeek_00000344 | MindGeek_00014321 | MindGeek_00137414 |
| MindGeek_00000347 | MindGeek_00018361 | MindGeek_00137415 |
| MindGeek_00000351 | MindGeek_00018402 | MindGeek_00137416 |
| MindGeek_00000352 | MindGeek_00018467 | MindGeek_00137417 |
| MindGeek_00000353 | MindGeek_00018469 | MindGeek_00137424 |
| MindGeek_00000354 | MindGeek_00018492 | MindGeek_00137425 |
| MindGeek_00000355 | MindGeek_00018496 | MindGeek_00137426 |
| MindGeek_00000356 | MindGeek_00018790 | MindGeek_00137427 |
| MindGeek_00000357 | MindGeek_00018791 | MindGeek_00137428 |
| MindGeek_00000358 | MindGeek_00018792 | MindGeek_00137429 |
| MindGeek_00000359 | MindGeek_00022320 | MindGeek_00137430 |
| MindGeek_00000360 | MindGeek_00028421 | MindGeek_00137431 |
| MindGeek_00000361 | MindGeek_00028724 | MindGeek_00137432 |
| MindGeek_00000362 | MindGeek_00032704 | MindGeek_00137736 |
| MindGeek_00000363 | MindGeek_00046988 | MindGeek_00138065 |
| MindGeek_00000364 | MindGeek_00072994 | MindGeek_00138082 |
| MindGeek_00000365 | MindGeek_00072995 | MindGeek_00138581 |
| MindGeek_00000366 | MindGeek_00072996 | MindGeek_00138610 |
| MindGeek_00000367 | MindGeek_00073002 | MindGeek_00138688 |
| MindGeek_00000368 | MindGeek_00073137 | MindGeek_00138748 |
| MindGeek_00000369 | MindGeek_00073154 | MindGeek_00138765 |
| MindGeek_00000370 | MindGeek_00073190 | MindGeek_00139551 |
| MindGeek_00000371 | MindGeek_00073205 | MindGeek_00140024 |
| MindGeek_00000372 | MindGeek_00073316 | MindGeek_00140110 |
| MindGeek_00000373 | MindGeek_00073332 | MindGeek_00140137 |
| MindGeek_00000374 | MindGeek_00073388 | MindGeek_00140181 |
| MindGeek_00000393 | MindGeek_00073396 | MindGeek_00140288 |

