BENJAMIN SADUN (287533)
benjamin.sadun@dechert.com
DECHERT LLP
US Bank Tower, 633 West 5th Street,
Suite 4900
Los Angeles, CA 90071-2013
Phone: (213) 808-5721; Fax: (213) 808-5760

KATHLEEN N. MASSEY (admitted *pro hac vice*)
Kathleen.massey@dechert.com
DECHERT LLP
Three Bryant Park
1095 Avenue of the Americas
New York, NY 10036
Phone: (212) 698-3500; Fax: (212) 698 3599

Attorneys for Defendants

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SOUTHERN DIVISION**

| | |
|---|---|
| JANE DOE on behalf of herself and all other similarly situated,<br>Plaintiffs,<br>v.<br>MINDGEEK USA INCORPORATED, MINDGEEK S.A.R.L., MG FREESITES, LTD (D/B/A PORNHUB), MG FREESITES II, LTD, MG CONTENT RT LIMITED, AND 9219- 1568 QUEBEC, INC. (D/B/A MINDGEEK),<br>Defendants. | CASE NO. 8:21-CV-00338-CJC-ADS<br><br>*Assigned to Hon. Cormac J. Carney*<br>Courtroom: 9B<br><br>**NOTICE OF MOTION AND MOTION BY DEFENDANTS TO EXCLUDE DECLARATION OF BRIAN N. LEVINE**<br><br>Hearing: November 13, 2023 1:30 P.M. |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE THAT**, on November 13, 2023, at 1:30 p.m., or as soon thereafter as the matter may be heard, in Courtroom 9B of the above-referenced Court, located at 411 West 4th Street, Santa Ana, California 92701-4516, Defendants MindGeek USA Inc., MindGeek S.à.r.l., MG Freesites Ltd, MG Freesites II Ltd, 9219-1568 Quebec Inc., and MG Content RT Ltd (collectively "Defendants" or "MindGeek") will and hereby do move the Court to exclude the Declaration of Brian N. Levine filed in support of Plaintiff's Motion for Class Certification (ECF No. 124) from consideration in ruling on Plaintiff's Motion pursuant to Federal Rule of Evidence 702 and *Daubert v. Merrell Dow Pharm., Inc.*, 509 U.S. 579 (1993). This Motion is based upon this Notice of Motion and Motion, the attached Memorandum of Law, exhibits thereto, the pleadings and papers on file in this action, any argument in connection with the Motion, and such further evidence or arguments as the Court may consider.

This Motion is made following a conference of counsel pursuant to Local Rule 7-3, which took place on October 4, 2023.

DATED: October 16, 2023             RESPECTFULLY SUBMITTED,

　　　　　　　　　　　　　　　　　　 /s/   *Kathleen N. Massey*
　　　　　　　　　　　　　　　　　　KATHLEEN N. MASSEY (*pro hac vice*)
　　　　　　　　　　　　　　　　　　Kathleen.massey@dechert.com
　　　　　　　　　　　　　　　　　　DECHERT LLP
　　　　　　　　　　　　　　　　　　Three Bryant Park
　　　　　　　　　　　　　　　　　　1095 Avenue of the Americas
　　　　　　　　　　　　　　　　　　New York, NY 10036
　　　　　　　　　　　　　　　　　　Phone: (212) 698-3500; Fax: (212) 698 3599

　　　　　　　　　　　　　　　　　　QUINN EMANUEL URQUHART & SULLIVAN, LLP
　　　　　　　　　　　　　　　　　　Michael T. Zeller (CA Bar No. 196417)
　　　　　　　　　　　　　　　　　　michaelzeller@quinnemanuel.com

| | |
|---|---|
| 1 | Michael E. Williams (CA Bar No. 181299) |
| 2 | michaelwilliams@quinnemanuel.com |
| | Diane Cafferata (CA Bar No. 190081) |
| 3 | dianecafferata@quinnemanuel.com |
| 4 | Robert Becher (CA Bar No. 193431) |
| | robertbecher@quinnemanuel.com |
| 5 | Thomas Nolan (CA Bar No. 238213) |
| 6 | thomasnolan@quinnemanuel.com |
| | Mari F. Henderson (CA Bar No. 307693) |
| 7 | marihenderson@quinnemanuel.com |
| 8 | 865 S. Figueroa St., 10th Floor |
| | Los Angeles, California 90017 |
| 9 | Telephone: (213) 443-3000 |
| 10 | Facsimile: (213) 443-3100 |
| 11 | *Attorneys for Defendants* |

CASE NO. 8:21-CV-00338

**NOTICE OF MOTION AND MOTION BY DEFENDANTS TO EXCLUDE DECLARATION OF BRIAN N. LEVINE**

**CERTIFICATE OF SERVICE**

I hereby certify that on October 16, 2023, I electronically filed the foregoing document with the clerk of the Court and served counsel of record via the CM/ECF system and email.

By: */s/Christopher R. Boisvert*