1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SOUTHERN DIVISION**

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

| | |
|---|---|
| JANE DOE on behalf of herself and all other similarly situated,<br>              Plaintiffs,<br><br>      v.<br><br>MINDGEEK USA INCORPORATED, MINDGEEK S.A.R.L., MG FREESITES, LTD (D/B/A PORNHUB), MG FREESITES II, LTD, MG CONTENT RT LIMITED, AND 9219- 1568 QUEBEC, INC. (D/B/A MINDGEEK),<br>              Defendants. | CASE NO. 8:21-CV-00338-CJC-ADS<br><br>*Assigned to Hon. Cormac J. Carney*<br>Courtroom: 9B<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO EXCLUDE DECLARATION OF BRIAN N. LEVINE**<br><br>Hearing: November 13, 2023 1:30 P.M. |

This matter is before the Court on Defendants' Motion to Exclude the Declaration of Professor Brian N. Levine (the "Motion"). The Court, having considered the Motion and any response thereto, all other papers filed relating to the Motion, and the arguments of counsel, finds that Professor Levine's opinion is inadmissible and would not be helpful to the Court in evaluating Plaintiff's Motion for Class Certification, and that Professor Levine is not qualified to opine on MindGeek's policies, practices, or states of mind. IT IS HEREBY ORDERED that:

1. Defendants' Motion is GRANTED, and the Declaration of Brian N. Levine is excluded.

2. The Court will not consider Professor Levine's opinions in ruling on Plaintiff's Motion for Class Certification.

**IT IS SO ORDERED.**

Dated: _____

_____
HONORABLE CORMAC J. CARNEY
United States District Judge

[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO EXCLUDE DECLARATION OF BRIAN N. LEVINE