# Exhibit 3



EXHIBIT 107

Katie_Pornhub • 2y

I'm the Sr. Community Manager for Pornhub and YouPorn. I've worked for them for six years.

⬆ 339

Katie_Pornhub • 2y

Mindgeek loses money. Any age verification devastates traffic. I know the conspiracy is somehow we come out ahead with "AgeID" but we aren't

Pornhub stands to lose 50%+ of traffic. Have you not read this thread? You really think people are going to age verify? AgeId will be free, it costs us money to verify, and overall it's a disaster. I can't possibly see how anyone thinks this benefits porn sites, it just shows little understanding.

Katie_Pornhub • 1y

We aren't making money from this. This law decimates the porn industry in the UK. It costs money for us to verify users. Also AgeID is not the only age verification system, there are many. Pornhub will most likely offer more than just AgeID if the others are compliant. A law that censors an industry is not good for the industry.

What about what is "good for" children?    24