DAVIDA BROOK (275370)
dbrook@susmangodfrey.com
KRYSTA KAUBLE PACHMAN (280951)
kpachman@susmangodfrey.com
HALLEY W. JOSEPHS (338391)
hjosephs@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Phone: (310) 789-3100; Fax: (310) 789-3150

AMY B. GREGORY (*Pro Hac Vice*)
agregory@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1301 Avenue of the Americas, 32nd Fl.
New York, NY 10019-6023
Phone: (212) 336-8330; Fax: (212) 336-8340

(*See additional counsel on signature page*)

Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION**

| | |
|---|---|
| JANE DOE on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MINDGEEK USA INCORPORATED, MINDGEEK S.A.R.L., MG FREESITES, LTD (D/B/A PORNHUB), MG FREESITES II, LTD, MG CONTENT RT LIMITED, AND 9219-1568 QUEBEC, INC. (D/B/A MINDGEEK),<br><br>Defendants. | Case No. 8:21-cv-00338-CJC-ADS<br><br>*Hon. Cormac J. Carney*<br><br>**DECLARATION OF KRYSTA KAUBLE PACHMAN IN SUPPORT OF PLAINTIFF'S MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANTS' MOTION TO EXCLUDE THE DECLARATION OF BRIAN N. LEVINE** |

I, Krysta Kauble Pachman, declare as follows:

1. I am a partner at the law firm Susman Godfrey L.L.P. and I am counsel of record for Plaintiff Jane Doe in this case. I am an attorney at law duly licensed to practice before all courts of the State of California. I have personal knowledge of the matters set forth herein and am competent to testify.

2. I submit this Declaration in Support of Plaintiff's Memorandum of Law in Opposition to Defendants' Motion to Exclude the Declaration of Brian N. Levine.

3. A true and correct copy of excerpts from the transcript of the August 30, 2023 Rule 30(b)(6) deposition of Defendants is attached hereto and marked as Exhibit A.

4. A true and correct copy of excerpts from the transcript of the July 14, 2023 deposition of Defendants' employee is attached hereto and marked as Exhibit B.

5. A true and correct copy of Dr. Brian N. Levine's curriculum vitae is attached hereto and marked as Exhibit C.

6. A true and correct copy of excerpts from the transcript of the September 29, 2023 deposition of Dr. Brian N. Levine is attached hereto and marked as Exhibit D.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correcte.

Executed this 23rd day of October, 2023, in Leawood, Kansas.

/s/ *Krysta Kauble Pachman*
Krysta Kauble Pachman