# EXHIBIT A

```
                                                                1

 1

 2   UNITED STATES DISTRICT COURT
     CENTRAL DISTRICT OF CALIFORNIA
 3   SOUTHERN DIVISION
     -----------------------------------------X
 4   JANE DOE, on behalf of herself and all others
     similarly situated,
 5
                              Plaintiff,
 6
              v.
 7
     MINDGEEK USA INCORPORATED, MINDGEEK S.A.R.L.,
 8   MG FREESITES, LTD (D/B/A PORNHUB), MG
     FREESITES II, LTD, MG CONTENT RT LIMITED, AND
 9   9219-1568 QUEBEC, INC., (D/B/A MINDGEEK),

10
                              Defendants.
11   -----------------------------------------X

12              ***CONFIDENTIAL***

13        VIDEOTAPED DEPOSITION OF

14        ███████████████████

15

16

17

18   DATE:  August 30, 2023

19   TIME:  9:14 a.m.

20   PLACE:  1095 Avenue of the Americas, New

21   York, New York

22   BEFORE:  Rebecca Schaumloffel, RPR, CCR-NJ

23   JOB NO:  2023-909881

24

25
```

1       ▮
2    being distributed on MindGeek's websites,
3    correct?
4             MS. MASSEY:  Object to form.
5         A.    It was an evolution of things.
6    So, again, if you were to ask me today, I
7    think I am a better moderator than I was
8    yesterday.  It was tools that we've
9    implemented with the help, the classification
10   tools that we've implemented.
11            You know, it was a process that,
12   you know, of course, we are better today in
13   detecting, you know, just in general
14   non-compliant content, not just the legal --
15   the non-compliant content that we were -- you
16   know, in the past.  With evolution of
17   technology, experience, the moderation
18   process has improved.
19        Q.    That's not my question.
20            You would agree that the content
21   moderation process did not stop all CSAM from
22   being distributed on MindGeek's websites, yes
23   or no?
24        A.    The processes that were in place
25   at the time were the -- I would say the best

```
 2   processes to battle, you know, people that
 3   were trying to upload illegal content to our
 4   site.
 5        Q.   Let me ask the question again.
 6             You would agree that the content
 7   moderation process did not stop all CSAM from
 8   being distributed on MindGeek's websites, yes
 9   or no?
10        A.   I think I answered the question
11   before in my previous answer.
12        Q.   Okay.  Well, we'll see how that
13   plays before the jury, sir.
14             Let me ask you, is MindGeek aware
15   of any reason it could not have added the
16   photo ID requirement to its content
17   moderation process before 2021?
18             MS. MASSEY:  Object to form.
19        A.   Photo ID requirement, do you mean
20   a government-issued photo ID?
21        Q.   Correct.
22        A.   Okay.  So can you please repeat
23   the question.
24        Q.   Is MindGeek aware of any reason it
25   could not have added the government-issued
```