# EXHIBIT B

1

*** CONFIDENTIAL - PROTECTIVE ORDER ***

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

------------------------------------------x

JANE DOE on behalf of herself and all

others similarly situated,

                Plaintiff,

  -against-             Civil Action No.

MINDGEEK USA INCORPORATED,      8:21-CV-00338

MINDGEEK S.A.R.L., MG FREESITES,

LTD (D/B/A PORNHUB), MG FREESITES

II, LTD, MG CONTENT RT LIMITED,

AND 9219-1568 QUEBEC, INC.

(D/B/A MINDGEEK),

                Defendants.

------------------------------------------x

     VIDEOTAPED STENOGRAPHIC DEPOSITION OF:
            [REDACTED]
         Friday, July 14, 2023
        10:15 a.m. - 6:47 p.m.
  Reported Remotely through Videoconference

      Reported stenographically by:
Richard Germosen, FAPR, CA CSR No. 14391
RDR, CRR, CCR, CRCR, CSR-CA, NYACR, NYRCR
NCRA/NJ/NY/CA Certified Realtime Reporter
   NCRA Realtime Systems Administrator
       Job No. 2023-903607

39

```
 1
 2        Q.      Is Mr. ███████ a lawyer?
 3        A.      Mr. ███████  Not to -- not to my
 4   knowledge.
 5        Q.      And to your knowledge, is
 6   Mr. ███████ a lawyer?
 7        A.      Not to my knowledge.
 8        Q.      You mentioned that the content
 9   moderation team facilitated your ability as product
10   manager to run the website.  Can you explain what
11   you mean by that?
12        A.      I mean, I think what I said was that
13   it allowed me to, you know -- it allowed the website
14   to operate with an understanding that the content
15   that was on the website was all legal.
16        Q.      So it's your testimony that
17   MindGeek's website operated with an understanding
18   that the content that was on the website was all
19   legal?
20        A.      Let me restate that a little bit.  We
21   had processes in place and made all the best efforts
22   to keep illegal content off the websites.
23        Q.      Please describe all the best efforts
24   you used to keep illegal content off MindGeek's
25   websites.
```

```
                                                                    40
 1
 2          A.      So, again, limiting just for ease to
 3    my current state of affairs, we use both human
 4    moderation and we use a series of technological
 5    tools.
 6          Q.      When you say "current," do you mean
 7    2021 to the present?
 8          A.      No, that wasn't specifically what I
 9    meant when I said current.  I mean, it's easiest for
10    me to think as of current as in today.  There were
11    tools and moderation and many things going back to
12    the time I started and to my knowledge before, but,
13    you know, if you want a description of what's today,
14    I can certainly provide that --
15          Q.      Yeah, I think --
16          A.      -- to the best of my ability.
17          Q.      Sure.  I appreciate that.  We should
18    start with when you first started.  You said there
19    were tools and moderation and many things going back
20    to the time you started and to your knowledge,
21    before.  Can you please describe the tools that
22    MindGeek employed when you first started at MindGeek
23    in 2009 to keep illegal content, including CSAM, off
24    its websites?
25          A.      So -- and again, this is going back
```

41

2  many years, so to the best of my recollection in
3  2009, there was a team of human moderators.  There
4  was obviously the terms of service outlining what
5  the rules were and what was prohibited.  Users had
6  to, you know, agree and sort of acknowledge that on
7  all their video uploads, that they understood what
8  was prohibited.
9       Q.     When did MindGeek implement any --
10 let me rephrase that.  I'll strike that.
11             Besides the team of human moderators,
12 the terms of service, and the user acknowledgment
13 that you've just testified to, did MindGeek use any
14 other tools prior to 2020 to keep illegal content,
15 including CSAM, off its websites?
16             ATTORNEY MASSEY:  Object to form.
17      A.     Definitely, I mean, it was something
18 that was always evolving.  We've added more and more
19 tools as time has gone on.  I couldn't specify
20 precisely in what year each of those tools came on
21 line.
22      Q.     Can you identify any additional tool,
23 besides human moderators, the terms of service, and
24 the user acknowledgment, that MindGeek used prior to
25 2020 to keep illegal content, including CSAM, off

1
2  its websites?
3       A.     I know or as I recall, we used a tool
4  called Vobile.  Going back further than that, yeah.
5  I'll spell it.  It's V-O-B-I-L-E.
6       Q.     Vobile is a data fingerprinting tool;
7  is that correct?
8       A.     Yes.
9       Q.     And did MindGeek use that tool to
10 fingerprint content that law enforcement had
11 identified to MindGeek as containing CSAM content?
12      A.     Just time period-wise, yes, MindGeek
13 has used that tool to fingerprint content identified
14 by law enforcement.
15      Q.     Prior to 2020, are you aware of
16 MindGeek ever using Vobile to fingerprint any CSAM
17 content not identified by law enforcement?
18      A.     I know when we -- so Vobile as a tool
19 is -- it's a third-party.  It's not, you know -- we
20 don't own it or anything.  It came to market as a
21 tool for fingerprinting for copyright purposes, and
22 I believe we started using that, again, best of my
23 memory, maybe 2015, 2014, and we used it for that
24 purpose of copyright.  Over time, you know, we
25 worked with Vobile to try and adapt that tool to use

43

1
2  for other purposes, including keeping illegal
3  content off the website.
4        Q.    When, to your knowledge, did MindGeek
5  start using Vobile's tool to keep illegal content,
6  including CSAM, off its websites?
7        A.    To my recollection, and it may be
8  before this, I'm not sure, to my memory, I think
9  early 2020.
10       Q.    Other than Vobile, the team of human
11 moderators, the terms of service, and the user
12 acknowledgment that you've testified to, can you
13 identify any other tool that MindGeek used prior to
14 2020 to keep illegal content, including CSAM, off
15 its websites?
16       A.    I mean, I guess something else that
17 might -- could be worth mentioning is just for the
18 uploaders, that internally we're calling content
19 partners, who typically are larger studios, they had
20 an obligation to -- because they were running their
21 own businesses and their own websites, they had an
22 obligation to maintain compliance with 2257
23 legislation, and it was -- that was another factor
24 that we could employ to sort of validate that
25 performers were over the age of 18.

