# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| JANE DOE on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MINDGEEK USA INCORPORATED, MINDGEEK S.A.R.L., MG FREESITES, LTD (D/B/A PORNHUB), MG FREESITES II, LTD, MG CONTENT RT LIMITED, AND 9219-1568 QUEBEC, INC. (D/B/A MINDGEEK),<br><br>Defendants. | Case No. 8:21-cv-00338-CJC-ADS<br><br>**[PROPOSED] ORDER DENYING DEFENDANTS' MOTION TO EXCLUDE THE DECLARATION OF BRIAN N. LEVINE** |

The Court having reviewed Defendants' Motion to Exclude the Declaration of Brian N. Levine (the "Motion"), Plaintiff's Memorandum of Law in Opposition to Defendants' Motion to Exclude the Declaration of Brian N. Levine, all other papers filed relating to the Motion, and the arguments of counsel, finds that the Motion should be and hereby is DENIED.

Dated: _____

_____
Cormac J. Carney
United States District Judge