# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No. | SACV 21-00338-CJC (ADSx): | Date | November 17, 2023 |
| Title | Jane Doe v. MindGeek USA Incorporated et al | | |

**PRESENT: HONORABLE CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE**

| | |
|---|---|
| Daniel Tamayo | Miriam Baird |
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:       ATTORNEYS PRESENT FOR DEFENDANT:

Krysta Pachman; Davida Brook: Halley Josephs; Madeline Yzurdiaga; Rohit Nath

Diane Cafferata; Michael Williams

**PROCEEDINGS:**   **Plaintiff's Motion for Class Certification [124]**

   **Defendants' Motion to Exclude Declaration of Robert Mills [173]**

   **Defendants' Motion to Exclude Declaration of Brian N. Levine [176]**

   Cause is called for hearing and counsel make their appearances. Motion hearings are held. The Court hears oral argument from the parties. The Court takes the Motions under submission.

: 53

Initials of Deputy Clerk   dt