**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION**

| | |
|---|---|
| JANE DOE on behalf of herself and all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>MINDGEEK USA INCORPORATED, MINDGEEK S.A.R.L., MG FREESITES, LTD (D/B/A PORNHUB), MG FREESITES II, LTD, MG CONTENT RT LIMITED, AND 9219-1568 QUEBEC, INC. (D/B/A MINDGEEK),<br><br>    Defendants. | Case No. 8:21-cv-00338-CJC-ADS<br><br>*Hon. Cormac J. Carney*<br><br>**ORDER GRANTING PLAINTIFF'S APPLICATION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL [196]** |

The Court having considered Plaintiff's Application for Leave to File Documents Under Seal, hereby **GRANTS** Plaintiff's Application and **ORDERS** the following documents **SEALED**:

| | |
|---|---|
| Exhibit 1 | Sealed in its entirety |
| Exhibit 2 | Page 1, lines 5, 7-9, 13, 17-22 |
| | Page 2, sealed diagram |
| Exhibit 3 | Page 1, header, line 21 |
| | Page 2, header, lines 1-25 |
| | Page 3, header, lines 1-25 |
| | Page 4, header, lines 1-25 |
| | Page 5, header, lines 1-25 |
| | Page 6, header, lines 15-25 |
| | Page 7, line 5 |
| Exhibit 4 | Page 1, lines 1-4, 8, 12-16, 17, 19, 21, 25-26 |
| | Page 2, lines 1, 2-6, 8, 43, 51 |
| | Page 3, Tables 1-3, lines 41-42 |
| Exhibit 5 | Page 1, header, line 14 |
| | Page 2, header, line 1 |
| | Page 3, header, line 1 |
| | Page 4, header |
| Exhibit 6 | Page 1, line 14 |
| | Page 2, header, lines 1-25 |
| | Page 3, header, lines 1-25 |
| | Page 4, header, lines 1, 14-24 |
| | Page 5, header, line 1 |
| | Page 6, header, lines 1, 14-25 |

|  | Page 7, header |
|---|---|
| Exhibit 7 | Sealed in its entirety |

**IT IS SO ORDERED.**

Dated: November 27, 2023

*/s/ Cormac J. Carney*

Hon. Cormac J. Carney
United States District Judge

2