# - EXHIBIT A -

**From:** MindGeek Class Administrator
**To:** [Class Member email address]
**Subject:** Notice of MindGeek Class Action

<u>United States District Court for the Central District of California</u>

# If you were a minor when you appeared in a video or image uploaded or viewable on an adult entertainment website, a class action lawsuit may affect your rights

*A federal court authorized this Notice. This is not a solicitation from a lawyer.*

You received this Notice because you may be part of a class action lawsuit pending in the United States District Court for the Central District of California (the "Court"). The lawsuit is known as *Jane Doe v. Mindgeek USA Incorporated, Mindgeek S.A.R.L., MG Freesites, LTD, d/b/a Pornhub, MG Freesites II, LTD, MG Content RT Limited, and 9219-1568 Quebec, Inc. d/b/a Mindgeek*, No. SACV 21-00338-CJC (ADSx). The Court decided this lawsuit should be a class action on behalf of a "class," or group of people, that could include you. This Notice summarizes your rights and options before an upcoming trial in August 2024.

**What is this lawsuit about?**

Plaintiff claims that Mindgeek USA Incorporated, Mindgeek S.A.R.L., MG Freesites, LTD, d/b/a Pornhub, MG Freesites II, LTD, MG Content RT Limited, and 9219-1568 Quebec, Inc. d/b/a Mindgeek (collectively, "Defendants") systematically participated in sex-trafficking ventures involving tens of thousands of children by receiving, distributing, and profiting from droves of child sexual abuse material ("CSAM"). Defendants deny any wrongdoing. The Court has not decided who is right or wrong. There is no money available now, and no guarantee there will be. However, your legal rights are affected, and you have a choice to make now.

**Am I part of the Class?**

The Court certified a Class and a California Subclass as detailed below.

<u>Class</u>: All persons who were under the age of 18 when they appeared in a video or image that has been uploaded or otherwise made available for viewing on any website owned or operated by MindGeek from February 19, 2011, through the present.

<u>California Subclass</u>: Members of the Class residing in California who were under the age of 18 when they appeared in a video or image that has been uploaded or otherwise made available for viewing on any website owned or operated by MindGeek from February 19, 2011, through the present.

**What are my Options?**

You can do nothing or exclude yourself.

<u>Do Nothing</u>. By doing nothing, you keep the possibility of getting money or benefits that may come from a trial or a settlement. But you give up any rights to sue Defendants separately about the same legal claims in this lawsuit. You will be bound by the result of this lawsuit.

<u>Ask to be Excluded</u>. If you ask to be excluded from this lawsuit and money or benefits are later awarded, you will <u>not</u> share in those benefits. But you keep any rights to sue Defendants separately about the same legal claims in this lawsuit. You will <u>not</u> be bound by the result of this lawsuit. Your "Exclusion Request" must state that you want to be excluded from *Jane Doe v. Mindgeek USA Incorp., et al.*, No. SACV 21-00338-CJC (ADSx). It must also include your name, address, telephone number, email, and signature. Your Exclusion Request must be mailed and postmarked by [==eighty-six (86) days from Court approval of class notice==] to:  MindGeek Class Action, c/o JND Legal Administration, Exclusion Requests, P.O. Box 91491, Seattle, WA 98111.

**The Trial.**

A trial is scheduled for August 2024. The Court appointed the law firm of Susman Godfrey L.L.P. to represent Class Members as Class Counsel. You do not need to attend the trial. Class Counsel will present the case for Plaintiff and the Class, and lawyers for the Defendants will present on their behalf. You or your own lawyer are welcome to come at your own expense.

**Questions?**

This Notice is a summary of the lawsuit and the proceedings. You can get additional information by visiting www. [www.MindGeekClassActionLitigation.com](www.MindGeekClassActionLitigation.com), calling 844-566-0107, emailing [info@MindGeekClassActionLitigation.com](info@MindGeekClassActionLitigation.com), or writing the Administrator at MindGeek Class Action c/o JND Legal Administration P.O. Box 91491, Seattle, WA 98111. You can also call Class Counsel at 1-310-789-3100.

**PLEASE DO NOT CONTACT THE COURT REGARDING THIS NOTICE**

To unsubscribe from this list, please click on the following link: Unsubscribe