## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SOUTHERN DIVISION

| | |
|---|---|
| JANE DOE on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MINDGEEK USA INCORPORATED, MINDGEEK S.A.R.L., MG FREESITES, LTD (D/B/A PORNHUB), MG FREESITES II, LTD, MG CONTENT RT LIMITED, AND 9219-1568 QUEBEC, INC. (D/B/A MINDGEEK),<br><br>Defendants. | Case No. 8:21-cv-00338-CJC-ADS<br><br>*Hon. Cormac J. Carney*<br><br>**[PROPOSED] ORDER RE EXPERT DISCLOSURES AND DISCOVERY, NON-DISCOVERY MOTIONS BRIEFING SCHEDULE, AND MOTIONS IN LIMINE BRIEFING SCHEDULE** |

The Court, having reviewed the Parties' Joint Stipulation re Extension of Briefing Deadlines Related to Plaintiff's Motion for Class Certification now ORDERS as follows:

[1] Plaintiff and Defendants shall have until March 1, 2024 to disclose their opening expert reports.

[2] Plaintiff and Defendants shall have until March 22, 2024 to disclose their rebuttal expert reports.

[3] Plaintiff and Defendants shall have until April 5, 2024 to complete all expert discovery, including expert depositions.

[4] Plaintiff and Defendants shall have until April 19, 2024 to file any motions for summary judgment and any motions to exclude expert testimony.

[5] Plaintiff and Defendants shall have until May 8, 2024 to file any oppositions to the other party's or parties' motion for summary judgment and motion(s) to exclude expert testimony.

[6] Plaintiff and Defendants shall have until May 20, 2024 to file any replies in support of their respective motions for summary judgment and motion(s) to exclude expert testimony.

[7] Plaintiff and Defendants shall have until July 8, 2024 to file any motion(s) in limine.

[8] Plaintiff and Defendants shall have until July 15, 2024 to file any oppositions to the other party's or parties' motion(s) in limine.

[9] Plaintiff and Defendants shall have until July 22, 2024 to file any replies in support of their motion(s) in limine.

IT IS FURTHER ORDERED that the Clerk of the Court shall serve copies of this Order on counsel for the parties in this matter.

**IT IS SO ORDERED.**

Dated: _____        _____
                                                                Cormac J. Carney
                                                                United States District Judge