**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
Michael T. Zeller (Bar No. 196417)
michaelzeller@quinnemanuel.com
Michael E. Williams (Bar No. 181299)
michaelwilliams@quinnemanuel.com
Diane Cafferata (Bar No. 190081)
dianecafferata@quinnemanuel.com
Dylan C. Bonfigli (Bar No. 317185)
dylanbonfigli@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Defendants

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| JANE DOE, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MINDGEEK USA INCORPORATED, et al.,<br><br>Defendants. | Case No. 8:21-cv-00338-CJC-ADS<br><br>**STATEMENT OF UNCONTROVERTED FACTS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT OF DEFENDANTS MINDGEEK USA INCORPORATED, MINDGEEK S.A R.L., MG FREESITES II LTD, AND MG CONTENT RT LIMITED**<br><br>Judge: Hon. Cormac J. Carney<br>Hearing Date: June 3, 2024<br>Hearing Time: 1:30 p.m.<br><br>Complaint Filed: February 19, 2021<br>Trial Date: August 20, 2024 |

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

# UNCONTROVERTED FACTS

Pursuant to Local Rule 56-1, defendants MindGeek USA Incorporated, MindGeek S.à r.l., MG Freesites II Ltd, and MG Content RT Limited (collectively, "Defendants")[1] submit the following statement of uncontroverted facts in support of their motion for summary judgment:

| SUF NO. | DEFENDANTS' FACT | EVIDENCE |
|---|---|---|
| **I. MG Freesites II Ltd and MG Content RT Limited Have Been Dissolved And Lack The Capacity To Be Sued** | | |
| 1. | ▊ is Plaintiff's ex-boyfriend. | Plaintiff Tr. 46:20-24, 54:2-11 (Williams Dec. Ex. A). |
| 2. | When Plaintiff Jane Doe was 17 years old, she had consensual sex with ▊, which he recorded (the "Videos"). | Plaintiff Tr. 79:13-16, 79:22-25, 80:2-3, 82:11-19, 83:21-23 (Williams Dec. Ex. A); MG-DOE_0000002 at '003 (Williams Dec. Ex. O) (▊); Plaintiff Dep. Ex. 14 at '084 (Williams Dec. Ex. N). |
| 3. | In 2019 and early 2020, over four years after Plaintiff and ▊ broke up, ▊ began posting the Videos to the Internet, including websites | Andreou Dec. ¶ 14; Plaintiff's 2nd Supplemental Responses to Defendants' First Set of Interrogatories at Rog. Nos. 2, 3, 4 |

---

[1] For ease of reference, this filing uses the names of the entities that Plaintiff used in her Third Amended Complaint, as opposed to the entities' rebranded names. *See* Andreou Dec. ¶ 3 (explaining that MindGeek S.à r.l. was rebranded to Aylo Holdings S.à.r.l; that MG Freesites Ltd was rebranded to Aylo Freesites Ltd; and that MindGeek USA Incorporated was rebranded to Aylo USA Incorporated).

| SUF NO. | DEFENDANTS' FACT | EVIDENCE |
|---|---|---|
| | operated by MG Freesites Ltd—Pornhub.com, Redtube.com, and Youporn.com. | (Williams Dec. Ex. G); Plaintiff's 3rd Supplemental Responses to Defendants' First Set of Interrogatories at Rog. Nos. 3, 4, 6 (Williams Dec. Ex. H); Plaintiff Dep. Ex. 14 at '084-85 (Williams Dec. Ex. N). |
| **MG Freesites II Ltd** | | |
| 4. | MG Freesites II Ltd's assets and liabilities were transferred to MG Freesites Ltd on or around December 31, 2018. | Andreou Dec. ¶ 27. |
| 5. | MG Freesites II Ltd, a private company incorporated and registered in Cyprus, was dissolved on or around December 10, 2020. | Andreou Dec. ¶ 27. |
| **MG Content RT Limited** | | |
| 6. | MG Content RT Limited's assets and liabilities were transferred to MG Freesites Ltd on or around December 31, 2018. | Andreou Dec. ¶ 28. |
| 7. | MG Content RT Limited, a private limited company incorporated and registered in Ireland, was dissolved on or around December 30, 2020. | Andreou Dec. ¶ 28. |

