**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
Michael T. Zeller (Bar No. 196417)
michaelzeller@quinnemanuel.com
Michael E. Williams (Bar No. 181299)
michaelwilliams@quinnemanuel.com
Diane Cafferata (Bar No. 190081)
dianecafferata@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Defendants

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| JANE DOE, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MINDGEEK USA INCORPORATED, et al.,<br><br>Defendants. | Case No. 8:21-cv-00338-CJC-ADS<br><br>**DECLARATION OF ANDREAS ALKIVIADES ANDREOU IN SUPPORT OF THE MOTION FOR SUMMARY JUDGMENT OF DEFENDANTS DEFENDANTS MINDGEEK USA INC., MINDGEEK S.A.R.L., MG FREESITES II LTD, AND MG CONTENT RT LTD** |

# DECLARATION OF ANDREAS ALKIVIADES ANDREOU

I, Andreas Alkiviades Andreou, declare as follows:

1. I submit this declaration in support of the motion for summary judgment of defendants MindGeek USA, Incorporated, MindGeek S.à.r.l., MG Freesites II Ltd, and MG Content RT Ltd. I have personal knowledge of the facts stated herein, and if called as a witness I could and would competently testify thereto.

2. I have been employed by Aylo Group Ltd (formerly MG CY Holdings Ltd), or its predecessors, as Director of Corporate Finance since 2013. I have also served as a Class A manager (the equivalent of a director) for Aylo Holdings S.à.r.l. (formerly MindGeek S.à.r.l.) since 2016.

3. Based on my experience, I am familiar with the corporate structure and operations of the entities named as defendants in Plaintiff's Third Amended Complaint: MindGeek USA Incorporated, MindGeek S.à.r.l., MG Freesites Ltd, MG Freesites II Ltd, MG Content RT Ltd, and 9219-1568 Quebec Inc. (collectively, "Defendants").

4. MindGeek S.à.r.l., MG Freesites Ltd, and MindGeek USA Incorporated have been rebranded. MindGeek S.à.r.l. was rebranded to Aylo Holdings S.à.r.l. MG Freesites Ltd was rebranded to Alyo Freesites Ltd. And MindGeek USA Incorporated was rebranded to Aylo USA Incorporated.

5. Since 2016, as part of my regular job responsibilities, I have dealt with and continue to deal with issues involving the corporate structure of Defendants and their affiliates, and I have personal knowledge of their corporate histories.

**Aylo Holdings S.à.r.l.**

6. Aylo Holdings S.à.r.l. (formerly MindGeek S.à.r.l.) is a private limited liability company (société à responsabilité limitée) incorporated under the laws of Luxembourg, with its registered office at 32, boulevard Royal, L-2449 Luxembourg and registered with the Luxembourg Register of Commerce and Companies (R.C.S. Luxembourg) ("RCS") under number B 181337.

7. Aylo Holdings S.à.r.l. is nothing more than a holding company that directly and indirectly owns or owned certain affiliated entities, including Aylo USA Incorporated (formerly MindGeek USA Incorporated), Alyo Freesites Ltd (formerly MG Freesites Ltd), MG Freesites II Ltd, MG Content RT Ltd, and 9219-1568 Quebec Inc. Each of the other Defendants are indirect subsidiaries of Aylo Holdings S.à.r.l. Aylo Holdings S.à.r.l. does not exercise and has not exercised any control over the day-to-day decisions of those entities, or, for that matter, of any other affiliate.

8. Aylo Holdings S.à.r.l. does not have any employees or operations of its own. Aylo Holdings S.à.r.l. does not have any offices or employees in the State of California, let alone the United States.

9. Aylo Holdings S.à.r.l. has been during the relevant period adequately capitalized—that is, it has capital reasonably regarded as adequate to enable it to operate its business and pay its debts as they mature. Aylo Holdings S.à.r.l. possesses its own bank account and serves as a party to and responsible for fulfilling its own contracts.

10. Aylo Holdings S.à.r.l. has always had the equivalent of its own designated board of directors, referred to as a board of managers, and Aylo Holdings S.à.r.l. observes all necessary corporate formalities.

11. I understand that the Plaintiff in this case alleges that her ex-boyfriend uploaded videos of her to Pornhub.com, Redtube.com, and Youporn.com in early 2020. Aylo Holdings S.à.r.l. has not operated, managed, maintained, supervised, or controlled the day-to-day operations of Pornhub.com, Redtube.com, Youporn.com, or any other website on which images of Plaintiff may have appeared. Aylo Holdings S.à.r.l. does not have any responsibility for reviewing and does not review any content that is uploaded to Pornhub.com, Redtube.com, Youporn.com, or any other website on which images of Plaintiff may have appeared. Nor does Aylo Holdings S.à.r.l. have any responsibility for providing members of the public access to Pornhub.com, Redtube.com, Youporn.com, or any other website on which images of

Plaintiff may have appeared. No employee or representative of Aylo Holdings S.à.r.l. has interacted with Plaintiff or her ex-boyfriend regarding the videos of her that were allegedly uploaded to Pornhub.com, Redtube.com, and Youporn.com. Aylo Holdings S.à.r.l. did not create, solicit, post, manage, or have any other involvement with the videos of Plaintiff at issue in this case.

