1  **QUINN EMANUEL URQUHART**
   **& SULLIVAN, LLP**
2  Michael T. Zeller (Bar No. 196417)
   michaelzeller@quinnemanuel.com
3  Michael E. Williams (Bar No. 181299)
   michaelwilliams@quinnemanuel.com
4  Diane Cafferata (Bar No. 190081)
   dianecafferata@quinnemanuel.com
5  Dylan C. Bonfigli (Bar No. 317185)
   dylanbonfigli@quinnemanuel.com
6  865 South Figueroa Street, 10th Floor
   Los Angeles, California 90017-2543
7  Telephone:  (213) 443-3000
   Facsimile:  (213) 443-3100
8
   Attorneys for Defendants
9

10              UNITED STATES DISTRICT COURT

11              CENTRAL DISTRICT OF CALIFORNIA

12                    SOUTHERN DIVISION

13

14  JANE DOE, on behalf of herself and all      Case No. 8:21-cv-00338-CJC-ADS
    others similarly situated,
15                                              **STATEMENT OF**
             Plaintiff,                          **UNCONTROVERTED FACTS IN**
16                                              **SUPPORT OF MOTION FOR**
         v.                                      **SUMMARY JUDGMENT OF**
17                                              **DEFENDANTS MINDGEEK USA**
    MINDGEEK USA INCORPORATED,                   **INC., MINDGEEK S.A.R.L., MG**
18  et al.,                                      **FREESITES LTD, MG FREESITES**
                                                **II LTD, 9219-1568 QUEBEC INC.,**
19           Defendants.                         **AND MG CONTENT RT LTD**

20                                              Judge:  Hon. Cormac J. Carney
                                                Hearing Date:  June 3, 2024
21                                              Hearing Time:  1:30 p.m.

22                                              Complaint Filed:  February 19, 2021
                                                Trial Date:  August 20, 2024
23

24       REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

25

26

27

28

## <u>UNCONTROVERTED FACTS</u>

Pursuant to Local Rule 56-1, defendants MindGeek USA Inc., MindGeek S.à.r.l., MG Freesites Ltd, MG Freesites II Ltd, 9219-1568 Quebec Inc., and MG Content RT Ltd (collectively, "Defendants") submit the following statement of uncontroverted facts in support of their motion for summary judgment:

| SUF NO. | DEFENDANTS' FACT | EVIDENCE |
|---|---|---|
| **I. MindGeek Is Entitled to Judgment on Plaintiff's Sex-Trafficking Claim Under 18 U.S.C. §§ 1591 and 1595** | | |
| 1. | Plaintiff was born on ▇▇▇▇. | Plaintiff Tr. 12:5-6 (Williams Dec. Ex. A). |
| 2. | ▇▇ is Plaintiff's ex-boyfriend. | Plaintiff Tr. 46:20-24, 54:2-11 (Williams Dec. Ex. A). |
| 3. | Plaintiff met ▇▇ when they were both in high school. | Plaintiff Tr. 17:18-21, 47:8-48:2 (Williams Dec. Ex. A); Plaintiff Dep. Ex. 14 at '084 (Williams Dec. Ex. N). |
| 4. | Plaintiff and ▇▇ graduated from high school in the same year, ▇▇. | Plaintiff Tr. 17:18-21, 47:8-48:2 (Williams Dec. Ex. A). |
| 5. | Plaintiff began dating ▇▇ in ▇▇▇▇▇▇▇▇. | Plaintiff Tr. 17:18-21, 48:11-15, 68:13-69:15 (Williams Dec. Ex. A); Plaintiff Dep. Ex. 11 at '289 (Williams Dec. Ex. L); Plaintiff Dep. Ex. 14 at '084 (Williams Dec. Ex. N). |
| 6. | Plaintiff ended her relationship with ▇▇ on ▇▇▇▇. | Plaintiff Tr. 60:5-12, 87:12-15 (Williams Dec. Ex. A); Third Amended Complaint ¶ 142; Plaintiff Dep. Ex. 11 at '289 (Williams Dec. |

| SUF NO. | DEFENDANTS' FACT | EVIDENCE |
|---|---|---|
| | | Ex. L); Plaintiff Dep. Ex. 14 at '084 (Williams Dec. Ex. N). |
| 7. | Plaintiff alleges that, on occasion, ███ would film them having sex. | Plaintiff Tr. 79:13-16, 79:22-25, 80:2-3, 82:11-19, 83:21-23 (Williams Dec. Ex. A); MG-DOE_0000002 at 2 (Williams Dec. Ex. O) ████████ ██████████████████████ ███████████████████████ ██████████████████████ ███████████████; Plaintiff Dep. Ex. 14 at '084 (Williams Dec. Ex. N); Third Amended Complaint ¶ 141. |
| 8. | ████████ ██████████ ████████████████ ██████████████ ████████████ ██████ | Plaintiff Tr. 81:14-18 (Williams Dec. Ex. A). |
| 9. | According to Plaintiff, both she and ███ were 17 years old when he filmed them having sex. | MG-DOE_0000473 at '473 (William Dec. Ex. P) ██████████ ███████████████████████ ███████████████████████ ████████████████████████. |
| 10. | Plaintiff never questioned ███ as to why he made videos of them having sex. | Plaintiff Tr. 81:22-24 (Williams Dec. Ex. A). |

