1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| JANE DOE, on behalf of herself and all others similarly situated,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MINDGEEK USA INCORPORATED, et al.,<br><br>　　　　Defendants. | Case No. 8:21-cv-00338-CJC-ADS<br><br>**[PROPOSED] JUDGMENT ON MOTION FOR SUMMARY JUDGMENT OF DEFENDANTS MINDGEEK USA INC., MINDGEEK S.A R.L., MG FREESITES LTD, MG FREESITES II LTD, 9219-1568 QUEBEC INC., AND MG CONTENT RT LTD** |

# [PROPOSED] ORDER

Based on the Notice of Motion and Motion for Summary Judgment of Defendants MindGeek USA Inc., MindGeek S.à r.l., MG Freesites II Ltd, MG Content RT Ltd., MG Freesites Ltd, and 9219-1568 Quebec Inc. (the "Motion"), all papers and additional arguments submitted in support of and in opposition to the Motion, and the records and filed herein, it is hereby **ORDERED** that:

1. The Motion is granted in its entirety;
2. Judgment is entered in favor of Defendants MindGeek USA Inc., MindGeek S.à r.l., MG Freesites II Ltd, MG Content RT Ltd., MG Freesites Ltd, and 9219-1568 Quebec Inc. and against Plaintiff Jane Doe as to all claims in Plaintiff's Third Amended Complaint.

**IT IS SO ORDERED.**

DATED: April 19, 2024

By _____
U.S. District Judge

Case No. 8:21-cv-00338-CJC-ADS
[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT