# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| JANE DOE on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MINDGEEK USA INCORPORATED, MINDGEEK S.A.R.L., MG FREESITES, LTD (D/B/A PORNHUB), MG FREESITES II, LTD, MG CONTENT RT LIMITED, AND 9219-1568 QUEBEC, INC. (D/B/A MINDGEEK),<br><br>Defendants. | Case No. 8:21-cv-00338-CJC-ADS<br><br>Hon. Cormac J. Carney<br><br>**CLASS ACTION**<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT** |

1   Before the Court is the Plaintiff's Motion for Partial Summary Judgment. Having considered the Plaintiff's motion, Defendants' opposition, the Plaintiff's reply, and the other papers and pleadings on file, as well as any argument at the hearing, and good cause appearing therefore,

**IT IS HEREBY ORDERED** that the Plaintiff's motion is GRANTED on the grounds stated therein. Summary judgment is ordered in the Plaintiff's favor and against Defendants on the Plaintiff's Count II for Receipt and Distribution of Child Pornography.

**IT IS SO ORDERED.**

Dated: _____

Hon. Cormac J. Carney
United States District Court