1  DAVIDA BROOK (275370)
   dbrook@susmangodfrey.com
2  KRYSTA KAUBLE PACHMAN (280951)
   kpachman@susmangodfrey.com
3  HALLEY W. JOSEPHS (338391)
   hjosephs@susmangodfrey.com
4  SUSMAN GODFREY L.L.P.
   1900 Avenue of the Stars, Suite 1400
5  Los Angeles, CA  90067
   Telephone: (310) 789-3100
6  Facsimile: (310) 789-3150

7  (*See additional counsel on signature page*)

8  *Attorneys for Plaintiff and Class Counsel*

9

10                **UNITED STATES DISTRICT COURT**

11              **CENTRAL DISTRICT OF CALIFORNIA**

12                     **SOUTHERN DIVISION**

13

| | |
|---|---|
| JANE DOE on behalf of herself and all others similarly situated, | Case No. 8:21-cv-00338-CJC-ADS |
| Plaintiff, | *Hon. Cormac J. Carney* |
| v. | **PLAINTIFF'S SEPARATE STATEMENT OF UNCONTROVERTED FACTS IN SUPPORT OF PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT** |
| MINDGEEK USA INCORPORATED, MINDGEEK S.A.R.L., MG FREESITES, LTD (D/B/A PORNHUB), MG FREESITES II, LTD, MG CONTENT RT LIMITED, AND 9219-1568 QUEBEC, INC. (D/B/A MINDGEEK), | **UNREDACTED VERSION PROPOSED TO BE FILED UNDER SEAL** |
| Defendants. | Hearing: June 3, 2024 Time: 1:30 p.m. Place: Courtroom 9B |
| | Pretrial Conference: Aug. 5, 2024 Trial Date: Aug. 20, 2024 |

Plaintiff respectfully submits the following Statement of Controverted Facts
pursuant to Local Rule 56-1 in support of Plaintiff's Motion for Summary Judgment.

## I.   STATEMENT OF UNCONTROVERTED FACTS

| No. | Uncontroverted Fact | Supporting Evidence |
|---|---|---|
| 1. | MindGeek is the "market leader in the online and mobile adult entertainment industry." | Declaration of Emily Cronin ("Cronin Decl.") Ex. 1 (MindGeek_00075423 at -442). |
| 2. | MindGeek receives and distributes pornography over the Internet across the United States and around the world. | Cronin Decl. Ex. 2 (Levine Report ("Levine Rep.") ¶¶ 18, 89-133); Cronin Decl. Ex. 1 (MindGeek_00075423 at -442,   -455, -459, -491). |
| 3. | On MindGeek's "tube websites"—currently Pornhub, RedTube, YouPorn, and Tube8—users can upload pornographic videos or images that MindGeek reviews and then distributes to the public. | Cronin Decl. Ex. 1 (MindGeek_00075423 at -443,   -467); Cronin Decl. Ex. 3 (Defs' Answer ¶ 38 (Dkt. 108)); Cronin Decl. Ex. 4 (MindGeek 30(b)(6) ███ (July 12, 2023) Tr. 83:18-23). |
| 4. | Sexually explicit material that captures persons under the age of 18 is referred to as child sexual abuse material ("CSAM") or child pornography. | Cronin Decl. Ex. 2 (Levine Rep. ¶ 18). |
| 5. | MindGeek has a stated "zero tolerance" policy towards CSAM. | Cronin Decl. Ex. 5 (███ Tr. 29:23-31:6). |
| 6. | ████████ | Cronin Decl. Ex. 2 (Levine Rep. ¶¶ 98-100, 105); Cronin Decl. Ex. 6 (MindGeek_00336419); Cronin Decl. Ex. 7 (MindGeek_00336420); Cronin Decl. Ex. 8 (MindGeek_00486117); Cronin Decl. Ex. 9 (MindGeek_00493462); Cronin Decl. Ex. 10 (MindGeek_00575712); |

| | | | |
|---|---|---|---|
| | | | Cronin Decl. Ex. 11 (MindGeek_00575713); Cronin Decl. Ex. 12 (MindGeek_00575706); Cronin Decl. Ex. 13 (MindGeek_00575707); Cronin Decl. Ex. 14 (MindGeek_00575708); Cronin Decl. Ex. 15 (MindGeek_00575709); Cronin Decl. Ex. 16 (MindGeek_00575710); Cronin Decl. Ex. 17 (MindGeek 30(b)(6) ██ (Aug. 8, 2023) Tr. 63:24-64:11, 71:24-72:7, 98:19-101:8, 147:7-150:13, 195:13-196:22, 209:17-211:6, 220:7-221:5); Cronin Decl. Ex. 18 (Defs' Resp. to Pl.'s Fifth Set of Requests for Production at No. 69); Cronin Decl. Ex. 19 (Cafferata Decl. ISO Defs' Opp. to Pl's Mot. To Compel ¶ 14 (Dkt. 239-31)); Cronin Decl. Ex. 20 (MindGeek 30(b)(6) ██ (Aug. 30, 2023) Tr. 129:6-13). |
| 7. | MindGeek did not report ██████ | | Cronin Decl. Ex. 17 (MindGeek 30(b)(6) ██ (Aug. 8, 2023) Tr. 20:16-22:10, 231:19-22, 319:15-320:16, 320:22-321:3). |
| 8. | ██ MindGeek ██████ | | Cronin Decl. Ex. 2 (Levine Rep. ¶¶ 98-100, 105); Cronin Decl. Ex. 6 (MindGeek_00336419); Cronin Decl. Ex. 7 (MindGeek_00336420); Cronin Decl. Ex. 8 (MindGeek_00486117); Cronin Decl. Ex. 9 (MindGeek_00493462); Cronin Decl. Ex. 10 (MindGeek_00575712); Cronin Decl. Ex. 11 (MindGeek_00575713); Cronin Decl. |



