DAVIDA BROOK (275370)
dbrook@susmangodfrey.com
KRYSTA KAUBLE PACHMAN (280951)
kpachman@susmangodfrey.com
HALLEY W. JOSEPHS (338391)
hjosephs@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA  90067
Phone: (310) 789-3100; Fax: (310) 789-3150

*(See additional counsel on signature page)*

Attorneys for Plaintiff and the Class

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION**

| | |
|---|---|
| JANE DOE on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MINDGEEK USA INCORPORATED, MINDGEEK S.A.R.L., MG FREESITES, LTD (D/B/A PORNHUB), MG FREESITES II, LTD, MG CONTENT RT LIMITED, AND 9219-1568 QUEBEC, INC. (D/B/A MINDGEEK),<br><br>Defendants. | Case No. 8:21-CV-00338-CJC-ADS<br><br>*Hon. Cormac J. Carney*<br><br>**DECLARATION OF EMILY CRONIN IN SUPPORT OF PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Hearing: June 3, 2024<br>Time: 1:30 p.m.<br>Place: Courtroom 9B<br>Trial Date: Aug. 20, 2024 |

I, Emily Cronin, do hereby declare and state as follows:

1. I am an attorney at the law firm Susman Godfrey L.L.P. and I am counsel of record for plaintiff Jane Doe in this action. I am an attorney at law duly licensed to practice before all courts of the State of California. I have personal knowledge of the matters set forth in this declaration, and if called upon as a witness I could and would testify competently thereto.

2. I submit this declaration in support of Plaintiff's Motion for Partial Summary Adjudication.

3. Attached hereto as **Exhibit 1** is a true and correct copy of a document produced in this action by MindGeek at MindGeek_00075423.

4. Attached hereto as **Exhibit 2** is a true and correct copy of the expert report of Dr. Brian Levine, which was served on MindGeek on March 1, 2024.

5. Attached hereto as **Exhibit 3** is a true and correct copy of MindGeek's Answer to Plaintiff's Third Amended Complaint filed at Dkt. 108.

6. Attached hereto as **Exhibit 4** is a true and correct copy of excerpts of the transcript of the deposition of MindGeek's 30(b)(6) designee Moustapha Moughrabi, dated July 12, 2023.

7. Attached hereto as **Exhibit 5** is a true and correct copy of excerpts of the transcript of the deposition of Matt Kilicci, dated March 13, 2024.

8. Attached hereto as **Exhibit 6** is a true and correct copy of a document produced in this action by MindGeek at MindGeek_00336419.

9. Attached hereto as **Exhibit 7** is a true and correct copy of a document produced in this action by MindGeek at MindGeek_00336420.

10. Attached hereto as **Exhibit 8** is a true and correct copy of a document produced in this action by MindGeek at MindGeek_00486117.

11. Attached hereto as **Exhibit 9** is a true and correct copy of a document produced in this action by MindGeek at MindGeek_00493462.

12. Attached hereto as **Exhibit 10** is a true and correct copy of a document produced in this action by MindGeek at MindGeek_00575712.

13. Attached hereto as **Exhibit 11** is a true and correct copy of a document produced in this action by MindGeek at MindGeek_00575713.

14. Attached hereto as **Exhibit 12** is a true and correct copy of a document produced in this action by MindGeek at MindGeek_00575706.

15. Attached hereto as **Exhibit 13** is a true and correct copy of a document produced in this action by MindGeek at MindGeek_00575707.

16. Attached hereto as **Exhibit 14** is a true and correct copy of a document produced in this action by MindGeek at MindGeek_00575708.

17. Attached hereto as **Exhibit 15** is a true and correct copy of a document produced in this action by MindGeek at MindGeek_00575709.

18. Attached hereto as **Exhibit 16** is a true and correct copy of a document produced in this action by MindGeek at MindGeek_00575710.

19. Attached hereto as **Exhibit 17** is a true and correct copy of excerpts of the transcript of the deposition of MindGeek's 30(b)(6) designee Lauren Herbert Franklin, dated August 8, 2023.

20. Attached hereto as **Exhibit 18** is a true and correct copy of MindGeek's Responses and Objections to Plaintiff's Fifth Set of Requests for Production, which were served on Plaintiff on October 30, 2023.

