**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
Michael T. Zeller (Bar No. 196417)
michaelzeller@quinnemanuel.com
Michael E. Williams (Bar No. 181299)
michaelwilliams@quinnemanuel.com
Diane Cafferata (Bar No. 190081)
dianecafferata@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Defendants

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| JANE DOE, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MINDGEEK USA INCORPORATED, et al.,<br><br>Defendants. | Case No. 8:21-cv-00338-CJC-ADS<br><br>**DECLARATION OF MICHAEL E. WILLIAMS IN OPPOSITION TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Judge: Hon. Cormac J. Carney<br>Hearing Date: June 3, 2024<br>Hearing Time: 1:30 p.m.<br><br>Complaint Filed: February 19, 2021<br>Trial Date: August 20, 2024 |

**DECLARATION OF MICHAEL E. WILLIAMS IN OPPOSITION TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

### DECLARATION OF MICHAEL E. WILLIAMS

I, Michael E. Williams, declare as follows:

1.  I am a member of the State Bar of California, admitted to practice before this Court, and a partner at the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, counsel for defendants MindGeek USA Inc., MindGeek S.à.r.l., MG Freesites Ltd, MG Freesites II Ltd, 9219-1568 Quebec Inc., and MG Content RT Ltd (collectively, "Defendants") in this matter. I submit this declaration in opposition to Plaintiff's Motion for Partial Summary Judgment. I have personal knowledge of the facts stated herein, and if called as a witness I could and would competently testify thereto.

*Deposition Transcripts*

2.  Attached as **Exhibit A** is a true and correct copy of excerpts from the deposition of Plaintiff Jane Doe, taken on September 14, 2023.

3.  Attached as **Exhibit B** is a true and correct copy of excerpts from the deposition of Plaintiff Jane Doe's designated expert Brian Levine, taken on September 29, 2023.

*Discovery Responses*

4.  Attached as **Exhibit C** is a true and correct copy of excerpts of Plaintiff's Second Supplemental Responses and Objections to Defendants' First Set of Interrogatories.

5.  Attached as **Exhibit D** is a true and correct copy of excerpts of Plaintiff's Third Supplemental Responses and Objections to Defendants' First Set of Interrogatories.

*Prior Declarations*

6.  Attached as **Exhibit E** is a true and correct copy of the declaration of Andreas Andreou, previously filed on April 19, 2024 (ECF No. 282-2).

7.  Attached as **Exhibit F** is a true and correct copy of the declaration of Andreas Ignatiou, previously filed on April 19, 2024 (ECF No. 285 (public version)).

8.  Attached as **Exhibit G** is a true and correct copy of the declaration of

Lauren Herbert Franklin, previously filed on April 19, 2024 (ECF No. 286 (public version)).

### *Other Documentary Evidence*

9. Attached as **Exhibit H** is a true and correct copy of the testimony of Michelle DeLaune, President and CEO of the National Center for Missing & Exploited Children, titled "Protecting Our Children Online," before the United States Committee on the Juduciary given on February 14, 2023.

10. Attached as **Exhibit I** is a true and correct copy of of Exhibit 7 from the deposition of Plaintiff, taken on September 14, 2023.

11. Attached as **Exhibit J** is a true and correct copy of Exhibit 9 from the deposition of Plaintiff, taken on September 14, 2023.

12. Attached as **Exhibit K** is a true and correct copy of Exhibit 11 from the deposition of Plaintiff, taken on September 14, 2023.

13. Attached as **Exhibit L** is a true and correct copy of Exhibit 13 from the deposition of Plaintiff, taken on September 14, 2023.

14. Attached as **Exhibit M** is a true and correct copy of of Exhibit 14 from the deposition of Plaintiff, taken on September 14, 2023.

15. Attached as **Exhibit N** is a true and correct copy of the document produced by Plaintiff bearing Bates No. MG-DOE_0000002.

16. Attached as **Exhibit O** is a true and correct copy of the document produced by Plaintiff bearing Bates No. MG-DOE_0000473.

17. Attached as **Exhibit P** is a true and correct copy of the document produced by Defendants bearing Bates No. MindGeek_00338447.

18. Attached as **Exhibit Q** is a true and correct copy of the document produced by Defendants bearing Bates No. MindGeek_00338448.

19. Attached as **Exhibit R** is a true and correct copy of the document produced by Defendants bearing Bates No. MindGeek_00531976.

20. Attached as **Exhibit S** is a true and correct copy of the document

produced by Defendants bearing Bates No. MindGeek_00531977.

21. Attached as **Exhibit T** is a true and correct copy of the document produced by Defendants bearing Bates No. MindGeek_00072251.

22. Attached as **Exhibit U** is a true and correct copy of the document produced by Defendants bearing Bates No. MindGeek_00072254.

23. Attached as **Exhibit V** is a true and correct copy of the document produced by Defendants bearing Bates No. MindGeek_00073100.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration is executed on May 8, 2024, in Los Angeles, California.

*/s/ Michael E. Williams*
Michael E. Williams