# EXHIBIT B

# [Public]