DAVIDA BROOK (275370)
dbrook@susmangodfrey.com
KRYSTA KAUBLE PACHMAN (280951)
kpachman@susmangodfrey.com
HALLEY W. JOSEPHS (338391)
hjosephs@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Phone: (310) 789-3100; Fax: (310) 789-3150

*(See additional counsel on signature page)*

Attorneys for Plaintiff and the Class

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION**

| | |
|---|---|
| JANE DOE on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MINDGEEK USA INCORPORATED, MINDGEEK S.A.R.L., MG FREESITES, LTD (D/B/A PORNHUB), MG FREESITES II, LTD, MG CONTENT RT LIMITED, AND 9219-1568 QUEBEC, INC. (D/B/A MINDGEEK),<br><br>Defendants. | Case No. 8:21-CV-00338-CJC-ADS<br><br>*Hon. Cormac J. Carney*<br><br>**DECLARATION OF MADELINE YZURDIAGA IN SUPPORT OF PLAINTIFF'S OPPOSITION TO MOTION FOR SUMMARY JUDGMENT OF DEFENDANTS MINDGEEK USA INCORPORATED, MINDGEEK S.A.R.L., MG FREESITES II LTD, AND MG CONTENT RT LIMITED**<br><br>Hearing: June 3, 2024<br>Time: 1:30 p.m.<br>Place: Courtroom 9B<br>Trial Date: Aug. 20, 2024 |

I, Madeline Yzurdiaga, do hereby declare and state as follows:

1. I am an attorney at the law firm Susman Godfrey L.L.P. and I am counsel of record for plaintiff Jane Doe in this action. I am an attorney at law duly licensed to practice before all courts of the State of California. I have personal knowledge of the matters set forth in this declaration, and if called upon as a witness I could and would testify competently thereto.

2. I submit this declaration in support of Plaintiff's Motion for Partial Summary Adjudication.

3. Attached hereto as **Exhibit 1** is a true and correct copy of a document produced in this action by MindGeek at MindGeek_00580313.

4. Attached hereto as **Exhibit 2** is a true and correct copy of a document produced in this action by MindGeek at MindGeek_00606226.

5. Attached hereto as **Exhibit 3** is a true and correct copy of a document produced in this action by MindGeek at MindGeek_00075424.

6. Attached hereto as **Exhibit 4** is a true and correct copy of a document produced in this action by MindGeek at MindGeek_00139108.

7. Attached hereto as **Exhibit 5** is a true and correct copy of a document produced in this action by MindGeek at MindGeek_00524432.

8. Attached hereto as **Exhibit 6** is a true and correct copy of the deferred prosecution agreement that MindGeek entered into in *United States of America v. Aylo Holdings S.a.r.l., formerly known as "MindGeek S.a.r.l.,"* Case No. 23-cr-463 (E.D.N.Y. Dec. 21, 2023).

9. Attached hereto as **Exhibit 7** is a true and correct copy of the transcript of the deposition of Andreas Andreou, dated March 26, 2024, taken in the *Jane Doe #1 et al. v. MG Freesites Ltd. et al.*, Case No. 7:21-cv-00220-LSC (N.D. Ala.) matter.

10. Attached hereto as **Exhibit 8** is a true and correct copy of a document produced in this action by MindGeek at MindGeek_00000001.

11. Attached hereto as **Exhibit 9** is a true and correct copy of a document produced in this action by MindGeek at MindGeek_00000033.

12. Attached hereto as **Exhibit 10** is a true and correct copy of a document produced by third party Ethical Capital Partners at ECP_SUBPOENA00001486.

13. Attached hereto as **Exhibit 11** is a true and correct copy of a document produced in this action by MindGeek at MindGeek_00578858.

14. Attached hereto as **Exhibit 12** is a true and correct copy of a document produced in this action by MindGeek at MindGeek_00578926.

15. Attached hereto as **Exhibit 13** is a true and correct copy of a document produced in this action by MindGeek at MindGeek_00579219.

16. Attached hereto as **Exhibit 14** is a true and correct copy of a document produced in this action by MindGeek at MindGeek_00579290.

17. Attached hereto as **Exhibit 15** is a true and correct copy of a document produced in this action by MindGeek at MindGeek_00579752.

18. Attached hereto as **Exhibit 16** is a true and correct copy of a document produced in this action by MindGeek at MindGeek_00324152.

19. Attached hereto as **Exhibit 17** is a true and correct copy of a document produced in this action by MindGeek at MindGeek_00493468.

20. Attached hereto as **Exhibit 18** is a true and correct copy of a document produced in this action by MindGeek at MindGeek_00493477.

