DAVIDA BROOK (275370)
dbrook@susmangodfrey.com
KRYSTA KAUBLE PACHMAN (280951)
kpachman@susmangodfrey.com
HALLEY W. JOSEPHS (338391)
hjosephs@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Phone: (310) 789-3100; Fax: (310) 789-3150

(*See additional counsel on signature page)*

Attorneys for Plaintiff and the Class

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION**

| | |
|---|---|
| JANE DOE on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MINDGEEK USA INCORPORATED, MINDGEEK S.A.R.L., MG FREESITES, LTD (D/B/A PORNHUB), MG FREESITES II, LTD, MG CONTENT RT LIMITED, AND 9219-1568 QUEBEC, INC. (D/B/A MINDGEEK),<br><br>Defendants. | Case No. 8:21-cv-00338-CJC-ADS<br><br>*Hon. Cormac J. Carney*<br><br>**CLASS ACTION**<br><br>**PLAINTIFFS' STATEMENT OF GENUINE DISPUTES OF MATERIAL FACT AND STATEMENT OF ADDITIONAL MATERIAL FACTS IN SUPPORT OF PLAINTIFF'S OPPOSITION TO MOTION FOR SUMMARY JUDGMENT OF DEFENDANTS MINDGEEK USA INCORPORATED, MINDGEEK S.A.R.L., MG FREESITES II LTD, AND MG CONTENT RT LIMITED**<br><br>Date: June 3, 2024<br>Time: 1:30 p.m.<br>Courtroom: 9B<br><br>**JURY TRIAL DEMANDED** |

**REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**

Plaintiff respectfully submits the following Statement of Genuine Disputes of Material Fact and Statement of Additional Material Facts pursuant to Local Rule 56-1.

## I. STATEMENT OF GENUINE DISPUTES OF MATERIAL FACT

| SUF NO. | DEFENDANTS' FACT AND SUPPORTING EVIDENCE | PLAINTIFF'S RESPONSE |
|---|---|---|
| **I. MG Freesites II Ltd and MG Content RT Limited Have Been Dissolved And Lack The Capacity To Be Sued** | | |
| 1. | Fact: [redacted] is Plaintiff's ex-boyfriend.<br><br>Evidence: [redacted] | **Undisputed.** |
| 2. | Fact: [redacted]<br><br>Evidence: [redacted] | **Disputed.**<br><br>[redacted] |

| SUF NO. | DEFENDANTS' FACT AND SUPPORTING EVIDENCE | PLAINTIFF'S RESPONSE |
|---|---|---|
| | | [redacted]<br><br>*Second*, to the extent that MindGeek seeks to imply [redacted]<br><br>Supporting Evidence: [redacted] |
| 3. | Fact: [redacted]<br><br>Evidence: [redacted] Dec. ¶ 14; Plaintiff's 2nd Supplemental Responses to Defendants' First Set | **Undisputed.** |

| SUF NO. | DEFENDANTS' FACT AND SUPPORTING EVIDENCE | PLAINTIFF'S RESPONSE |
|---|---|---|
| | of Interrogatories at Rog. Nos. 2, 3, 4 (Williams Dec. Ex. G); Plaintiff's 3rd Supplemental Responses to Defendants' First Set of Interrogatories at Rog. Nos. 3, 4, 6 (Williams Dec. Ex. H); Plaintiff Dep. Ex. 14 at '084-85 (Williams Dec. Ex. N). | |
| **MG Freesites II Ltd** | | |
| 4. | Fact: MG Freesites II Ltd's assets and liabilities were transferred to MG Freesites Ltd on or around December 31, 2018.<br><br>Evidence: [redacted] Dec. ¶ 27. | **Disputed.**<br><br>*First*, Plaintiff disputes this SUF because MindGeek has failed to provide any admissible evidence in support of it. The sole reference for this SUF is the Declaration of [redacted] As addressed in detail in Plaintiff's Opposition Brief, this declaration must be excluded because MindGeek never disclosed Mr. [redacted] during discovery and Mr. [redacted] has never been identified on any Rule 26(a) disclosure. Plaintiff thereby asserts a standing objection on these grounds to all facts within his declaration ("Standing Objection regarding [redacted] Declaration").<br><br>*Second*, this SUF's reliance on the declaration of Mr. [redacted] is improper.<br><br>In his declaration, Mr. [redacted] admittedly worked and served as a Class A manager for a different MindGeek entities (Aylo Group Ltd, formerly MG CY Holdings Ltd and |

| SUF NO. | DEFENDANTS' FACT AND SUPPORTING EVIDENCE | PLAINTIFF'S RESPONSE |
|---|---|---|
| | | Aylo Holdings S.a.r.l., formerly MindGeek S.a.r.l.). He does not state that he has any specific knowledge as it relates to MG Freesites II Ltd, other than he has dealt with "issues involving the corporate structure of Defendants and their affiliates." This is insufficient foundation to state the facts within this SUF. *See* Fed. R. Evid. 602.<br><br>Mr. [redacted] fails to cite any evidence that supports his conclusory assertions. To the extent he is relying on an (uncited) document or documents, Mr. [redacted] has failed to lay the appropriate business records foundation, or even establish that he is competent to lay such foundation. MindGeek, moreover, should reference that document in this SUF (with the proper foundation), not Mr. [redacted]s summary of it. *See, e.g.*, Fed. R. Evid. 1002.<br><br>To the extent Mr. [redacted] is relying on information he received from others regarding the dissolution of MG Freesites II, this is inadmissible hearsay. *See* Fed. R. Evid. 802. MindGeek has not identified any exclusion or exemption from the hearsay rule.<br><br>*Third*, Plaintiff further disputes this SUF as contradicted by available evidence. [redacted] |

| SUF NO. | DEFENDANTS' FACT AND SUPPORTING EVIDENCE | PLAINTIFF'S RESPONSE |
| --- | --- | --- |
| | | [redacted]<br><br>Supporting Evidence: Declaration of Madeline Yzurdiaga ("Yzurdiaga Decl.") Ex. 1 ([redacted]). |
| 5. | Fact: MG Freesites II Ltd, a private company incorporated and registered in Cyprus, was dissolved on or around December 10, 2020.<br><br>Evidence: [redacted] Dec. ¶ 27. | **Disputed.**<br><br>*First*, Plaintiff reasserts the Standing Objection regarding [redacted] Declaration to this SUF.<br><br>*Second*, Plaintiff reincorporates her objections made in response to MindGeek's SUF 4 on lack of foundation, best evidence, and hearsay grounds.<br><br>*Third*, Plaintiff further disputes this SUF as contradicted by available evidence. [redacted]<br><br>Supporting Evidence: Yzurdiaga Decl. Ex. 1 [redacted] |

| SUF NO. | DEFENDANTS' FACT AND SUPPORTING EVIDENCE | PLAINTIFF'S RESPONSE |
| --- | --- | --- |
| **MG Content RT Limited** | | |
| 6. | Fact: MG Content RT Limited's assets and liabilities were transferred to MG Freesites Ltd on or around December 31, 2018.<br><br>Evidence: [redacted] Dec. ¶ 28. | **Disputed.**<br><br>*First*, Plaintiff reasserts the Standing Objection regarding [redacted] Declaration to this SUF.<br><br>*Second*, much as it was in the context of MG Freesites II Ltd as stated in SUF 4 and 5, this SUF's reliance on the declaration of Mr. [redacted] is improper. Plaintiff reincorporates her lack of foundation, best evidence, and hearsay objections made in response to SUF 4 and 5.<br><br>*Third*, Plaintiff further disputes this SUF as contradicted by available evidence. [redacted]<br><br><u>Supporting Evidence</u>: Yzurdiaga Decl. Ex. 1 [redacted] |
| 7. | Fact: MG Content RT Limited, a private limited company incorporated and registered in Ireland, was dissolved on or around December 30, 2020. | **Disputed.**<br><br>*First*, Plaintiff reasserts the Standing Objection regarding [redacted] Declaration to this SUF. |

| SUF NO. | DEFENDANTS' FACT AND SUPPORTING EVIDENCE | PLAINTIFF'S RESPONSE |
|---|---|---|
| | Evidence: [redacted] Dec. ¶ 28. | *Second*, Plaintiff reincorporates her objections made in response to MindGeek's SUF 4, 5, and 6 on lack of foundation, best evidence, and hearsay grounds.<br><br>*Third*, Plaintiff further disputes this SUF as contradicted by available evidence. [redacted]<br><br><u>Supporting Evidence</u>: Yzurdiaga Decl. Ex. 1 [redacted] |
| **II. MindGeek USA Incorporated and MindGeek S.à r.l. Have No Connection To The Videos Of Plaintiff** | | |
| **MindGeek S.à r.l.** | | |
| 8. | Fact: MindGeek S.à r.l. is a private limited liability company (société à responsabilité limitée) incorporated under the laws of Luxembourg, with its registered office at 32, boulevard Royal, L-2449 Luxembourg and registered with the Luxembourg Register of Commerce and Companies (R.C.S. Luxembourg) ("RCS") under number B 181337. | **Disputed.**<br><br>*First*, while Plaintiff agrees to MindGeek S.a.r.l.'s country of incorporation, Plaintiff disputes this SUF on the grounds of the Standing Objection regarding [redacted] Declaration.<br><br>*Second*, much as above, this SUF's reliance on the declaration of Mr. [redacted] is improper. |

| SUF NO. | DEFENDANTS' FACT AND SUPPORTING EVIDENCE | PLAINTIFF'S RESPONSE |
|---|---|---|
| | Evidence: [redacted] Dec. ¶ 6. | But for avoidance of doubt, Plaintiff objects as it applies to MindGeek S.a.r.l. Mr. [redacted] fails to cite any evidence that supports his conclusory assertions. To the extent he is relying on an (uncited) document or documents that show such information, Mr. [redacted] has failed to lay the appropriate business records foundation, or even establish that he is competent to lay such foundation. MindGeek, moreover, should reference that document in this SUF (with the proper foundation), not Mr. [redacted] summary of it. *See, e.g.*, Fed. R. Evid. 1002.<br><br>To the extent Mr. [redacted] is relying on information he received from others regarding MindGeek S.a.r.l.'s corporate status, this is inadmissible hearsay. *See* Fed. R. Evid. 802. MindGeek has not identified any exclusion or exemption from the hearsay rule. |
| 9. | Fact: MindGeek S.à r.l. has been and is nothing more than a holding company, without any employees or operations of its own.<br><br>Evidence: [redacted] Dec. ¶ 7. | **Disputed.**<br><br>*First*, Plaintiff reasserts the Standing Objection regarding [redacted] Declaration to this SUF.<br><br>*Second*, this SUF's reliance on the declaration of Mr. [redacted] is improper. Plaintiff reincorporates her best evidence and hearsay objections made in response to SUF 8. |

| SUF NO. | DEFENDANTS' FACT AND SUPPORTING EVIDENCE | PLAINTIFF'S RESPONSE |
|---|---|---|
| | | *Third*, Plaintiff further disputes this SUF as contradicted by available evidence, which shows that MindGeek S.a.r.l., as the parent company for various MindGeek subsidiaries, had employees and operations. [redacted] Other evidence supports that MindGeek S.a.r.l. had operations. MindGeek S.a.r.l., signing on behalf of itself, MindGeek USA Incorporated, and MindGeek Freesites Ltd, admitted that it owned and operated numerous pornographic websites, including Pornhub. MindGeek S.a.r.l. admitted in the Deferred Prosecution Agreement's |

| SUF NO. | DEFENDANTS' FACT AND SUPPORTING EVIDENCE | PLAINTIFF'S RESPONSE |
|---|---|---|
| | | ("DPA") Information charging MindGeek S.a.r.l. (along with MindGeek USA Incorporated and MG Freesites Ltd) with violating 18 U.S.C. § 1591 that it had such operated. In the DPA, MindGeek S.a.r.l. "*admits, accepts and acknowledges that [] it is responsible under United States law* for the acts of its officers, directors, employees and agents *with respect to the conduct described in the Information and the Statement of Facts*," and that "the facts described in the Statement of Facts are true and accurate." In the Statement of Facts, MindGeek S.a.r.l. also admits that MindGeek S.a.r.l., MindGeek USA Incorporated, and MG Freesites Ltd. are part of a group of entities "the business of which included the maintenance and operation of websites that enabled third parties to post and distribute adult videos" and that they "owned and operated numerous pornographic websites and brands including Pornhub.com." In addition, MindGeek S.a.r.l. admitted that "[a]lthough its corporate headquarters was in Luxembourg, MindGeek also had offices with employees in Montreal, Canada, and, among other places, Los Angeles, California."<br><br>Even if the Court were to accept [redacted] declaration (it should not), there is a genuine issue of material fact in dispute concerning |

| SUF NO. | DEFENDANTS' FACT AND SUPPORTING EVIDENCE | PLAINTIFF'S RESPONSE |
|---|---|---|
| | | whether MindGeek S.a.r.l. had employees and operations, given record evidence.<br><br><u>Supporting Evidence</u>: Yzurdiaga Decl. Ex. 2 ([redacted]); Yzurdiaga Decl. Ex. 3 ([redacted] Yzurdiaga Decl. Ex. 4 [redacted] Yzurdiaga Decl. Ex. 5 ([redacted] |

| SUF NO. | DEFENDANTS' FACT AND SUPPORTING EVIDENCE | PLAINTIFF'S RESPONSE |
|---|---|---|
| | | [redacted] Yzurdiaga Decl. Ex. 6 (Deferred Prosecution Agreement at 1-2 (¶¶ 1-2), 21-22, 25-29, 34 (¶ 1), 45 (¶¶ 34-35), 48 (¶ 1), *United States of America v. Aylo Holdings S.a.r.l., formerly known as "MindGeek S.a.r.l.,"* Case No. 23-cr-463 (E.D.N.Y. Dec. 21, 2023) (hereinafter, "DPA"))[1] (noting that MindGeek S.a.r.l., on behalf of MindGeek USA Incorporated and MG Freesites Ltd, accepts responsibility for acts of its "officers, directors, employees and agents" for "knowingly and intentionally" engaging in "monetary transactions" involving the proceeds of sex trafficking under 18 U.S.C. § 1591 and that it is part of a group that "owned and operated numerous pornographic websites and brands including Pornhub.com"); Yzurdiaga Decl. Ex. 7 (NDAL [redacted] Tr. 36:13-55:16) [redacted] |
| 10. | Fact: MindGeek S.à r.l. has never had any offices or employees in the United States.<br><br>Evidence: [redacted] Dec. ¶ 8. | **Disputed.**<br><br>*First*, Plaintiff reasserts the Standing Objection regarding [redacted] Declaration to this SUF. |

