DAVIDA BROOK (275370)
dbrook@susmangodfrey.com
KRYSTA KAUBLE PACHMAN (280951)
kpachman@susmangodfrey.com
HALLEY W. JOSEPHS (338391)
hjosephs@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Phone: (310) 789-3100; Fax: (310) 789-3150

*(See additional counsel on signature page)*

Attorneys for Plaintiff and the Class

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION**

| | |
|---|---|
| JANE DOE on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MINDGEEK USA INCORPORATED, MINDGEEK S.A.R.L., MG FREESITES, LTD (D/B/A PORNHUB), MG FREESITES II, LTD, MG CONTENT RT LIMITED, AND 9219-1568 QUEBEC, INC. (D/B/A MINDGEEK),<br><br>Defendants. | Case No. 8:21-cv-00338-CJC-ADS<br><br>*Hon. Cormac J. Carney*<br><br>**DECLARATION OF MADELINE YZURDIAGA PURSUANT TO L.R. 79-5.2.2(b)(i) IN SUPPORT OF DEFENDANTS' APPLICATION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL (DKT. 313)** |

I, Madeline Yzurdiaga, declare as follows:

1. I am an attorney at the law firm Susman Godfrey L.L.P. and I am counsel for record for Plaintiff Jane Doe in this case. I submit this declaration in support of Defendants' Application for Leave to File Documents Under Seal (Dkt. 313) pursuant to L.R. 79-5.2.2(b)(i).

2. Exhibit A to the Declaration of Michael E. Williams in Support of Defendants' Motions for Summary Judgment (Dkt. 314) contains excerpts of the transcript of the September 14, 2023 deposition of Plaintiff Jane Doe. These excerpts contain sensitive information, including testimony about CSAM depicting her and the effect that the creation, receipt, and distribution had on Plaintiff, as well as identifying and personal information about Plaintiff, Plaintiff's trafficker, and known associates. This information has been marked as "CONFIDENTIAL" under the Protective Order (Dkt. 85) and is subject to the Pre-Trial Protective Order as to the Identity of Plaintiff Jane Doe (Dkt. 148). Plaintiff previously filed a supporting declaration requesting that this document be kept under seal (Dkt. 298), and the Court ordered that the documents be sealed (Dkt. 301). Good cause exists to redact this sensitive information as required.

3. Exhibits C, D, I, J, K, L, M, N, and O to the Declaration of Michael E. Williams in Support of Defendants' Motions for Summary Judgment (Dkt. 314) contain sensitive information, including information about CSAM material depicting Plaintiff and the effect that the creation, receipt, and distribution had on Plaintiff, and identifying and personal information about Plaintiff, alleged traffickers, and known associates. This information has been marked as "CONFIDENTIAL" under the Protective Order (Dkt. 85) and is subject to the Pre-Trial Protective Order as to the Identity of Plaintiff Jane Doe (Dkt. 148). Plaintiff previously filed a supporting declaration requesting that those documents be kept under seal (Dkt. 298), and the Court ordered that the documents be sealed (Dkt. 301). Good cause exists to seal these exhibits.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 14th day of May, 2024, in Los Angeles, California.

/s/ *Madeline Yzurdiaga*
Madeline Yzurdiaga

DAVIDA BROOK
dbrook@susmangodfrey.com
KRYSTA KAUBLE PACHMAN
kpachman@susmangodfrey.com
HALLEY W. JOSEPHS
hjosephs@susmangodfrey.com
ROHIT D. NATH
rnath@susmangodfrey.com
NICHOLAS N. SPEAR
nspear@susmangodfrey.com
EMILY K. CRONIN
ecronin@susmangodfrey.com
MADELINE M. YZURDIAGA
myzurdiaga@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Phone: (310) 789-3100

CHRISTINA M. DIECKMANN
(*Pro Hac Vice*)
cdiekmann@susmangodfrey.com
SUSMAN GODFREY L.L.P.
One Manhattan West
New York, NY 1001-8602
Phone: (212) 336-8330

STEVE COHEN (*Pro Hac Vice*)
SCohen@pollockcohen.com
POLLOCK COHEN LLP
111 Broadway, Suite 1804
New York, NY 10006
Phone: (212) 337-5361