Michael J. Bowe
mbowe@brownrudnick.com
Lauren Tabaksblat
ltabaksblat@brownrudnick.com
**BROWN RUDNICK LLP**
7 Times Square
New York, NY 10036
Telephone: (212) 209-4800
Facsimile: (212) 209-4801

David M. Stein (#198256)
dstein@olsonstein.com
**OLSON STEIN LLP**
240 Nice Lane, #301
Newport Beach, California 92663
Telephone: (949) 887-4600

*Attorneys for Opt-Out Plaintiffs*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| JANE DOE on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MINDGEEK USA INCORPORATED, MINDGEEK S.A.R.L., MG FREESITES, LTD (D/B/A PORNHUB), MG FREESITES II, LTD, MG CONTENT RT LIMITED, AND 9219-1568 QUEBEC, INC. (D/B/A MINDGEEK),<br><br>Defendants. | Case No. 8:21-cv-00338-CJC-ADS<br><br>*Hon. Cormac J. Carney*<br><br>**UNOPPOSED MOTION TO RECOGNIZE 21 OPT-OUT FORMS AS ADDITIONAL VALID EXCLUSIONS FROM THE CLASS** |

Certain Opt-Out Plaintiffs identified below respectfully move this Court for an Order Recognizing 21 Opt-Out Forms as Additional Valid Exclusions From the Class. In support of this unopposed motion, those certain Opt-Out Plaintiffs aver the following:

1. On November 17, 2023, the Court granted Plaintiff's Motion for Class Certification and certified under both Federal Rules of Civil Procedure 23(b)(2) and 23(b)(3) two classes. (ECF No. 209 at 1-2.) The Court first certified a national class including "all persons who were under the age of 18 when they appeared in a video or image that has been uploaded or otherwise made available for viewing on any website owned or operated by Defendants in the last ten years" (the "National Class"). (ECF No. 107 at 44, ¶ 154.) The Court next certified a subclass of "all persons residing in California who were under the age of 18 when they appeared in a video or image that has been uploaded or otherwise made available for viewing on any website owned or operated by Defendants in the last ten years" (the "California Subclass", together with the National Class, the "Class"). (*Id.* ¶ 155.)

2. The deadline for class members to submit a request for exclusion from the Class ("Opt-Out Form") was April 22, 2024. Brown Rudnick LLP represents 46 plaintiffs that submitted Opt-Out Forms by the April 22, 2024 opt-out deadline ("BR Opt-Out Plaintiffs").

3. On May 6, 2024, Plaintiff filed a Notice of Valid Exclusions from the Class Pursuant to the Order Approving Form and Manner of Notice (Dkt. 225) and attached a redacted list of individuals who validly requested exclusion from the Class as of May 6, 2024 as Exhibit A. (Dkt. Nos. 305, 305-1.)

4. Exhbit A excluded a portion of timely submitted BR Opt-Out Plaintiffs because the Claims Administrator determined that the submitted forms had a technical issue ("Invalid Opt-Out Forms"). In response to the Claims Administrator's determination, 21 timely submitted Invalid Opt-Out Forms were corrected, resubmitted to the Claims Administrator ("Corrected Opt-Out Forms") on

May 16, May 17, May 21, May 23, and May 28, 2024, and deemed valid by the Claims Administrator.

5. Counsel for BR Opt-Out Plaintiffs have conferred with counsel for Plaintiff Jane Doe and the Class, and Defendants MindGeek USA Inc., MindGeek S.à.r.l., MG Freesites Ltd, MG Freesites II Ltd, 9219-1568 Quebec Inc., and MG Content RT Ltd, and they do not oppose this motion.

**WHEREFORE**, the undersigned attorneys respectfully request that this Court:

A. Grant this Unopposed Motion to Recognize 21 Opt-Out Forms as Additional Valid Exclusions from the Class; and

B. Enter an order recognizing the 21 individuals who submitted Invalid Opt-Out Forms by the April 22, 2024 deadline and later cured the technical defects by resubmitting Corrected Opt-Out Forms that were deemed valid by the Claims Administrator as part of Exhibit A to the Notice of Valid Exclusions from the Class Pursuant to the Order Approving Form and Manner of Notice (Dkt. 225). (Dkt. Nos. 305, 305-1.)

Dated: May 29, 2024                   Respectfully submitted,

/s/ *David M. Stein*
MICHAEL J. BOWE
mbowe@brownrudnick.com
LAUREN TABAKSBLAT
ltabaksblat@brownrudnick.com
**BROWN RUDNICK LLP**
7 Times Square
New York, NY 10036
Telephone: (212) 209-4800
Fascimile: (212) 209-4801

2

| | |
|---|---|
| 1 | DAVID M. STEIN (#198256) |
| 2 | dstein@olsonstein.com |
| | **OLSON STEIN LLP** |
| 3 | 240 Nice Lane, #301 |
| | Newport Beach, California 92663 |
| 4 | Telephone: (949) 887-4600 |
| 5 | *Attorneys for Opt-Out Plaintiffs* |

3