UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| JANE DOE, on behalf of herself and all others similarly situated,<br><br>  Plaintiff,<br><br>  v.<br><br>MINDGEEK USA INCORPORATED, et al.,<br><br>  Defendants. | Case No. 8:21-cv-00338-CJC-ADS<br><br>**ORDER ON EX PARTE APPLICATION OF DEFENDANTS MINDGEEK USA INC., MINDGEEK S.A.R.L., MG FREESITES LTD, MG FREESITES II LTD, 9219-1568 QUEBEC INC., AND MG CONTENT RT LTD** |

Based on the Ex Parte Application of Defendants MindGeek USA Inc., MindGeek S.à r.l., MG Freesites Ltd, MG Freesites II Ltd, 9219-1568 Quebec Inc., and MG Content RT Ltd (the "Application"), all papers and additional arguments submitted in support of and in opposition to the Application, and the records and filed herein, it is hereby **ORDERED** that:

1. The Application is granted; and
2. Defendants are granted leave *nunc pro tunc* to file a memorandum of points and authorities in support of their motion for summary judgment consisting of 8,227 words, exclusive of the caption, the table of contents, the table of authorities, the signature block, the certification required by L.R. 11-6.2, and any indices and exhibits.

**IT IS SO ORDERED.**

DATED: 7/9/2024

By _____
HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE