# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| JANE DOE on behalf of herself and all others similarly situated,<br><br>                Plaintiff,<br><br>v.<br><br>MINDGEEK USA INCORPORATED, MINDGEEK S.A.R.L., MG FREESITES, LTD (D/B/A PORNHUB), MG FREESITES II, LTD, MG CONTENT RT LIMITED, AND 9219-1568 QUEBEC, INC. (D/B/A MINDGEEK),<br><br>                Defendants. | Case No. 8:21-cv-00338-WLH-ADS<br><br>*Hon. Cormac J. Carney*<br><br>**CLASS ACTION**<br><br>**ORDER GRANTING PLAINTIFF'S APPLICATION FOR LEAVE TO FILE UNDER SEAL A CORRECTED EXHIBIT 77 [347]** |

Pending before the Court is Plaintiff's Application Under Local Rule 79-5.2.2 to File Under Seal a Corrected Exhibit 77. The Court has considered the application and GRANTS the application.

IT IS HEREBY ORDERED that the following documents are to be filed fully under seal:

| |
|---|
| Yzurdiaga Declaration Corrected Exhibit 77 |

**IT IS SO ORDERED.**

Dated: 7/9/2024

HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE