UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| JANE DOE on behalf of herself and all others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>MINDGEEK USA INCORPORATED, MINDGEEK S.A.R.L., MG FREESITES, LTD (D/B/A PORNHUB), MG FREESITES II, LTD, MG CONTENT RT LIMITED, AND 9219-1568 QUEBEC, INC. (D/B/A MINDGEEK),<br><br>　　　　　　Defendants. | Case No. 8:21-cv-00338-WLH-ADS<br><br>*Hon. Cormac J. Carney*<br><br>**CLASS ACTION**<br><br>**ORDER GRANTING PLAINTIFF'S APPLICATION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL [336]** |

Pending before the Court is Plaintiff's Application Under Local Rule 79-5.2.2 to File Documents Under Seal. The Court has considered the application and GRANTS the application.

IT IS HEREBY ORDERED that the following documents are to be filed partially under seal:

| Highlighted portions of Plaintiff's Reply in Support of Motion for Partial Summary Judgment |
| --- |
| Highlighted portions of Plaintiff's Response to Defendants' Statement of Genuine Disputes of Material Fact in Opposition to Plaintiff's Motion for Partial Summary Judgment |
| Highlighted portions of the Declaration of Emily Cronin in Support of Plaintiff's Reply in Support of Motion for Partial Summary Judgment. |
| Highlighted portions of Plaintiff's Response to Evidentiary Objections of Defendants' MindGeek USA Inc., MindGeek S.a.r.l., MG Freesites Ltd, MG Freesites II Ltd, 9219-1568 Quebec Inc., and MG Content Ltd. |

The following documents are to be filed fully under seal:

| Cronin Declaration Exhibits 130-133 |
| --- |
| Cronin Declaration Exhibits 135-138 |
| Cronin Declaration Exhibit 140 |

**IT IS SO ORDERED.**

Dated: 7/9/2024

HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE