UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | 8:21-cv-00338-WLH-ADS | Date | July 19, 2024 |
|---|---|---|---|
| Title | Jane Doe v. MindGeek USA Incorporated et al | | |

Present: The Honorable **WESLEY L. HSU, United States District Judge**

| Holidae Crawford | CourtSmart |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendant: |
| Krysta Kauble Pachman<br>Davida P. Brook<br>Halley Wilder Josephs<br>Rohit D Nath | Diane Cafferata<br>Michael E Williams<br>Sean Taheri<br>Dillon Bonfigli |

**PROCEEDINGS:** **DEFENDANTS MG CONTENT RT LIMITED, MG FREESITES II, LTD, MINDGEEK S.A.R.L., MINDGEEK USA INCORPORATED'S MOTION FOR SUMMARY JUDGMENT AS TO PLAINTIFF'S THIRD AMENDED COMPLAINT [282];**

**DEFENDANTS 9219-1568 QUEBEC, INC., MG CONTENT RT LIMITED, MG FREESITES II, LTD, MG FREESITES, LTD, MINDGEEK S.A.R.L., MINDGEEK USA INCORPORATED'S MOTION FOR SUMMARY JUDGMENT AS TO PLAINTIFF'S THIRD AMENDED COMPLAINT [283];**

**PLAINTIFF'S PARTIAL SUMMARY JUDGMENT AS TO RULE 56 [291];**

**STATUS CONFERENCE**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

The matter was called, and counsel stated their appearances. The Court heard oral argument. The Court took the MOTIONS **UNDER SUBMISSION** and a ruling will be issued. The Court takes the Status Conference off calendar.

                                                                 1 : 45

Initials of Deputy Clerk    hc