1  **QUINN EMANUEL URQUHART**
   **& SULLIVAN, LLP**
2  Michael T. Zeller (Bar No. 196417)
   michaelzeller@quinnemanuel.com
3  Michael E. Williams (Bar No. 181299)
   michaelwilliams@quinnemanuel.com
4  Diane Cafferata (Bar No. 190081)
   dianecafferata@quinnemanuel.com
5  Dylan C. Bonfigli (Bar No. 317185)
   dylanbonfigli@quinnemanuel.com
6  865 South Figueroa Street, 10th Floor
   Los Angeles, California 90017-2543
7  Telephone:   (213) 443-3000
   Facsimile:    (213) 443-3100
8
   Attorneys for Defendants
9

10                    UNITED STATES DISTRICT COURT
11                   CENTRAL DISTRICT OF CALIFORNIA
12                          WESTERN DIVISION
13

| JANE DOE, on behalf of herself and all others similarly situated, | Case No. 8:21-cv-00338-WLH-ADS |
|---|---|
| Plaintiff, | **DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY** |
| v. | |
| MINDGEEK USA INCORPORATED, et al., | |
| Defendants. | |

Pursuant to Section 5(a) of the Court's Standing Order, Defendants respectfully submit this notice of supplemental authority pertaining to issues raised in Defendants' Motions for Summary Judgment currently under submission.

The supplemental authority is an Order Granting in Part Remaining Defendants' Motion to Dismiss in *Jane Doe v. Webgroup Czech Republic, A.S., et al.*, 2:21-cv-02428-SPG-SK (C.D. Cal.), ECF No. 192, dated July 24, 2024. A copy of the order is attached to this notice as Exhibit A.

DATED: July 24, 2024

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By  */s/ Michael E. Williams*
Michael T. Zeller
Michael E. Williams
Diane Cafferata
Dylan C. Bonfigli
Attorneys for Defendants

# CERTIFICATE OF SERVICE

I, the undersigned counsel of record for Defendants, certify that the foregoing instrument was served pursuant to the Federal Rules of Civil Procedure on July 24, 2024, upon all counsel of record via ECF.

Dated:  July 24, 2024

QUINN EMANUEL URQUHART & SULLIVAN LLP

*/s/ Michael E. Williams*
Michael E. Williams
Attorneys for Defendants