Michael J. Bowe
mbowe@brownrudnick.com
Lauren Tabaksblat
ltabaksblat@brownrudnick.com
**BROWN RUDNICK LLP**
7 Times Square
New York, NY 10036
Phone: 212.209.4800
Fax:    212.209.4801

David M. Stein (State Bar # 198256)
dstein@olsonstein.com
**OLSON STEIN LLP**
240 Nice Lane # 301
Newport Beach, CA 92663
Phone: 949.887.4600

*Attorneys for Opt-Out Plaintiff*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MINDGEEK USA INCORPORATED, MINDGEEK S.A.R.L., MG FREESITES, LTD (D/B/A PORNHUB), MG FREESITES II, LTD, MG CONTENT RT LIMITED, AND 9219-1568 QUEBEC, INC. (D/B/A MINDGEEK),<br><br>Defendants. | Case No. 8:21-cv-00338-WLH-ADS<br><br>*Hon. Wesley L. Hsu*<br><br>**UNOPPOSED MOTION TO RECOGNIZE OPT-OUT FORM AS VALID EXCLUSION FROM THE CLASS** |

Opt-Out Plaintiff identified below respectfully moves this Court for an Order Recognizing Opt-Out Form as Valid Exclusion from the Class. In support of this unopposed motion, Opt-Out Plaintiff avers the following:

1. The deadline for class members to submit a request for exclusion from the Class ("Opt-Out Form") was April 22, 2024.

2. Brown Rudnick LLP represents 44 plaintiffs that have submitted Opt-Out Forms deemed valid by the Claims Administrator. Not included in this group is a Brown Rudnick LLP client who committed suicide due to extreme emotional distress.

3. After obtaining consent from counsel for Plaintiff Jane Doe and the Class, and Defendants MindGeek USA Incorporated, MindGeek S.a.r.l., MG Freesites Ltd, MG Freesites II Ltd, MG Content RT Limited, and 9219-1568 Quebec Inc., Brown Rudnick LLP submitted an Opt-Out Form for the estate of their deceased client ("Opt-Out Plaintiff") and a translated death certificate to the Claims Administrator on July 8, 2024.

4. In addition, counsel for Opt-Out Plaintiff submitted a declaration of successor signed by the deceased's mother, demonstrating her authority to act on behalf of the estate, to the Claims Administrator on July 11, 2024. At the request of the Claims Administrator, Opt-Out Plaintiff filed this declaration of successor with the Court on August 8, 2024.

5. Opt-Out Plaintiff's Opt-Out Form was deemed valid by the Claims Administrator on August 15, 2024.

6. Counsel for Opt-Out Plaintiff has conferred with counsel for Plaintiff Jane Doe and the Class, and Defendants MindGeek USA Incorporated, MindGeek S.a.r.l., MG Freesites Ltd, MG Freesites II Ltd, MG Content RT Limited, and 9219-1568 Quebec Inc., and they do not oppose this motion.

**WHEREFORE**, the undersigned attorneys respectfully request that this Court:

A. Grant this Unopposed Motion to Recognize Opt-Out Form as Valid Exclusion from the Class; and

B. Enter an order recognizing the Opt-Out Form as part of Exhibit A to the Notice of Valid Exclusions from the Class Pursuant to the Order Approving Form and Manner of Notice (Dkt. 225).  (Dkts. 305, 305-1.)

Dated:  August 16, 2024    Respectfully submitted,

/s/  David M. Stein
Michael J. Bowe
mbowe@brownrudnick.com
Lauren Tabaksblat
ltabaksblat@brownrudnick.com
**BROWN RUDNICK LLP**
7 Times Square
New York, NY 10036
Phone: 212.209.4800
Fax:    212.209.4801

David M. Stein (State Bar #198256)
dstein@olsonstein.com
**OLSON STEIN LLP**
240 Nice Lane #301
Newport Beach, CA 92663
Phone: 949.887.4600

*Counsel for Opt-Out Plaintiff*