Michael J. Bowe
mbowe@brownrudnick.com
Lauren Tabaksblat
ltabaksblat@brownrudnick.com
**BROWN RUDNICK LLP**
7 Times Square
New York, NY 10036
Phone: 212.209.4800
Fax:    212.209.4801

David M. Stein (SBN #198256)
dstein@olsonstein.com
Nancy M. Olson (SBN #260303)
nolson@olsonsten.com
**OLSON STEIN LLP**
240 Nice Lane #301
Newport Beach, CA 92663
Phone: 949.887.4600

*Attorneys for Opt-Out Plaintiffs*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| JANE DOE on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MINDGEEK USA INCORPORATED, MINDGEEK S.A.R.L., MG FREESITES, LTD (D/B/A PORNHUB), MG FREESITES II, LTD, MG CONTENT RT LIMITED, AND 9219-1568 QUEBEC, INC. (D/B/A MINDGEEK),<br><br>Defendants. | Case No. 8:21-cv-00338-WLH-ADS<br><br>Hon. Wesley L. Hsu<br><br>**REPLY REGARDING OPT-OUT PLAINTIFFS' UNOPPOSED MOTION TO EXTEND TIME FOR EXCLUSION FROM THE CLASS**<br><br>Date: July 18, 2025<br>Time: 1:30pm<br>Courtroom: 9B |

1  On June 11, 2025, the Opt-Out Plaintiffs filed the present motion to extend the time to opt out of the class in this action as to two individuals who retained counsel after the opt-out deadline (the "Motion"). Dkt. No. 394. On June 27, 2025, Class Plaintiffs and Defendants in this action each filed a Notice of Non-Opposition to the Motion. Dkt. Nos. 395, 396.

Where no party opposes the Opt-Out Plaintiffs' request for relief, to preserve Court and party resources, the Opt-Out Plaintiffs respectfully request that the Court enter the Proposed Order filed at Dkt. No. 394-4 and vacate the hearing currently scheduled for July 18, 2025, at 1:30pm.

Dated: July 7, 2025

                              Respectfully submitted,

                              */s/ David M. Stein*
                              David M. Stein (State Bar #198256)
                              dstein@olsonstein.com
                              Nancy M. Olson (SBN #260303)
                              nolson@olsonstein.com
                              **OLSON STEIN LLP**
                              240 Nice Lane #301
                              Newport Beach, CA 92663
                              Phone: 949.887.4600

                              Michael J. Bowe
                              mbowe@brownrudnick.com
                              Lauren Tabaksblat
                              ltabaksblat@brownrudnick.com
                              **BROWN RUDNICK LLP**
                              7 Times Square
                              New York, NY 10036
                              Phone: 212.209.4800
                              Fax:    212.209.4801

                              *Counsel for Opt-Out Plaintiffs*