Seth R. Goldman (*Admitted Pro Hac Vice*)
sgoldman@mintz.com
**MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO P.C.**
919 Third Avenue
New York, NY 10022
Telephone: (212) 692-6845
Facsimile: (212) 983-3115

Arameh Z. O'Boyle (SBN 239495)
azoboyle@mintz.com
Esteban Morales Fabila (SBN 273948)
emorales@mintz.com
**MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO P.C.**
2049 Century Park East, Suite 300
Los Angeles, CA 90067
Telephone: (310) 586-3200
Facsimile: (310) 586-3202

Attorneys for Defendants

*[Additional Defendants' Counsel continued on next page]*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JANE DOE, on behalf of herself and all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>MINDGEEK USA INCORPORATED, et al.,<br><br>    Defendants. | Case No. 8:21-cv-00338-WLH-ADS<br><br>**DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY**<br><br>Complaint Filed:  Feb. 19, 2021<br>Trial Date:        None Set |

1  Kevin M. McGinty (*Admitted Pro Hac Vice*)
   kmcginty@mintz.com
2  **MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO, P.C.**
   One Financial Center
3  Boston, MA 02111
   Telephone: (617) 542-6000
4  Facsimile:  (617) 542-2241

5  **QUINN EMANUEL URQUHART
    & SULLIVAN, LLP**
6  Michael T. Zeller (Bar No. 196417)
   michaelzeller@quinnemanuel.com
7  Michael E. Williams (Bar No. 181299)
   michaelwilliams@quinnemanuel.com
8  Diane Cafferata (Bar No. 190081)
   dianecafferata@quinnemanuel.com
9  Dylan C. Bonfigli (Bar No. 317185)
   dylanbonfigli@quinnemanuel.com
10 865 South Figueroa Street, 10th Floor
   Los Angeles, California 90017-2543
11 Telephone:   (213) 443-3000
   Facsimile:   (213) 443-3100

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Pursuant to Section 5(a) of the Court's Standing Order, Defendants respectfully submit this notice of supplemental authority pertaining to issues raised in Defendants' Motions for Summary Judgment currently under submission. *See* Dkts. 282, 283. The supplemental authority is an Order from the United States Court of Appeals for the Ninth Circuit in *Doe 1 v. Twitter, Inc.*, No. 24-177, 2025 WL 2178534 (9th Cir. Aug. 1, 2025). A copy of the Order is attached to this notice as **Exhibit A**.

Dated: August 4, 2025

Respectfully submitted,

MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO, P.C.

*/s/ Arameh Z. O'Boyle*
Seth R. Goldman
Arameh Z. O'Boyle
Esteban Morales
Kevin McGinty

Attorneys for Defendants