1  Seth R. Goldman (*Admitted Pro Hac Vice*)
   sgoldman@mintz.com
2  **MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO P.C.**
   919 Third Avenue
3  New York, NY 10022
   Telephone: (212) 692-6845
4  Facsimile: (212) 983-3115

5  Arameh Z. O'Boyle (SBN 239495)
   azoboyle@mintz.com
6  Esteban Morales Fabila (SBN 273948)
   emorales@mintz.com
7  **MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO P.C.**
   2049 Century Park East, Suite 300
8  Los Angeles, CA 90067
   Telephone: (310) 586-3200
9  Facsimile: (310) 586-3202

10 Attorneys for Defendants

11 *[Additional Defendants' Counsel continued on next page]*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| JANE DOE, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MINDGEEK USA INCORPORATED, et al.,<br><br>Defendants. | Case No. 8:21-cv-00338-WLH-ADS<br><br>**JOINT REPORT PURSUANT TO COURT ORDER DATED SEPTEMBER 15, 2025 (ECF 405)**<br><br>Complaint Filed: Feb. 19, 2021<br>Trial Date: None Set |

-ii-

Kevin M. McGinty (*Admitted Pro Hac Vice*)
kmcginty@mintz.com
**MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO, P.C.**
One Financial Center
Boston, MA 02111
Telephone: (617) 542-6000
Facsimile: (617) 542-2241

Pursuant to the Court's September 15, 2025 Order (ECF 405), Plaintiff Jane Doe, on behalf of herself and the certified classes ("Plaintiff") and Defendants MindGeek USA Inc., MindGeek S.à.r.l., MG Freesites Ltd, MG Freesites II Ltd, 9219-1568 Quebec Inc., and MG Content RT Ltd (collectively "Defendants") (together, the "Parties"), by and through their undersigned counsel, hereby submit this Joint Report regarding the status of the proceedings and/or settlement.

The Parties are continuing to engage in mediation discussions. The Parties' respective Motions for Summary Judgment (Dkt. Nos. 282-283, and 291-292) are fully briefed and under consideration by the Court. There are currently no upcoming deadlines in the case.

Dated: December 15, 2025    Respectfully submitted,

MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO, P.C.

*/s/ Arameh Z. O'Boyle*
Seth R. Goldman
Kevin McGinty
Arameh Z. O'Boyle
Esteban Morales

Attorneys for Defendants

Dated: December 15, 2025    SUSMAN GODFREY L.L.P.

*/s/ Krysta Kauble Pachman*
Davida Brook
Krysta Kauble Pachman
Halley W. Josephs

Attorneys for Plaintiff and the Class

## SIGNATURE CERTIFICATION

Pursuant to Local Rule 5-4.3.4, I hereby certify that the contents of this document is acceptable to counsel, and that I obtained counsel's authorization to file this document.

*/s/ Arameh Z. O'Boyle*
Arameh Z. O'Boyle