DAVIDA BROOK (275370)
dbrook@susmangodfrey.com
KRYSTA KAUBLE PACHMAN (280951)
kpachman@susmangodfrey.com
HALLEY W. JOSEPHS (338391)
hjosephs@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA  90067
Phone: (310) 789-3100; Fax: (310) 789-3150

(*See additional counsel on signature page*)

Attorneys for Plaintiff and the Class

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| JANE DOE on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MINDGEEK USA INCORPORATED, MINDGEEK S.A.R.L., MG FREESITES, LTD (D/B/A PORNHUB), MG FREESITES II, LTD, MG CONTENT RT LIMITED, AND 9219-1568 QUEBEC, INC. (D/B/A MINDGEEK),<br><br>Defendants. | Case No. 8:21-cv-00338-WLH-ADS<br><br>*Hon. Wesley L. Hsu*<br><br>**JOINT REPORT PURSUANT TO COURT ORDER DATED DECEMBER 18, 2025 (DKT. 415)**<br><br>Complaint Filed:   Feb. 19, 2021<br>Trial Date:           None Set |

Pursuant to the Court's December 15, 2025 Order (Dkt. 415), Plaintiff Jane Doe, on behalf of herself and the certified classes ("Plaintiff") and Defendants Mindgeek USA Inc., Mindgeek S.à.r.l., Mindgeek Freesites Ltd, MG Freesites II Ltd., 9219-1568 Quebec Inc., and MG Content RT Ltd (collectively "Defendants") (together, the "Parties"), by and through their undersigned counsel, hereby submit this Joint Report regarding the status of the proceedings and/or settlement.

The Parties are continuing to engage in mediation discussions and have a mediation scheduled for April 20-21, 2026, to be overseen by The Honorable R. David Proctor of the United States District Court for the Northern District of Alabama. The Parties' respective Motions for Summary Judgment (Dkts. 282-283, 291-292) are fully briefed and under consideration by the Court. There are currently no upcoming deadlines in the case.

Dated: February 25, 2026               Respectfully submitted,

/s/ Krysta Kauble Pachman
DAVIDA BROOK
dbrook@susmangodfrey.com
KRYSTA KAUBLE PACHMAN
kpachman@susmangodfrey.com
HALLEY W. JOSEPHS
hjosephs@susmangodfrey.com
ROHIT D. NATH
rnath@susmangodfrey.com
NICHOLAS N. SPEAR
nspear@susmangodfrey.com
EMILY K. CRONIN
ecronin@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Phone: (310) 789-3100

CHRISTINA M. DIECKMANN
(*Pro Hac Vice*)
cdiekmann@susmangodfrey.com
SUSMAN GODFREY L.L.P.
One Manhattan West
New York, NY 1001-8602
Phone: (212) 336-8330

STEVE COHEN (*Pro Hac Vice*)

JOINT REPORT PURSUANT TO COURT ORDER DATED DECEMBER 18, 2025 (DKT. 415)

SCohen@pollockcohen.com
POLLOCK COHEN LLP
111 Broadway, Suite 1804
New York, NY 10006
Phone: (212) 337-5361

*Attorneys for Plaintiff and the Class*