UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | 8:21-cv-00338-WLH-ADS | | Date | February 27, 2026 |
|---|---|---|---|---|
| Title | *Jane Doe v. MindGeek USA Incorporated et al* | | | |

| Present: The Honorable | WESLEY L. HSU, United States District Judge |
|---|---|

| Lesbith Castillo | None |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None | None |

**Proceedings:**    **(IN CHAMBERS) ORDER DIRECTING COUNSEL TO FILE JOINT STATUS REPORT AND SETTING STATUS CONFERENCE**

The Court is in receipt of the parties' Joint Status Report filed on February 25, 2026. (Dkt. No. 416). The Court **ORDERS** the parties to file an additional joint report on or before May 4, 2026. The Court additionally sets a Status Conference for May 29, 2026 at 1:30 p.m. All parties may appear remotely.

**IT IS SO ORDERED.**