1

**EXHIBIT A TO DEFENDANTS' RESPONSES AND OBJECTIONS TO PLAINTIFF'S THIRD SET OF INTERROGATORIES**

| | | |
|---|---|---|
| MindGeek_00142005 | MindGeek_00173471 | MindGeek_00235342 |
| MindGeek_00142008 | MindGeek_00173528 | MindGeek_00235345 |
| MindGeek_00142010 | MindGeek_00173544 | MindGeek_00235350 |
| MindGeek_00142156 | MindGeek_00173604 | MindGeek_00235351 |
| MindGeek_00142922 | MindGeek_00173662 | MindGeek_00235354 |
| MindGeek_00144379 | MindGeek_00173822 | MindGeek_00235355 |
| MindGeek_00146425 | MindGeek_00173830 | MindGeek_00235360 |
| MindGeek_00146431 | MindGeek_00174164 | MindGeek_00235362 |
| MindGeek_00146453 | MindGeek_00174165 | MindGeek_00235368 |
| MindGeek_00146478 | MindGeek_00174167 | MindGeek_00235426 |
| MindGeek_00149366 | MindGeek_00174168 | MindGeek_00235460 |
| MindGeek_00149510 | MindGeek_00174180 | MindGeek_00235468 |
| MindGeek_00149740 | MindGeek_00174181 | MindGeek_00235756 |
| MindGeek_00150651 | MindGeek_00174187 | MindGeek_00236068 |
| MindGeek_00151019 | MindGeek_00174195 | MindGeek_00236149 |
| MindGeek_00151058 | MindGeek_00174196 | MindGeek_00236160 |
| MindGeek_00154974 | MindGeek_00174219 | MindGeek_00236195 |
| MindGeek_00154982 | MindGeek_00174230 | MindGeek_00236196 |
| MindGeek_00155036 | MindGeek_00174928 | MindGeek_00236211 |
| MindGeek_00156439 | MindGeek_00178464 | MindGeek_00236212 |
| MindGeek_00168454 | MindGeek_00178465 | MindGeek_00236234 |
| MindGeek_00168545 | MindGeek_00213394 | MindGeek_00236724 |
| MindGeek_00168552 | MindGeek_00220594 | MindGeek_00236725 |
| MindGeek_00169495 | MindGeek_00232834 | MindGeek_00236731 |
| MindGeek_00169508 | MindGeek_00232849 | MindGeek_00236732 |
| MindGeek_00169510 | MindGeek_00232956 | MindGeek_00236734 |
| MindGeek_00169722 | MindGeek_00232957 | MindGeek_00236743 |
| MindGeek_00169725 | MindGeek_00232972 | MindGeek_00236821 |
| MindGeek_00169729 | MindGeek_00233467 | MindGeek_00236828 |
| MindGeek_00169731 | MindGeek_00234847 | MindGeek_00236899 |
| MindGeek_00169732 | MindGeek_00234848 | MindGeek_00236901 |
| MindGeek_00169735 | MindGeek_00234854 | MindGeek_00236959 |
| MindGeek_00169738 | MindGeek_00234861 | MindGeek_00237142 |
| MindGeek_00169828 | MindGeek_00234863 | MindGeek_00237143 |
| MindGeek_00169844 | MindGeek_00234871 | MindGeek_00237176 |
| MindGeek_00173156 | MindGeek_00234881 | MindGeek_00237284 |
| MindGeek_00173178 | MindGeek_00235267 | MindGeek_00237343 |
| MindGeek_00173221 | MindGeek_00235268 | MindGeek_00237344 |
| MindGeek_00173283 | MindGeek_00235271 | MindGeek_00237430 |
| MindGeek_00173299 | MindGeek_00235272 | MindGeek_00237564 |
| MindGeek_00173329 | MindGeek_00235306 | MindGeek_00237607 |
| MindGeek_00173376 | MindGeek_00235315 | MindGeek_00237617 |
| MindGeek_00173390 | MindGeek_00235332 | MindGeek_00237619 |
| MindGeek_00173412 | MindGeek_00235333 | MindGeek_00237621 |
| MindGeek_00173428 | MindGeek_00235335 | MindGeek_00237627 |
| MindGeek_00173447 | MindGeek_00235338 | MindGeek_00237672 |

**EXHIBIT A TO DEFENDANTS' RESPONSES AND OBJECTIONS TO PLAINTIFF'S THIRD SET OF INTERROGATORIES**

| | | |
|---|---|---|
| MindGeek_00237814 | MindGeek_00269225 | MindGeek_00272150 |
| MindGeek_00238631 | MindGeek_00269393 | MindGeek_00272152 |
| MindGeek_00238635 | MindGeek_00269424 | MindGeek_00272172 |
| MindGeek_00238637 | MindGeek_00269567 | MindGeek_00272173 |
| MindGeek_00238653 | MindGeek_00269716 | MindGeek_00273261 |
| MindGeek_00238654 | MindGeek_00270163 | MindGeek_00273758 |
| MindGeek_00238655 | MindGeek_00270465 | MindGeek_00278945 |
| MindGeek_00238661 | MindGeek_00270485 | MindGeek_00279027 |
| MindGeek_00238674 | MindGeek_00270511 | MindGeek_00279321 |
| MindGeek_00238732 | MindGeek_00270526 | MindGeek_00279330 |
| MindGeek_00238748 | MindGeek_00270529 | MindGeek_00279381 |
| MindGeek_00241589 | MindGeek_00270618 | MindGeek_00279436 |
| MindGeek_00241590 | MindGeek_00270804 | MindGeek_00279437 |
| MindGeek_00242035 | MindGeek_00270840 | MindGeek_00279467 |
| MindGeek_00247242 | MindGeek_00270842 | MindGeek_00279468 |
| MindGeek_00247322 | MindGeek_00270845 | MindGeek_00279470 |
| MindGeek_00247328 | MindGeek_00270900 | MindGeek_00279471 |
| MindGeek_00247411 | MindGeek_00270912 | MindGeek_00279473 |
| MindGeek_00247412 | MindGeek_00270924 | MindGeek_00279474 |
| MindGeek_00247422 | MindGeek_00271010 | MindGeek_00279479 |
| MindGeek_00247424 | MindGeek_00271031 | MindGeek_00279483 |
| MindGeek_00249174 | MindGeek_00271127 | MindGeek_00279488 |
| MindGeek_00249196 | MindGeek_00271140 | MindGeek_00279491 |
| MindGeek_00249197 | MindGeek_00271213 | MindGeek_00279493 |
| MindGeek_00249337 | MindGeek_00271299 | MindGeek_00279525 |
| MindGeek_00254022 | MindGeek_00271327 | MindGeek_00279529 |
| MindGeek_00254028 | MindGeek_00271329 | MindGeek_00279532 |
| MindGeek_00254042 | MindGeek_00272105 | MindGeek_00279538 |
| MindGeek_00254234 | MindGeek_00272106 | MindGeek_00279540 |
| MindGeek_00257169 | MindGeek_00272107 | MindGeek_00279542 |
| MindGeek_00263225 | MindGeek_00272108 | MindGeek_00279555 |
| MindGeek_00263510 | MindGeek_00272109 | MindGeek_00279560 |
| MindGeek_00263804 | MindGeek_00272110 | MindGeek_00279561 |
| MindGeek_00265603 | MindGeek_00272111 | MindGeek_00281911 |
| MindGeek_00265863 | MindGeek_00272112 | MindGeek_00282026 |
| MindGeek_00265977 | MindGeek_00272113 | MindGeek_00282298 |
| MindGeek_00266037 | MindGeek_00272114 | MindGeek_00282299 |
| MindGeek_00266852 | MindGeek_00272115 | MindGeek_00282597 |
| MindGeek_00266860 | MindGeek_00272116 | MindGeek_00288069 |
| MindGeek_00266868 | MindGeek_00272117 | MindGeek_00288315 |
| MindGeek_00266871 | MindGeek_00272118 | MindGeek_00288441 |
| MindGeek_00266874 | MindGeek_00272122 | MindGeek_00288528 |
| MindGeek_00266877 | MindGeek_00272124 | MindGeek_00289536 |
| MindGeek_00266997 | MindGeek_00272133 | MindGeek_00289784 |
| MindGeek_00267467 | MindGeek_00272134 | MindGeek_00289972 |
| MindGeek_00268655 | MindGeek_00272137 | MindGeek_00290145 |