1
2    Q.    And that obligation did not extend to
3    user-generated content or amateur content; correct?
4    A.    That's -- that's fair to say.  That
5    was for studios running their own websites.
6    Q.    MindGeek did not require the content
7    partners to provide the 2257 documentation to
8    MindGeek; correct?
9            ATTORNEY MASSEY:  Object to form.
10   A.    Yeah, is there a particular time
11   period that we're talking about?
12   Q.    Pre -- let's say pre2020.
13   A.    So I know to my -- you know, as I
14   recall, definitely things have -- you know, things
15   have evolved.  There is, you know, a requirement
16   today to provide 2257 documents when a new partner
17   is onboarded.  I'm not sure whether that goes back
18   before 2020 or not.
19   Q.    Who at MindGeek would you ask to find
20   out the answer to that question?
21   A.    Today, I would likely go to
22   ▇▇▇▇▇▇▇  And his last name El -- sorry, I don't
23   want to mess it up.
24   Q.    Is ▇▇▇▇▇▇▇▇
25   A.    Correct.  Thank you.

```
                                                              146
 1
 2         Q.      Okay.  Can you identify the people
 3   that you think were responsible for using best
 4   efforts at MindGeek to combat child pornography on
 5   MindGeek's websites?
 6         A.      Identify specific -- so, I mean, I
 7   think what I'd said before is, you know, you have a
 8   group of people, compliance, moderators, etc., whose
 9   core responsibility is to prevent illegal content
10   from reaching the site and through their best
11   efforts, but I think that all employees have a --
12   are invested in working for a company that doesn't
13   have illegal content on its website.
14         Q.      Okay.  So aside from identifying the
15   compliance team members, you would say that everyone
16   at MindGeek has responsibility for using best
17   efforts to combat child pornography on the websites?
18                 ATTORNEY MASSEY:  Object to form.
19         A.      I'm saying that, yes, I -- I'm saying
20   that there are -- no one working at the company
21   wants to have illegal content on the website.
22         Q.      Prior to the 2020, 2021 time period,
23   do you think MindGeek was doing everything it could
24   have been doing to combat child pornography on those
25   websites?
```

147

1
2           ATTORNEY MASSEY:  Object to form.
3     A.    I think we're talking about the
4 entire time period, there is -- you know, everything
5 is an evolution, and there is -- you know, as time
6 has gone on, there has been tools that have become
7 available that didn't exist before.  There are tools
8 that -- I guess it's important to remember that just
9 because -- or it's important to remember that any
10 new tool that we're going to put, also comes with a
11 time to integrate that and everything else.  So
12 that's why I say, you know, it's an evolution, and
13 we are, you know -- it's always our best efforts to
14 keep illegal content off the site and we get better
15 at it as time goes on.
16     Q.    Well, you're talking about tools that
17 it takes time to integrate them.  You have no idea
18 whether any of the tools that MindGeek started using
19 in 2020 and 2012 were available prior to that time
20 period; correct?
21           ATTORNEY MASSEY:  Object to form.
22     A.    So I don't know with certainty when,
23 you know, those tools became available.
24     Q.    I'm asking about the -- prior to the
25 2020 to 2021 time period, do you think that MindGeek

148

1
2  was doing everything that it could have been doing
3  to combat child pornography on its websites?
4       A.     Yes, I think it was taking steps to
5  always evolve the process and to better protect from
6  illegal content appearing on the website.
7       Q.     Okay.  Can you please identify steps
8  it took to evolve the process before 2020 to prevent
9  child pornography on its websites.
10      A.     I'm not sure what sort of specific
11 steps I'm supposed to identify.
12      Q.     You say that MindGeek was taking
13 steps to always evolve the process to better protect
14 from illegal content appearing on the website, and
15 I'm asking you:  Prior to 2020, please identify the
16 steps that MindGeek took to evolve its process of
17 combating this content appearing on its websites.
18      A.     So I don't think that I necessarily
19 have all of the information or am the subject matter
20 expert on this, but, you know, I'm certain that
21 rules evolved.  The scope of the banned word system
22 evolved in terms of, you know, more terms, terms in
23 different languages.  The amount of staff used for
24 moderation grew over time.  These are sort of -- I
25 could point to these as steps to improve.

149

1
2  Q. Can you identify any other steps that
3  you claim MindGeek took to improve its process
4  before 2020?
5           ATTORNEY MASSEY: Object to form.
6  A. I think in terms of, you know, my
7  access to information and the decision-making, these
8  are the examples that I can come up with as I'm
9  sitting right here.
10 Q. Okay. How did the amount of staff
11 used for moderation grow over time in the pre2020
12 time period?
13 A. I don't have the specifics on how the
14 team evolved.
15 Q. Okay. So you said you're certain the
16 rules evolved and you gave an example of the amount
17 of staff used for moderation growing over time, but
18 you have no idea how much that team grew; correct?
19          ATTORNEY MASSEY: Object to form.
20 Object to form.
21 A. I don't know how much it grew, but I
22 have a -- to the best of my knowledge and
23 recollection, it grew over time.
24 Q. And you're specifically saying in the
25 pre2020 time period it grew? That's your testimony?