| SUF NO. | DEFENDANTS' FACT | EVIDENCE |
|---|---|---|
|  II. MindGeek USA Incorporated and MindGeek S.à r.l. Have No Connection To The Videos Of Plaintiff |||
|  MindGeek S.à r.l. |||
| 8. | MindGeek S.à r.l. is a private limited liability company (société à responsabilité limitée) incorporated under the laws of Luxembourg, with its registered office at 32, boulevard Royal, L-2449 Luxembourg and registered with the Luxembourg Register of Commerce and Companies (R.C.S. Luxembourg) ("RCS") under number B 181337. | Andreou Dec. ¶ 6. |
| 9. | MindGeek S.à r.l. has been and is nothing more than a holding company, without any employees or operations of its own. | Andreou Dec. ¶ 7. |
| 10. | MindGeek S.à r.l. has never had any offices or employees in the United States. | Andreou Dec. ¶ 8. |
| 11. | MindGeek S.à r.l. has never exercised control over the day-to-day operations of the other MindGeek corporate entities. | Andreou Dec. ¶ 7. |

| SUF NO. | DEFENDANTS' FACT | EVIDENCE |
|---|---|---|
| 12. | MindGeek S.à r.l. has been during the relevant period adequately capitalized—that is, it has capital reasonably regarded as adequate to enable it to operate its business and pay its debts as they mature. | Andreou Dec. ¶ 9. |
| 13. | MindGeek S.à r.l. has its own bank accounts and serves as a party to and responsible for fulfilling its own contracts. | Andreou Dec. ¶ 9. |
| 14. | MindGeek S.à r.l. has always had the equivalent of its own designated board of directors, referred to as a board of managers, and MindGeek S.à r.l. observes all necessary corporate formalities. | Andreou Dec. ¶ 10. |
| 15. | MindGeek S.à r.l. has not operated, managed, maintained, supervised, or controlled the day-to-day operations of Pornhub.com, Redtube.com, Youporn.com, or any other website on which images of Plaintiff may have appeared. | Andreou Dec. ¶ 11. |
| 16. | MindGeek S.à r.l. does not have any responsibility for reviewing and does not review any content | Andreou Dec. ¶ 11. |

| SUF NO. | DEFENDANTS' FACT | EVIDENCE |
|---|---|---|
|  | that is uploaded to Pornhub.com, Redtube.com, Youporn.com, or any other website on which images of Plaintiff may have appeared. |  |
| 17. | MindGeek S.à r.l. does not have any responsibility for providing members of the public access to Pornhub.com, Redtube.com, Youporn.com, or any other website on which images of Plaintiff may have appeared. | Andreou Dec. ¶ 11. |
| 18. | No employee or representative of MindGeek S.à r.l. has interacted with Plaintiff or her ex-boyfriend regarding the Videos of her that were allegedly uploaded to MindGeek's websites. | Andreou Dec. ¶ 11. |
| 19. | MindGeek S.à r.l. did not create, solicit, post, manage, or have any other involvement with the Videos. | Andreou Dec. ¶ 11. |

| SUF NO. | DEFENDANTS' FACT | EVIDENCE |
|---|---|---|
| **MG Freesites Ltd** | | |
| 20. | MG Freesites Ltd is and has been a limited liability company organized and operating under the laws of the Republic of Cyprus, with its head office at 195-197 Old Nicosia-Limassol Road, Block 1 Dali Industrial Zone, Cyprus. | Andreou Dec. ¶ 13. |
| 21. | MG Freesites Ltd has during the relevant period been responsible for operating video sharing websites, including Pornhub.com, Redtube.com, and Youporn.com. | Andreou Dec. ¶ 14. |
| 22. | MG Freesites Ltd has during the relevant period been adequately capitalized—that is, it has capital reasonably regarded as adequate to enable it to operate its business and pay its debts as they mature. | Andreou Dec. ¶ 15. |
| 23. | MG Freesites Ltd has its own bank accounts and serves as a party to and responsible for fulfilling its own contracts. | Andreou Dec. ¶ 15. |
| 24. | MG Freesites Ltd has had during the relevant period the equivalent of its own designated board of | Andreou Dec. ¶ 16. |