**Aylo Freesites Ltd**

12. Aylo Freesites Ltd (formerly MG Freesites Ltd) is a wholly-owned subsidiary of Aylo Group Ltd (formerly MG CY Holdings Ltd), which is a wholly-owned subsidiary of Licensing IP International S.à.r.l., which is a wholly-owned subsidiary of Aylo Holdings S.à.r.l. (formerly MindGeek S.à.r.l.).

13. Aylo Freesites Ltd is a limited liability company organized and operating under the laws of the Republic of Cyprus, with its head office at 195-197 Old Nicosia-Limassol Road, Block 1 Dali Industrial Zone, Cyprus.

14. Aylo Freesites Ltd has during the relevant period been responsible for operating video sharing platforms—which have included Pornhub.com, Redtube.com, and Youporn.com during at least some of the relevant period. During some of the relevant period, MG Content RT Ltd operated Redtube.com and MG Freesites II Ltd operated Youporn.com. As stated below, the assets and liabilities of MG Content RT Ltd and MG Freesites Ltd II were transferred to Aylo Freesites Ltd on or around December 31, 2018.

15. Aylo Freesites Ltd has during the relevant period been adequately capitalized, both possessing its own bank accounts and serving as a party to and responsible for fulfilling its own obligations.

16. Aylo Freesites Ltd has had during the relevant period the equivalent of its own designated board of directors, referred to as a board of managers, and observes all necessary corporate formalities.

**9219-1568 Quebec Inc.**

17. 9219-1568 Quebec Inc. is a corporation organized and operating under

3
**DECLARATION OF ANDREAS ALKIVIADES ANDREOU IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

the laws of the Province of Quebec, Canada, with its head office at 7777 Decarie Boulevard, Montreal, Quebec H4P-2H2.

18. 9219-1568 Quebec Inc. is a wholly-owned subsidiary of 9279-2738 Québec Inc., which is a wholly-owned subsidiary of Licensing IP International S.à.r.l., which is a wholly-owned subsidiary of Aylo Holdings S.à.r.l. (formerly MindGeek S.à.r.l.).

19. 9219-1568 Quebec Inc. has during the relevant period provided certain services to Aylo Freesites Ltd and other and other companies in the Aylo group. Those services have been and are provided pursuant to written agreements that respect the separateness of the service provider and the service receiver.

20. 9219-1568 Quebec Inc. has during the relevant period been adequately capitalized, both possessing its own bank accounts and serving as a party to and responsible for fulfilling its own contracts.

21. 9219-1568 Quebec Inc. also has had during the relevant period its own designated board of directors and observed all necessary corporate formalities.

**Aylo USA Incorporated**

22. Aylo USA Incorporated (formerly MindGeek USA Incorporated) is a Delaware corporation. MindGeek USA Incorporated is a wholly-owned subsidiary of Aylo Holdings USA Corp. (formerly MG Holding USA Corp.), which is a wholly-owned subsidiary of Licensing IP International S.à.r.l., which is a wholly-owned subsidiary of Aylo Holdings S.à.r.l. (formerly MindGeek S.à.r.l.). The current address of Aylo USA Incorporated's principal office is 610 Brazos Street, Suite 500, Austin, Texas 78701.

23. During the relevant period, Aylo USA Incorporated has distributed DVD-based content and operated online stores.

24. Aylo USA Incorporated has not operated, managed, maintained, supervised, or controlled the day-to-day operations of Pornhub.com, Redtube.com, Youporn.com, or any other website on which images of Plaintiff may have appeared.

Aylo USA Incorporated does not have any responsibility for reviewing and does not review any content that is uploaded to Pornhub.com, Redtube.com, Youporn.com, or any other website on which images of Plaintiff may have appeared. Nor does Aylo USA Incorporated have any responsibility for providing members of the public access to Pornhub.com, Redtube.com, or any other website on which images of Plaintiff may have appeared. I am not aware of any employee or representative of Aylo USA Incorporated interacting with Plaintiff or her ex-boyfriend regarding the videos of her that were allegedly uploaded to Pornhub.com, Redtube.com, and Youporn.com. Aylo USA Incorporated did not create, solicit, post, manage, or have any other involvement with the videos of Plaintiff at issue in this case.

25. Aylo USA Incorporated has during the relevant period been adequately capitalized, both possessing its own bank accounts and serving as a party to and responsible for fulfilling its own contracts.

26. Aylo USA Incorporated also has had during the relevant period its own designated board of directors and observed all necessary corporate formalities.

**MG Freesites II Ltd**

27. MG Freesites II Ltd was a private company incorporated and registered in Cyprus. MG Freesites II Ltd was dissolved on or around December 10, 2020. MG Freesites II Ltd's assets and liabilities were transferred to Aylo Freesites Ltd (formerly MG Freesites Ltd) on or around December 31, 2018.

**MG Content RT Ltd**

28. MG Content RT Ltd was a private company incorporated and registered in Ireland. MG Content RT Ltd was dissolved on or around December 30, 2020. MG Content RT Ltd's assets and liabilities were transferred to Aylo Freesites Ltd (formerly MG Freesites Ltd) on or around December 31, 2018.

[Signature on following page]

1   I declare under penalty of perjury under the laws of the United States that the
2   foregoing is true and correct and that this declaration is executed on April 18, 2024.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Andreas Alkiviades Andreou