| SUF NO. | DEFENDANTS' FACT | EVIDENCE |
|---|---|---|
| 11. | Plaintiff gave ▇ permission to record them having sex. | Plaintiff Dep. Ex. 11 at '289 (Williams Dec. Ex. L) ▇▇▇▇▇ ▇▇▇▇▇▇▇▇▇▇ ▇▇▇▇▇▇▇ ▇▇▇▇▇▇; MG-DOE_0000002 at 2 (Williams Dec. Ex. O) ▇▇▇▇▇▇ ▇▇▇▇▇▇ ▇▇▇. |
| 12. | Plaintiff never told ▇ to not record them having sex. | Plaintiff Tr. 84:1-2 (Williams Dec. Ex. A); Plaintiff Dep. Ex. 11 at '289 (Williams Dec. Ex. L) ▇▇▇▇ ▇▇▇▇▇▇ ▇▇▇▇▇; MG-DOE_0000002 at 2 ▇▇▇▇▇ ▇▇▇▇▇▇ ▇▇▇. |
| 13. | Plaintiff had no understanding as to what ▇ would do with the videos of them having sex. | Plaintiff Tr. 84:3-8 (Williams Dec. Ex. A). |
| 14. | Plaintiff never told ▇ what he could or could not do with the videos of them having sex. | Plaintiff Tr. 84:10-13 (Williams Dec. Ex. A). |

| SUF NO. | DEFENDANTS' FACT | EVIDENCE |
|---|---|---|
| 15. | Plaintiff never told ▮ that he could not post the videos of them having sex online. | Plaintiff Tr. 84:10-13 (Williams Dec. Ex. A). |
| 16. | Plaintiff does not remember when ▮ first began filming the videos of them having sex. | Plaintiff Tr. 79:13-21 (Williams Dec. Ex. A). |
| 17. | Plaintiff does not remember the time period when ▮ made the videos of them having sex. | Plaintiff Tr. 80:4-8 (Williams Dec. Ex. A). |
| 18. | Plaintiff does not remember how many times ▮ recorded them having sex. | Plaintiff Tr. 82:20-83:19 (Williams Dec. Ex. A). |
| 19. | When they were having sex, Plaintiff never told ▮ she did not want to have sex. | Plaintiff Tr. 84:14-17 (Williams Dec. Ex. A). |
| 20. | ▮ never forced Plaintiff to have sex against her will. | Plaintiff Tr. 84:18-21 (Williams Dec. Ex. A). |
| 21. | ▮ never conditioned anything on Plaintiff having sex with him. | Plaintiff Tr. 84:23-85:2 (Williams Dec. Ex. A). |
| 22. | ▮ never offered Plaintiff anything in exchange for having sex with him. | Plaintiff Tr. 85:3-5 (Williams Dec. Ex. A). |
| 23. | ▮ never paid Plaintiff for sex depicted in the Videos. | Plaintiff's 2nd Supplemental Responses to Defendants' First Set of Interrogatories at Rog. No. 7 (Williams Dec. Ex. G) ▮ |

| SUF NO. | DEFENDANTS' FACT | EVIDENCE |
|---|---|---|
| | | ██████████████ ████████████████ ████████████████ █████████████████ ███████; Plaintiff Tr. 85:3-5 (Williams Dec. Ex. A) ██████ ████████████████ █████████████. |
| 24. | ██████ never gave Plaintiff anything of value on account of any of the sex depicted in the Videos. | Plaintiff's 2nd Supplemental Responses to Defendants' First Set of Interrogatories at Rog. No. 7 (Williams Dec. Ex. G) ████████ ███████████████ ████████████████ ████████████████ █████████████████ ██████); Plaintiff Tr. 85:3-5 (Williams Dec. Ex. A) (██████ ████████████████ ████████████████). |
| 25. | ██████ never encouraged Plaintiff to have sex with other people. | Plaintiff Tr. 85:6-8 (Williams Dec. Ex. A). |
| 26. | ██████ never sold Plaintiff to someone else for sexual gratification. | Plaintiff Tr. 85:9-12 (Williams Dec. Ex. A). |

| SUF NO. | DEFENDANTS' FACT | EVIDENCE |
|---|---|---|
| 27. | Plaintiff never received anything of value on account of any of the sex depicted in the Videos. | Plaintiff's 2nd Supplemental Responses to Defendants' First Set of Interrogatories at Rog. No. 7 (Williams Dec. Ex. G) ████████ ██████████ ████████ ████████ █████████ ); Plaintiff Tr. 85:3-5, 84:23-85:2 (Williams Dec. Ex. A). |
| 28. | Plaintiff never gave ███ anything of value on account of any of the sex she engaged in with him. | Plaintiff's 2nd Supplemental Responses to Defendants' First Set of Interrogatories at Rog. No. 7 (Williams Dec. Ex. G) (█████ ████████ ███████ ████████ ████████ █████████ ████████ ███████ ). |
| 29. | ████ never received anything of value on account of the sex depicted in the Videos. | Plaintiff's 2nd Supplemental Responses to Defendants' First Set of Interrogatories at Rog. No. 7 (Williams Dec. Ex. G) (█████ █████████ |