| | | | |
|---|---|---|---|
| | | | Ex. 12 (MindGeek_00575706); Cronin Decl. Ex. 13 (MindGeek_00575707); Cronin Decl. Ex. 14 (MindGeek_00575708); Cronin Decl. Ex. 15 (MindGeek_00575709); Cronin Decl. Ex. 16 (MindGeek_00575710); Cronin Decl. Ex. 17 (MindGeek 30(b)(6) ▮▮▮ (Aug. 8, 2023) Tr. 63:24-64:11, 71:24-72:7, 98:19-101:8, 147:7-150:13, 195:13-196:22, 209:17-211:6, 220:7-221:5); Cronin Decl. Ex. 18 (Defs' Resp. to Pl.'s Fifth Set of Requests for Production at No. 69); Cronin Decl. Ex. 19 (Cafferata Decl. ISO Defs' Opp. to Pl's Mot. To Compel ¶ 14 (Dkt. 239-31)). |
| 9. | MindGeek categorized ▮▮▮ | | Cronin Decl. Ex. 2 (Levine Rep. ¶ 98); Cronin Decl. Ex. 17 (MindGeek 30(b)(6) ▮▮▮ (Aug. 8, 2023) Tr. 98:19-99:15). |
| 10. | MindGeek's 30(b)(6) designee on ▮▮▮ | | Cronin Decl. Ex. 20 (MindGeek 30(b)(6) ▮▮▮ (Aug. 30, 2023) Tr. 129:6-13); Cronin Decl. Ex. 21 (Defs' Response to Plf's Rule 30(b)(6) Notice at Topic 12). |
| 11. | After April 2020, MindGeek's content moderators were ▮▮▮ | | Cronin Decl. Ex. 22 ▮▮▮ Tr. 154:19-25); Cronin Decl. Ex. 112 (MindGeek_00167513). |

| | | | |
|---|---|---|---|
| 12. | MindGeek's internal records identify ██████ | Cronin Decl. Ex. 6 (MindGeek_00336419); Cronin Decl. Ex. 7 (MindGeek_00336420); Cronin Decl. Ex. 8 (MindGeek_00486117); Cronin Decl. Ex. 9 (MindGeek_00493462); Cronin Decl. Ex. 10 (MindGeek_00575712); Cronin Decl. Ex. 11 (MindGeek_00575713); Cronin Decl. Ex. 12 (MindGeek_00575706); Cronin Decl. Ex. 13 (MindGeek_00575707); Cronin Decl. Ex. 14 (MindGeek_00575708); Cronin Decl. Ex. 15 (MindGeek_00575709); Cronin Decl. Ex. 16 (MindGeek_00575710); Cronin Decl. Ex. 17 (MindGeek 30(b)(6) ████ (Aug. 8, 2023) Tr. 63:24-64:11, 71:24-72:7, 98:19-101:8, 147:7-150:13, 153:5-22, 169:4-171:5, 171:9-15, 172:13-18, 174:25-175:14, 190:2-191:23, 195:13-196:22, 198:22-25, 209:17-211:6, 218:13-17, 220:7-221:5); Cronin Decl. Ex. 18 (Defs' Resp. to Pl.'s Fifth Set of Requests for Production at No. 69); Cronin Decl. Ex. 20 (MindGeek 30(b)(6) Ignatiou (Aug. 30, 2023) Tr. 129:6-13). | |
| 13. | MindGeek's internal records identify the ████ ████ used for the ██████████, and those records show that a large volume videos and images had ████████████. | Cronin Decl. Ex. 2 (Levine Rep. ¶¶ 25, 31); Cronin Decl. Ex. 6 (MindGeek_00336419); Cronin Decl. Ex. 7 (MindGeek_00336420); Cronin Decl. Ex. 8 (MindGeek_00486117); Cronin Decl. Ex. 9 (MindGeek_00493462); Cronin Decl. Ex. 10 (MindGeek_00575712); Cronin Decl. Ex. 11 (MindGeek_00575713); Cronin Decl. Ex. 12 (MindGeek_00575706); Cronin Decl. Ex. 13 (MindGeek_00575707); Cronin Decl. | |