21. Attached hereto as **Exhibit 19** is a true and correct copy of the redacted version of the Declaration of Diane Cafferata filed in support of MindGeek's opposition to Plaintiff's motion to compel at Dkt. 239-31.

22. Attached hereto as **Exhibit 20** is a true and correct copy of excerpts of the transcript of the deposition of MindGeek's 30(b)(6) designee Andreas Ignatiou, dated August 30, 2023.

23. Attached hereto as **Exhibit 21** is a true and correct copy of MindGeek's Responses and Objections to Plaintiff's Notice of Deposition Pursuant to Rule 30(b)(6), which was served on Plaintiff on August 3, 2023.

24. Attached hereto as **Exhibit 22** is a true and correct copy of excerpts of the transcript of the deposition of Juan Duque, dated February 28, 2024.

25. Attached hereto as **Exhibit 23** is a true and correct copy of a document produced in this action by MindGeek at MindGeek_00500219.

26. Attached hereto as **Exhibit 24** is a true and correct copy of excerpts of the transcript of the deposition of Sana Gaziani, dated February 26, 2024.

27. Attached hereto as **Exhibit 25** is a true and correct copy of a document produced in this action by MindGeek at MindGeek_00287100.

28. Attached hereto as **Exhibit 26** is a true and correct copy of a document produced in this action by MindGeek at MindGeek_00500740.

29. Attached hereto as **Exhibit 27** is a true and correct copy of excerpts of the transcript of the deposition of Samita Nguyen, dated January 30, 2024.

30. Attached hereto as **Exhibit 28** is a true and correct copy of excerpts of the rough transcript of the deposition of MindGeek's 30(b)(6) designee Lauren Herbert Franklin, dated April 11, 2024. I attended and took the deposition and have personal knowledge that the transcript reflects the testimony taken at the deposition.

31. Attached hereto as **Exhibit 29** is a true and correct copy of a document produced in this action by MindGeek at MindGeek_00175618.

32. Attached hereto as **Exhibit 30** is a true and correct copy of MindGeek's Responses and Objections to Plaintiff's Third Set of Interrogatories, which were served on Plaintiff on June 26, 2023.

33. Attached hereto as **Exhibit 31** is a true and correct copy of a document produced in this action by MindGeek at MindGeek_00158653.

34. Attached hereto as **Exhibit 32** is a true and correct copy of a document produced in this action by MindGeek at MindGeek_00024869.

35. Attached hereto as **Exhibit 33** is a true and correct copy of a document produced in this action by MindGeek at MindGeek_00215819.

36. Attached hereto as **Exhibit 34** is a true and correct copy of a document produced in this action by MindGeek at MindGeek_00090562.

37. Attached hereto as **Exhibit 35** is a true and correct copy of a document produced in this action by MindGeek at MindGeek_00103713.

38. Attached hereto as **Exhibit 36** is a true and correct copy of excerpts of the transcript of the deposition of Braden Bulloch, dated July 14, 2023.

39. Attached hereto as **Exhibit 37** is a true and correct copy of a document produced in this action by MindGeek at MindGeek_00108235.

40. Attached hereto as **Exhibit 38** is a true and correct copy of a document produced in this action by MindGeek at MindGeek_00030678.

41. Attached hereto as **Exhibit 39** is a true and correct copy of a document produced in this action by MindGeek at MindGeek_00003739.

42. Attached hereto as **Exhibit 40** is a true and correct copy of a document produced in this action by MindGeek at MindGeek_00240919.

43. Attached hereto as **Exhibit 41** is a true and correct copy of excerpts of the transcript of the deposition of MindGeek's 30(b)(6) designee Andreas Ignatiou, dated April 5, 2024.

44. **Exhibit 42** is intentionally omitted.

45. Attached hereto as **Exhibit 43** is a true and correct copy of a document produced in this action by MindGeek at MindGeek_00164301.

46. Attached hereto as **Exhibit 44** is a true and correct copy of a document produced in this action by MindGeek at MindGeek_00240089.

47. Attached hereto as **Exhibit 45** is a true and correct copy of excerpts of the deposition of Tanya Prince, dated August 9, 2023.

48. Attached hereto as **Exhibit 46** is a true and correct copy of a document produced in this action by MindGeek at MindGeek_00531987.