21. Attached hereto as **Exhibit 19** is a true and correct copy of a document produced in this action by MindGeek at MindGeek_00493486.

22. Attached hereto as **Exhibit 20** is a true and correct copy of a document produced in this action by MindGeek at MindGeek_00493508.

23. Attached hereto as **Exhibit 21** is a true and correct copy of a document produced in this action by MindGeek at MindGeek_00493517.

24. Attached hereto as **Exhibit 22** is a true and correct copy of a document produced in this action by MindGeek at MindGeek_00493526.

25. Attached hereto as **Exhibit 23** is a true and correct copy of a document produced in this action by MindGeek at MindGeek_00575725.

26. Attached hereto as **Exhibit 24** is a true and correct copy of excerpts of the transcript of MindGeek's 30(b)(6) designate Andreas Andreou dated March 26, 2024, taken in the *Jane Doe #1 et al. v. MG Freesites Ltd. et al.*, Case No. 7:21-cv-00220-LSC (N.D. Ala.) matter.

27. Attached hereto as **Exhibit 25** is a true and correct copy of a document produced in this action by MindGeek at MindGeek_00396976.

28. Attached hereto as **Exhibit 26** is a true and correct copy of a document produced in this action by MindGeek at MindGeek_00531858.

29. Attached hereto as **Exhibit 27** is a true and correct copy of a document produced in this action by MindGeek at MindGeek_00579582.

30. Attached hereto as **Exhibit 28** is a true and correct copy of a document produced in this action by MindGeek at MindGeek_00579655.

31. Attached hereto as **Exhibit 29** is a true and correct copy of a document produced in this action by MindGeek at MindGeek_00579707.

32. Attached hereto as **Exhibit 30** is a true and correct copy of a document produced in this action by MindGeek at MindGeek_00579895.

33. Attached hereto as **Exhibit 31** is a true and correct copy of a document produced in this action by MindGeek at MindGeek_00579364.

34. Attached hereto as **Exhibit 32** is a true and correct copy of a document produced in this action by MindGeek at MindGeek_00579393.

35. Attached hereto as **Exhibit 33** is a true and correct copy of a document produced in this action by MindGeek at MindGeek_00579423.

36. Attached hereto as **Exhibit 34** is a true and correct copy of a document produced in this action by MindGeek at MindGeek_00579463.

37. Attached hereto as **Exhibit 35** is a true and correct copy of a document produced in this action by MindGeek at MindGeek_00579495.

38. Attached hereto as **Exhibit 36** is a true and correct copy of a document produced in this action by MindGeek at MindGeek_00579515.

39. Attached hereto as **Exhibit 37** is a true and correct copy of a document produced in this action by MindGeek at MindGeek_00579546.

40. Attached hereto as **Exhibit 38** is a true and correct copy of a document produced in this action by MindGeek at MindGeek_00579618.

41. Attached hereto as **Exhibit 39** is a true and correct copy of a document produced in this action by MindGeek at MindGeek_00579690.

42. Attached hereto as **Exhibit 40** is a true and correct copy of a document produced in this action by MindGeek at MindGeek_00580308.

43. Attached hereto as **Exhibit 41** is a true and correct copy of a document produced in this action by MindGeek at MindGeek_00580309.

44. Attached hereto as **Exhibit 42** is a true and correct copy of a document produced in this action by MindGeek at MindGeek_00580310.

45. Attached hereto as **Exhibit 43** is a true and correct copy of a document produced in this action by MindGeek at MindGeek_00580311.

46. Attached hereto as **Exhibit 44** is a true and correct copy of a document produced in this action by MindGeek at MindGeek_00580312.

47. Attached hereto as **Exhibit 45** is a true and correct copy of a document produced in this action by MindGeek at MindGeek_00580314.

48. Attached hereto as **Exhibit 46** is a true and correct copy of a document produced in this action by MindGeek at MindGeek_00580315.

49. Attached hereto as **Exhibit 47** is a true and correct copy of a document produced in this action by MindGeek at MindGeek_00580316.

50. Attached hereto as **Exhibit 48** is a true and correct copy of a document produced in this action by MindGeek at MindGeek_00580317.

51. Attached hereto as **Exhibit 49** is a true and correct copy of a document produced in this action by MindGeek at MindGeek_00580318.

52. Attached hereto as **Exhibit 50** is a true and correct copy of a document produced in this action by MindGeek at MindGeek_00580319.

53. Attached hereto as **Exhibit 51** is a true and correct copy of a document produced in this action by MindGeek at MindGeek_00580320.

54. Attached hereto as **Exhibit 52** is a true and correct copy of a document produced in this action by MindGeek at MindGeek_00580321.