[1] For ease of reference, for Exhibit 6, given the lacking internal pagination, Plaintiff uses the actual page number of the PDF itself in her citations.

| SUF NO. | DEFENDANTS' FACT AND SUPPORTING EVIDENCE | PLAINTIFF'S RESPONSE |
| --- | --- | --- |
| | | *Second*, this SUF's reliance on the declaration of Mr. [redacted] is improper. Plaintiff reincorporates her best evidence and hearsay objections made in response to SUF 8.<br><br>*Third*, to the extent that Plaintiff's response to SUF No. 9 discusses MindGeek S.a.r.l.'s employees, Plaintiff reincorporates that response herein.<br><br>*Fourth*, Plaintiff further disputes this SUF as contradicted by available evidence, which shows that MindGeek S.a.r.l. had employees and offices. [redacted] self-serving affidavit to the contrary is insufficient evidence but even if it were, there remains a genuine issue of material fact in dispute. *See Nigro v. Sears, Roebuck and Co.*, 784 F.3d 495, 497-98 (9th Cir. 2015).<br><br>Supporting Facts: Yzurdiaga Decl. Ex. 2 ([redacted] Yzurdiaga Decl. Ex. 3 |

| SUF NO. | DEFENDANTS' FACT AND SUPPORTING EVIDENCE | PLAINTIFF'S RESPONSE |
|---|---|---|
| | | ([redacted] Yzurdiaga Decl. Ex. 4 ([redacted] Yzurdiaga Decl. Ex. 5 ([redacted] Yzurdiaga Decl. Ex. 6 (DPA at 34-35 (¶ 2), 49 (¶ 2)) (stating that "[a]lthough its corporate headquarters was in Luxembourg, MindGeek also had offices with employees in Montreal, Canada, and, among other places, Los Angeles, California"); Yzurdiaga Decl. Ex. 7 (NDAL [redacted] Tr. 36:13-55:16). |
| 11. | Fact: MindGeek S.à r.l. has never exercised control over the day-to-day operations of the other MindGeek corporate entities.<br><br>Evidence: [redacted] Dec. ¶ 7. | **Disputed.**<br><br>*First*, Plaintiff reasserts the Standing Objection regarding [redacted] Declaration to this SUF.<br><br>*Second*, this SUF's reliance on the declaration of Mr. [redacted] is improper. Plaintiff reincorporates her |

| SUF NO. | DEFENDANTS' FACT AND SUPPORTING EVIDENCE | PLAINTIFF'S RESPONSE |
|---|---|---|
| | | best evidence and hearsay objections made in response to SUF 8.<br><br>*Third*, available evidence shows that MindGeek S.a.r.l. does exercise control over the operation of other MindGeek corporate entities. SAMF 29-35, 87, 89-90-91.<br><br>[redacted] Put together, this shows that MindGeek S.a.r.l. had a level of control over MindGeek subsidiaries |

| SUF NO. | DEFENDANTS' FACT AND SUPPORTING EVIDENCE | PLAINTIFF'S RESPONSE |
|---|---|---|
| | | sufficient so show a genuine issue of material fact in dispute.<br><br><u>Supporting Evidence</u>:<br>Yzurdiaga Decl. Ex. 5 ([redacted] Yzurdiaga Decl. Ex. 6 (DPA at 73-76) (In a "Supplemental Board of Directors' Resolution," MindGeek S.a.r.l. directs Anthony Penhale, 9219-1568 Quebec Inc. employee, to attend court hearings and take actions in connection with the DPA); Yzurdiaga Decl. Ex. 6 (DPA at 34 (¶ 1), 48 (¶ 1)) (noting that MindGeek S.a.r.l., MindGeek USA Incorporated, and MG Freesites Ltd. are part of a group of entities "the business of which included the maintenance and operation of websites that enabled third parties to post and distribute adult videos" and |

| SUF NO. | DEFENDANTS' FACT AND SUPPORTING EVIDENCE | PLAINTIFF'S RESPONSE |
| --- | --- | --- |
| | | that they "owned and operated numerous pornographic websites and brands including Pornhub.com"); Yzurdiaga Decl. Ex. 7 (NDAL [redacted] Tr. 36:13-55:16); Yzurdiaga Decl. Ex. 8 (MindGeek_00000001 at -001) [redacted] Yzurdiaga Decl. Ex. 9 (MindGeek_00000033 at -033) ([redacted]); Yzurdiaga Decl. Ex. 10 ([redacted] at -1487) ([redacted] Yzurdiaga Decl. Ex. 11 (MindGeek_00578858 at -925) ([redacted] Yzurdiaga Decl. Ex. 12 (MindGeek_00578926 at -994) (same); Yzurdiaga Decl. Ex. 13 (MindGeek_00579219 at -289) (same); Yzurdiaga Decl. Ex. 14 (MindGeek_00579290 at -362) (same); Yzurdiaga Decl. Ex. 15 (MindGeek_00579752 at -813) (same); Yzurdiaga Decl. Ex. 16 (MindGeek_00324152 at -217) (same). |
| 12. | Fact: MindGeek S.à r.l. has been during the relevant period adequately capitalized—that is, it has capital reasonably regarded as | **Disputed.** |

| SUF NO. | DEFENDANTS' FACT AND SUPPORTING EVIDENCE | PLAINTIFF'S RESPONSE |
| --- | --- | --- |
| | adequate to enable it to operate its business and pay its debts as they mature.<br><br>Evidence: [redacted] Dec. ¶ 9. | *First*, Plaintiff reasserts the Standing Objection regarding [redacted] Declaration to this SUF.<br><br>*Second*, this SUF's reliance on the declaration of Mr. [redacted] is improper. Plaintiff reincorporates her best evidence and hearsay objections made in response to SUF 8.<br><br>*Third*, the [redacted] Declaration does not demonstrate that MindGeek S.a.r.l. has been adequately capitalized during the relevant period. It merely says it is so. [redacted] Mr. [redacted] fails to cite any evidence, like documents of incorporation or business records thereof, that supports his conclusory assertions. To the extent he is relying on an (uncited) document or documents that show such information, Mr. [redacted] has failed to lay the appropriate business records foundation, or even establish that he is competent to lay such foundation. MindGeek, moreover, should reference that document in this SUF (with the proper foundation), not Mr. [redacted] summary of it. *See, e.g.*, Fed. R. Evid. 1002. SAMF 103-106.<br><br><u>Supporting Evidence</u>: |

| SUF NO. | DEFENDANTS' FACT AND SUPPORTING EVIDENCE | PLAINTIFF'S RESPONSE |
|---|---|---|
| | | Yzurdiaga Decl. Ex. 1 (MindGeek_00580313) ([redacted] Yzurdiaga Decl. Ex. 54 (MindGeek_00580324); Yzurdiaga Decl. Ex. 55 (MindGeek_00580325). |
| 13. | Fact: MindGeek S.à r.l. has its own bank accounts and serves as a party to and responsible for fulfilling its own contracts.<br><br>Evidence: [redacted] Dec. ¶ 9. | **Disputed.**<br><br>*First*, Plaintiff reasserts the Standing Objection regarding [redacted] Declaration to this SUF.<br><br>*Second*, this SUF's reliance on the declaration of Mr. [redacted] is improper. Plaintiff reincorporates her best evidence and hearsay objections made in response to SUF 8. |
| 14. | Fact: MindGeek S.à r.l. has always had the equivalent of its own designated board of directors, referred to as a board of managers, and MindGeek S.à r.l. observes all necessary corporate formalities.<br><br>Evidence: [redacted] Dec. ¶ 10. | **Disputed.**<br><br>*First*, Plaintiff reasserts the Standing Objection regarding Andreou Declaration to this SUF.<br><br>*Second*, this SUF's reliance on the declaration of Mr. [redacted] is improper. Plaintiff reincorporates her best evidence and hearsay objections made in response to SUF 8.<br><br>*Third*, Plaintiff disputes Defendants' implication that by having its "own" board of managers, MindGeek S.a.r.l.'s board of managers operated in a manner that indicated that MindGeek S.a.r.l. operated independently from other MindGeek entities and their respective boards. [redacted] |

| SUF NO. | DEFENDANTS' FACT AND SUPPORTING EVIDENCE | PLAINTIFF'S RESPONSE |
|---|---|---|
| | | [redacted] *Fourth*, Plaintiff disputes that MindGeek S.a.r.l. observed all necessary corporate formalities. Rather, the MindGeek entities operated as one business and disregarded corporate formalities. [redacted] |

| SUF NO. | DEFENDANTS' FACT AND SUPPORTING EVIDENCE | PLAINTIFF'S RESPONSE |
| --- | --- | --- |
| | | [redacted] Other practices only underscore this. [redacted] In sum, MindGeek put itself out to the work and internally as one organization. This presents a genuine issue of material fact that must be resolved by the jury.<br><br>Supporting Facts: Yzurdiaga Decl. Ex. 1 (MindGeek_00580313) [redacted] |

| SUF NO. | DEFENDANTS' FACT AND SUPPORTING EVIDENCE | PLAINTIFF'S RESPONSE |
| --- | --- | --- |
| | | [redacted]); Yzurdiaga Decl. Ex. 2 (MindGeek_00606226, at -230-231, -234, -236-37) [redacted] Yzurdiaga Decl. Ex. 3 (MindGeek_00075424 at 2-5, 9-11) [redacted] Yzurdiaga Decl. Ex. 4 (MindGeek_00139108 at -110, -112-113, -117, -165, -167) [redacted] Yzurdiaga Decl. Ex. 5 (MindGeek_00524432 at -434, -436-37, -457-59, -486) (same); Yzurdiaga Decl. Ex. 7 (NDAL Andreas Andreou Tr. 38:4-15) [redacted] Yzurdiaga Decl. Ex. 16 (MindGeek_00324152 at -158); Yzurdiaga Decl. Ex. 17 (MindGeek_00493468 at -468); Yzurdiaga Decl. Ex. 18 (MindGeek_00493477 at -477); Yzurdiaga Decl. Ex. 19 (MindGeek_00493486 at -486); Yzurdiaga Decl. Ex. 20 (MindGeek_00493508 at -508); Yzurdiaga Decl. Ex. 21 (MindGeek_00493517 at -517); Yzurdiaga Decl. Ex. 22 (MindGeek_00493526 at -526); Yzurdiaga Decl. Ex. 23 |

| SUF NO. | DEFENDANTS' FACT AND SUPPORTING EVIDENCE | PLAINTIFF'S RESPONSE |
|---|---|---|
| | | (MindGeek_00575725 at -725; Yzurdiaga Decl. Ex. 24 (NDAL MindGeek 30(b)(6) [redacted]. 78:6-79:13, 81:20-82:18, 84:23-85:9, 90:8-14, 112:25-113:24) ([redacted] Yzurdiaga Decl. Ex. 25 (MindGeek_00396976 at -979); Yzurdiaga Decl. Ex. 26 (MindGeek_00531858 at -961); Yzurdiaga Decl. Ex. 27 (MindGeek_00579582 at -585); Yzurdiaga Decl. Ex. 28 (MindGeek_00579655 at -658); Yzurdiaga Decl. Ex. 29 (MindGeek_00579707 at -710); Yzurdiaga Decl. Ex. 30 (MindGeek_00579895 at -898); Yzurdiaga Decl. Ex. 31 (MindGeek_00579364 at -365); Yzurdiaga Decl. Ex. 32 (MindGeek_00579393 at -394); Yzurdiaga Decl. Ex. 33 (MindGeek_00579423 at -424); Yzurdiaga Decl. Ex. 34 (MindGeek_00579463 at -464); Yzurdiaga Decl. Ex. 35 (MindGeek_00579495 at -496); Yzurdiaga Decl. Ex. 36 (MindGeek_00579515 at -517); Yzurdiaga Decl. Ex. 37 (MindGeek_00579546 at -549); Yzurdiaga Decl. Ex. 38 |

| SUF NO. | DEFENDANTS' FACT AND SUPPORTING EVIDENCE | PLAINTIFF'S RESPONSE |
|---|---|---|
| | | (MindGeek_00579618 at -621); Yzurdiaga Decl. Ex. 39 (MindGeek_00579690 at -691); Yzurdiaga Decl. Ex. 40 (MindGeek_00580308); Yzurdiaga Decl. Ex. 41 (MindGeek_00580309); Yzurdiaga Decl. Ex. 42 (MindGeek_00580310); Yzurdiaga Decl. Ex. 43 (MindGeek_00580311); Yzurdiaga Decl. Ex. 44 (MindGeek_00580312); Yzurdiaga Decl. Ex. 45 (MindGeek_00580314); Yzurdiaga Decl. Ex. 46 (MindGeek_00580315); Yzurdiaga Decl. Ex. 47 (MindGeek_00580316); Yzurdiaga Decl. Ex. 48 (MindGeek_00580317); Yzurdiaga Decl. Ex. 49 (MindGeek_00580318); Yzurdiaga Decl. Ex. 50 (MindGeek_00580319); Yzurdiaga Decl. Ex. 51 (MindGeek_00580320); Yzurdiaga Decl. Ex. 52 (MindGeek_00580321); Yzurdiaga Decl. Ex. 52 (MindGeek_00580322); Yzurdiaga Decl. Ex. 53 (MindGeek_00580323); Yzurdiaga Decl. Ex. 54 (MindGeek_00580324); Yzurdiaga Decl. Ex. 55 (MindGeek_00580325); Yzurdiaga Decl. Ex. 56 (MindGeek_00580326); |