3

**EXHIBIT A TO DEFENDANTS' RESPONSES AND OBJECTIONS TO PLAINTIFF'S THIRD SET OF INTERROGATORIES**

| | | |
|---|---|---|
| MindGeek_00290205 | MindGeek_00316019 | MindGeek_00345410 |
| MindGeek_00290261 | MindGeek_00316042 | MindGeek_00345417 |
| MindGeek_00290724 | MindGeek_00316051 | MindGeek_00345419 |
| MindGeek_00291037 | MindGeek_00316530 | MindGeek_00345433 |
| MindGeek_00291072 | MindGeek_00316798 | MindGeek_00346312 |
| MindGeek_00291073 | MindGeek_00316813 | MindGeek_00346525 |
| MindGeek_00291200 | MindGeek_00316877 | MindGeek_00346582 |
| MindGeek_00291201 | MindGeek_00316880 | MindGeek_00346631 |
| MindGeek_00291203 | MindGeek_00316927 | MindGeek_00346639 |
| MindGeek_00308609 | MindGeek_00317080 | MindGeek_00346728 |
| MindGeek_00309670 | MindGeek_00317342 | MindGeek_00346730 |
| MindGeek_00309671 | MindGeek_00317343 | MindGeek_00346842 |
| MindGeek_00309672 | MindGeek_00324983 | MindGeek_00347002 |
| MindGeek_00309677 | MindGeek_00325071 | MindGeek_00347089 |
| MindGeek_00309699 | MindGeek_00327403 | MindGeek_00347097 |
| MindGeek_00309700 | MindGeek_00328435 | MindGeek_00347205 |
| MindGeek_00309701 | MindGeek_00328529 | MindGeek_00347249 |
| MindGeek_00309820 | MindGeek_00328580 | MindGeek_00347250 |
| MindGeek_00309821 | MindGeek_00328597 | MindGeek_00347312 |
| MindGeek_00309923 | MindGeek_00328991 | MindGeek_00347355 |
| MindGeek_00309929 | MindGeek_00329002 | MindGeek_00347389 |
| MindGeek_00309932 | MindGeek_00329041 | MindGeek_00347397 |
| MindGeek_00309945 | MindGeek_00329085 | MindGeek_00347399 |
| MindGeek_00309946 | MindGeek_00334689 | MindGeek_00347401 |
| MindGeek_00309947 | MindGeek_00334702 | MindGeek_00347403 |
| MindGeek_00309948 | MindGeek_00334737 | MindGeek_00347410 |
| MindGeek_00309955 | MindGeek_00334739 | MindGeek_00347413 |
| MindGeek_00310201 | MindGeek_00334898 | MindGeek_00347416 |
| MindGeek_00312535 | MindGeek_00335405 | MindGeek_00347579 |
| MindGeek_00312541 | MindGeek_00335442 | MindGeek_00347633 |
| MindGeek_00312808 | MindGeek_00335555 | MindGeek_00347652 |
| MindGeek_00312893 | MindGeek_00335606 | MindGeek_00347690 |
| MindGeek_00313058 | MindGeek_00335623 | MindGeek_00347692 |
| MindGeek_00313063 | MindGeek_00335676 | MindGeek_00347890 |
| MindGeek_00313081 | MindGeek_00335677 | MindGeek_00347910 |
| MindGeek_00313104 | MindGeek_00335728 | MindGeek_00347915 |
| MindGeek_00313278 | MindGeek_00335745 | MindGeek_00348640 |
| MindGeek_00313376 | MindGeek_00336005 | MindGeek_00348641 |
| MindGeek_00314954 | MindGeek_00336104 | MindGeek_00348644 |
| MindGeek_00314955 | MindGeek_00339360 | MindGeek_00348645 |
| MindGeek_00314956 | MindGeek_00342904 | MindGeek_00348667 |
| MindGeek_00315480 | MindGeek_00342905 | MindGeek_00348671 |
| MindGeek_00315481 | MindGeek_00342907 | MindGeek_00349653 |
| MindGeek_00315503 | MindGeek_00344663 | MindGeek_00349680 |
| MindGeek_00315702 | MindGeek_00344809 | MindGeek_00351096 |
| MindGeek_00315997 | MindGeek_00345409 | MindGeek_00351190 |