| SUF NO. | DEFENDANTS' FACT | EVIDENCE |
|---|---|---|
|  | directors, referred to as a board of managers, and observes all necessary corporate formalities. |  |
| 9219-1568 Quebec Inc. |||
| 25. | 9219-1568 Quebec Inc. is and has been a corporation organized and operating under the laws of the Provence of Quebec, Canada, with its head office at 7777 Decarie Boulevard, Montreal, Quebec H4P-2H2. | Andreou Dec. ¶ 17. |
| 26. | 9219-1568 Quebec Inc. has during the relevant period been a service provider to MG Freesites Ltd and other affiliates. Those services have been and are provided pursuant to written agreements that respect the separateness of the service provider and the service receiver. | Andreou Dec. ¶ 19. |
| 27. | 9219-1568 Quebec Inc. has during the relevant period been adequately capitalized—that is, it has capital reasonably regarded as adequate to enable it to operate its business and pay its debts as they mature. | Andreou Dec. ¶ 20. |

| SUF NO. | DEFENDANTS' FACT | EVIDENCE |
|---|---|---|
| 28. | 9219-1568 Quebec Inc. has its own bank accounts and serves as a party to and responsible for fulfilling its own contracts. | Andreou Dec. ¶ 20. |
| 29. | 9219-1568 Quebec Inc. also has had during the relevant period its own designated board of directors and observed all necessary corporate formalities. | Andreou Dec. ¶ 21. |
| **MindGeek USA Incorporated** | | |
| 30. | MindGeek USA Inc. is and has been a corporation incorporated under the laws of the State of Delaware. The current address of MindGeek USA Incorporated's principal office is 610 Brazos Street, Suite 500, Austin, Texas 78701. | Andreou Dec. ¶ 22. |
| 31. | During the relevant period, MindGeek USA Incorporated has distributed DVD-based content and operated online stores. | Andreou Dec. ¶ 23. |
| 32. | MindGeek USA Incorporated has not operated, managed, maintained, supervised, or controlled the day-to-day operations of Pornhub.com, | Andreou Dec. ¶ 24. |

| SUF NO. | DEFENDANTS' FACT | EVIDENCE |
|---|---|---|
|  | Redtube.com, Youporn.com, or any other website on which images of Plaintiff may have appeared. |  |
| 33. | MindGeek USA Incorporated does not have any responsibility for reviewing and does not review any content that is uploaded to Pornhub.com, Redtube.com, Youporn.com, or any other website on which images of Plaintiff may have appeared. | Andreou Dec. ¶ 24. |
| 34. | MindGeek USA Incorporated does not have any responsibility for providing members of the public access to Pornhub.com, Redtube.com, Youporn.com, or any other website on which images of Plaintiff may have appeared. | Andreou Dec. ¶ 24. |
| 35. | No employee or representative of MindGeek USA Incorporated has interacted with Plaintiff or her ex-boyfriend regarding the videos of her that were allegedly uploaded to Pornhub.com, Redtube.com, or Youporn.com. | Andreou Dec. ¶ 24. |

| SUF NO. | DEFENDANTS' FACT | EVIDENCE |
|---|---|---|
| 36. | MindGeek USA Incorporated did not create, solicit, post, manage, or have any other involvement with the Videos. | Andreou Dec. ¶ 24. |
| 37. | MindGeek USA Incorporated has during the relevant period been adequately capitalized—that is, it has capital reasonably regarded as adequate to enable it to operate its business and pay its debts as they mature. | Andreou Dec. ¶ 25. |
| 38. | MindGeek USA Incorporated has its own bank accounts and serves as a party to and responsible for fulfilling its own contract. | Andreou Dec. ¶ 25. |
| 39. | MindGeek USA Incorporated also has had during the relevant period its own designated board of directors and observed all necessary corporate formalities. | Andreou Dec. ¶ 26. |
|  | **III.  There Is No Evidence Supporting Plaintiff's "Alter Ego" Allegations** | |
| 40. | Defendants incorporate by reference the following facts: 9, 11-17, 20-34, 37-39. | Defendants incorporate by reference the evidence supporting the following facts: 9, 11-17, 20-34, 37-39. |

| SUF NO. | DEFENDANTS' FACT | EVIDENCE |
|---|---|---|
| **IV. MindGeek S.à.r.l Is Beyond The Territorial Reach of 18 U.S.C. § 1595** | | |
| 41. | Defendants incorporate by reference the following facts: 8-19. | Defendants incorporate by reference the evidence supporting the following facts: 8-19. |

DATED: April 19, 2024

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By  /s/ Michael E. Williams
Michael T. Zeller
Michael E. Williams
Diane Cafferata
Dylan C. Bonfigli
Attorneys for Defendants