| SUF NO. | DEFENDANTS' FACT | EVIDENCE |
|---|---|---|
| | | ██████████████████ ██████████████████ ██████████████████ ██████████████████ ██████████████ ███); MindGeek_00338436 at '438-39 (Williams Dec. Ex. Q) (███ ██████████████████ ██████████████████ ██████████████ ███); Ignatiou Dec. ¶ 38 ("███ did not receive any money from any MindGeek entity based on the Videos or any other content that he uploaded."). |
| 30. | ███ did not recruit, entice, harbor, transport, provide, obtain, advertise, maintain, patronize, or solicit Plaintiff to engage in a sex act in or affecting interest or foreign commerce. | Plaintiff Tr. 84:23-85:22 (Williams Dec. Ex. A); MG-DOE_0000002 at 2 (Williams Dec. Ex. O) (███ ██████████████████ ██████████████████ ████████████); Plaintiff Dep. Ex. 14 at '085, '100 (Williams Dec. Ex. N) (███ ██████████████████ ██████████). |

| SUF NO. | DEFENDANTS' FACT | EVIDENCE |
|---|---|---|
| 31. | Plaintiff and ▮▮▮ never traveled out of the State of California (i.e., across state lines) to engage in the sex acts depicted in the Videos. | Plaintiff's 2nd Supplemental Responses to Defendants' First Set of Interrogatories at Rog. Nos. 2 (Williams Dec. Ex. G) (▮▮▮▮▮▮); MG-DOE_0000002 at 2 (Williams Dec. Ex. O) (▮▮▮▮▮▮). |
| 32. | None of the sex acts Plaintiff engaged in shown in the Videos were economic in nature. | Plaintiff Tr. 85:3-5, 84:23-85:2 (Williams Dec. Ex. A); Plaintiff's 2nd Supplemental Responses to Defendants' First Set of Interrogatories at Rog. No. 7 (Williams Dec. Ex. G) ▮▮▮▮▮▮); Ignatiou Dec. ¶ 38 ("▮▮ did not receive any money from any MindGeek entity based on the Videos or any other content that he uploaded."). |
| 33. | ▮▮▮ uploaded the videos of him and Plaintiff having sex to the | Plaintiff's 2nd Supplemental Responses to Defendants' First Set of |

| SUF NO. | DEFENDANTS' FACT | EVIDENCE |
|---|---|---|
| | following websites at the following times: ████████ ████████ ████████ ████████ ████████ ████████ ████████ ████████ ████████ ████████ ████████ ████████ ████████ ████ (collectively, the "Videos"). | Interrogatories at Rog. Nos. 2, 3, 4 (Williams Dec. Ex. G); Plaintiff's 3rd Supplemental Responses to Defendants' First Set of Interrogatories at Rog. Nos. 3, 4, 6 (Williams Dec. Ex. H); Plaintiff Dep. Ex. 14 at '084-85 (Williams Dec. Ex. N). |
| 34. | During 2020, MG Freesites, Ltd ("MindGeek") operated Pornhub.com, Redtube.com, and Youporn.com. | Ignatiou Dec. ¶ 3; Franklin Dec. ¶ 2; Andreou Dec. ¶ 14. |
| 35. | ████ uploaded the Videos to the Internet over four years after his relationship with Plaintiff ended. | Plaintiff Tr. 138:16-23 (Williams Dec. Ex. A); Plaintiff Dep. Ex. 11 at '289 (Williams Dec. Ex. L); Plaintiff Dep. Ex. 14 at '084-85 (Williams Dec. Ex. L); Plaintiff's 3rd Supplemental |

| SUF NO. | DEFENDANTS' FACT | EVIDENCE |
|---|---|---|
| | | Responses to Defendants' First Set of Interrogatories at Rog. No. 6 (Williams Dec. Ex. H). |
| 36. | Plaintiff believes ███ uploaded the Videos to the Internet because he believed she ████████ ████████████ ███ . | Plaintiff Tr. 99:2-6, 99:25-100:14 (Williams Dec. Ex. A); Plaintiff Dep. Ex. 7 at '029 (Williams Dec. Ex. J) (███████████████████ ██████████████████████ ████████████). |
| 37. | The term "teen" can refer to someone who is 18 or 19 years old. | Ignatiou 30(b)(1) Tr. 119:20-121:14 (Williams Dec. Ex. F) ("[W]hen we say, 'teen,' we are not referring to … 17, 16, 15, we are referring to 18, 19 years old."); Franklin Tr. 30(b)(1) 72:24-73:15 (Williams Dec. Ex. D) ("In the adult industry, 'teen' is used to describe an individual who is between 18 and 25 years old"). |
| 38. | When ███ uploaded the Videos of Plaintiff, MindGeek did not know that the Videos depicted a minor. | Ignatiou Dec. ¶ 20. |
| 39. | There is nothing in the titles of the Videos indicating they depicted a person under the age of 18. | Plaintiff Tr. 147:23-149:13 (Williams Dec. Ex. A); Plaintiff Dep. Ex. 13 at 1 (Williams Dec. Ex. M); Plaintiff's 2nd Supplemental Responses to Defendants' First Set of |