| | | | |
|---|---|---|---|
| | | | Ex. 14 (MindGeek_00575708); Cronin Decl. Ex. 15 (MindGeek_00575709); Cronin Decl. Ex. 16 (MindGeek_00575710); Cronin Decl. Ex. 17 (MindGeek 30(b)(6) ███ (Aug. 8, 2023) Tr. 153:23-155:5, 156:12-24). |
| 14. | According to MindGeek's records, ███████ | | Cronin Decl. Ex. 2 (Levine Rep. ¶ 105); Cronin Decl. Ex. 6 (MindGeek_00336419); Cronin Decl. Ex. 7 (MindGeek_00336420); Cronin Decl. Ex. 8 (MindGeek_00486117); Cronin Decl. Ex. 9 (MindGeek_00493462); Cronin Decl. Ex. 10 (MindGeek_00575712); Cronin Decl. Ex. 11 (MindGeek_00575713); Cronin Decl. Ex. 17 (MindGeek 30(b)(6) ███ (Aug. 8, 2023) Tr. 63:24-64:11, 71:24-72:7, 98:19-101:8, 147:7-150:13, 171:9-15, 195:13-196:22, 198:22-25, 209:17-211:6, 218:13-17, 220:7-221:5); Cronin Decl. Ex. 18 (Defs' Resp. to Pl.'s Request for Production at No. 69). |
| 15. | MindGeek's witnesses testified that MindGeek ███████. | | Cronin Decl. Ex. 22 (███ Tr. 62:19-63:23, 82:7-83:8, 128:21-129:3, 132:21-133:8, 135:19-136:7); Cronin Decl. Ex. 23 (MindGeek_00500219 at -277); Cronin Decl. Ex. 24 (███ Tr. 96:7-97:13, 98:11-101:16, 222:6-13); Cronin Decl. Ex. 25 (MindGeek_00287100); Cronin Decl. Ex. 26 (MindGeek_00500740); Cronin Decl. Ex. 27 ███ Tr. 380:13-16, 281:18-284:5, 287:8-288:17, 381:5-16); Cronin Decl. Ex. 28 (MindGeek 30(b)(6) ███ (Apr. 11, 2024) (Rough) Tr. 18:11-14, 30:17-31:18, 62:7-25); Cronin Decl. Ex. 29 (MindGeek  00175618 at -645- |

| | | |
|---|---|---|
| | | 47); Cronin Decl. Ex. 115 (MindGeek_00232973); Cronin Decl. Ex. 116 (MindGeek_00024613). |
| 16. | MindGeek's ███████ ████████████████ ████████████████ ████████████████ ████████████████ ████████████ November 2020. | Cronin Decl. Ex. 24 ████████ Tr. 96:7-97:13, 98:11-101:16, 222:6-13); Cronin Decl. Ex. 25 (MindGeek_00287100); Cronin Decl. Ex. 26 (MindGeek_00500740); Cronin Decl. Ex. 41 (MindGeek 30(b)(6) █████ (April 5, 2024) Tr. 245:1-254:22). |
| 17. | Content formatting manager ████████ said that ████ ████████████████ ████████████████ ████████████████ | Cronin Decl. Ex. 22 (████████ Tr. 128:21-129:3, 132:21-133:8, 135:19-136:7); Cronin Decl. Ex. 23 (MindGeek_00500219 at -277). |
| 18. | MindGeek employees ████████████████ ████████████████ ████████ | Cronin Decl. Ex. 27 (████████ Tr. 380:13-16, 395:1-19); Cronin Decl. Ex. 29 (MindGeek_00175618 at -645-47); Cronin Decl. Ex. 22 (████ █████ Tr. 61:2-25, 62:19-63:23). |
| 19. | MindGeek's content moderators or content formatters review and approve all photos and videos before they go live on MindGeek's websites. | Cronin Decl. Ex. 2 (Levine Rep. ¶¶ 27, 31); Cronin Decl. Ex. 30 (Defs' Response to Plaintiff's Third Set of Interrogatories at No. 11); Cronin Decl. Ex. 31 (MindGeek_00158653 at -60) |
| 20. | When users upload content for distribution on MindGeek's tube websites, they select a category for their video or image from a pre- | Cronin Decl. Ex. 17 (MindGeek 30(b)(6) █████ (Aug. 8, 2023) Tr. 156:12-24). |

| | | |
|---|---|---|
| | populated checkbox list created by MindGeek. | |
| 21. | MindGeek prompts users to associate their content with categories ███████ ████████████ ██████████ ██████ | Cronin Decl. Ex. 2 (Levine Rep. ¶ 198); Cronin Decl. Ex. 32 (MindGeek_00024869 at -877); Cronin Decl. Ex. 33 (MindGeek_00215819 at -820); Cronin Decl. Ex. 34 (MindGeek_00090562); Cronin Decl. Ex. 35 (MindGeek_00103713); Cronin Decl. Ex. 36 (████████ (July 14, 2023) Tr. 77:17–78:2); Cronin Decl. Ex. 110 (Pornhub.com, https://help.pornhub.com/hc/en-us/articles/4419866204819-Video-Categories). |
| 22. | ████████████████████████ ████████████████ ██████ ██████████ | Cronin Decl. Ex. 2 (Levine Rep. ¶ 201); Cronin Decl. Ex. 17 (MindGeek 30(b)(6) █████ (Aug. 8, 2023) Tr. 153:23-156:5); Cronin Decl. Ex. 37 (MindGeek_00108235). |
| 23. | ████████████████████ ████████████ on MindGeek's websites. | Cronin Decl. Ex. 2 (Levine Rep. ¶ 206); Cronin Decl. Ex. 38 (MindGeek_00030678); Cronin Decl. Ex. 39 (MindGeek_00003739). |
| 24. | MindGeek's content moderators or formatters also review content titles and tags before it goes live. | Cronin Decl. Ex. 17 (MindGeek 30(b)(6) █████ (Aug. 8, 2023) Tr. 153:16-154:4). |
| 25. | They approved material with ███████ ████████ on MindGeek's websites, | Cronin Decl. Ex. 2 (Levine Rep. ¶ 25); Cronin Decl. Ex. 6 (MindGeek_00336419); Cronin Decl. |