49. Attached hereto as **Exhibit 47** is a true and correct copy of a document produced in this action by MindGeek at MindGeek_00531985.

50. Attached hereto as **Exhibit 48** is a true and correct copy of a document produced in this action by MindGeek at MindGeek_00531980.

51. Attached hereto as **Exhibit 49** is a true and correct copy of a document produced in this action by MindGeek at MindGeek_00531981.

52. Attached hereto as **Exhibit 50** is a true and correct copy of a document produced in this action by MindGeek at MindGeek_00531982.

53. Attached hereto as **Exhibit 51** is a true and correct copy of a document produced in this action by MindGeek at MindGeek_00531983.

54. Attached hereto as **Exhibit 52** is a true and correct copy of a document produced in this action by MindGeek at MindGeek_00531984.

55. Attached hereto as **Exhibit 53** is a true and correct copy of a document produced in this action by MindGeek at MindGeek_00531986.

56. Attached hereto as **Exhibit 54** is a true and correct copy of a document produced in this action by MindGeek at MindGeek_00532303.

57. Attached hereto as **Exhibit 55** is a true and correct copy of a document produced in this action by MindGeek at MindGeek_00531968.

58. Attached hereto as **Exhibit 56** is a true and correct copy of a document produced in this action by MindGeek at MindGeek_00531969.

59. Attached hereto as **Exhibit 57** is a true and correct copy of a document produced in this action by MindGeek at MindGeek_00531970.

60. Attached hereto as **Exhibit 58** is a true and correct copy of a document produced in this action by MindGeek at MindGeek_00531971.

61. Attached hereto as **Exhibit 59** is a true and correct copy of a document produced in this action by MindGeek at MindGeek_00531972.

62. Attached hereto as **Exhibit 60** is a true and correct copy of a document produced in this action by MindGeek at MindGeek_00531973.

63. Attached hereto as **Exhibit 61** is a true and correct copy of a document produced in this action by MindGeek at MindGeek_00531974.

64. Attached hereto as **Exhibit 62** is a true and correct copy of a document produced in this action by MindGeek at MindGeek_00531975.

65. Attached hereto as **Exhibit 63** is a true and correct copy of a document produced in this action by MindGeek at MindGeek_00158256.

66. **Exhibit 64** is intentionally omitted.

67. Attached hereto as **Exhibit 65** is a true and correct copy of a document produced in this action by MindGeek at MindGeek_00286278.

68. Attached hereto as **Exhibit 66** is a true and correct copy of a document produced in this action by MindGeek at MindGeek_00531973.

69. Attached hereto as **Exhibit 67** is a true and correct copy of a document produced in this action by MindGeek at MindGeek_00396011.

70. Attached hereto as **Exhibit 68** is a true and correct copy of a document produced in this action by MindGeek at MindGeek_00070201.

71. Attached hereto as **Exhibit 69** is a true and correct copy of a document produced in this action by MindGeek at MindGeek_00069505.

72. Attached hereto as **Exhibit 70** is a true and correct copy of a document produced in this action by MindGeek at MindGeek_00395980.

73. Attached hereto as **Exhibit 71** is a true and correct copy of a document produced in this action by MindGeek at MindGeek_00395995.

74. Attached hereto as **Exhibit 72** is a true and correct copy of a document produced in this action by MindGeek at MindGeek_00395978.

75. Attached hereto as **Exhibit 73** is a true and correct copy of a document produced in this action by MindGeek at MindGeek_00097846.

76. Attached hereto as **Exhibit 74** is a true and correct copy of the Website page from Pornhub.com's Model Community News blog post, "The latest on our commitment to trust and safety" dated July 18, 2022, available at

1 | https://www.pornhub.com/blog/the-latest-on-our-commitment-to-trust-and-safety, which was captured on April 19, 2024.

77. Attached hereto as **Exhibit 75** is a true and correct copy of excerpts of the transcript of the deposition of MindGeek's 30(b)(6) designee Ibrahim Sabbagh, dated February 23, 2024.

78. Attached hereto as **Exhibit 76** is a true and correct copy of a document produced in this action by MindGeek at MindGeek_00442238.