55. Attached hereto as **Exhibit 53** is a true and correct copy of a document produced in this action by MindGeek at MindGeek_00580322.

56. Attached hereto as **Exhibit 54** is a true and correct copy of a document produced in this action by MindGeek at MindGeek_00580324.

57. Attached hereto as **Exhibit 55** is a true and correct copy of a document produced in this action by MindGeek at MindGeek_00580325.

58. Attached hereto as **Exhibit 56** is a true and correct copy of a document produced in this action by MindGeek at MindGeek_00580326.

59. Attached hereto as **Exhibit 57** is a true and correct copy of a document produced in this action by MindGeek at MindGeek_00580327.

60. Attached hereto as **Exhibit 58** is a true and correct copy of a document produced in this action by MindGeek at MindGeek_00580328.

61. Attached hereto as **Exhibit 59** is a true and correct copy of a document produced in this action by MindGeek at MindGeek_00580329.

62. Attached hereto as **Exhibit 60** is a true and correct copy of a document produced in this action by MindGeek at MindGeek_00580330.

63. Attached hereto as **Exhibit 61** is a true and correct copy of a document produced in this action by MindGeek at MindGeek_00580331.

64. Attached hereto as **Exhibit 62** is a true and correct copy of a document produced in this action by MindGeek at MindGeek_00580332.

65. Attached hereto as **Exhibit 63** is a true and correct copy of excerpts of the transcript of MindGeek's 30(b)(6) designate Graham Collie, dated October 17,

2023, taken in the *Jane Doe #1 et al. v. MG Freesites Ltd. et al.*, Case No. 7:21-cv-00220-LSC (N.D. Ala.) matter.

66. Attached hereto as **Exhibit 64** is a true and correct copy of a document produced in this action by MindGeek at MindGeek_00406898.

67. Attached hereto as **Exhibit 65** is a true and correct copy of the transcript of the deposition of Karim El Marazi, dated April 17, 2024.

68. Attached hereto as **Exhibit 66** is a true and correct copy of a document produced in this action by MindGeek at MindGeek_00485782.

69. Attached hereto as **Exhibit 67** is a true and correct copy of Plaintiff's Third Amended Complaint, Dkt. 107, filed on May 5, 2023.

70. Attached hereto as **Exhibit 68** is a true and correct copy of MindGeek's Answer to Plaintiff's Third Amended Complaint, Dkt. 108, filed on May 19, 2023.

71. Attached hereto as **Exhibit 69** is a true and correct copy of a document produced in this action by MindGeek at MindGeek_00578619.

72. Attached hereto as **Exhibit 70** is a true and correct copy of the transcript of the deposition of Feras Antoon, dated June 14, 2023, taken in the *Serena Fleites et al v. MindGeek S.a.r.l. et al.*, Case No. 2:21-cv-04920-CC-ADS (C.D. Cal.) matter.

73. Attached hereto as **Exhibit 71** is a true and correct copy of a document produced in this action by MindGeek at MindGeek_00493466.

74. Attached hereto as **Exhibit 72** is a true and correct copy of a document produced in this action by MindGeek at MindGeek_00579077.

75. Attached hereto as **Exhibit 73** is a true and correct copy of a document produced in this action by MindGeek at MindGeek_00578633.

76. Attached hereto as **Exhibit 74** is a true and correct copy of a document produced in this action by MindGeek at MindGeek_00578621.

77. Attached hereto as **Exhibit 75** is a true and correct copy of a document produced in this action by MindGeek at MindGeek_00578620.

78. Attached hereto as **Exhibit 76** is a true and correct copy of a document produced in this action by MindGeek at MindGeek_00578996.

79. Attached hereto as **Exhibit 77** is a true and correct copy of the transcript of the deposition of David Tassillo, dated June 16, 2023, taken in the *Serena Fleites et al v. MindGeek S.a.r.l. et al.*, Case No. 2:21-cv-04920-CC-ADS (C.D. Cal.) matter.

80. Attached hereto as **Exhibit 78** is a true and correct copy the transcript of the deposition of Solomon Friedman, dated February 27, 2024.

81. Attached hereto as **Exhibit 79** is a true and correct copy of a document produced in by third party Convera at CONVERA_000389.

82. Attached hereto as **Exhibit 80** is a true and correct copy of a document produced in this action by MindGeek at MindGeek_00519067.

83. Attached hereto as **Exhibit 81** is a true and correct copy of MindGeek's responses and objections to Plaintiff's Rule 30(b)(6) Notice, dated August 3, 2023.

84. **Exhibit 82** is intentionally blank.