| SUF NO. | DEFENDANTS' FACT AND SUPPORTING EVIDENCE | PLAINTIFF'S RESPONSE |
| --- | --- | --- |
| | | Yzurdiaga Decl. Ex. 57 (MindGeek_00580327); Yzurdiaga Decl. Ex. 58 (MindGeek_00580328); Yzurdiaga Decl. Ex. 59 (MindGeek_00580329); Yzurdiaga Decl. Ex. 60 (MindGeek_00580330); Yzurdiaga Decl. Ex. 61 (MindGeek_00580331); Yzurdiaga Decl. Ex. 62 (MindGeek_00580332); Yzurdiaga Decl. Ex. 63 (NDAL MindGeek 30(b)(6) [redacted] Tr. 22:6-25:8, 39:5-40:18, 41:6-44:8, 96:7-22, 97:10-98:22, 106:17-24, 114:6-13, 244:12-17); Yzurdiaga Decl. Ex. 64 (MindGeek_00406898 at -898) [redacted]); Yzurdiaga Decl. Ex. 65 ([redacted] Tr. 103:10-104:25) ([redacted] |
| 15. | Fact: MindGeek S.à r.l. has not operated, managed, maintained, supervised, or controlled the day-to-day operations of Pornhub.com, Redtube.com, Youporn.com, or any other website on which images of Plaintiff may have appeared.<br><br>Evidence: [redacted] Dec. ¶ 11. | **Disputed.**<br><br>*First*, Plaintiff reasserts the Standing Objection regarding [redacted] Declaration to this SUF.<br><br>*Second*, this SUF's reliance on the declaration of Mr. [redacted] is improper. Plaintiff reincorporates her best evidence and hearsay objections made in response to SUF 8. |

| SUF NO. | DEFENDANTS' FACT AND SUPPORTING EVIDENCE | PLAINTIFF'S RESPONSE |
|---|---|---|
| | | *Third*, Plaintiff further disputes this SUF as contradicted by available evidence. MindGeek S.a.r.l. did operate, manage, supervise, and/or control the operations of MindGeek's tube sites, including Pornhub.com, Redtube.com, and Youporn.com. SAMF 29-35, 87, 89-90-91.<br><br>MindGeek S.a.r.l. controlled all of its subsidiaries, [redacted] Put together, |

| SUF NO. | DEFENDANTS' FACT AND SUPPORTING EVIDENCE | PLAINTIFF'S RESPONSE |
| --- | --- | --- |
| | | there is certainly sufficient evidence that there is a disputed genuine issue of material fact regarding MindGeek S.a.r.l.'s operation of tube sites.<br><br>Supporting Facts: Yzurdiaga Decl. Ex. 2 (MindGeek_00606226, at -230-231, -234, -236-37); Yzurdiaga Decl. Ex. 4 (MindGeek_00139108 at -112-113, -117, -167); Yzurdiaga Decl. Ex. 5 (MindGeek_00524432 at -489); Yzurdiaga Decl. Ex. 6 ([redacted] at 73-76 [redacted]; Yzurdiaga Decl. Ex. 6 ([redacted] at 34 (¶ 1), 48 (¶ 1)) (noting that [redacted] Yzurdiaga Decl. Ex. 7 (NDAL [redacted] Tr. 36:13-55:16) [redacted]); Yzurdiaga Decl. Ex. 8 (MindGeek_00000001) (stating that [redacted] Yzurdiaga Decl. Ex. 9 |

| SUF NO. | DEFENDANTS' FACT AND SUPPORTING EVIDENCE | PLAINTIFF'S RESPONSE |
|---|---|---|
| | | (MindGeek_00000033) (same); Yzurdiaga Decl. Ex. 10 ([redacted] at -1487) ([redacted] Yzurdiaga Decl. Ex. 11 (MindGeek_00578858 at -925) ([redacted] Yzurdiaga Decl. Ex. 12 (MindGeek_00578926 at -994) (same); Yzurdiaga Decl. Ex. 13 (MindGeek_00579219 at -289) (same); Yzurdiaga Decl. Ex. 14 (MindGeek_00579290 at -362) (same); Yzurdiaga Decl. Ex. 15 (MindGeek_00579752 at -813) (same); Yzurdiaga Decl. Ex. 16 (MindGeek_00324152 at -217) (same); Yzurdiaga Decl. Ex. 66 (MindGeek_00485782 at -787) [redacted]). |
| 16. | Fact: MindGeek S.à r.l. does not have any responsibility for reviewing and does not review any content that is uploaded to Pornhub.com, Redtube.com, Youporn.com, or any other website on which images of Plaintiff may have appeared.<br><br>Evidence: [redacted] Dec. ¶ 11. | **Disputed.**<br><br>*First*, Plaintiff reasserts the Standing Objection regarding [redacted] Declaration to this SUF.<br><br>*Second*, this SUF's reliance on the declaration of Mr. [redacted] is improper. Plaintiff reincorporates her best evidence and hearsay objections made in response to SUF 8. |

| SUF NO. | DEFENDANTS' FACT AND SUPPORTING EVIDENCE | PLAINTIFF'S RESPONSE |
|---|---|---|
| | | *Third*, Plaintiff further disputes this SUF as contradicted by available evidence. MindGeek S.a.r.l. did have responsibility for "reviewing" content uploaded to Pornhub.com, Redtube.com, and Youporn.com by virtue of being tasked with operating those websites. [redacted] Put together, this creates a genuine issue of material fact in dispute over MindGeek's purported |

| SUF NO. | DEFENDANTS' FACT AND SUPPORTING EVIDENCE | PLAINTIFF'S RESPONSE |
|---|---|---|
| | | "responsibility" to review such content. SAMF 29-35, 87, 89-91<br><br>Supporting Facts: Yzurdiaga Decl. Ex. 4 (MindGeek_00139108 at -165); Yzurdiaga Decl. Ex. 5 (MindGeek_00524432 at -434, -463, -486, -492); Yzurdiaga Decl. Ex. 6 (DPA at 2 (¶ 2), 48)); Yzurdiaga Decl. Ex. 7 (NDAL MindGeek [redacted] Tr. 36:13-55:16). |
| 17. | Fact: MindGeek S.à r.l. does not have any responsibility for providing members of the public access to Pornhub.com, Redtube.com, Youporn.com, or any other website on which images of Plaintiff may have appeared.<br><br>Evidence: [redacted] Dec. ¶ 11. | **Disputed.**<br><br>*First*, Plaintiff reasserts the Standing Objection regarding [redacted] Declaration to this SUF.<br><br>*Second*, this SUF's reliance on the declaration of Mr. [redacted] is improper. Plaintiff reincorporates her best evidence and hearsay objections made in response to SUF 8.<br><br>*Third*, by virtue of operating and monitoring content on its tube sites, MindGeek S.a.r.l. did have a responsibility to provide access to content on its tube sites, including Pornhub.com, and Redtube.com, Youporn.com. To this end, Plaintiff reincorporates her responses to SUF No. 15 and 16. |
| 18. | Fact: No employee or representative of MindGeek S.à r.l. has interacted with Plaintiff or her ex-boyfriend regarding the Videos of her that were allegedly uploaded to MindGeek's websites. | **Disputed.**<br><br>*First*, Plaintiff reasserts the Standing Objection regarding [redacted] Declaration to this SUF. |

| SUF NO. | DEFENDANTS' FACT AND SUPPORTING EVIDENCE | PLAINTIFF'S RESPONSE |
|---|---|---|
| | Evidence: [redacted] Dec. ¶ 11. | *Second*, this SUF's reliance on the declaration of Mr. [redacted] is improper. Plaintiff reincorporates her best evidence and hearsay objections made in response to SUF 8.<br><br>*Third*, MindGeek's claim that [redacted] SAMF 29-34, 89-90.<br><br><u>Supporting Facts</u>: Yzurdiaga Decl. Ex. 5 (MindGeek_00524432 at -486); Yzurdiaga Decl. Ex. 6 (DPA at 1-2 (¶¶ 1-2), 21-22, 25-29, 34-36 (¶¶ 1-5), 37-45 (¶¶ 10-35), 48 (¶ 1)); Yzurdiaga Decl. Ex. 7 (NDAL [redacted] Tr. 36:13-55:16); Yzurdiaga Decl. Ex. 78 [redacted] Tr. 279:20-280:1). |
| 19. | Fact: MindGeek S.à r.l. did not create, solicit, post, manage, or have any other involvement with the Video<br><br>Evidence: [redacted] Dec. ¶ 11. | **Disputed.**<br><br>*First*, Plaintiff reasserts the Standing Objection regarding [redacted] Declaration to this SUF.<br><br>*Second*, this SUF's reliance on the declaration of Mr. [redacted] is improper. Plaintiff reincorporates her |

| SUF NO. | DEFENDANTS' FACT AND SUPPORTING EVIDENCE | PLAINTIFF'S RESPONSE |
|---|---|---|
| | | best evidence and hearsay objections made in response to SUF 8.<br><br>*Third*, MindGeek S.a.r.l. did manage the Video by virtue of both operating and having responsibility for reviewing all content on its tube sites. To this end, Plaintiff reincorporates her responses to SUF No. 15 and 16. |

| SUF NO. | DEFENDANTS' FACT AND SUPPORTING EVIDENCE | PLAINTIFF'S RESPONSE |
|---|---|---|
| **MG Freesites Ltd** | | |

| | | |
|---|---|---|
| 20. | Fact: MG Freesites Ltd is and has been a limited liability company organized and operating under the laws of the Republic of Cyprus, with its head office at 195-197 Old Nicosia-Limassol Road, Block 1 Dali Industrial Zone, Cyprus.<br><br>Evidence: [redacted] Dec. ¶ 13. | **Disputed.**<br><br>*First*, Plaintiff reasserts the Standing Objection regarding [redacted] Declaration to this SUF.<br><br>*Second*, this SUF's reliance on the declaration of Mr. [redacted] is improper.<br><br>Mr. [redacted] does not state that he has any specific knowledge as it relates to MG Freesites Ltd, [redacted] While he may have such experience, the declaration fails to explain this or describe how it affects his personal knowledge. This is insufficient foundation to state the facts within this SUF. *See* Fed. R. Evid. 602.<br><br>Mr. [redacted] fails to cite any evidence, [redacted] that supports his conclusory assertions. To the extent he is relying on an (uncited) document or documents that show such information, Mr. [redacted] has failed to lay the appropriate business records foundation, or even establish that he is competent to lay such foundation. MindGeek, moreover, should reference that document in this SUF (with the proper foundation), not Mr. [redacted] summary of it. *See, e.g.*, Fed. R. Evid. 1002. |

| SUF NO. | DEFENDANTS' FACT AND SUPPORTING EVIDENCE | PLAINTIFF'S RESPONSE |
|---|---|---|
| | | To the extent Mr. [redacted] is relying on information he received from others regarding MG Freesites Ltd's incorporation and corporate address, this is inadmissible hearsay. *See* Fed. R. Evid. 802. MindGeek has not identified any exclusion or exemption from the hearsay rule. |
| 21. | Fact: MG Freesites Ltd has during the relevant period been responsible for operating video sharing websites, including Pornhub.com, Redtube.com, and Youporn.com.<br><br>Evidence: [redacted] Dec. ¶ 14. | **Disputed.**<br><br>*First*, Plaintiff reasserts the Standing Objection regarding [redacted] Declaration to this SUF.<br><br>*Second*, this SUF's reliance on the declaration of Mr. [redacted] is improper. Plaintiff reincorporates her lack of foundation, best evidence, and hearsay objections made in response to SUF 20.<br><br>*Third*, Plaintiff disputes this SUF to the effect it attempts to argue that *only* MindGeek Freesites Ltd was responsible for operating video sharing websites like Pornhub.com, Redtube.com, and Youporn.com. As noted in Plaintiff's response to SUF Nos. 9, 11, 15, 16, 17, and 19, there is ample evidence that MindGeek S.a.r.l. operated MindGeek's tubesites. Rather than repeat those arguments herein, Plaintiff reincorporates her arguments therein here. |
| 22. | Fact: MG Freesites Ltd has during the relevant period been adequately capitalized—that is, it has capital reasonably regarded as adequate to | **Disputed.** |

| SUF NO. | DEFENDANTS’ FACT AND SUPPORTING EVIDENCE | PLAINTIFF’S RESPONSE |
|---|---|---|
| | enable it to operate its business and pay its debts as they mature.<br><br>Evidence: [redacted] Dec. ¶ 15. | *First*, Plaintiff reasserts the Standing Objection regarding [redacted] Declaration to this SUF.<br><br>*Second*, this SUF’s reliance on the declaration of Mr. [redacted] is improper. Plaintiff reincorporates her lack of foundation, best evidence, and hearsay objections made in response to SUF 20.<br><br>*Third*, the [redacted] Declaration does not demonstrate that MindGeek Freesites [redacted] It merely says it is so. Mr. [redacted] fails to cite any evidence, [redacted] thereof, that supports his conclusory assertions. To the extent he is relying on an (uncited) document or documents that show such information, Mr. [redacted] has failed to lay the appropriate business records foundation, or even establish that he is competent to lay such foundation. MindGeek, moreover, should reference that document in this SUF (with the proper foundation), not Mr. Andreou’s summary of it. *See, e.g.*, Fed. R. Evid. 1002. |
| 23. | Fact: MG Freesites Ltd has its own bank accounts and serves as a party to and responsible for fulfilling its own contracts.<br><br>Evidence: [redacted] Dec. ¶ 15. | **Disputed.**<br><br>*First*, Plaintiff reasserts the Standing Objection regarding [redacted] Declaration to this SUF. |

| SUF NO. | DEFENDANTS' FACT AND SUPPORTING EVIDENCE | PLAINTIFF'S RESPONSE |
|---|---|---|
| | | *Second*, this SUF's reliance on the declaration of Mr. [redacted] is improper. Plaintiff reincorporates her lack of foundation, best evidence, and hearsay objections made in response to SUF 20. |
| 24. | Fact: MG Freesites Ltd has had during the relevant period the equivalent of its own designated board of directors, referred to as a board of managers, and observes all necessary corporate formalities.<br><br>Evidence: [redacted] Dec. ¶ 16. | **Disputed.**<br><br>*First*, Plaintiff reasserts the Standing Objection regarding Andreou Declaration to this SUF.<br><br>*Second*, this SUF's reliance on the declaration of Mr. [redacted] is improper. Plaintiff reincorporates her lack of foundation, best evidence, and hearsay objections made in response to SUF 20.<br><br>*Third*, Plaintiff disputes MindGeek's characterization of [redacted] SAMF 7-12.<br><br>*Fourth*, Plaintiff disputes that MG Freesites Ltd observed all necessary corporate formalities. Rather, the MindGeek entities operated as one business and disregarded corporate formalities. [redacted] |