4

**EXHIBIT A TO DEFENDANTS' RESPONSES AND OBJECTIONS TO PLAINTIFF'S THIRD SET OF INTERROGATORIES**

| | | |
|---|---|---|
| MindGeek_00351283 | MindGeek_00355783 | MindGeek_00387836 |
| MindGeek_00351377 | MindGeek_00355876 | MindGeek_00387847 |
| MindGeek_00351471 | MindGeek_00355970 | MindGeek_00388051 |
| MindGeek_00351565 | MindGeek_00356064 | MindGeek_00388103 |
| MindGeek_00351658 | MindGeek_00356158 | MindGeek_00388106 |
| MindGeek_00351751 | MindGeek_00356252 | MindGeek_00388318 |
| MindGeek_00351845 | MindGeek_00356346 | MindGeek_00390310 |
| MindGeek_00351939 | MindGeek_00356440 | MindGeek_00390351 |
| MindGeek_00352034 | MindGeek_00357089 | MindGeek_00390367 |
| MindGeek_00352127 | MindGeek_00357157 | MindGeek_00390374 |
| MindGeek_00352220 | MindGeek_00357889 | MindGeek_00390410 |
| MindGeek_00352313 | MindGeek_00359314 | MindGeek_00390530 |
| MindGeek_00352407 | MindGeek_00375065 | MindGeek_00390804 |
| MindGeek_00352500 | MindGeek_00375129 | MindGeek_00390827 |
| MindGeek_00352594 | MindGeek_00378339 | MindGeek_00390839 |
| MindGeek_00352876 | MindGeek_00378342 | MindGeek_00390874 |
| MindGeek_00352970 | MindGeek_00378351 | MindGeek_00391650 |
| MindGeek_00353063 | MindGeek_00378355 | MindGeek_00391679 |
| MindGeek_00353157 | MindGeek_00378360 | MindGeek_00391959 |
| MindGeek_00353251 | MindGeek_00378365 | MindGeek_00391984 |
| MindGeek_00353345 | MindGeek_00378388 | MindGeek_00392009 |
| MindGeek_00353438 | MindGeek_00378475 | MindGeek_00392057 |
| MindGeek_00353532 | MindGeek_00378480 | MindGeek_00392188 |
| MindGeek_00353626 | MindGeek_00378518 | MindGeek_00392828 |
| MindGeek_00353719 | MindGeek_00380115 | MindGeek_00392836 |
| MindGeek_00353812 | MindGeek_00382308 | MindGeek_00392856 |
| MindGeek_00353906 | MindGeek_00382522 | MindGeek_00392889 |
| MindGeek_00353999 | MindGeek_00382538 | MindGeek_00392929 |
| MindGeek_00354092 | MindGeek_00382696 | MindGeek_00392950 |
| MindGeek_00354186 | MindGeek_00382704 | MindGeek_00393046 |
| MindGeek_00354280 | MindGeek_00382732 | MindGeek_00393217 |
| MindGeek_00354373 | MindGeek_00383852 | MindGeek_00393249 |
| MindGeek_00354468 | MindGeek_00384122 | MindGeek_00393328 |
| MindGeek_00354562 | MindGeek_00384168 | MindGeek_00393442 |
| MindGeek_00354656 | MindGeek_00384777 | MindGeek_00393726 |
| MindGeek_00354750 | MindGeek_00384855 | MindGeek_00393850 |
| MindGeek_00354843 | MindGeek_00384974 | MindGeek_00393899 |
| MindGeek_00354937 | MindGeek_00386573 | MindGeek_00394207 |
| MindGeek_00355031 | MindGeek_00386577 | MindGeek_00394247 |
| MindGeek_00355125 | MindGeek_00386673 | MindGeek_00394301 |
| MindGeek_00355219 | MindGeek_00386674 | MindGeek_00394589 |
| MindGeek_00355313 | MindGeek_00386692 | MindGeek_00394634 |
| MindGeek_00355407 | MindGeek_00386719 | MindGeek_00394691 |
| MindGeek_00355501 | MindGeek_00386720 | MindGeek_00395529 |
| MindGeek_00355595 | MindGeek_00386923 | MindGeek_00395662 |
| MindGeek_00355689 | MindGeek_00387376 | MindGeek_00395669 |