| SUF NO. | DEFENDANTS' FACT | EVIDENCE |
|---|---|---|
| | | Interrogatories at Rog. No. 3 (Williams Dec. Ex. G); MindGeek_00338447 at 1 (Williams Dec. Ex. R). |
| 40. | The title for one of the Videos included the phrase "18 year old." | Plaintiff Dep. Ex. 13 at 1 (Williams Dec. Ex. M). |
| 41. | None of the comments for the Videos suggested they depicted a person under the age of 18. | Plaintiff Tr. 149:14-20 (Williams Dec. Ex. A) (a ███████████████████ ████████████████████████ █████████████████████ █████); MindGeek_00531977 (Williams Dec. Ex. V). |
| 42. | According to Plaintiff, when she was ████████████████, she looked "the exact same" as she did in the Videos. | Plaintiff Tr. 105:4-20 (Williams Dec. Ex. A); Plaintiff Dep. Ex. 7 at '1000 (Williams Dec. Ex. J) (████████████ ████████████████████████ ██████████████████ ████████████). |
| 43. | It is not obvious that Plaintiff is a minor in the Videos. | Plaintiff Tr. 105:4-20, 147:23-149:13, 149:14-20 (Williams Dec. Ex. A); Plaintiff Dep. Ex. 7 at '1000 (Williams Dec. Ex. J) (███████████████ ████████████████████████ ████████████████████████ █████). |

| SUF NO. | DEFENDANTS' FACT | EVIDENCE |
|---|---|---|
| 44. | MindGeek did not alter or edit the contents of the Videos depicting Plaintiff. | Ignatiou Dec. ¶ 33. |
| 45. | MindGeek had no role in filming the Videos depicting Plaintiff. | Ignatiou Dec. ¶ 38. |
| 46. | MindGeek had no role in editing the Videos depicting Plaintiff. | Ignatiou Dec. ¶ 38. |
| 47. | During the time period when ▮▮▮ allegedly posted videos of Plaintiff to MindGeek's sites, persons who uploaded content to MindGeek's sites were required to check a box indicating agreement to MindGeek's Terms of Service. | Ignatiou Dec. ¶ 21; Ignatiou 30(b)(6) Tr. 86:4-87:6 (Williams Dec. Ex. E) ("You agree to our terms of service that everyone is over 18 years old; that you have the documentation of the people that are performing in the video, the consent, that they are all over 18, that you agree to our CSAM policy or nonconsensual policy.  Once you check all of those checkboxes, you upload the content."). |
| 48. | Before ▮▮▮ allegedly uploaded the Videos to MindGeek's sites, he would have been required to check a box indicating that he agreed to MindGeek's Terms of Service, which prohibit the upload of content depicting minors. | Ignatiou Dec. ¶ 22; Ignatiou 30(b)(6) Tr. 86:8-87:6 (Williams Dec. Ex. E) ("You agree to our terms of service that everyone is over 18 years old; that you have the documentation of the people that are performing in the video, the consent, that they are all over 18, that you agree to our CSAM |

| SUF NO. | DEFENDANTS' FACT | EVIDENCE |
|---|---|---|
| | | policy or nonconsensual policy.  Once you check all of those checkboxes, you upload the content."). |
| 49. | During the time period when ▇ allegedly posted videos of Plaintiff to MindGeek's websites, MindGeek's Terms of Service for those sites prohibited "post[ing] any Content that depicts any person under 18 years of age … whether real or simulated." | Ignatiou Dec. ¶ 21; MindGeek_00000635 at '645 (Ignatiou Dec. Ex. B); Moughrabi Tr. 194:7-20 (Williams Dec. Ex. B); Franklin 30(b)(6) Tr. 271:19-272:7 (Williams Dec. Ex. C); Ignatiou 30(b)(6) Tr. 280:20-25 (Williams Dec. Ex. E). |
| 50. | During the time period when ▇ allegedly posted videos of Plaintiff to MindGeek's websites, MindGeek's Terms of Service for those sites prohibited "post[ing] any Content for which [the poster] ha[d] not maintained written documentation sufficient to confirm all subjects of [the] posts are, in fact, over 18 years of age." | Ignatiou Dec. ¶ 21; MindGeek_00000635 at '645 (Ignatiou Dec. Ex. B). |
| 51. | During the time period when ▇ allegedly posted videos of Plaintiff to MindGeek's websites, MindGeek employed content moderators to screen each video | Ignatiou Dec. ¶ 6; Ignatiou 30(b)(6) Tr. 213:13-216:7 (Williams Dec. Ex. E). |