| | | | |
|---|---|---|---|
| | | ██████████ | Ex. 17 (MindGeek 30(b)(6) ████ (Aug. 8, 2023) Tr. 153:16-154:4). |
| 26. | MindGeek ████ | | Cronin Decl. Ex. 2 (Levine Rep. ¶ 29); Cronin Decl. Ex. 40 (MindGeek_00240919 at -930). |
| 27. | One user ████ videos on ████ with ██ | | Cronin Decl. Ex. 24 (████ Tr. 96:7-97:13, 98:11-101:16, 222:6-13; Cronin Decl. Ex. 25 (MindGeek_00287100); Cronin Decl. Ex. 26 (MindGeek_00500740); Cronin Decl. Ex. 41 (MindGeek 30(b)(6) ████ (April 5, 2024) Tr. 245:1-254:22). |
| 28. | Once videos and images are uploaded and distributed on MindGeek's websites, users and third parties can "flag" underage content or ask that content be removed via content removal requests (CRRs). | | Cronin Decl. Ex. 2 (Levine Rep. ¶¶ 76, 79); Cronin Decl. Ex. 4 (MindGeek 30(b)(6) ████ (July 12, 2023) Tr. 48:15-49:6). |
| 29. | MindGeek ████ | | Cronin Decl. Ex. 2 (Levine Rep. ¶ 77); Cronin Decl. Ex. 6 (MindGeek_00336419); Cronin Decl. Ex. 7 (MindGeek_00336420); Cronin Decl. Ex. 8 (MindGeek_00486117); Cronin Decl. Ex. 9 (MindGeek_00493462); Cronin Decl. Ex. 10 (MindGeek_00575712); Cronin Decl. Ex. 11 (MindGeek_00575713); Cronin |



| | | |
|---|---|---|
| | | Decl. Ex. 12 (MindGeek_00575706); Cronin Decl. Ex. 13 (MindGeek_00575707); Cronin Decl. Ex. 14 (MindGeek_00575708); Cronin Decl. Ex. 15 (MindGeek_00575709); Cronin Decl. Ex. 16 (MindGeek_00575710); Cronin Decl. Ex. 43 (MindGeek_00164301); Cronin Decl. Ex. 44 (MindGeek_00240089); Cronin Decl. Ex. 45 (████████████ 46:13-47:6); Cronin Decl. Ex. 46 (MindGeek_00531987); Cronin Decl. Ex. 47 (MindGeek_00531985); Cronin Decl. Ex. 48 (MindGeek_00531980); Cronin Decl. Ex. 49 (MindGeek_00531981); Cronin Decl. Ex. 50 (MindGeek_00531982); Cronin Decl. Ex. 51 (MindGeek_00531983); Cronin Decl. Ex. 52 (MindGeek_00531984); Cronin Decl. Ex. 53 (MindGeek_00531986); Cronin Decl. Ex. 54 (MindGeek_00532303); Cronin Decl. Ex. 55 (MindGeek_00531968); Cronin Decl. Ex. 56 (MindGeek_00531969); Cronin Decl. Ex. 57 (MindGeek_00531970); Cronin Decl. Ex. 58 (MindGeek_00531971); Cronin Decl. Ex. 59 (MindGeek_00531972); Cronin Decl. Ex. 60 (MindGeek_00531973); Cronin Decl. Ex. 61 (MindGeek_00531974); |

| | | | |
|---|---|---|---|
| | | | Cronin Decl. Ex. 62 (MindGeek_00531975); Cronin Decl. Ex. 28 (MindGeek 30(b)(6) ████ (Apr. 11, 2024) (Rough) Tr. 91:19-112:23, 141:14-142:3); Cronin Decl. Ex. 36 (Braden ████ (July 14, 2023) Tr. 220:12-222:3). |
| 30. | As of ████, MindGeek ████ | | Cronin Decl. Ex. 2 (Levine Rep. ¶ 77); Cronin Decl. Ex. 36 (████ (July 14, 2023) Tr. 220:12-222:3); Cronin Decl. Ex. 43 (MindGeek_00164301). |
| 31. | MindGeek ████ | | Cronin Decl. Ex. 2 (Levine Rep. ¶ 80); Cronin Decl. Ex. 46 (MindGeek_00531987); Cronin Decl. Ex. 47 (MindGeek_00531985); Cronin Decl. Ex. 48 (MindGeek_00531980); Cronin Decl. Ex. 49 (MindGeek_00531981); Cronin Decl. Ex. 50 (MindGeek_00531982); Cronin Decl. Ex. 51 (MindGeek_00531983); Cronin Decl. Ex. 52 (MindGeek_00531984); Cronin Decl. Ex. 53 (MindGeek_00531986); Cronin Decl. Ex. 54 (MindGeek_00532303); Cronin Decl. Ex. 55 (MindGeek_00531968); Cronin Decl. Ex. 56 (MindGeek_00531969); Cronin Decl. Ex. 57 (MindGeek_00531970); Cronin Decl. Ex. 58 (MindGeek_00531971); Decl. Ex. 59 (MindGeek_00531972); Cronin Decl. Ex. 60 |