79. Attached hereto as **Exhibit 77** is a true and correct copy of a document produced in this action by MindGeek at MindGeek_00009109.

80. Attached hereto as **Exhibit 78** is a true and correct copy of a document produced in this action by MindGeek at MindGeek_00020810.

81. Attached hereto as **Exhibit 79** is a true and correct copy of a document produced in this action by MindGeek at MindGeek_00501549.

82. Attached hereto as **Exhibit 80** is a true and correct copy of a document produced in this action by MindGeek at MindGeek_00120735.

83. Attached hereto as **Exhibit 81** is a true and correct copy of a document produced in this action by MindGeek at MindGeek_00532304.

84. Attached hereto as **Exhibit 82** is a true and correct copy of a document produced in this action by MindGeek at MindGeek_00088751.

85. Attached hereto as **Exhibit 83** is a true and correct copy of a document produced in this action by MindGeek at MindGeek_00014042.

86. Attached hereto as **Exhibit 84** is a true and correct copy of a document produced in this action by MindGeek at MindGeek_00024288.

87. Attached hereto as **Exhibit 85** is a true and correct copy of a document produced in this action by MindGeek at MindGeek_00524870.

88. Attached hereto as **Exhibit 86** is a true and correct copy of a document produced in this action by MindGeek at MindGeek_00047570.

89. Attached hereto as **Exhibit 87** is a true and correct copy of a document produced in this action by MindGeek at MindGeek_00020576.

90. Attached hereto as **Exhibit 88** is a true and correct copy of a document produced in this action by MindGeek at MindGeek_00024299.

91. Attached hereto as **Exhibit 89** is a true and correct copy of a document produced in this action by MindGeek at MindGeek_00426626.

92. Attached hereto as **Exhibit 90** is a true and correct copy of a document produced in this action by MindGeek at MindGeek_00404368.

93. Attached hereto as **Exhibit 91** is a true and correct copy of a document produced in this action by MindGeek at MindGeek_00164510.

94. Attached hereto as **Exhibit 92** is a true and correct copy of excerpts of the transcript of the deposition of Lauren Herbert Franklin, dated August 9, 2023.

95. Attached hereto as **Exhibit 93** is a true and correct copy of a document produced in this action by MindGeek at MindGeek_00242144.

96. Attached hereto as **Exhibit 94** is a true and correct copy of a document produced in this action by MindGeek at MindGeek_00167725.

97. Attached hereto as **Exhibit 95** is a true and correct copy of a document produced in this action by MindGeek at MindGeek_00246649.

98. Attached hereto as **Exhibit 96** is a true and correct copy of a document produced in this action by MindGeek at MindGeek_00242876.

99. Attached hereto as **Exhibit 97** is a true and correct copy of a document produced in this action by MindGeek at MindGeek_00396085.

100. Attached hereto as **Exhibit 98** is a true and correct copy of the Website page on Pornhub.com's Help Center, "Common Questions," available at https://help.pornhub.com/hc/en-us/articles/4419860873747-Common-Questions, which was captured on April 19, 2024.

101. Attached hereto as **Exhibit 99** is a true and correct copy of the Website page on Pornhub.com's Help Center, "How to Sign Up and Join the Model Program,"

available at https://help.pornhub.com/hc/en-us/articles/4419879760403-How-to-Sign-Up-and-Join-the-Model-Program, captured on April 19, 2024.

102. Attached hereto as **Exhibit 100** is a true and correct copy of the Website page on Pornhub.com's Help Center, "What Co-Performer Verification Tools are Available," available at https://help.pornhub.com/hc/en-us/articles/4419896613651-Additional-Performers-, which was captured on April 19, 2024.

103. Attached hereto as **Exhibit 101** is a true and correct copy of MindGeek's Responses and Objections to Plaintiff's Fourth Set of Interrogatories, which were served on Plaintiff on March 1, 2024.

104. Attached hereto as **Exhibit 102** is a true and correct copy of the Website page from Pornhub.com's Model Community News blog, "Co-Performer Verification Updates," dated January 24, 2024, available at https://www.pornhub.com/blog/co-performer-verification-updates, which was captured on April 19, 2024.

105. Attached hereto as **Exhibit 103** is a true and correct copy of a document produced in this action by MindGeek at MindGeek_00397027.