85. Attached hereto as **Exhibit 83** is a true and correct copy of a document produced in this action by MindGeek at MindGeek_00610195.

86. Attached hereto as **Exhibit 84** is a true and correct copy of MindGeek's Answer to Plaintiff's original complaint, Dkt. 70, dated September 24, 2021.

87. Attached hereto as **Exhibit 85** is a true and correct copy of MindGeek's Answer to Plaintiff's amended complaint, Dkt. 76, dated October 14, 2021.

88. Attached hereto as **Exhibit 86** is a true and correct copy of MindGeek's initial disclosures pursuant to Rule 26(a), dated July 22, 2021.

89. Attached hereto as **Exhibit 87** is a true and correct copy of the parties' Joint Stipulation re Plaintiff's Motion to Compel Discovery, Dkt. 256-24, filed on February 23, 2024.

90. Attached hereto as **Exhibit 88** is a true and correct copy of the Court's Order Lifting Stay and Entering Amended Scheduling Order, Dkt. 99, filed on March 6, 2023.

91. Attached hereto as **Exhibit 89** is a true and correct copy of the Court's Order re Outstanding Discovery and Out-of-Time Depositions, Dkt. 266, filed on March 4, 2024.

92. Attached hereto as **Exhibit 90** is a true and correct copy of Plaintiff's Notice of Rule 30(b)(6) Deposition, dated June 20, 2023.

93. Attached hereto as **Exhibit 91** is a true and correct copy of Magistrate Judge Spaeth's Minute Order Granting in Part and Denying in Part Plaintiff's Motion to Compel Discovery (Dkt. No. 239), Dkt. 264, filed on March 1, 2024.

94. Attached hereto as **Exhibit 92** is a true and correct copy of excerpts of the transcript of MindGeek's 30(b)(6) designate Lauren Herbert Franklin, dated March 11, 2024.

95. Attached hereto as **Exhibit 93** is a true and correct copy of excerpts of the transcript of MindGeek's 30(b)(6) designate Andreas Andreou, dated March 27, 2024.

96. Attached hereto as **Exhibit 94** is a true and correct copy of the Court's Order Granting in Substantial Part Plaintiff's Renewed Motion to Approve Form and Manner of Class Notice [Dkts. 211, 222, 223], Dkt. 225, filed on January 26, 2024.

97. Attached hereto as **Exhibit 95** is a true and correct copy of an email chain from MindGeek's counsel, Dylan Bonfigli, dated April 16 to 18, 2024.

98. Attached hereto as **Exhibit 96** is a true and correct copy of a document produced in this action by MindGeek at MindGeek_00607931.

99. Attached hereto as **Exhibit 97** is a true and correct copy of an email chain from Class counsel, Madeline Yzurdiaga, dated May 6, 2024.

100. Attached hereto as **Exhibit 98** is a true and correct copy of the Financial Times Article, "MindGeek: the secretive owner of Pornhub and Redtube," published on December 16, 2020, accessed on May 8, 2024.

101. Attached hereto as **Exhibit 99** is a true and correct copy of a document produced in this action by MindGeek at MindGeek_00520012.

102. Attached hereto as **Exhibit 100** is a true and correct copy of a document produced in this action by MindGeek at MindGeek_00000204.

103. Attached hereto as **Exhibit 101** is a true and correct copy of a document produced by third party Ethical Capital Partners at ECP_ SUBPOENA00000001.

104. Attached hereto as **Exhibit 102** is a true and correct copy of a document produced by third party Ethical Capital Partners at ECP_SUBPOENA00000270.

105. Attached hereto as **Exhibit 103** is a true and correct copy of a document produced by third party Ethical Capital Partners at ECP_SUBPOENA00000365.

106. Attached hereto as **Exhibit 104** is a true and correct copy of a document produced in this action by MindGeek at MindGeek_00580359.

107. Attached hereto as **Exhibit 105** is a true and correct copy of a document produced in this action by MindGeek at MindGeek_00578626.

108. Attached hereto as **Exhibit 106** is a true and correct copy of a document produced in this action by MindGeek at MindGeek_00578624.

109. Attached hereto as **Exhibit 107** is a true and correct copy of a document produced in this action by MindGeek at MindGeek_00607764.

110. Based on my personal knowledge of this case, I aver that before the close of discovery, the parties exchanged and reviewed hundreds of thousands of pages of documents and took twelve fact witness depositions.

111. Based on my personal knowledge of this case, I aver that Plaintiff took the deposition of every individual listed in MindGeek's initial disclosures and interrogatories (with the exception of Siva Raghava).

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 8th day of May, 2024 at Los Angeles, California.

/s/ *Madeline Yzurdiaga*
Madeline Yzurdiaga