| SUF NO. | DEFENDANTS' FACT AND SUPPORTING EVIDENCE | PLAINTIFF'S RESPONSE |
|---|---|---|
| | | [redacted] Put together, there is a genuine issue of material fact in dispute as to whether MG Freesites Ltd respected corporate formalities. SAMF 22, 44-55.<br><br><u>Supporting Facts</u>:<br>Yzurdiaga Decl. Ex. 1 (MindGeek_00580313) [redacted]<br>Yzurdiaga Decl. Ex. 2 (MindGeek_00606226, at -230-231, -234, -236-37); Yzurdiaga Decl. Ex. 3 (MindGeek_00075424 at 2-3, 4-5, |

| SUF NO. | DEFENDANTS' FACT AND SUPPORTING EVIDENCE | PLAINTIFF'S RESPONSE |
|---|---|---|
| | | 8-11); Yzurdiaga Decl. Ex. 4 (MindGeek_00139108 at -110, -112-113, -117, -166-67); Yzurdiaga Decl. Ex. 5 (MindGeek_00524432 at -434, -436, -457-59); Yzurdiaga Decl. Ex. 7 (NDAL [redacted] Tr. 38:4-15); Yzurdiaga Decl. Ex. 14 (Andreas Andreou Tr. 38:4-15); Yzurdiaga Decl. Ex. 16 (MindGeek_00324152 at -158, -164); Yzurdiaga Decl. Ex. 17 (MindGeek_00493468 at -468); Yzurdiaga Decl. Ex. 18 (MindGeek_00493477 at -477); Yzurdiaga Decl. Ex. 19 (MindGeek_00493486 at -486); Yzurdiaga Decl. Ex. 20 (MindGeek_00493508 at -508); Yzurdiaga Decl. Ex. 21 (MindGeek_00493517 at -517); Yzurdiaga Decl. Ex. 22 (MindGeek_00493526 at -526); Yzurdiaga Decl. Ex. 23 (MindGeek_00575725 at -725); Yzurdiaga Decl. Ex. 24 (NDAL MindGeek 30(b)(6) [redacted] Tr. 78:6-79:13, 81:20-82:12, 84:23-85:9, 90:8-14, 112:25-113:24); Yzurdiaga Decl. Ex. 25 (MindGeek_00396976 at -979); Yzurdiaga Decl. Ex. 26 (MindGeek_00531858 at -961); Yzurdiaga Decl. Ex. 30 (MindGeek_00579895 at -898); Yzurdiaga Decl. Ex. 34 (MindGeek_00579895 at -898); Yzurdiaga Decl. Ex. 63 |

| SUF NO. | DEFENDANTS' FACT AND SUPPORTING EVIDENCE | PLAINTIFF'S RESPONSE |
|---|---|---|
| | | (NDAL MindGeek 30(b)(6) [redacted] Tr. 114:6-13); Yzurdiaga Decl. Ex. 64 (MindGeek_00406898). |
| | **9219-1568 Quebec Inc.** | |
| 25. | Fact: 9219-1568 Quebec Inc. is and has been a corporation organized and operating under the laws of the Provence of Quebec, Canada, with its head office at 7777 Decarie Boulevard, Montreal, Quebec H4P-2H2.<br><br>Evidence: [redacted] Dec. ¶ 17. | **Disputed.**<br><br>*First*, while Plaintiff agrees to 9219-1568 Quebec Inc.'s country of incorporation, Plaintiff disputes this SUF due to the Standing Objection regarding [redacted] Declaration to this SUF.<br><br>*Second*, this SUF's reliance on the declaration of Mr. [redacted] is improper.<br><br>Mr. [redacted] does not state that he has any specific knowledge as it relates to [redacted] To the extent he has any experience with 9219-1568 Quebec Inc., he does not even attempt to explain his basis of personal knowledge. This is insufficient foundation to state the facts within this SUF. *See* Fed. R. Evid. 602.<br><br>Mr. [redacted] fails to cite any evidence, like documents of incorporation or business records thereof, that supports his conclusory assertions. To the extent he is relying on an (uncited) document or documents that show such information, Mr. [redacted] has failed |

| SUF NO. | DEFENDANTS' FACT AND SUPPORTING EVIDENCE | PLAINTIFF'S RESPONSE |
|---|---|---|
| | | to lay the appropriate business records foundation, or even establish that he is competent to lay such foundation. MindGeek, moreover, should reference that document in this SUF (with the proper foundation), not Mr. [redacted] summary of it. *See, e.g.*, Fed. R. Evid. 1002.<br><br>To the extent Mr. [redacted] is relying on information he received from others regarding 9219-1568 Quebec Inc.'s incorporation and corporate address, this is inadmissible hearsay. *See* Fed. R. Evid. 802. MindGeek has not identified any exclusion or exemption from the hearsay rule |
| 26. | Fact: 9219-1568 Quebec Inc. has during the relevant period been a service provider to MG Freesites Ltd and other affiliates. Those services have been and are provided pursuant to written agreements that respect the separateness of the service provider and the service receiver.<br><br>Evidence: [redacted] Dec. ¶ 19. | **Disputed.**<br><br>*First*, Plaintiff reasserts the Standing Objection regarding [redacted] Declaration to this SUF.<br><br>*Second*, this SUF's reliance on the declaration of Mr. [redacted] is improper. Plaintiff reincorporates her lack of foundation, best evidence, and hearsay objections in response to SUF 25 herein.<br><br>*Third*, Plaintiff objects to this fact as impermissibly vague as to "other affiliates" and "written agreements". MindGeek fails to state which of MindGeek's myriad entities or which "agreements" to which it refers. |

| SUF NO. | DEFENDANTS' FACT AND SUPPORTING EVIDENCE | PLAINTIFF'S RESPONSE |
|---|---|---|
| | | *Fourth*, available evidence contradicts this. [redacted] supports that there is a disputed genuine issue of material issue that a jury must resolve. SAMF 36.<br><br>Supporting Facts: Yzurdiaga Decl. Ex. 7 (NDAL [redacted] Tr. 20:8-24). |
| 27. | Fact: 9219-1568 Quebec Inc. has during the relevant period been adequately capitalized—that is, it has capital reasonably regarded as adequate to enable it to operate its business and pay its debts as they mature.<br><br>Evidence: [redacted] Dec. ¶ 20. | **Disputed.**<br><br>*First*, Plaintiff reasserts the Standing Objection regarding Andreou Declaration to this SUF.<br><br>*Second*, this SUF's reliance on the declaration of Mr. [redacted] is improper. Plaintiff reincorporates her lack of foundation, best evidence, and hearsay objections in response to SUF 25 herein.<br><br>*Third*, the [redacted] Declaration does not demonstrate [redacted] It merely says it is so. Mr. [redacted] fails to cite any evidence, like documents of incorporation or business records thereof, that |

| SUF NO. | DEFENDANTS' FACT AND SUPPORTING EVIDENCE | PLAINTIFF'S RESPONSE |
|---|---|---|
| | | supports his conclusory assertions. To the extent he is relying on an (uncited) document or documents that show such information, Mr. [redacted] has failed to lay the appropriate business records foundation, or even establish that he is competent to lay such foundation. MindGeek, moreover, should reference that document in this SUF (with the proper foundation), not Mr. [redacted] summary of it. *See, e.g.*, Fed. R. Evid. 1002. |
| 28. | Fact: 9219-1568 Quebec Inc. has its own bank accounts and serves as a party to and responsible for fulfilling its own contracts.<br><br>Evidence: [redacted] Dec. ¶ 20. | **Disputed.**<br><br>*First*, Plaintiff reasserts the Standing Objection regarding [redacted] Declaration to this SUF.<br><br>*Second*, this SUF's reliance on the declaration of Mr. [redacted] is improper. Plaintiff reincorporates her lack of foundation, best evidence, and hearsay objections in response to SUF 25 herein. |
| 29. | Fact: 9219-1568 Quebec Inc. also has had during the relevant period its own designated board of directors and observed all necessary corporate formalities.<br><br>Evidence: [redacted] Dec. ¶ 21. | **Disputed.**<br><br>*First*, Plaintiff reasserts the Standing Objection regarding Andreou Declaration to this SUF.<br><br>*Second*, this SUF's reliance on the declaration of Mr[redacted] is improper. Plaintiff reincorporates her lack of foundation, best evidence, and hearsay objections in response to SUF 25 herein. |

| SUF NO. | DEFENDANTS' FACT AND SUPPORTING EVIDENCE | PLAINTIFF'S RESPONSE |
|---|---|---|
| | | *Third*, to the extent that MindGeek implies that by having its "own" designated board of directors, therefore 9219-1568 Quebec Inc. necessarily was a separate corporate entity from other MindGeek entities, this is incorrect. [redacted]<br><br>*Fourth*, 9219-1568 Quebec Inc. did not observe all necessary corporate formalities. [redacted] Put together with the existing evidence regarding MindGeek's disregard for corporate formalities, there is a disputed |

| SUF NO. | DEFENDANTS' FACT AND SUPPORTING EVIDENCE | PLAINTIFF'S RESPONSE |
|---|---|---|
| | | genuine issue of material fact concerning this SUF that precludes summary judgment. SMAF 7-13, 15, 22, 40-41, 44-55.<br><br>Supporting Facts:<br>Yzurdiaga Decl. Ex. 2 (MindGeek_00606226, at -230-31); Yzurdiaga Decl. Ex. 3 (MindGeek_00075424 at 2-3, 4-5, 9-11); Yzurdiaga Decl. Ex. 4 (MindGeek_00139108 at -110, -112-13, -166-67); Yzurdiaga Decl. Ex. 5 (MindGeek_00524432 at -434, -436-37, -440, -457-59, -489); Yzurdiaga Decl. Ex. 6 (DPA at 73-76, 8-9 (¶ 8), 12 (¶¶ 36-37), 27, 45-46); Yzurdiaga Decl. Ex. 7 (NDAL [redacted] Tr. 38:4-15); Yzurdiaga Decl. Ex. 16 (MindGeek_00324152 at -158, -164);<br>Yzurdiaga Decl. Ex. 17 (MindGeek_00493468 at -468);<br>Yzurdiaga Decl. Ex. 18 (MindGeek_00493477 at -477);<br>Yzurdiaga Decl. Ex. 19 (MindGeek_00493486 at -486);<br>Yzurdiaga Decl. Ex. 20 (MindGeek_00493508 at -508);<br>Yzurdiaga Decl. Ex. 21 (MindGeek_00493517 at -517);<br>Yzurdiaga Decl. Ex. 22 (MindGeek_00493526 at -526);<br>Yzurdiaga Decl. Ex. 23 (MindGeek_00575725 at -725);<br>Yzurdiaga Decl. Ex. 16 (MindGeek_00324152 at -158); |

| SUF NO. | DEFENDANTS' FACT AND SUPPORTING EVIDENCE | PLAINTIFF'S RESPONSE |
|---|---|---|
| | | Yzurdiaga Decl. Ex. 17 (MindGeek_00493468 at -468); Yzurdiaga Decl. Ex. 18 (MindGeek_00493477 at -477); Yzurdiaga Decl. Ex. 19 (MindGeek_00493486 at -486); Yzurdiaga Decl. Ex. 20 (MindGeek_00493508 at -508); Yzurdiaga Decl. Ex. 21 (MindGeek_00493517 at -517); Yzurdiaga Decl. Ex. 22 (MindGeek_00493526 at -526); Yzurdiaga Decl. Ex. 23 (MindGeek_00575725 at -725); Yzurdiaga Decl. Ex. 24 (NDAL MindGeek 30(b)(6) [redacted] Tr. 81:20-82:12, 84:20-85:9, 85:15-87:3, 90:8-14, 112:25-113:7); Yzurdiaga Decl. Ex. 25 (MindGeek_00396976 at -979); Yzurdiaga Decl. Ex. 26 (MindGeek_00531858 at -961); Yzurdiaga Decl. Ex. 27 (MindGeek_00579582 at -585); Yzurdiaga Decl. Ex. 28 (MindGeek_00579655 at -658); Yzurdiaga Decl. Ex. 29 (MindGeek_00579707 at -710); Yzurdiaga Decl. Ex. 30 (MindGeek_00579895 at -898); Yzurdiaga Decl. Ex. 31 (MindGeek_00579364 at -365); Yzurdiaga Decl. Ex. 32 (MindGeek_00579393 at -394); Yzurdiaga Decl. Ex. 33 (MindGeek_00579423 at -424); Yzurdiaga Decl. Ex. 34 (MindGeek_00579463 at -464); |

| SUF NO. | DEFENDANTS' FACT AND SUPPORTING EVIDENCE | PLAINTIFF'S RESPONSE |
|---|---|---|
| | | Yzurdiaga Decl. Ex. 35 (MindGeek_00579495 at -496); Yzurdiaga Decl. Ex. 36 (MindGeek_00579515 at -517); Yzurdiaga Decl. Ex. 37 (MindGeek_00579546 at -549); Yzurdiaga Decl. Ex. 38 (MindGeek_00579618 at -621); Yzurdiaga Decl. Ex. 39 (MindGeek_00579690 at -691); Yzurdiaga Decl. Ex. 63 (NDAL MindGeek 30(b)(6) [redacted] Tr. 114:3-13, 125:16-24); Yzurdiaga Decl. Ex. 64 (MindGeek_00406898 at -898); Yzurdiaga Decl. Ex. 70 ([redacted] Tr. 69:2-24, 258:4-14) |
| **MindGeek USA Incorporated** | | |
| 30. | Fact: MindGeek USA Inc. is and has been a corporation incorporated under the laws of the State of Delaware. The current address of MindGeek USA Incorporated's principal office is 610 Brazos Street, Suite 500, Austin, Texas 78701.<br><br>Evidence: [redacted] Dec. ¶ 22. | **Disputed.**<br><br>*First*, while Plaintiff agrees to MindGeek USA Inc.'s country of incorporation, Plaintiff disputes this SUF because of the Standing Objection regarding [redacted] Declaration.<br><br>*Second*, Plaintiff clarifies that while MindGeek USA Inc. has a current address in Austin, Texas, at the time of filing the Third Amended Complaint, it had an established place of business in California. Yzurdiaga Decl. Ex. 68 (Answer to Third Amended Complaint).<br><br>*Third*, this SUF's reliance on the declaration of Mr. [redacted] is improper. |