5

**EXHIBIT A TO DEFENDANTS' RESPONSES AND OBJECTIONS TO PLAINTIFF'S THIRD SET OF INTERROGATORIES**

| | |
|---|---|
| MindGeek_00395671 | MindGeek_00410026 |
| MindGeek_00395672 | MindGeek_00415441 |
| MindGeek_00395674 | MindGeek_00415543 |
| MindGeek_00395675 | MindGeek_00422715 |
| MindGeek_00395676 | MindGeek_00423752 |
| MindGeek_00395776 | MindGeek_00423846 |
| MindGeek_00395777 | MindGeek_00424279 |
| MindGeek_00395869 | MindGeek_00424537 |
| MindGeek_00395870 | MindGeek_00424631 |
| MindGeek_00395949 | MindGeek_00433197 |
| MindGeek_00395950 | MindGeek_00433201 |
| MindGeek_00395951 | MindGeek_00442006 |
| MindGeek_00395954 | MindGeek_00442737 |
| MindGeek_00396244 | MindGeek_00443025 |
| MindGeek_00396290 | MindGeek_00443669 |
| MindGeek_00396302 | MindGeek_00446691 |
| MindGeek_00396313 | MindGeek_00446693 |
| MindGeek_00396326 | MindGeek_00446730 |
| MindGeek_00396342 | MindGeek_00449541 |
| MindGeek_00396359 | MindGeek_00449546 |
| MindGeek_00396411 | MindGeek_00449669 |
| MindGeek_00396425 | MindGeek_00451987 |
| MindGeek_00396427 | MindGeek_00452029 |
| MindGeek_00396428 | MindGeek_00452030 |
| MindGeek_00396431 | MindGeek_00452053 |
| MindGeek_00396432 | MindGeek_00452060 |
| MindGeek_00396438 | MindGeek_00452061 |
| MindGeek_00397295 | MindGeek_00452063 |
| MindGeek_00397370 | MindGeek_00452071 |
| MindGeek_00397574 | MindGeek_00455727 |
| MindGeek_00397633 | MindGeek_00455728 |
| MindGeek_00397885 | MindGeek_00455730 |
| MindGeek_00398058 | MindGeek_00457351 |
| MindGeek_00398105 | MindGeek_00458719 |
| MindGeek_00398245 | MindGeek_00458734 |
| MindGeek_00398721 | MindGeek_00458828 |
| MindGeek_00398724 | MindGeek_00458830 |
| MindGeek_00398741 | MindGeek_00458838 |
| MindGeek_00400636 | MindGeek_00458872 |
| MindGeek_00400699 | MindGeek_00458887 |
| MindGeek_00400812 | MindGeek_00458901 |
| MindGeek_00400865 | |
| MindGeek_00406565 | |
| MindGeek_00407197 | |
| MindGeek_00407202 | |
| MindGeek_00407217 | |