| SUF NO. | DEFENDANTS' FACT | EVIDENCE |
|---|---|---|
| | that was uploaded to MindGeek's sites. | |
| 52. | During the time period when ▇ allegedly posted videos of Plaintiff to MindGeek's sites, MindGeek's content moderators were instructed to take down videos if they had any doubts as to the legality of the video. | Ignatiou Dec. ¶ 7; Ignatiou 30(b)(6) Tr. 195:22-197:24 (Williams Ex. E). |
| 53. | MindGeek did not instruct or encourage ▇ to post the Videos to its websites. | Ignatiou Dec. ¶¶ 34, 38. |
| 54. | MindGeek did not instruct or encourage ▇ to post child pornography to its websites. | Ignatiou Dec. ¶¶ 34, 38. |
| 55. | MindGeek did not require ▇ to upload the Videos to its websites. | Ignatiou Dec. ¶¶ 34, 38. |
| 56. | MindGeek did not require ▇ to upload child pornography to its websites, and MindGeek's Terms of Service, to which ▇ agreed, prohibited the upload of child pornography. | Ignatiou Dec. ¶¶ 21, 22, 34, 38; MindGeek_00000635 at '645 (Ignatiou Dec. Ex. B) ("You agree not to use the Websites to … post any Content that depicts any person under 18 years of age…."); Ignatiou 30(b)(6) Tr. 86:4-87:6 (Williams Dec. Ex. E) ("You agree to our terms of service that everyone is over 18 years old; that |

| SUF NO. | DEFENDANTS' FACT | EVIDENCE |
|---|---|---|
| | | you have the documentation of the people that are performing in the video, the consent, that they are all over 18, that you agree to our CSAM policy or nonconsensual policy. Once you check all of those checkboxes, you upload the content."). |
| 57. | As of November 2019, and during the time period when ▮▮▮ allegedly posted videos of Plaintiff to MindGeek's websites, MindGeek used Vobile, which uses an exact hash matching algorithm to fingerprint violating content and identify such content when reposted. | Ignatiou Dec. ¶ 25; Franklin Dec. ¶ 16; Moughrabi Tr. 182:9-19, 183:8-22 (Williams Dec. Ex. B); Franklin 30(b)(6) Tr. 12:3-14 (Williams Dec. Ex. C). |
| 58. | As of January 2020, and during the time period when ▮▮▮ allegedly posted videos of Plaintiff to MindGeek's websites, MindGeek used YouTube CSAI Match, which is YouTube's proprietary technology for combating child sexual abuse imagery. YouTube CSAI Match uses hash-matching to identify known violative content | Ignatiou Dec. ¶ 26; Franklin Dec. ¶ 17; Moughrabi Tr. 229:23-230:8 (Williams Dec. Ex. B); Franklin 30(b)(6) Tr. 24:2-5, 38:6-16 (Williams Dec. Ex. C) . |

| SUF NO. | DEFENDANTS' FACT | EVIDENCE |
|---|---|---|
| | and allows users to identify this type of violative content. | |
| 59. | Before Plaintiff requested that the Videos be removed, MindGeek knew of no facts suggesting the Videos of Plaintiff depicted a person under the age of 18. | Ignatiou Dec. ¶¶ 20, 29. |
| 60. | If MindGeek was aware of facts establishing that the Videos of Plaintiff depicted a person under the age of 18 at the time of upload, MindGeek would not have allowed the videos to go live. | Ignatiou Dec. ¶ 29. |
| 61. | If MindGeek knew or had reason to believe that the Videos of Plaintiff were the product of sex trafficking, MindGeek would not have allowed the Videos to go live. | Ignatiou Dec. ¶ 32. |
| 62. | In March 2020, Plaintiff learned the Videos depicting her were on Pornhub.com. | Plaintiff's 2nd Supplemental Responses to Defendants' First Set of Interrogatories at Rog. No. 8 (Williams Dec. Ex. G) █████ ████████████████████████ ████████████████████████ ███████████████████ ██████); Plaintiff Dep. Ex. 11 |

| SUF NO. | DEFENDANTS' FACT | EVIDENCE |
|---|---|---|
| | | at '289 (Williams Dec. Ex. L) ████████████ ████████████ ████████████ ████████████ ██████ |
| 63. | On March 26, 2020, Plaintiff requested that MindGeek remove four videos from Pornhub.com. | Plaintiff Tr. 126:19-22 (Williams Dec. Ex. A); Plaintiff Dep. Ex. 9 at 1 (Williams Dec. Ex. K). |
| 64. | Within 6 ½ hours of Plaintiff requesting that MindGeek remove the four videos from Pornhub.com, MindGeek removed the videos. | Plaintiff Tr. 126:19-127:7, 129:5-7 (Williams Dec. Ex. A); Plaintiff Dep. Ex. 9 at 1 (Williams Dec. Ex. K). |
| 65. | MindGeek also told Plaintiff, "We have taken it upon ourselves to fingerprint the content with Vobile on your behalf.  This should effectively block future uploads of the video." | Plaintiff Dep. Ex. 9 at 1 (Williams Dec. Ex. K); Plaintiff Tr. 133:15-134:7, 165:6-18; 237:21-23 (Williams Dec. Ex. A); *see also* Ignatiou Dec. ¶ 30 ("MindGeek fingerprinted the Videos identified by Plaintiff to prevent future uploads."). |
| 66. | On Saturday, March 28, 2020, Plaintiff requested that MindGeek remove an additional video from Pornhub.com. | MindGeek_00531976 at '976 (Williams Dec. Ex. U). |
| 67. | On April 1, 2020, MindGeek told Plaintiff it had removed from | MindGeek_00531976 at '976 (Williams Dec. Ex. U). |