| | | | |
|---|---|---|---|
| | | | (MindGeek_00531973; Cronin Decl. Ex. 61 (MindGeek_00531974); Cronin Decl. Ex. 62 (MindGeek_00531975); Cronin Decl. Ex. 28 (MindGeek 30(b)(6) ███████ (Apr. 11, 2024) Tr. 91:19-112:23, 141:14-142:3). |
| 32. | Mindgeek had a policy of ███████████ | | Cronin Decl. Ex. 2 (Levine Rep. ¶¶ 76-77); Cronin Decl. Ex. 111 (MindGeek_00241194); Cronin Decl. Ex. 63 (MindGeek_00158256); Cronin Decl. Ex. 43 (MindGeek_00164301); Cronin Decl. Ex. 36 (████████ (July 14, 2023) 224:21–226:14). |
| 33. | ████████████ | | Decl. Ex. 2 (Levine Report ¶¶ 80-81, 84-86); Cronin Decl. Ex. 24 (███ ████ Tr. 62:2-12, 63:12-64:6, 74:15-75:8, 76:15-20); Cronin Decl. Ex. 48; Cronin Decl. Ex. 55 (MindGeek_00531968); Cronin Decl. Ex. 57 (MindGeek_00531970); Cronin Decl. Ex. 66 (MindGeek_00531973); Cronin Cronin Decl. Ex. 62 (MindGeek_00531975); Cronin Decl. Ex. 65 (MindGeek_00286278); Cronin Decl. Ex. 67 (MindGeek_00396011); Cronin Decl. Ex. 68 (MindGeek_00070201); Cronin Decl. Ex. 69 (MindGeek_00069505); Cronin Decl. Ex. 70 (MindGeek_00395980); Cronin Decl. Ex. 71 (MindGeek_00395995); Cronin Decl. Ex. 72 (MindGeek_00395978); Cronin Decl. Ex. 73 (MindGeek_00097846); Cronin Decl. |



| | | | Ex. 28 (MindGeek 30(b)(6) ▮▮▮ (Apr. 11, 2024) (Rough) 77:2-78:11, 78:17-80:17, 113:5-123:19). |
|---|---|---|---|
| 34. | ▮▮▮ | | Cronin Decl. Ex. 74 (Pornhub.com, https://www.pornhub.com/blog/the-latest-on-our-commitment-to-trust-and-safety); Cronin Decl. Ex. 75 (MindGeek 30(b)(6) ▮▮▮ (Feb. 23, 2024) Tr. 176:19-177:7). |
| 35. | ▮▮▮ | | Cronin Decl. Ex. 20 (MindGeek 30(b)(6) ▮▮▮ (Aug. 30, 2023) Tr. 28:10-29:18, 31:23-32:6, 32:14-20, 34:25-35:14, 36:23-16, 285:); Cronin Decl. Ex. 76 (MindGeek_00442238 at -247-50). |
| 36. | ▮▮▮ | | Cronin Decl. Ex. 75 (MindGeek 30(b)(6) ▮▮▮ (Feb. 23, 2024) Tr. 170:8-171:4). |
| 37. | MindGeek and its executives were told ▮▮▮ | | Cronin Decl. Ex. 28 (MindGeek 30(b)(6) ▮▮▮ (Apr. 11, 2024) (Rough) 15:11-18:14, 21:5-22:22, 23:5-25:3, 27:3-25, 28:22-29:18, 34:7-39:1, 50:7-52:4, 56:12-57:22, 61:6-65:2, 65:22-68:4, 69:7-71:7, 72:22-73:10, 73:17-76:8, 77:2-78:11, 78:17-83:14, 84:4-86:4); Cronin Decl. Ex. 77 (MindGeek_00009109); Cronin Decl. Ex. 78 (MindGeek_00020810); Cronin Decl. Ex. 79 (MindGeek_00501549); Cronin Decl. Ex. 80 (MindGeek_00120735); Cronin Decl. Ex. 81 (MindGeek_00532304); Cronin Decl. Ex. 82 (MindGeek_00088751); |



| | | | Cronin Decl. Ex. 83 (MindGeek_00014042); Cronin Decl. Ex. 84 (MindGeek_00024288); Cronin Decl. Ex. 68 (MindGeek_00070201); Cronin Decl. Ex. 69 (MindGeek_00069505); Cronin Decl. Ex. 85 (MindGeek_00524870); Cronin Decl. Ex. 86 (MindGeek_00047570); Cronin Decl. Ex. 87 (MindGeek_00020576); Cronin Decl. Ex. 88 (MindGeek_00024299). |
| 38. | | | Cronin Decl. Ex. 55 (MindGeek_00531968); Cronin Decl. Ex. 28 (MindGeek 30(b)(6) ▉ (Apr. 11, 2024) (Rough) Tr. 141:14-23). |
| 39. | | | Cronin Decl. Ex. 55 (MindGeek_00531968); Cronin Decl. Ex. 28 (MindGeek 30(b)(6) ▉ (Apr. 11, 2024) (Rough) Tr. 141:14-23). |
| 40. | | | Cronin Decl. Ex. 50 (MindGeek_00531969); Cronin Decl. Ex. 28 (MindGeek 30(b)(6) ▉ (Apr. 11, 2024) (Rough) Tr. 108:21-109:7). |