106. Attached hereto as **Exhibit 104** is a true and correct copy of a document produced in this action by MindGeek at MindGeek_00397028.

107. Attached hereto as **Exhibit 105** is a true and correct copy of a document produced in this action by MindGeek at MindGeek_00397029.

108. Attached hereto as **Exhibit 106** is a true and correct copy of a document produced in this action by MindGeek at MindGeek_00159210.

109. Attached hereto as **Exhibit 107** is a true and correct copy of a document produced in this action by MindGeek at MindGeek_00162894.

110. Attached hereto as **Exhibit 108** is a true and correct copy of a document produced in this action by MindGeek at MindGeek_00175424.

111. Attached hereto as **Exhibit 109** is a true and correct copy of a document produced in this action by MindGeek at MindGeek_00149461.

112.  Attached hereto as **Exhibit 110** is a true and correct copy of the Website page on Pornhub.com's Help Center, "Video Categories," available at https://help.pornhub.com/hc/en-us/articles/4419866204819-Video-Categories, which was captured on April 19, 2024.

113.  Attached hereto as **Exhibit 111** is a true and correct copy of a document produced in this action by MindGeek at MindGeek_00241194.

114.  Attached hereto as **Exhibit 112** is a true and correct copy of a document produced in this action by MindGeek at MindGeek_00167513.

115.  Attached hereto as **Exhibit 113** is a true and correct copy of the Website page on Pornhub.com, dated February 2, 2021, available at https://www.pornhub.com/press/show?id=2172, which was captured on April 19, 2024.

116.  Attached hereto as **Exhibit 114** is a true and correct copy of a document produced in this action by MindGeek at MindGeek_00149453.

117.  Attached hereto as **Exhibit 115** is a true and correct copy of a document produced in this action by MindGeek at MindGeek_00232973.

118.  Attached hereto as **Exhibit 116** is a true and correct copy of a document produced in this action by MindGeek at MindGeek_00024613.

119.  Attached hereto as **Exhibit 117** is a true and correct copy of the Website for a Change.org petition, "Shut Down Pornhub and Hold Its Executives Accountable for Aiding Trafficking," available at https://www.change.org/p/shut-down-pornhub-and-hold-its-executives-accountable-for-aiding-trafficking, which was captured on April 19, 2024.

120.  Attached hereto as **Exhibit 118** is a true and correct copy of the Website for a Yahoo.com article dated March 10, 2020, "Petition to Shut Down Pornhub Over Child Rape Videos Hits 425,000 Signatures," available at https://www.yahoo.com/entertainment/petition-shut-down-pornhub-over-184937769.html?guccounter=1, which was captured on April 19, 2024.

121. Attached hereto as **Exhibit 119** is a true and correct copy of a document produced in this action by MindGeek at MindGeek_00236717.

122. Attached hereto as **Exhibit 120** is a true and correct copy of a document produced in this action by MindGeek at MindGeek_00236969.

123. Attached hereto as **Exhibit 121** is a true and correct copy of a document produced in this action by MindGeek at MindGeek_00478190.

124. Attached hereto as **Exhibit 122** is a true and correct copy of a document produced in this action by MindGeek at MindGeek_00494061.

125. Attached hereto as **Exhibit 123** is a true and correct copy of excerpts of the rough transcript of the deposition of Karim El Marazi, dated April 17, 2024.

126. Attached hereto as **Exhibit 124** is a true and correct copy of a document produced in this action by MindGeek at MindGeek_00178646.

127. Attached hereto as **Exhibit 125** is a true and correct copy of a document produced in this action by MindGeek at MindGeek_00493461.

128. Attached hereto as **Exhibit 126** is a true and correct copy of a document produced in this action by MindGeek at MindGeek_00529490.

129. Attached hereto as **Exhibit 127** is a true and correct copy of a document produced in this action by MindGeek at MindGeek_00530495.

130. Attached hereto as **Exhibit 128** is a true and correct copy of a document produced in this action by MindGeek at MindGeek_00258310.

131. Attached hereto as **Exhibit 129** is a true and correct copy of a document produced in this action by MindGeek at MindGeek_00576107.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 19th day of April, 2024 at Los Angeles, California.

/s/ *Emily Cronin*
Emily Cronin