| | | |
|---|---|---|
| | | Mr. [redacted] admittedly worked and served as a [redacted] He does not state that he has any specific knowledge as it relates to MindGeek USA Incorporated, [redacted] This is insufficient foundation to state the facts within this SUF. *See* Fed. R. Evid. 602.<br><br>Mr. [redacted] fails to cite any evidence, [redacted] that supports his conclusory assertions. To the extent he is relying on an (uncited) document or documents that show such information, Mr. [redacted] has failed to lay the appropriate business records foundation, or even establish that he is competent to lay such foundation. MindGeek, moreover, should reference that document in this SUF (with the proper foundation), not Mr. [redacted] summary of it. *See, e.g.*, Fed. R. Evid. 1002.<br><br>To the extent Mr. [redacted] is relying on information he received from others regarding MindGeek USA Incorporated's incorporation and corporate address, this is inadmissible hearsay. *See* Fed. R. |

| SUF NO. | DEFENDANTS' FACT AND SUPPORTING EVIDENCE | PLAINTIFF'S RESPONSE |
|---|---|---|
| | | Evid. 802. MindGeek has not identified any exclusion or exemption from the hearsay rule. |
| 31. | Fact: During the relevant period, MindGeek USA Incorporated has distributed DVD-based content and operated online stores.<br><br>Evidence: [redacted] Dec. ¶ 23. | **Disputed.**<br><br>*First*, Plaintiff reasserts the Standing Objection regarding [redacted] Declaration to this SUF.<br><br>*Second*, this SUF's reliance on the declaration of Mr. [redacted] is improper. Plaintiff reincorporates her lack of foundation, best evidence, and hearsay objections made in response to SUF 30 herein. |
| 32. | Fact: MindGeek USA Incorporated has not operated, managed, maintained, supervised, or controlled the day-to-day operations of Pornhub.com, Redtube.com, Youporn.com, or any other website on which images of Plaintiff may have appeared.<br><br>Evidence: [redacted] Dec. ¶ 24. | **Disputed.**<br><br>*First*, Plaintiff reasserts the Standing Objection regarding [redacted] Declaration to this SUF.<br><br>*Second*, this SUF's reliance on the declaration of Mr. [redacted] is improper. Plaintiff reincorporates her lack of foundation, best evidence, and hearsay objections made in response to SUF 30 herein. Plaintiff reasserts her foundation objection in response to SUF 30.<br><br>*Third,* MindGeek USA Incorporated is part of the group of entities the day-to-day operations of Pornhub.com, Redtube.com, Youporn.com. [redacted] |

| SUF NO. | DEFENDANTS' FACT AND SUPPORTING EVIDENCE | PLAINTIFF'S RESPONSE |
|---|---|---|
| | | [redacted] SAMF 44-50.<br><br>[redacted]<br><br>Supporting Facts: Yzurdiaga Decl. Ex. 2 (MindGeek_00606226, at -230-31); Yzurdiaga Decl. Ex. 3 (MindGeek_00075424 at 2-3, 4-5, 9-11); Yzurdiaga Decl. Ex. 4 |

| SUF NO. | DEFENDANTS' FACT AND SUPPORTING EVIDENCE | PLAINTIFF'S RESPONSE |
|---|---|---|
| | | (MindGeek_00139108 at -110, -112-13, -166-67); Yzurdiaga Decl. Ex. 5 (MindGeek_00524432 at -434, -436-37, -440, -457-59, -489); Yzurdiaga Decl. Ex. 6 (DPA at 34 (¶¶ 1-2), 48 (¶ 1), 49 (¶ 2)); Yzurdiaga Decl. Ex. 16 (MindGeek_00324152 at -164); Yzurdiaga Decl. Ex. 63 (NDAL MindGeek 30(b)(6) [redacted] Tr. 114:3-13, 125:16-24); Yzurdiaga Decl. Ex. 64 (MindGeek_00406898 at -898). |
| 33. | Fact: MindGeek USA Incorporated does not have any responsibility for reviewing and does not review any content that is uploaded to Pornhub.com, Redtube.com, Youporn.com, or any other website on which images of Plaintiff may have appeared.<br><br>Evidence: [redacted] Dec. ¶ 24. | **Disputed.**<br><br>*First*, Plaintiff reasserts the Standing Objection regarding [redacted] Declaration to this SUF.<br><br>*Second*, this SUF's reliance on the declaration of Mr. [redacted] is improper. Plaintiff reincorporates her lack of foundation, best evidence, and hearsay objections made in response to SUF 30 herein.<br><br>*Third*, MindGeek USA Incorporated does have responsibility for reviewing content uploaded to MindGeek's websites. [redacted] |

| SUF NO. | DEFENDANTS' FACT AND SUPPORTING EVIDENCE | PLAINTIFF'S RESPONSE |
| --- | --- | --- |
| | | [redacted] All together, there is a genuine issue of material fact in dispute regarding MindGeek USA Incorporated's responsibility in reviewing content. SAMF 91.<br><br>Supporting Facts: Yzurdiaga Decl. Ex. 3 (MindGeek_00075424 at 11); Yzurdiaga Decl. Ex. 4 (MindGeek_00139108 at -167); Yzurdiaga Decl. Ex. 5 (MindGeek_00524432 at -489, -492); Yzurdiaga Decl. Ex. 6 (DPA at 34 (¶ 1), 48 (¶ 1)). |
| 34. | Fact: MindGeek USA Incorporated does not have any responsibility for providing members of the public access to Pornhub.com, Redtube.com, Youporn.com, or any other website on which images of Plaintiff may have appeared.<br><br>Evidence: [redacted] Dec. ¶ 24. | **Disputed.**<br><br>*First*, Plaintiff reasserts the Standing Objection regarding Andreou Declaration to this SUF.<br><br>*Second*, this SUF's reliance on the declaration of Mr. [redacted] is improper. Plaintiff reincorporates her lack of foundation, best evidence, and hearsay objections made in response to SUF 30 herein.<br><br>*Third*, MindGeek USA Incorporated does have responsibility as part and parcel of its tasks operating as a group in operating the tube sites. To this end, Plaintiff reincorporates her responses to SUF Nos. 32 and 33. |

| SUF NO. | DEFENDANTS' FACT AND SUPPORTING EVIDENCE | PLAINTIFF'S RESPONSE |
|---|---|---|
| 35. | Fact: No employee or representative of MindGeek USA Incorporated has interacted with Plaintiff or her ex-boyfriend regarding the videos of her that were allegedly uploaded to Pornhub.com, Redtube.com, or Youporn.com.<br><br>Evidence: [redacted] Dec. ¶ 24. | **Disputed.**<br><br>*First*, Plaintiff reasserts the Standing Objection regarding [redacted] Declaration to this SUF.<br><br>*Second*, this SUF's reliance on the declaration of Mr. Andreou is improper. Plaintiff reincorporates her lack of foundation, best evidence, and hearsay objections made in response to SUF 30 herein.<br><br>*Third*, this claim is nonsensical. [redacted]<br><br><u>Supporting Facts</u>: Yzurdiaga Decl. Ex. 5 (MindGeek_00524432 at -486); Yzurdiaga Decl. Ex. 6 (DPA at 1-2 (¶¶ 1-2), 21-22, 25-29 (Attachment A, Board of Directors Resolution), 34-36 (¶¶ 1-5), 37-45 (¶¶ 10-35), 48 (¶ 1)); Yzurdiaga Decl. Ex. 7 (NDAL [redacted] Tr. 36:13-55:16); Yzurdiaga Decl. Ex. 78 ([redacted] Tr. 279:20-280:1). |

| SUF NO. | DEFENDANTS' FACT AND SUPPORTING EVIDENCE | PLAINTIFF'S RESPONSE |
|---|---|---|
| 36. | Fact: MindGeek USA Incorporated did not create, solicit, post, manage, or have any other involvement with the Videos.<br><br>Evidence: [redacted]. | **Disputed.**<br><br>*First*, Plaintiff reasserts the Standing Objection regarding [redacted] Declaration to this SUF.<br><br>*Second*, this SUF's reliance on the declaration of Mr. [redacted] is improper. Plaintiff reincorporates her lack of foundation, best evidence, and hearsay objections made in response to SUF 30 herein.<br><br>*Third*, MindGeek USA Incorporated did manage the Video as part and parcel of its tasks operating as a group in operating the tube sites. To this end, Plaintiff reincorporates her responses to SUF Nos. 32 and 33. |
| 37. | Fact: MindGeek USA Incorporated has during the relevant period been adequately capitalized—that is, it has capital reasonably regarded as adequate to enable it to operate its business and pay its debts as they mature.<br><br>Evidence: [redacted] Dec. ¶ 25. | **Disputed.**<br><br>*First*, Plaintiff reasserts the Standing Objection regarding [redacted] Declaration to this SUF.<br><br>*Second*, this SUF's reliance on the declaration of Mr. [redacted] is improper. Plaintiff reincorporates her lack of foundation, best evidence, and hearsay objections made in response to SUF 30 herein.<br><br>*Third*, the [redacted] Declaration does not demonstrate that MindGeek Freesites has been adequately capitalized during the relevant period. It merely says it is so. Mr. [redacted] fails to cite any evidence, [redacted] |

| SUF NO. | DEFENDANTS' FACT AND SUPPORTING EVIDENCE | PLAINTIFF'S RESPONSE |
| --- | --- | --- |
| | | [redacted] that supports his conclusory assertions. To the extent he is relying on an (uncited) document or documents that show such information, Mr. [redacted] has failed to lay the appropriate business records foundation, or even establish that he is competent to lay such foundation. MindGeek, moreover, should reference that document in this SUF (with the proper foundation), not Mr. [redacted] summary of it. *See, e.g.*, Fed. R. Evid. 1002.<br><br><u>Supporting Evidence</u>:<br>Yzurdiaga Decl. Ex. 1 (MindGeek_00580313) [redacted]<br>Yzurdiaga Decl. Ex. 54 (MindGeek_00580324) [redacted] |
| 38. | Fact: MindGeek USA Incorporated has its own bank accounts and serves as a party to and responsible for fulfilling its own contract.<br><br>Evidence: [redacted] Dec. ¶ 25. | **Disputed.**<br><br>*First*, Plaintiff reasserts the Standing Objection regarding [redacted] Declaration to this SUF.<br><br>*Second*, this SUF's reliance on the declaration of Mr. [redacted] is improper. Plaintiff reincorporates her lack of foundation, best evidence, and hearsay objections made in response to SUF 30 herein. |
| 39. | Fact: MindGeek USA Incorporated also has had during the relevant period its own designated board of directors and observed all necessary corporate formalities. | **Disputed.**<br><br>*First*, Plaintiff reasserts the Standing Objection regarding [redacted] Declaration to this SUF. |

| SUF NO. | DEFENDANTS' FACT AND SUPPORTING EVIDENCE | PLAINTIFF'S RESPONSE |
|---|---|---|
| | Evidence: [redacted] Dec. ¶ 26. | *Second*, this SUF's reliance on the declaration of Mr. [redacted] is improper. Plaintiff reincorporates her lack of foundation, best evidence, and hearsay objections made in response to SUF 30 herein.<br><br>*Third*, to the extent that MindGeek implies that by having its "own" designated board of directors, therefore MindGeek USA Incorporated necessarily was a separate corporate entity from other MindGeek entities, this is incorrect. [redacted]<br><br>*Fourth*, MindGeek USA Incorporated did not observe all necessary corporate formalities. [redacted] |

| SUF NO. | DEFENDANTS' FACT AND SUPPORTING EVIDENCE | PLAINTIFF'S RESPONSE |
|---|---|---|
| | | [redacted] Put together, there is a genuine issue of material fact in dispute regarding whether MindGeek USA Incorporated respected corporate formalities. SAMF 29-39, 45-51, 87-90.<br><br><u>Supporting Evidence</u>: Yzurdiaga Decl. Ex. 1 (MindGeek_00580313); Yzurdiaga Decl. Ex. 2 (MindGeek_00606226, at -230-31); Yzurdiaga Decl. Ex. 3 (MindGeek_00075424 at 2-3, 4-5, 9-11); Yzurdiaga Decl. Ex. 4 (MindGeek_00139108 at -110, -112-13, -166-67); Yzurdiaga Decl. Ex. 5 (MindGeek_00524432 at -434, -436-37, -457-59, -485, -489); Yzurdiaga Decl. Ex. 6 (DPA at 34-35 (¶ 2), 49 (¶ 2)); Yzurdiaga Decl. Ex. 7 (NDAL [redacted] Tr. 20:8-24, 31:23-34:18); Yzurdiaga Decl. Ex. 12 (MindGeek_00578926 at -995); Yzurdiaga Decl. Ex. 16 (MindGeek_00324152 at -164); Yzurdiaga Decl. Ex. 24 (NDAL MindGeek 30(b)(6) [redacted] Tr. 84:20-85:9, 85:15-87:3, 90:16-24); |

| SUF NO. | DEFENDANTS' FACT AND SUPPORTING EVIDENCE | PLAINTIFF'S RESPONSE |
|---|---|---|
| | | Yzurdiaga Decl. Ex. 40 (MindGeek_00580308); Yzurdiaga Decl. Ex. 41 (MindGeek_00580309); Yzurdiaga Decl. Ex. 42 (MindGeek_00580310); Yzurdiaga Decl. Ex. 43 (MindGeek_00580311); Yzurdiaga Decl. Ex. 44 (MindGeek_00580312); Yzurdiaga Decl. Ex. 45 (MindGeek_00580314); Yzurdiaga Decl. Ex. 46 (MindGeek_00580315); Yzurdiaga Decl. Ex. 47 (MindGeek_00580316); Yzurdiaga Decl. Ex. 48 (MindGeek_00580317); Yzurdiaga Decl. Ex. 49 (MindGeek_00580318); Yzurdiaga Decl. Ex. 50 (MindGeek_00580319); Yzurdiaga Decl. Ex. 51 (MindGeek_00580320); Yzurdiaga Decl. Ex. 52 (MindGeek_00580321); Yzurdiaga Decl. Ex. 52 (MindGeek_00580322); Yzurdiaga Decl. Ex. 53 (MindGeek_00580323); Yzurdiaga Decl. Ex. 54 (MindGeek_00580324); Yzurdiaga Decl. Ex. 55 (MindGeek_00580325); Yzurdiaga Decl. Ex. 56 (MindGeek_00580326); Yzurdiaga Decl. Ex. 57 (MindGeek_00580327); Yzurdiaga Decl. Ex. 58 |