| SUF NO. | DEFENDANTS' FACT | EVIDENCE |
|---|---|---|
| | Pornhub.com the additional video that she requested be removed. | |
| 68. | When Plaintiff told MindGeek that the Videos of her depicted a minor, MindGeek removed the Videos from its sites. | Ignatiou Dec. ¶ 30; Plaintiff Dep. Ex. 9 at 1 (Williams Dec. Ex. K); Plaintiff Dep. Ex. 13 at 1 (Williams Dec. Ex. M); Plaintiff Tr. 133:15-134:7, 237:21-23 (Williams Dec. Ex. A); MindGeek_00338447 (Williams Dec. Ex. T) (spreadsheet showing removal of video posted to Redtube.com); MindGeek_00493461 (Williams Dec. Ex. _) (spreadsheet showing removal of video posted to Redtube.com); MindGeek_00531979 (Williams Dec. Ex. W) (spreadsheet showing removal of videos posted to Youporn.com); MindGeek_00338448 (Williams Dec. Ex. S) (spreadsheet showing removal of videos posted to Pornhub.com). |
| 69. | MindGeek has removed all the Videos depicting Plaintiff from its websites. | Ignatiou Dec. ¶ 30; Plaintiff Tr. 153:21-23 (██████████ ██████████ ████), 161:21-162:5 (same), 164:20-165:10 (██████████ ██████████ ████ ████) |

| SUF NO. | DEFENDANTS' FACT | EVIDENCE |
|---|---|---|
| | | ████████████ ██████████████) (Williams Dec. Ex. A); Plaintiff Dep. Ex. 9 at 1 (Williams Ex. K); MindGeek_00531976 at '976 (Williams Ex. U); MG-DOE_0000002 at 2  (Williams Dec. Ex. O) ████████████ ██████████████ ██████████████ ████████ |
| 70. | MindGeek digitally fingerprinted the Videos to prevent them from being re-uploaded to its websites. | Ignatiou Dec. ¶ 30 ("MindGeek fingerprinted the Videos identified by Plaintiff to prevent future uploads."); Plaintiff Tr. 133:15-134:7, 165:6-18 (Williams Dec. Ex. A). |
| 71. | Content depicting Plaintiff has not been re-uploaded to any of MindGeek's websites after MindGeek removed it. | Plaintiff Tr. 136:6-9, 162:6-19, 164:20-165:18; 227:12-18, 262:19-24 (Williams Dec. Ex. A); MG-DOE_0000002 at 2 (Williams Dec. Ex. O) ████████ ██████████████ ██████████████ ████████████ |
| 72. | Plaintiff has never asked MindGeek to remove content from | Plaintiff Tr. 129:24-130:5 (████ ██████████████ |

| SUF NO. | DEFENDANTS' FACT | EVIDENCE |
|---|---|---|
| | its sites and MindGeek refused to take it down or delayed in taking it down. | ███████████████████ ███████████████████ ██████████████), 161:5-11 (similar), 161:21-162:5 (similar) (Williams Dec. Ex. A); MG-DOE_0000002 at 2 (Williams Dec. Ex. O) (████████████████ ██████████████████ ██████████████████ ██████████); Plaintiff Dep. Ex. 9 (Williams Dec. Ex. K); MindGeek_00531976 at '976 (Williams Dec. Ex. U). |
| 73. | MindGeek had no relationship, economic or otherwise, with Plaintiff or ███ when the two filmed the Videos. | Ignatiou Dec. ¶ 38. |
| 74. | ███ did not receive any money from any MindGeek entity based on the Videos or any other content that he uploaded to MindGeek's websites. | Ignatiou Dec. ¶ 39 ("███ did not receive any money from any MindGeek entity based on the Videos or any other content that he uploaded."); MindGeek_00338436 at '438-39 (Williams Dec. Ex. Q) (email confirming that ███ accounts were not model accounts and that they had |