| 41. | [REDACTED] | Cronin Decl. Ex. 80 (MindGeek_00120735); Cronin Decl. Ex. 28 (MindGeek 30(b)(6) [REDACTED] (Apr. 11, 2024) (Rough) Tr. 28:22-31:18). |
| 42. | [REDACTED] | Cronin Decl. Ex. 61 (MindGeek_00531974); Cronin Decl. Ex. 28 (MindGeek 30(b)(6) [REDACTED] (Apr. 11, 2024) (Rough) Tr. 112:4-13). |
| 43. | [REDACTED] | Cronin Decl. Ex. 2 (Levine Rep. ¶ 81); Cronin Decl. Ex. 66 (MindGeek_00531973); Cronin Decl. Ex. 28 (MindGeek 30(b)(6) [REDACTED] (Apr. 11, 2024) (Rough) Tr. 111:11-20). |
| 44. | [REDACTED] | Cronin Decl. Ex. 22 ([REDACTED] Tr. 115:21-119:15); Cronin Decl. Ex. 89 (MindGeek_00426626); Cronin Decl. Ex. 90 (MindGeek_00404368). |
| 45. | MindGeek's [REDACTED] | Cronin Decl. Ex. 28 (MindGeek 30(b)(6) [REDACTED] (Apr. 11, 2024) (Rough) 65:22-68:4, 69:7-71:7, 72:22-73:10, 73:11-76:8, 78:17-83:14, 84:4- |

| | | | |
|---|---|---|---|
| | | ■ | 86:4); Cronin Decl. Ex. 68 (MindGeek_00070201); Cronin Decl. Ex. 69 (MindGeek_00069505); Cronin Decl. Ex. 85 (MindGeek_00524870); Cronin Decl. Ex. 86 (MindGeek_00047570); Cronin Decl. Ex. 84 (MindGeek_00024288); Decl. Ex. 88 (MindGeek_00024299). |
| 46. | | ■ | Cronin Decl. Ex. 22 (■ Tr. 155:17-159:1); Cronin Decl. Ex. 91 (MindGeek_00164510). |
| 47. | MindGeek did not require uploaders of user-generated content to verify their own ages, verify the ages of performers or co-performers, and register consent of their co-performers until January 2024. | | Cronin Decl. Ex. 2 (Levine Rep. ¶¶ 21, 186-187, 190, 193); Cronin Decl. Ex. 20 (MindGeek 30(b)(6) ■ (Aug. 30, 2023) Tr. 29:19-30:24, 47:10-20, 48:9-15, 62:10-17); Cronin Decl. Ex. 74 (Pornhub.com https://www.pornhub.com/blog/the-latest-on-our-commitment-to-trust-and-safety); Cronin Decl. Ex. 92 (■ (Aug. 9, 2023) Tr. 80:6-11, 98:15-22); Cronin Decl. Ex. 93 (MindGeek_00242144); Cronin Decl. Ex. 94 (MindGeek_00167725); Cronin Decl. Ex. 95 (MindGeek_00246649); Cronin Decl. Ex. 96 (MindGeek_00242876). Cronin Decl. Ex. 97 (MindGeek_00396085); Cronin Decl. Ex. 98 (Pornhub.com, https://help.pornhub.com/hc/en-us/articles/4419860873747-Common-Questions); Cronin Decl. Ex. 99 (Pornhub.com, https://help.pornhub.com/hc/en-us/articles/4419879760403-How-to-Sign-Up-and-Join-the-Model- |

| | | | |
|---|---|---|---|
| | | | Program); Cronin Decl. Ex. 100 (Pornhub.com, https://help.pornhub.com/hc/en-us/articles/4419896613651-Additional-Performers-); Cronin Decl. Ex. 101 (Defs' Response to Pl.'s Fourth Set of Interrogatories at No. 25); Cronin Decl. Ex. 102 (Pornhub.com, https://www.pornhub.com/blog/co-performer-verification-updates); Cronin Decl. Ex. 113 (Pornhub.com, https://www.pornhub.com/press/show?id=2172). |
| | 48. | Before December 2020, MindGeek allowed users to upload videos and images without providing government-issued identification for themselves or any other individual depicted in their content. | Cronin Decl. Ex. 2 (Levine Rep. ¶ 190); Cronin Decl. Ex. 92 (▮▮▮▮ (Aug. 9, 2023) Tr. 80:6-11); Cronin Decl. Ex. 20 (MindGeek 30(b)(6) ▮▮▮ (Aug. 30, 2023) Tr. 29:19-30:24); Cronin Decl. Ex. 74 (Pornhub.com https://www.pornhub.com/blog/the-latest-on-our-commitment-to-trust-and-safety). |
| | 49. | By 2021, MindGeek began requiring all uploaders to provide their own government-issued identification, ▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮ | Cronin Decl. Ex. 20 (MindGeek 30(b)(6) ▮▮▮ (Aug. 30, 2023) Tr. 47:10-20; 62:10-17); Cronin Decl. Ex. 92 (▮▮▮▮ (Aug. 9, 2023) Tr. 80:6-11); Cronin Decl. Ex. 98 (Pornhub.com, https://help.pornhub.com/hc/en-us/articles/4419860873747-Common-Questions); Cronin Decl. Ex. 99 (Pornhub.com, https://help.pornhub.com/hc/en-us/articles/4419879760403-How-to-Sign-Up-and-Join-the-Model-Program); Cronin Decl. Ex. 101 (Defs' Response to Pl.'s Fourth Set of Interrogatories at No. 25); Cronin Decl. Ex. 113 (Pornhub.com, |