| SUF NO. | DEFENDANTS' FACT AND SUPPORTING EVIDENCE | PLAINTIFF'S RESPONSE |
| --- | --- | --- |
| | | (MindGeek_00580328); Yzurdiaga Decl. Ex. 59 (MindGeek_00580329); Yzurdiaga Decl. Ex. 60 (MindGeek_00580330); Yzurdiaga Decl. Ex. 61 (MindGeek_00580331); Yzurdiaga Decl. Ex. 62 (MindGeek_00580332); Yzurdiaga Decl. Ex. 63 (NDAL MindGeek 30(b)(6) [redacted] Tr. 114:6-13); Yzurdiaga Decl. Ex. 64 (MindGeek_00406898); Yzurdiaga Decl. Ex. 70 ([redacted] Tr. 47:21-48:1, 207:16-21); Yzurdiaga Decl. Ex. 80 (MindGeek_00519067 at -067). |
| **III. There Is No Evidence Supporting Plaintiff's "Alter Ego" Allegations** | | |
| 40. | Fact: Defendants incorporate by reference the following facts: 9, 11-17, 20-34, 37-39.<br><br>Evidence: Defendants incorporate by reference the evidence supporting the following facts: 9, 11-17, 20-34, 37-39. | Disputed to the extent that Plaintiff disputes the above facts. To the extent applicable, Plaintiff incorporate her objections and disputes to the following facts: 9, 11-17, 20-34, 37-39. |

| SUF NO. | DEFENDANTS' FACT AND SUPPORTING EVIDENCE | PLAINTIFF'S RESPONSE |
|---|---|---|
| **IV. MindGeek S.à.r.l Is Beyond The Territorial Reach of 18 U.S.C. § 1595** | | |
| 41. | Fact: Defendants incorporate by reference the following facts: 8-19.<br><br>Evidence: Defendants incorporate by reference the evidence supporting the following facts: 8-19. | Disputed to the extent that Plaintiff disputes the above facts. To the extent applicable, Plaintiff incorporate her objections and disputes to the following facts: 8-19. |

## II. STATEMENT OF ADDITIONAL MATERIAL FACTS

| SAMF NO. | ADDITIONAL MATERIAL FACT | SUPPORTING EVIDENCE |
|---|---|---|
| 1. | Plaintiff brings this suit against six MindGeek entities, including MindGeek USA Incorporated, MindGeek S.a.r.l., MG Freesites II, and MindGeek RT Content Limited. | Yzurdiaga Decl. Ex. 67 (Third Amended Complaint at 1, 3-5). |
| 2. | MindGeek USA Incorporated is a corporation organized and existing under Delaware state law with a prior established place of business in California. | Yzurdiaga Decl. Ex. 4 (MindGeek_00139108 at -166); Yzurdiaga Decl. Ex. 5 (MindGeek_00524432 at -488); Yzurdiaga Decl. Ex. 67 (Third Amended Complaint at 3-4); Yzurdiaga Decl. Ex. 68 (Answer to Third Amended Complaint at 3). |
| 3. | MindGeek USA Incorporated is a subsidiary of MindGeek S.a.r.l. | Yzurdiaga Decl. Ex. 4 (MindGeek_00139108 at -166); Yzurdiaga Decl. Ex. 5 (MindGeek_00524432 at -488); Yzurdiaga Decl. Ex. 68 (Answer to Third Amended Complaint at 3); Yzurdiaga Decl. Ex. 69 (MindGeek_00578619 at -619). |
| 4. | MindGeek S.a.r.l. is organized under the laws of Luxembourg but operates out of Montreal with satellite offices in the United States. | Yzurdiaga Decl. Ex. 2 (MindGeek_00606226, at -230, -236); Yzurdiaga Decl. Ex. 3 (MindGeek_00075424 at 2-3, 8); Yzurdiaga Decl. Ex. 4 (MindGeek_00139108 at -112, -166-67); Yzurdiaga Decl. Ex. 5 (MindGeek_00524432 at -436, -482, -488); Yzurdiaga Decl. Ex. 68 (Answer to Third Amended Complaint at 3); Yzurdiaga Decl. Ex. 6 (DPA at 49, 74). |

| | | |
|---|---|---|
| 5. | MindGeek S.a.r.l. is [redacted] | Yzurdiaga Decl. Ex. 4 (MindGeek_00139108 at -110, -166); Yzurdiaga Decl. Ex. 5 (MindGeek_00524432 at -433, -488); Yzurdiaga Decl. Ex. 68 (Answer to Third Amended Complaint at 3); Yzurdiaga Decl. Ex. 69 (MindGeek_00578619 at -619). |
| 6. | [redacted] | Yzurdiaga Decl. Ex. 2 (MindGeek_00606226, at -230, -236) Yzurdiaga Decl. Ex. 3 (MindGeek_00075424 at 2, 4); Yzurdiaga Decl. Ex. 4 (MindGeek_00139108 at -112); Yzurdiaga Decl. Ex. 5 (MindGeek_00524432 at -436). |
| 7. | [redacted] served on [redacted] | Yzurdiaga Decl. Ex. 7 (NDAL [redacted] Tr. 38:4-15); Yzurdiaga Decl. Ex. 16 (MindGeek_00324152 at -158); Yzurdiaga Decl. Ex. 17 (MindGeek_00493468 at -468); Yzurdiaga Decl. Ex. 18 (MindGeek_00493477 at -477); Yzurdiaga Decl. Ex. 19 (MindGeek_00493486 at -486); Yzurdiaga Decl. Ex. 20 (MindGeek_00493508 at -508); Yzurdiaga Decl. Ex. 21 (MindGeek_00493517 at -517); Yzurdiaga Decl. Ex. 22 (MindGeek_00493526 at -526); Yzurdiaga Decl. Ex. 23 (MindGeek_00575725 at -725). |

| | | |
|---|---|---|
| 8. | [redacted] served on [redacted] | Yzurdiaga Decl. Ex. 16 (MindGeek_00324152 at -158); Yzurdiaga Decl. Ex. 17 (MindGeek_00493468 at -468); Yzurdiaga Decl. Ex. 18 (MindGeek_00493477 at -477); Yzurdiaga Decl. Ex. 19 (MindGeek_00493486 at -486); Yzurdiaga Decl. Ex. 20 (MindGeek_00493508 at -508); Yzurdiaga Decl. Ex. 21 (MindGeek_00493517 at -517); Yzurdiaga Decl. Ex. 22 (MindGeek_00493526 at -526); Yzurdiaga Decl. Ex. 23 (MindGeek_00575725 at -725); Yzurdiaga Decl. Ex. 24 (NDAL MindGeek 30(b)(6) [redacted] Tr. 81:20-82:12). |
| 9. | [redacted] served on [redacted] | Yzurdiaga Decl. Ex. 24 (NDAL MindGeek 30(b)(6) [redacted] Tr. 82:9-18, 112:25-113:7). |
| 10. | [redacted] served on the [redacted] | Yzurdiaga Decl. Ex. 25 (MindGeek_00396976 at -979); Yzurdiaga Decl. Ex. 26 (MindGeek_00531858 at -961); Yzurdiaga Decl. Ex. 27 (MindGeek_00579582 at -585); Yzurdiaga Decl. Ex. 28 (MindGeek_00579655 at -658); Yzurdiaga Decl. Ex. 29 (MindGeek_00579707 at -710); Yzurdiaga Decl. Ex. 30 (MindGeek_00579895 at -898). |

| | | |
|---|---|---|
| 11. | [redacted] served on the [redacted] | Yzurdiaga Decl. Ex. 33 (MindGeek_00579423 at -424); Yzurdiaga Decl. Ex. 34 (MindGeek_00579463 at -464); Yzurdiaga Decl. Ex. 36 (MindGeek_00579515 at -517); Yzurdiaga Decl. Ex. 38 (MindGeek_00579618 at -621); |
| 12. | [redacted] served the Boards of Managers for [redacted] | Yzurdiaga Decl. Ex. 24 (NDAL MindGeek 30(b)(6) [redacted] Tr. 90:8-14); Yzurdiaga Decl. Ex. 25 (MindGeek_00396976 at -979); Yzurdiaga Decl. Ex. 26 (MindGeek_00531858 at -961); Yzurdiaga Decl. Ex. 27 (MindGeek_00579582 at -585); Yzurdiaga Decl. Ex. 28 (MindGeek_00579655 at -658); Yzurdiaga Decl. Ex. 29 (MindGeek_00579707 at -710); Yzurdiaga Decl. Ex. 30 (MindGeek_00579895 at -898) Yzurdiaga Decl. Ex. 31 (MindGeek_00579364 at -365); Yzurdiaga Decl. Ex. 32 (MindGeek_00579393 at -394); Yzurdiaga Decl. Ex. 33 (MindGeek_00579423 at -424); Yzurdiaga Decl. Ex. 34 (MindGeek_00579463 at -464); Yzurdiaga Decl. Ex. 35 (MindGeek_00579495 at -496); Yzurdiaga Decl. Ex. 36 (MindGeek_00579515 at -517); Yzurdiaga Decl. Ex. 37 (MindGeek_00579546 at -549); Yzurdiaga Decl. Ex. 38 (MindGeek_00579618 at -621); Yzurdiaga Decl. Ex. 39 (MindGeek_00579690 at -691). |

| | | |
|---|---|---|
| 13. | [redacted] concurrently sat on the [redacted] | Yzurdiaga Decl. Ex. 24 (NDAL MindGeek 30(b)(6) [redacted] Tr. 85:15-87:3). |
| 14. | [redacted] served as the [redacted] | Yzurdiaga Decl. Ex. 4 (MindGeek_00139108 at -164-65); Yzurdiaga Decl. Ex. 5 (MindGeek_00524432 at -485-86); Yzurdiaga Decl. Ex. 70 ([redacted] Tr. 44:19-21, 47:21-48:1, 207:16-21). |
| 15. | [redacted] served on the Board of Directors of MindGeek USA Incorporated. | Yzurdiaga Decl. Ex. 24 (NDAL MindGeek 30(b)(6) [redacted] Tr. 84:20-85:9). |
| 16. | [redacted] along with MindGeek's other executive leadership, [redacted] | Yzurdiaga Decl. Ex. 17 (MindGeek_00493468 at -466); Yzurdiaga Decl. Ex. 19 (MindGeek_00493486 at -486); Yzurdiaga Decl. Ex. 71 (MindGeek_00493466 at -466). |
| 17. | In February 2020, [redacted] reported on [redacted] | Yzurdiaga Decl. Ex. 19 (MindGeek_00493486 at -486-87). |
| 18. | In September 2020, [redacted] reported on [redacted] | Yzurdiaga Decl. Ex. 17 (MindGeek_00493468 at -469-70). |

| | | |
|---|---|---|
| 19. | MindGeek S.a.r.l., the parent company, [redacted] | Yzurdiaga Decl. Ex. 11 (MindGeek_00578858 at -924-25); Yzurdiaga Decl. Ex. 12 (MindGeek_00578926 at -993-94); Yzurdiaga Decl. Ex. 13 (MindGeek_00579219 at -288-89); Yzurdiaga Decl. Ex. 14 (MindGeek_00579290 at -361-62); Yzurdiaga Decl. Ex. 15 (MindGeek_00579752 at -812-13); Yzurdiaga Decl. Ex. 16 (MindGeek_00324152 at -216-17); Yzurdiaga Decl. Ex. 72 (MindGeek_00579077 at -150-51); Yzurdiaga Decl. Ex. 73 (MindGeek_00578633 at -633); Yzurdiaga Decl. Ex. 74 (MindGeek_00578621 at -621); Yzurdiaga Decl. Ex. 75 (MindGeek_00578620 at -620); Yzurdiaga Decl. Ex. 76 (MindGeek_00578996 at -074-76); Yzurdiaga Decl. Ex. 77 ([redacted] at -193). |
| 20. | [redacted] | Yzurdiaga Decl. Ex. 6 (DPA at 24-29); Yzurdiaga Decl. Ex. 65 ([redacted] Tr. 33:8-34:3, 148:20-149:12); Yzurdiaga Decl. Ex. 70 ([redacted] Tr. 125:23-126:8, 207:7-14); Yzurdiaga Decl. Ex. 77 ([redacted] Tr. 191:17-18). |

| | | |
|---|---|---|
| 21. | [redacted] | Yzurdiaga Decl. Ex. 11 (MindGeek_00578858 at -925); Yzurdiaga Decl. Ex. 12 (MindGeek_00578926 at -994); Yzurdiaga Decl. Ex. 13 (MindGeek_00579219 at -289); Yzurdiaga Decl. Ex. 14 (MindGeek_00579290 at -362); Yzurdiaga Decl. Ex. 15 (MindGeek_00579752 at -813); Yzurdiaga Decl. Ex. 16 (MindGeek_00324152 at -217). |
| 22. | In a November 2023 MindGeek S.a.r.l. board resolution, MindGeek S.a.r.l. demonstrated its control over the actions of subsidiary defendants' employees when it directed MindGeek's chief legal officer, Anthony Penhale, who is formally employed by the 9219-1568 Quebec Inc. entity, to represent MindGeek S.a.r.l. in addition to the 9219-1568 entity at court hearings and to take actions in connection the Deferred Prosecution Agreement (DPA) MindGeek S.a.r.l. entered with the U.S. Department of Justice in November 2023. | Yzurdiaga Decl. Ex. 6 (DPA at 73-76). |
| 23. | The record shows that MindGeek S.a.r.l. [redacted] | Yzurdiaga Decl. Ex. 8 (MindGeek_00000001 at -001); Yzurdiaga Decl. Ex. 9 (MindGeek_00000033 at -033); Yzurdiaga Decl. Ex. 10 (ECP_SUBPOENA00001486 at -1487); Yzurdiaga Decl. Ex. 99 (MindGeek_00520012 at -012). |