| SUF NO. | DEFENDANTS' FACT | EVIDENCE |
|---|---|---|
| | | no "Earnings History" or "Payment History"). |
| **II.  Section 230 Bars Plaintiff's Claims** | | |
| 75. | Defendants incorporate by reference the following facts:  7, 8, 11, 33-35, 44-50, 53-56, 73, 74. | Defendants incorporate by reference the evidence cited in support of the following facts:  7, 8, 11, 33-35, 44-50, 53-56, 73, 74. |
| 76. | MindGeek's websites enable computer access by multiple users to a computer server. | Ignatiou Dec. ¶ 3. |
| 77. | Plaintiff's ex-boyfriend created the Videos. | Plaintiff Tr. 79:13-16, 79:22-25, 80:2-3, 81:14-18, 82:11-19, 83:21-23 (Williams Dec. Ex. A). |
| 78. | MindGeek did not choose the titles of the Videos depicting Plaintiff. | Ignatiou Dec. ¶ 36. |
| 79. | Plaintiff's ex-boyfriend chose the Videos' titles. | Plaintiff Tr. 146:24-147:7 (Williams Dec. Ex. A); Ignatiou Dec. ¶ 36. |
| 80. | MindGeek did not alter or edit the titles of the Videos depicting Plaintiff to suggest they depicted an underage person. | Ignatiou Dec. ¶ 33. |
| 81. | None of the categories or tags for the Videos indicate that the Videos are CSAM or child pornography. | Ignatiou Dec. ¶ 35. |

| SUF NO. | DEFENDANTS' FACT | EVIDENCE |
|---|---|---|
| **III.  MindGeek Is Entitled To Judgment On Plaintiff's Claim Under 18 U.S.C. § 2252A** | | |
| 82. | Defendants incorporate by reference the following facts:  7-9, 33, 38-43, 47-60, 63-69, 72, 81. | Defendants incorporate by reference the evidence cited in support of the following facts:  7-9, 33, 38-43, 47-60, 63-69, 72. |
| 83. | MindGeek did not know that Plaintiff was underage in the Videos while they were live on MindGeek's sites. | Ignatiou Dec. ¶ 20 ("When ▇▇▇ uploaded the Videos, MindGeek did not know that the Videos depicted a minor."), ¶ 29 ("[I]f MindGeek had learned that the Videos of Plaintiff depicted a minor, MindGeek would have promptly removed the Videos for its sites."). |
| **IV.  MindGeek Is Entitled To Judgment On Plaintiff's Claim Under The California Trafficking Act** | | |
| 84. | Defendants incorporate by reference the following facts:  7, 8, 10-15, 19-30, 32, 33, 38-69, 72, 73, 74. | Defendants incorporate by reference the evidence cited in support of the following facts:  7, 8, 10-15, 19-30, 32, 33, 38-69, 72, 73, 74. |
| 85. | Plaintiff's ex-boyfriend created the Videos in or around 2015. | Plaintiff Dep. Ex. 14 at '084 (Williams Dec. Ex. N); MG-DOE_0000002 at 2 (Williams Dec. Ex. O). |
| 86. | Plaintiff had no contact with MindGeek until March 2020, when | Plaintiff Tr. 126:19-22 (Williams Dec. Ex. A); Plaintiff Dep. Ex. 9 at 1 (Williams Dec. Ex. K). |

| SUF NO. | DEFENDANTS' FACT | EVIDENCE |
|---|---|---|
| | she requested that Videos be removed from Pornhub.com. | |
| 87. | MindGeek did not cause, induce, or persuade Plaintiff to engage in any sex act with ▇▇▇ | Ignatiou Dec. ¶ 38 ("MindGeek had no relationship, economic or otherwise, with Plaintiff or D.N. when they created the Videos."). |
| **V.  MindGeek Is Entitled To Judgment On Plaintiff's Claim Under California's Unfair Competition Law** | | |
| 88. | Defendants incorporate by reference all facts set forth above and all facts in Parts VI and VII. | Defendants incorporate by reference all evidence set forth above and in Parts VI and VII. |
| 89. | MindGeek spends millions of dollars voluntarily searching for and removing apparent CSAM. | Ignatiou Dec. ¶ 5; Franklin Dec. ¶¶ 9, 10, Ex. A. |
| 90. | During the time period when ▇▇▇ uploaded the Videos, MindGeek employed moderators to review every piece of content uploaded to MindGeek's websites to determine whether the content complied with MindGeek's Terms of Service, and the moderators were instructed to remove content if there was any doubt as to whether it depicted a minor. | Ignatiou Dec. ¶¶ 6, 7. |

| SUF NO. | DEFENDANTS' FACT | EVIDENCE |
|---|---|---|
| 91. | The following technologies were deployed on Pornhub.com on or around the dates indicated: CSAI Match/January 2020; Photo DNA/March 2020; Google Content Safety API/June 2020; Safeguard/August 2020; Yoti/December 2020; Safer by Thorn/January 2021; G2 Web Services/February 2021; Microsoft Azure Face API, plus MindGeek's proprietary age estimation capabilities/July 2021; Spectrum Labs AI/September 2021; and Instant Image Identifier/December 2022.  Because Redtube.com and Youporn.com stopped accepting content for upload in December 2020, technologies deployed on Pornhub after that date were not deployed separately on those websites. | Franklin Dec. ¶ 17. |
| 92. | Upon Plaintiff's request, MindGeek removed the Videos and fingerprinted them to prevent future uploads. | Ignatiou Dec. ¶ 30; Plaintiff Dep. Ex. 9 at 1 (Williams Dec. Ex. K); Plaintiff Tr. 133:15-134:7, 165:6-18; 237:21-23 (Williams Dec. Ex. A); *see also* |