| | | | |
|---|---|---|---|
| | | | https://www.pornhub.com/press/show?id=2172). |
| | 50. | MindGeek asked these now-"verified" uploaders of user-generated content as of 2021 to certify that all individuals appearing in their content were over 18 and that the uploaders had obtained their consent, ██████ ████████ ████ ███. | Cronin Decl. Ex. 100 (Pornhub.com, https://help.pornhub.com/hc/en-us/articles/4419896613651-Additional-Performers-); Cronin Decl. Ex. 101 (Defs' Response to Pl.'s Fourth Set of Interrogatories at No. 25); Cronin Decl. Ex. 113 (Pornhub.com, https://www.pornhub.com/press/show?id=2172). |
| | 51. | In late 2023, MindGeek for the first time began requiring uploaders to provide government-issued identification for co-performers, followed by consent documentation for co-performers in January 2024. | Cronin Decl. Ex. 2 (Levine Rep. ¶¶ 21, 193); Cronin Decl. Ex. 101 (Defs' Response to Pl.'s Fourth Set of Interrogatories at No. 25); Cronin Decl. Ex. 102 (Pornhub.com, https://www.pornhub.com/blog/co-performer-verification-updates). |
| | 52. | Before 2014, ████████ ████████ ██████. | Cronin Decl. Ex. 2 (Levine Rep. ¶¶ 32-34); Cronin Decl. Ex. 103 (MindGeek_00397027); Cronin Decl. Ex. 104 (MindGeek_00397028); Cronin Decl. Ex. 105 (MindGeek_00397029). |
| | 53. | Between 2014 and 2016, ████████ ██████. | Cronin Decl. Ex. 2 (Levine Rep. ¶¶ 32-34); Cronin Decl. Ex. 103 (MindGeek_00397027); Cronin Decl. Ex. 104 (MindGeek_00397028); Cronin Decl. Ex. 105 (MindGeek_00397029). |
| | 54. | Between 2016 and 2018, ████████ ██████. | Cronin Decl. Ex. 2 (Levine Rep. ¶¶ 32-34); Cronin Decl. Ex. 103 (MindGeek_00397027); Cronin Decl. Ex. 104 (MindGeek_00397028); |

| | | | |
|---|---|---|---|
| | | | Cronin Decl. Ex. 105 (MindGeek_00397029). |
| 55. | In April of 2019, ██████████ | | Cronin Decl. Ex. 2 (Levine Rep. ¶¶ 32-34); Cronin Decl. Ex. 103 (MindGeek_00397027); Cronin Decl. Ex. 104 (MindGeek_00397028); Cronin Decl. Ex. 105 (MindGeek_00397029). |
| 56. | In March of 2020, ██████████ | | Cronin Decl. Ex. 2 (Levine Rep. ¶¶ 32-34); Cronin Decl. Ex. 103 (MindGeek_00397027); Cronin Decl. Ex. 104 (MindGeek_00397028); Cronin Decl. Ex. 105 (MindGeek_00397029). |
| 57. | ██████████ | | Cronin Decl. Ex. 2 (Levine Report ¶¶ 34-41); Cronin Decl. Ex. 106 (MindGeek_00159210). |
| 58. | ██████████ | | Cronin Decl. Ex. 2 (Levine Report ¶ 37); Cronin Decl. Ex. 106 (MindGeek_00159210). |
| 59. | ██████████ | | Cronin Decl. Ex. 36 (████████ (July 14, 2023) Tr. 200:7-205:17); Cronin Decl. Ex. 107 (MindGeek_00162894). |



| 60. | | Cronin Decl. Ex. 108 (MindGeek_00175424 at -426); Cronin Decl. Ex. 22 ( ▮▮▮▮ Tr. 159:6-161:4). |
| 61. | | Cronin Decl. Ex. 101 (Defs' Response to Pl.'s Fourth Set of Interrogatories at No. 20). |
| 62. | | Cronin Decl. Ex. 2 (Levine Rep. ¶¶ 145-46); Cronin Decl. Ex. 109 (MindGeek_00149461); Cronin Decl. Ex. 75 (MindGeek 30(b)(6) ▮▮▮▮ (Feb. 23, 2024) Tr. 290:2–23). |



| | | |
|---|---|---|
| | ▓▓▓▓▓▓▓▓ | |
| 63. | ▓▓▓▓▓▓▓▓ | Cronin Decl. Ex. 2 (Levine Rep. ¶¶ 134-176); Cronin Decl. Ex. 30 (Defs' Response to Pl's Third Set of Interrogatories at No. 10). |
| 64. | ▓▓▓▓▓▓▓▓ | Cronin Decl. Ex. 2 (Levine Rep. ¶¶ 134, 143). |
| 65. | ▓▓▓▓▓▓▓▓. | Cronin Decl. Ex. 2 (Levine Rep. ¶¶ 145-46); Cronin Decl. Ex. 114 (MindGeek_00149461); Cronin Decl. Ex. 75 (MindGeek 30(b)(6) ▓▓ (Feb. 23, 2024) Tr. at 290:2–23). |
| 66. | ▓▓▓▓▓▓▓▓ | Cronin Decl. Ex. 30 (Defs' Response to Pl's Third Set of Interrogatories at No. 10); Cronin Decl. Ex. 2 (Levine Rep. ¶¶ 145-46); Cronin Decl. Ex. 114 (MindGeek_00149461); MindGeek 30(b)(6) ▓▓ (Feb. 23, 2024) Tr. at 290:2–23). |
| 67. | There was a change.org petition in February 2020 that garnered over 425,00 signatures that "accused MindGeek-run Pornhub of being "complicit in the trafficking of [] women and minors." | Cronin Decl. Ex. 117 (change.org, https://change.org/p/shut-down-pornhub-and-hold-its-executives-accountable-for-aiding-trafficking); Cronin Decl. Ex. 118 (https://www.yahoo.com/entertainment/petition-shut-down-pornhub-over-184937769.html?guccounter=1). |
| 68. | ▓▓▓▓▓▓▓▓ | Cronin Decl. Ex. 119 (MindGeek_00236717); Cronin Decl. Ex. 120 |