| | | |
|---|---|---|
| 24. | [redacted] | Yzurdiaga Decl. Ex. 10 ([redacted] at -1487); Yzurdiaga Decl. Ex. 66 (MindGeek_00485782 at -787). |
| 25. | For example, [redacted] | Yzurdiaga Decl. Ex. 10 ([redacted] at -1487). |
| 26. | [redacted] | Yzurdiaga Decl. Ex. 10 ([redacted] at -1487). |
| 27. | In 2021, [redacted] | Yzurdiaga Decl. Ex. 66 (MindGeek_00485782 at -787). |
| 28. | In approximately June of 2022, CEO [redacted] and COO [redacted] resigned. | Yzurdiaga Decl. Ex. 4 (MindGeek_00139108 at -164-65); Yzurdiaga Decl. Ex. 5 (MindGeek_00524432 at -485-86); Yzurdiaga Decl. Ex. 70 ([redacted] Tr. 44:19-21, 47:21-48:1, 207:16-21); Yzurdiaga Decl. Ex. 77 ([redacted] Tr. 60:9-18, 61:13-20, 182:14-16). |

| | | |
|---|---|---|
| 29. | MindGeek S.a.r.l.'s DPA arose from a criminal investigation by the U.S. Attorney's Office for the Eastern District of New York into MindGeek S.a.r.l. (now, Aylo S.a.r.l.), MindGeek USA Incorporated (now, Aylo USA Incorporated), and MG Freesites Ltd (now, Aylo Freesites Ltd) for knowingly receiving payments on their pornography websites (including Pornhub.com) derived from sex trafficking. | Yzurdiaga Decl. Ex. 6 (DPA at 1-2 (¶¶ 1-2), 34-36 (¶¶ 1-5), 37-45 (¶¶ 10-35)); Yzurdiaga Decl. Ex. 7 (NDAL [redacted] Tr. 36:13-55:16). |
| 30. | MindGeek S.a.r.l.'s (now, Aylo S.a.r.l.) Board, including Anis Baba and Andreas Andreou, approved the DPA and signed the DPA on behalf of not only itself but Defendants MindGeek USA Incorporated (now, Aylo USA Incorporated) and MG Freesites Ltd (now, Aylo Freesites Ltd). | Yzurdiaga Decl. Ex. 6 (DPA at 21-22, 25-29); Yzurdiaga Decl. Ex. 7 (NDAL [redacted] Tr. 36:13-55:16). |
| 31. | The DPA included the filing of an Information charging MindGeek S.a.r.l. (along with MindGeek USA Incorporated and MG Freesites Ltd)—now Aylo S.a.r.l., Aylo USA Incorporated, and Aylo Freesites Ltd—"knowingly and intentionally" engaging in "monetary transactions" involving the proceeds of sex trafficking under 18 U.S.C. § 1591 when it received payments through its financial institutions. | Yzurdiaga Decl. Ex. 6 [redacted] at 34 (¶ 1), 45 (¶¶ 34-35)); Yzurdiaga Decl. Ex. 7 (NDAL [redacted] Tr. 36:13-55:16). |

| | | |
|---|---|---|
| 32. | In the DPA, MindGeek S.a.r.l. (now, Aylo S.a.r.l.) "admits, accepts and acknowledges that [] it is responsible under United States law for the acts of its officers, directors, employees and agents with respect to the conduct described in the Information and the Statement of Facts," and that "the facts described in the Statement of Facts are true and accurate." | Yzurdiaga Decl. Ex. 6 (DPA at 2 (¶ 2), 48); Yzurdiaga Decl. Ex. 7 (NDAL [redacted] Tr. 36:13-55:16); Yzurdiaga Decl. Ex. 78 ([redacted] Tr. 279:20-280:1). |
| 33. | The representative of [redacted] | Yzurdiaga Decl. Ex. 6 (DPA at 2 (¶ 2), 48); Yzurdiaga Decl. Ex. 7 (NDAL [redacted] Tr. 36:13-55:16); Yzurdiaga Decl. Ex. 78 ([redacted] Tr. 279:20-280:1). |

| | | |
|---|---|---|
| 34. | The DPA's Statement of Facts includes the admission that MindGeek S.a.r.l., MindGeek USA Incorporated, and MG Freesites Ltd.—now, Aylo S.a.r.l., Aylo USA Incorporated, and Aylo Freesites Ltd—are part of a group of entities "the business of which included the maintenance and operation of websites that enabled third parties to post and distribute adult videos" and that they "owned and operated numerous pornographic websites and brands including Pornhub.com." | Yzurdiaga Decl. Ex. 6 (DPA at 34 (¶ 1), 48 (¶ 1)). |
| 35. | In the Statement of Facts, MindGeek S.a.r.l. also admits that "[a]lthough its corporate headquarters was in Luxembourg, MindGeek also had offices with employees in Montreal, Canada, and, among other places, Los Angeles, California." | Yzurdiaga Decl. Ex. 6 (DPA at 34-35 (¶ 2), 49 (¶ 2)). |
| 36. | The MindGeek entities, [redacted] | Yzurdiaga Decl. Ex. 7 (NDAL [redacted] Tr. 20:8-24). |
| 37. | MindGeek S.a.r.l. [redacted] | Yzurdiaga Decl. Ex. 79 ([redacted]). |

| | | |
|---|---|---|
| 38. | [redacted] | Yzurdiaga Decl. Ex. 7 (NDAL [redacted] Tr. 31:23-34:18); Yzurdiaga Decl. Ex. 12 (MindGeek_00578926 at -995); Yzurdiaga Decl. Ex. 80 (MindGeek_00519067 at -067). |
| 39. | [redacted] | Yzurdiaga Decl. Ex. 7 (NDAL [redacted] Tr. 11:12-12:12, 23:9-24). |
| 40. | [redacted] | Yzurdiaga Decl. Ex. 70 ([redacted] Tr. 69:2-24). |
| 41. | [redacted] | Yzurdiaga Decl. Ex. 70 ([redacted] Tr. 258:4-14). |
| 42. | In the Deferred Prosecution Agreement, MindGeek S.a.r.l. bound itself, MindGeek USA Incorporated, and MG Freesites Ltd to pay a nearly $1 million criminal fine and an $870,000 criminal forfeiture to the United States Treasury, for unlawful monetary transactions related to sex trafficking on their tube websites—all in addition to monetary payments to certain sex trafficking victims affected by the conduct at issue in the Information and Statement of Facts. | Yzurdiaga Decl. Ex. 6 (DPA at 8-9 (¶ 8), 12 (¶¶ 36-37), 27, 45-46) |

| | | |
|---|---|---|
| 43. | [redacted] | Yzurdiaga Decl. Ex. 81 [redacted] |

| | | |
|---|---|---|
| 44. | MindGeek [redacted] | Yzurdiaga Decl. Ex. 1 (MindGeek_00580313); Yzurdiaga Decl. Ex. 40 (MindGeek_00580308); Yzurdiaga Decl. Ex. 41 (MindGeek_00580309); Yzurdiaga Decl. Ex. 42 (MindGeek_00580310); Yzurdiaga Decl. Ex. 43 (MindGeek_00580311); Yzurdiaga Decl. Ex. 44 (MindGeek_00580312); Yzurdiaga Decl. Ex. 45 (MindGeek_00580314); Yzurdiaga Decl. Ex. 46 (MindGeek_00580315); Yzurdiaga Decl. Ex. 47 (MindGeek_00580316); Yzurdiaga Decl. Ex. 48 (MindGeek_00580317); Yzurdiaga Decl. Ex. 49 (MindGeek_00580318); Yzurdiaga Decl. Ex. 50 (MindGeek_00580319); Yzurdiaga Decl. Ex. 51 (MindGeek_00580320); Yzurdiaga Decl. Ex. 52 (MindGeek_00580321); Yzurdiaga Decl. Ex. 52 (MindGeek_00580322); Yzurdiaga Decl. Ex. 53 (MindGeek_00580323); Yzurdiaga Decl. Ex. 54 (MindGeek_00580324); Yzurdiaga Decl. Ex. 55 (MindGeek_00580325); Yzurdiaga Decl. Ex. 56 (MindGeek_00580326); Yzurdiaga Decl. Ex. 57 (MindGeek_00580327); Yzurdiaga Decl. Ex. 58 |

| | | |
|---|---|---|
| | | (MindGeek_00580328); Yzurdiaga Decl. Ex. 59 (MindGeek_00580329); Yzurdiaga Decl. Ex. 60 (MindGeek_00580330); Yzurdiaga Decl. Ex. 61 (MindGeek_00580331); Yzurdiaga Decl. Ex. 62 (MindGeek_00580332). |
| 45. | In financial and business documentation, MindGeek S.a.rl. referred to itself [redacted] | Yzurdiaga Decl. Ex. 2 (MindGeek_00606226, at -230-31); Yzurdiaga Decl. Ex. 3 (MindGeek_00075424 at 2-3, 4-5, 9-11); Yzurdiaga Decl. Ex. 4 (MindGeek_00139108 at -110, -112-13, -166-67); Yzurdiaga Decl. Ex. 5 (MindGeek_00524432 at -434, -436-37, -457-59); Yzurdiaga Decl. Ex. 16 (MindGeek_00324152 at -164). |
| 46. | MindGeek S.a.r.l. described itself as [redacted] | Yzurdiaga Decl. Ex. 2 (MindGeek_00606226, at -230); Yzurdiaga Decl. Ex. 3 (MindGeek_00075424 at 2-3); Yzurdiaga Decl. Ex. 4 (MindGeek_00139108 at -112); Yzurdiaga Decl. Ex. 5 (MindGeek_00524432 at -436-37). |

| | | |
|---|---|---|
| 47. | MindGeek S.a.r.l. admitted [redacted] | Yzurdiaga Decl. Ex. 3 (MindGeek_00075424 at 11); Yzurdiaga Decl. Ex. 4 (MindGeek_00139108 at -167); Yzurdiaga Decl. Ex. 5 (MindGeek_00524432 at -489). |
| 48. | MindGeek S.a.r.l. reported [redacted] | Yzurdiaga Decl. Ex. 5 (MindGeek_00524432 at -440). |
| 49. | MindGeek S.a.r.l. reported [redacted] | Yzurdiaga Decl. Ex. 5 (MindGeek_00524432 at -440). |
| 50. | MindGeek S.a.r.l. acknowledged that [redacted] | Yzurdiaga Decl. Ex. 4 (MindGeek_00139108 at -167); Yzurdiaga Decl. Ex. 5 (MindGeek_00524432 at -489). |
| 51. | Board members, executives, and employees of all of these entities conducted business [redacted] | Yzurdiaga Decl. Ex. 63 (NDAL MindGeek 30(b)(6) [redacted] Tr. 114:3-13, 125:16-24); Yzurdiaga Decl. Ex. 64 (MindGeek_00406898 at -898). |

| | | |
|---|---|---|
| 52. | [redacted] | Yzurdiaga Decl. Ex. 65 ([redacted] Tr. 103:10-104:25). |
| 53. | [redacted] | Yzurdiaga Decl. Ex. 63 (NDAL MindGeek 30(b)(6) [redacted] Tr. 22:6-25:8, 41:6-44:8, 96:7-22, 97:10-98:22, 106:17-24, 244:12-17). |
| 54. | [redacted], MindGeek's corporate representative on the topic of [redacted] | Yzurdiaga Decl. Ex. 63 (NDAL MindGeek 30(b)(6) [redacted] Tr. 112:9-16). |

| | | |
|---|---|---|
| 55. | [redacted] MindGeek's corporate representative on the topic of [redacted] | Yzurdiaga Decl. Ex. 63 (NDAL MindGeek 30(b)(6) [redacted] Tr. 39:5-40:18). |
| 56. | Per a [redacted] | Yzurdiaga Decl. Ex. 83 (MindGeek_00610195 at -195). |
| 57. | [redacted] | Yzurdiaga Decl. Ex. 1 [redacted] |
| 58. | Plaintiff filed her Third Amended Complaint on May 5, 2023 against MindGeek. | Yzurdiaga Decl. Ex. 67 (Third Amended Complaint at 51). |
| 59. | In her Third Amended Complaint, Plaintiff alleged that "all the MindGeek entities operate as a single business enterprise, commingling their funds and other assets to shelter and avoid liabilities and to hide the identity of their owners, and jointly and severally liable in this action as alter egos of one another." | Yzurdiaga Decl. Ex. 67 (Third Amended Complaint ¶ 15). |

| | | |
|---|---|---|
| 60. | In MindGeek's Answer to Plaintiff's Third Amended Complaint, MindGeek denied that its entities operated as alter egos of one another. | Yzurdiaga Decl. Ex. 68 (Answer to Third Amended Complaint ¶ 15). |
| 61. | In MindGeek's Answer to Plaintiff's Third Amended Complaint, MindGeek further asserted various affirmative defenses. | Yzurdiaga Decl. Ex. 68 (Answer to Third Amended Complaint at 36). |
| 62. | In its "Thirteenth Defense" in its Answer to Plaintiff's Third Amended Complaint, MindGeek asserted that "MindGeek USA Inc., MindGeek S.a.r.l., or 9219-1568 Quebec Inc., [do not] operate, manage, maintain, supervise or control the day-to-day operations of any website on which images of Plaintiff may have appeared, and therefore, are not liable for the Plaintiff's alleged damages." | Yzurdiaga Decl. Ex. 68 (Answer to Third Amended Complaint at 36). |
| 63. | In its "Fourteenth Defense" in its Answer to Plaintiff's Third Amended Complaint, MindGeek asserted that "MG Freesites II Ltd and MG Content RT Ltd ha[d] been dissolved and their entire businesses were transferred to MG Freesites Ltd." and "[t]herefore, . . . are not liable for the Plaintiff's alleged damages." | Yzurdiaga Decl. Ex. 68 (Answer to Third Amended Complaint at 36). |