| SUF NO. | DEFENDANTS' FACT | EVIDENCE |
|---------|------------------|----------|
| | | Ignatiou Dec. ¶ 30 ("MindGeek fingerprinted the Videos identified by Plaintiff to prevent future uploads."). |
| **VI. MindGeek Is Entitled To Judgment On Plaintiff's Claim For Distribution Of Private Sexual Material** | | |
| 93. | Defendants incorporate by reference the following facts: 7-15, 19, 20, 33, 34, 38-43, 47-50, 59-69, 72. | Defendants incorporate by reference the evidence cited in support of the following facts: 7-15, 19, 20, 33, 34, 38-43, 47-50, 59-69, 72. |
| 94. | During the time period when ▮ allegedly posted videos of Plaintiff to Pornhub.com, Redtube.com, and Youporn.com, MindGeek's Terms of Service for those sites provided: "You affirm, represent, and warrant that you own or have the necessary licenses, rights, consents, and permissions to publish Content you submit." | Ignatiou Dec. ¶ 23; MindGeek_00000635 at '641 (Ignatiou Dec. Ex. B). |
| 95. | When ▮ uploaded the Videos to MindGeek's sites, he represented to MindGeek that he had "the necessary licenses, rights, consents, and permissions to publish Content you submit." | Ignatiou Dec. ¶ 23; MindGeek_00000635 at '641 (Ignatiou Dec. Ex. B). |

| SUF NO. | DEFENDANTS' FACT | EVIDENCE |
|---|---|---|
| 96. | Before the Videos were made available for viewing on MindGeek's websites, they were distributed by Plaintiff's ex-boyfriend and made available for viewing on websites not operated by MindGeek, including Gfycat and Reddit. | Plaintiff's 2nd Supplemental Responses to Defendants' First Set of Interrogatories at Rog. Nos. 2, 3, 4 (Williams Dec. Ex. G); Plaintiff's 3rd Supplemental Responses to Defendants' First Set of Interrogatories at Rog. Nos. 3, 4, 6 (Williams Dec. Ex. H); Plaintiff Dep. Ex. 14 at '084-85 (Williams Dec. Ex. N); Plaintiff Dep. Ex. 11 at '291 (Williams Dec. Ex. L) ▮▮▮ ▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮ ▮▮▮▮▮▮ ▮▮▮▮; Plaintiff Tr. 94:21-24 (Williams Dec. Ex. A) ▮▮▮▮ ▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮ ▮▮▮. |
| 97. | The removal requests Plaintiff sent to MindGeek were not made by certified mail. | Plaintiff Dep. Ex. 9 (Williams Dec. Ex. K); MindGeek_00531976 at '976 (Williams Dec. Ex. U). |
| 98. | MindGeek removed the Videos identified by Plaintiff in her | Plaintiff Tr. 129:24-130:5, 161:5-11, 161:21-162:5 (Williams Dec. Ex. A); MG-DOE_0000002 at 2 (Williams |

| SUF NO. | DEFENDANTS' FACT | EVIDENCE |
|---|---|---|
| | removal requests within 4 days of receiving the requests. | Dec. Ex. O) (████████████ ████████████████████ ████████████████ ████████████; Plaintiff Dep. Ex. 9 (Williams Dec. Ex. K); MindGeek_00531976 at '976 (Williams Dec. Ex. U). |
| **VII.  MindGeek Is Entitled To Judgment On Plaintiff's Claim For Intentional Infliction Of Emotional Distress** | | |
| 99. | Defendants incorporate by reference the following facts:  33, 38, 39, 40-61, 63-70, 72, 73, 83, 86, 89-92, 94, 95. | Defendants incorporate by reference the evidence cited in support of the following facts:  33, 38, 39, 40-61, 63-70, 72, 73, 83, 86, 89-91, 93, 94. |
| 100. | MindGeek fingerprinted the Videos depicting Plaintiff to prevent future uploads. | Ignatiou Dec. ¶ 30. |
| 101. | MindGeek did not intend to harm Plaintiff, including because MindGeek did not know that the Videos of Plaintiff depicted a minor when ████ uploaded them and MindGeek removed the Videos upon Plaintiff's request. | Ignatiou Dec. ¶¶ 20, 30. |
| 102. | MindGeek did not act in reckless disregard as to whether it would harm Plaintiff, including because | Ignatiou Dec. ¶¶ 20, 30. |

| SUF NO. | DEFENDANTS' FACT | EVIDENCE |
|---------|------------------|----------|
| | MindGeek did not know that the Videos of Plaintiff depicted a minor when ▮▮▮ uploaded them and MindGeek removed the Videos upon Plaintiff's request. | |

DATED:  April 19, 2024

QUINN EMANUEL URQUHART & SULLIVAN, LLP


By _____/s/ Michael Williams_____
Michael T. Zeller
Michael E. Williams
Diane Cafferata
Dylan C. Bonfigli
Attorneys for Defendants