| | | (MindGeek_00236969); Cronin Decl. Ex. 121 (MindGeek_00478190). |
|---|---|---|
| 69. | | Cronin Decl. Ex. 122 (MindGeek_00494061). |
| 70. | | Cronin Decl. Ex. 123 (███████ ███████ (Apr. 17, 2024) (Rough) Tr. 151:15-17, 347:18-24). |
| 71. | | Cronin Decl. Ex. 6 (MindGeek_00336419); Cronin Decl. Ex. 14 (MindGeek_00575708); Cronin Decl. Ex. 125 (MindGeek_00493461); Cronin Decl. Ex. 126 (MindGeek_00529490); Cronin Decl. Ex. 127 (MindGeek_00530495). |

| 72. | ████████ In total, videos of Plaintiff were viewed 207,000 times. | Cronin Decl. Ex. 6 (MindGeek_00336419); Cronin Decl. Ex. 127 (MindGeek_00530495); Cronin Decl. Ex. 30 (Defs' Response to Plaintiff's Third Set of Interrogatories at No. 12). |
| --- | --- | --- |
| 73. | MindGeek's ████████ | Cronin Decl. Ex. 123 (████ (Apr. 17, 2024) (Rough) Tr. 185:12-187:15, 322:7-15). |
| 74. | ████████ | Cronin Decl. Ex. 2 (Levine Rep. ¶¶ 134, 137). |
| 75. | ████████ | Cronin Decl. Ex. 2 (Levine Rep. ¶ 137); Cronin Decl. Ex. 36 (████ (July 14, 2023) Tr. 41:22-43:3); Cronin Decl. Ex. 17 (MindGeek 30(b)(6) ████ (Aug. 8, 2023) Tr. 22:11-14). |
| 76. | ████████ | Cronin Decl. Ex. 2 (Levine Rep. ¶ 137); Cronin Decl. Ex. 30 (Defs' Response to Plaintiff's Third Set of Interrogatories at No. 10); Cronin Decl. Ex. 36 (████ (July 14, 2023) Tr. 41:22-43:3); Cronin Decl. Ex. 17 (MindGeek 30(b)(6) ████ (Aug. 8, 2023) Tr. 22:11-14). |
| 77. | MindGeek employees ████████ | Cronin Decl. Ex. 124 (MindGeek_00178646). |





| 78. | | Cronin Decl. Ex. 124 (MindGeek_00178646). |
| 79. | | Cronin Decl. Ex. 2 (Levine Rep. ¶¶ 134, 140). |
| 80. | | Cronin Decl. Ex. 30 (Defs' Response to Plaintiff's Third Set of Interrogatories at No. 10). |
| 81. | | Cronin Decl. Ex. 2 (Levine Rep. ¶¶ 81, 86-90); Cronin Decl. Ex. 6 (MindGeek_00336419); Cronin Decl. Ex. 7 (MindGeek_00336420); Cronin Decl. Ex. 8 (MindGeek_00486117); Cronin Decl. Ex. 9 (MindGeek_00493462); Cronin Decl. Ex. 10 (MindGeek_00575712); Cronin Decl. Ex. 11 (MindGeek_00575713); Cronin Decl. Ex. 12. |
| 82. | | Cronin Decl. Ex. 2 (Levine Rep. ¶¶ 90); Cronin Decl. Ex. 6 (MindGeek_00336419); Cronin Decl. Ex. 7 (MindGeek_00336420); |

| | | | Cronin Decl. Ex. 8 (MindGeek_00486117); Cronin Decl. Ex. 9 (MindGeek_00493462); Cronin Decl. Ex. 10 (MindGeek_00575712); Cronin Decl. Ex. 11 (MindGeek_00575713); Cronin Decl. Ex. 12. |
|---|---|---|---|
| 83. | On ▬▬▬▬, after an individual commented in a Teams Chat that he wanted to ▬▬▬▬▬▬▬▬▬▬ | | Cronin Decl. Ex. 128 (MindGeek_00258310). |
| 84. | On December 19, 2020, ▬▬▬▬▬▬▬▬▬▬ | | Cronin Decl. Ex. 129 (MindGeek_00576107). |

Dated: April 19, 2024

Respectfully submitted,

By:   */s/ Krysta Kauble Pachman*

DAVIDA BROOK
dbrook@susmangodfrey.com
KRYSTA KAUBLE PACHMAN
kpachman@susmangodfrey.com
HALLEY W. JOSEPHS
hjosephs@susmangodfrey.com
ROHIT D. NATH (316062)
rnath@susmangodfrey.com
NICHOLAS N. SPEAR (304281)
nspear@susmangodfrey.com
EMILY K. CRONIN (322683)
ecronin@susmangodfrey.com
MADELINE M. YZURDIAGA (344676)
myzurdiaga@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Phone: (310) 789-3100

CHRISTINA M. DIECKMANN
(*Pro Hac Vice*)
cdieckmann@susmangodfrey.com
SUSMAN GODFREY L.L.P.
One Manhattan West
New York, NY 1001-8602
Phone: (212) 336-8330

STEVE COHEN (*Pro Hac Vice*)
SCohen@pollockcohen.com
POLLOCK COHEN LLP
111 Broadway, Suite 1804
New York, NY 10006
Phone: (212) 337-5361

*Attorneys for Plaintiff and the Class*

25