| | | |
|---|---|---|
| 64. | In its Answer to the original complaint, MindGeek asserted as affirmative defenses that "MindGeek USA Inc., MindGeek S.à r.l., 9219-1568 Quebec Inc., or MG Content RT Ltd operate, manage, maintain, supervise or control the day-to-day operations of any website on which images of Plaintiff may have appeared, and therefore, are not liable for the Plaintiff's alleged damages" and that "MG Freesites II Ltd has been dissolved and its entire business was transferred to MG Freesites Ltd, and therefore, it is not liable for the Plaintiff's alleged damages." | Yzurdiaga Decl. Ex. 84 (Answer to the Original Complaint at 35). |
| 65. | In its Answer to the Second Amended Complaint, MindGeek asserted as affirmative defenses that "MindGeek USA Inc., MindGeek S.à r.l., 9219-1568 Quebec Inc., or MG Content RT Ltd operate, manage, maintain, supervise or control the day-to-day operations of any website on which images of Plaintiff may have appeared, and therefore, are not liable for the Plaintiff's alleged damages" and that "MG Freesites II Ltd has been dissolved and its entire business was transferred to MG Freesites Ltd, and therefore, it is not liable for the Plaintiff's alleged damages." | Yzurdiaga Decl. Ex. 85 (Answer to the Second Amended Complaint at 39). |

| | | |
|---|---|---|
| 66. | MindGeek served its initial disclosures on July 22, 2021, listing [redacted] as likely to have discoverable information to support its claims or defenses. | Yzurdiaga Decl. Ex. 86 (MindGeek's Initial Disclosures at 5). |
| 67. | MindGeek's initial disclosures listed [redacted] as "individual[s] likely to have discoverable information." | Yzurdiaga Decl. Ex. 86 (MindGeek's Initial Disclosures at 2-3). |
| 68. | MindGeek did not list [redacted] and never supplemented its initial disclosures to identify any other witnesses it might use to support its claims or defenses. | Yzurdiaga Decl. Ex. 86 (MindGeek's Initial Disclosures). |
| 69. | [redacted] | Yzurdiaga Decl. Ex. 87 (Joint Stipulation, Dkt. No. 256-24 at 6); Declaration of Madeline Yzurdiaga in support of Plaintiff's Opposition to Summary Judgment at ¶ 110. |
| 70. | Plaintiff took the deposition of every individual listed in MindGeek's initial disclosures and interrogatories (with the except of [redacted] | Declaration of Madeline Yzurdiaga in support of Plaintiff's Opposition to Summary Judgment at ¶ 111. |
| 71. | Fact discovery closed on March 1, 2024. | Yzurdiaga Decl. Ex. 88 (Amended Scheduling Order, Dkt. No. 99 at 1). |

| | | |
|---|---|---|
| 72. | In its Order Granting Stipulation Re Outstanding Discovery and Out-of-Time Depositions, the Court granted a discovery deadline extension "for the limited purposes of requiring Defendants to comply with the Discovery Order" decided by Magistrate Judge Spaeth. | Yzurdiaga Decl. Ex. 89 (Order Granting Stipulation Re Outstanding Discovery and Out-of-Time Depositions, Dkt. No. 266 at 2). |
| 73. | The Discovery Order decided by Magistrate Judge Spaeth, dated March 1, 2024 permitted Plaintiff to take certain "out of time" depositions, including certain Rule 30(b)(6) topics, and required Defendants to produce certain documents. | Yzurdiaga Decl. Ex. 89 (Order Granting Stipulation Re Outstanding Discovery and Out-of-Time Depositions, Dkt. No. 266 at 2). |
| 74. | The Discovery Order required MindGeek to produce a 30(b)(6) witness on Plaintiff's Topic 28, the factual bases for MindGeek's defenses—which MindGeek had refused to do for six months. | Yzurdiaga Decl. Ex. 87 ([redacted] at 74-75); Yzurdiaga Decl. Ex. 90 (Plaintiff's Rule 30(b)(6) Notice at 9); Yzurdiaga Decl. Ex. 91 (Minute Order Granting in Part and Denying in Part Plaintiff's Motion to Compel Discovery, Dkt. No. 264 at 7). |
| 75. | MindGeek produced [redacted] on the topic of MindGeek's affirmative defenses on April 11, 2024. | Yzurdiaga Decl. Ex. 92 (MindGeek 30(b)(6) [redacted] (Apr. 11, 2024) Tr. 1). |

| | | |
|---|---|---|
| 76. | [redacted] | Yzurdiaga Decl. Ex. 92 (MindGeek 30(b)(6) [redacted] (Apr. 11, 2024) Tr. 145:11-17). |
| 77. | [redacted] | Yzurdiaga Decl. Ex. 92 (MindGeek 30(b)(6) [redacted] (Apr. 11, 2024) Tr. 145:18-146:1). |
| 78. | On March 26, 2024, counsel in *Jane Doe #1 et al. v. MG Freesites Ltd. et al.*, 7:21-cv-00220-LSC (N.D. Ala.) matter took the fact deposition of [redacted]. | Yzurdiaga Decl. Ex. 24 (NDAL MindGeek 30(b)(6) [redacted] Tr. 1). |
| 79. | Class Counsel took the 30(b)(6) deposition of [redacted] designated with one day's notice by MindGeek on the topic of [redacted] on March 27, 2024 [redacted] | Yzurdiaga Decl. Ex. 91 (Minute Order Granting in Part and Denying in Part Plaintiff's Motion to Compel Discovery, Dkt. No. 264 at 4); Yzurdiaga Decl. Ex. 93 (MindGeek 30(b)(6) [redacted] Tr. 1). |

| | | |
|---|---|---|
| 80. | Class Counsel in this matter received the March 26, 2024 deposition transcript of [redacted] as part of the March 1, 2024 Discovery Order. | Yzurdiaga Decl. Ex. 91 (Minute Order Granting in Part and Denying in Part Plaintiff's Motion to Compel Discovery, Dkt. No. 264 at 4). |
| 81. | This matter and the *Jane Doe #1 et al. v. MG Freesites Ltd. et al.*, 7:21-cv-00220-LSC (N.D. Al.) matter are not coordinated. | Yzurdiaga Decl. Ex. 94 (Order Granting in Substantial Part Plaintiff's Renewed Motion to Approve Form and Manner of Class Notice, Dkt. No. 225 at 7). |
| 82. | On April 16, 2024—three days before the filing deadline for [redacted] | Yzurdiaga Decl. Ex. 95 (Dylan Bonfigli Email Chain, dated Apr. 8, 2024). |
| 83. | On April 16, 2024, [redacted] | Yzurdiaga Decl. Ex. 95 (Dylan Bonfigli Email Chain, dated Apr. 8, 2024). |
| 84. | [redacted] on April 18, 2024, [redacted] | Yzurdiaga Decl. Ex. 95 (Dylan Bonfigli Email Chain, dated Apr. 8, 2024). |
| 85. | On April 18, 2024, [redacted] | Yzurdiaga Decl. Ex. 95 (Dylan Bonfigli Email Chain, dated Apr. 8, 2024). |
| 86. | MindGeek S.a.r.l. CEO was Feras Antoon, COO was David Tassillo, Chief Product Officer was Karim El Marazi, and Chief Legal Officer was Anthony Penhale. | Yzurdiaga Decl. Ex. 5 (MindGeek_00524432 at -486). |

| | | |
|---|---|---|
| 87. | MindGeek represented [redacted] | Yzurdiaga Decl. Ex. 5 (MindGeek_00524432 at -459). |
| 88. | [redacted] | Yzurdiaga Decl. Ex. 5 (MindGeek_00524432 at -434). |
| 89. | [redacted] | Yzurdiaga Decl. Ex. 5 (MindGeek_00524432 at -486). |
| 90. | [redacted] | Yzurdiaga Decl. Ex. 5 (MindGeek_00524432 at -486). |
| 91. | MindGeek told [redacted] | Yzurdiaga Decl. Ex. 5 (MindGeek_00524432 at -492). |

| | | |
|---|---|---|
| 92. | MindGeek S.a.r.l. [redacted] | Yzurdiaga Decl. Ex. 5 (MindGeek_00524432 at -474). |
| 93. | MindGeek S.a.r.l. uses [redacted] | Yzurdiaga Decl. Ex. 5 (MindGeek_00524432 at -474). |
| 94. | Plaintiff's video was [redacted] | Yzurdiaga Decl. Ex. 63 (NDAL MindGeek 30(b)(6) [redacted] Tr. 28:21-29:22). |
| 95. | [redacted] | Yzurdiaga Decl. Ex. 5 (MindGeek_00524432 at -474). |
| 96. | The MindGeek companies jointly [redacted] | Yzurdiaga Decl. Ex. 5 (MindGeek_00524432 at -473); Yzurdiaga Decl. Ex. 63 (NDAL MindGeek 30(b)(6) [redacted] Tr. 28:16-20, 172:18-173:9); Yzurdiaga Decl. Ex. 93 (MindGeek 30(b)(6) [redacted] Tr. 21:22-23:5); Yzurdiaga Decl. Ex. 96 (MindGeek_00607931). |

| | | |
|---|---|---|
| 97. | On July 22, 2020, [redacted] | Yzurdiaga Decl. Ex. 22 (MindGeek_00493526 at -527). |
| 98. | MindGeek S.a.r.l., through MindGeek USA Incorporated, has an "address" and "employees," and has interacted with customers in the United States. | Yzurdiaga Decl. Ex. 4 (MindGeek_00139108 at -161, -166); Yzurdiaga Decl. Ex. 5 (MindGeek_00524432 at -482, -487). |
| 99. | [redacted] worked at MindGeek from 2012 to present. | Yzurdiaga Decl. Ex. 24 (NDAL MindGeek 30(b)(6) [redacted] Tr. 51:6-53:21). |
| 100. | [redacted] a Financial Times article that characterizes MindGeek's assets as "funnelled into a complex network of subsidiaries," and describes how "MindGeek pays licencse fees for its various brands and issues dividends to their undisclosed owners"; [redacted] | Yzurdiaga Decl. Ex. 70 ([redacted] Tr. 234:6-238:9); Yzurdiaga Decl. Ex. 98 (MindGeek: the secretive owner of Pornhub and RedTube, Financial Times (Dec. 16, 2020)). |
| 101. | [redacted] | Yzurdiaga Decl. Ex. 91 (Minute Order Granting in Part and Denying in Part Plaintiff's Motion to Compel Discovery, Dkt. No. 264 at 4); Yzurdiaga Decl. Ex. 97 (Madeline Yzurdiaga Email Chain, dated May 6, 2024). |

| | | |
|---|---|---|
| 102. | [redacted] | Yzurdiaga Decl. Ex. 1 (MindGeek_00580313); Yzurdiaga Decl. Ex. 54 (MindGeek_00580324). |
| 103. | [redacted] | Yzurdiaga Decl. Ex. 55 (MindGeek_00580325). |
| 104. | [redacted] | Yzurdiaga Decl. Ex. 1 (MindGeek_00580313); Yzurdiaga Decl. Ex. 77 ([redacted] Tr. 201:23-206:3). |
| 105. | [redacted] | Yzurdiaga Decl. Ex. 70 ([redacted] Tr. 222:10-226:7); Yzurdiaga Decl. Ex. 98 (*MindGeek: the secretive owner of Pornhub and RedTube*, Financial Times (Dec. 16, 2020)). |
| 106. | Another subsidiary, "which in 2018 paid shareholders $24m in dividends, increased its stake in two cash-generating companies that hold MindGeek's licencss shortly after the refinancing of MindGeek's debt the same year, at a cost of $149m." | Yzurdiaga Decl. Ex. 98 (*MindGeek: the secretive owner of Pornhub and RedTube*, Financial Times (Dec. 16, 2020)). |

| | | |
|---|---|---|
| 107. | [redacted] | Yzurdiaga Decl. Ex. 70 ([redacted] Tr. 306:20-329:16). |
| 108. | [redacted] | Yzurdiaga Decl. Ex. 70 ([redacted] Tr. 324:20-325:11). |
| 109. | [redacted] | [redacted] |
| 110. | [redacted] | Yzurdiaga Decl. Ex. 100 (MindGeek_00000204 at -205). |
| 111. | [redacted] | Yzurdiaga Decl. Ex. 101 [redacted] Yzurdiaga Decl. Ex. 102 [redacted] Yzurdiaga Decl. Ex. 103 [redacted] |
| 112. | [redacted] | Yzurdiaga Decl. Ex. 104 (MindGeek_00580359). |

| | | |
|---|---|---|
| 113. | [redacted] | Yzurdiaga Decl., Ex. 24 (NDAL MindGeek 30(b)(6) [redacted] Tr. 28:4-29:7); Yzurdiaga Decl., Ex. 105 (MindGeek_00578626); Yzurdiaga Decl., Ex. 106 (MindGeek_00578624). |
| 114. | As of September 11, 2023, MindGeek was bought by Ethical Capital Partners and rebranded as "Aylo." | Yzurdiaga Decl., Ex. 107 (MindGeek_00607764). |

Dated: May 8, 2024

Respectfully submitted,

By: */s/ Krysta Kauble Pachman*
Krysta Kauble Pachman

DAVIDA BROOK
dbrook@susmangodfrey.com
KRYSTA KAUBLE PACHMAN
kpachman@susmangodfrey.com
HALLEY W. JOSEPHS
hjosephs@susmangodfrey.com
ROHIT D. NATH
rnath@susmangodfrey.com
NICHOLAS N. SPEAR
nspear@susmangodfrey.com
EMILY K. CRONIN
ecronin@susmangodfrey.com
MADELINE M. YZURDIAGA
myzurdiaga@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Phone: (310) 789-3100

CHRISTINA M. DIECKMANN
(*Pro Hac Vice*)
cdiekmann@susmangodfrey.com
SUSMAN GODFREY L.L.P.
One Manhattan West
New York, NY 1001-8602
Phone: (212) 336-8330

STEVE COHEN (*Pro Hac Vice*)
SCohen@pollockcohen.com
POLLOCK COHEN LLP
111 Broadway, Suite 1804
New York, NY 10006
Phone: (212) 337-5361

Attorneys for Plaintiff and the Class