Seth R. Goldman (*Admitted Pro Hac Vice*)
sgoldman@mintz.com
**MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO, P.C.**
919 Third Avenue
New York, NY 10022
Telephone: (212) 692-6845
Facsimile: (212) 983-3115

Arameh Z. O'Boyle (SBN 239495)
azoboyle@mintz.com
Esteban Morales Fabila (SBN 273948)
emorales@mintz.com
**MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO, P.C.**
2049 Century Park East, Suite 300
Los Angeles, CA 90067
Telephone: (310) 586-3200
Facsimile: (310) 586-3202

Attorneys for Defendants

*[Additional Defendants' Counsel continued on next page]*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| JANE DOE, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MINDGEEK USA INCORPORATED, et al.,<br><br>Defendants. | Case No. 8:21-cv-00338-WLH-ADS<br><br>**JOINT REPORT PURSUANT TO COURT ORDER DATED FEBRUARY 27, 2026 (ECF 417)**<br><br>Complaint Filed:   Feb. 19, 2021<br>Trial Date:        None Set |

Kevin M. McGinty (*Admitted Pro Hac Vice*)
kmcginty@mintz.com
**MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO, P.C.**
One Financial Center
Boston, MA 02111
Telephone: (617) 542-6000
Facsimile:  (617) 542-2241

Pursuant to the Court's February 27, 2026 Order (ECF 417), Plaintiff Jane Doe, on behalf of herself and the certified classes ("Plaintiff") and Defendants MindGeek USA Inc., MindGeek S.à.r.l., MG Freesites Ltd, MG Freesites II Ltd, 9219-1568 Quebec Inc., and MG Content RT Ltd (collectively "Defendants") (together, the "Parties"), by and through their undersigned counsel, hereby submit this Joint Report regarding the status of the proceedings and/or settlement.

The Parties, together with the plaintiff in *Jane Doe #1 V. MG Freesites, Ltd, D/B/A "Pornhub", et al.*, Case No. 7:21-cv-00220-RDP (N.D. Ala.), continue to participate in mediation. The Parties attended an in-person mediation session on April 20–21, 2026, overseen by the Honorable R. David Proctor of the United States District Court for the Northern District of Alabama. The Parties are scheduled to have another in-person mediation session facilitated by Judge Proctor on May 11, 2026.

The Parties' respective Motions for Summary Judgment (Dkts. 282–283, 291–292) are fully briefed and remain under submission with the Court. At present, there are no pending deadlines in this action.

Dated: May 4, 2026

Respectfully submitted,

MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO, P.C.

*/s/ Arameh Z. O'Boyle*
Seth R. Goldman
Kevin McGinty
Arameh Z. O'Boyle
Esteban Morales

Attorneys for Defendants

-1-

CASE NO. 8:21-cv-00338-WLH-ADS

JOINT REPORT PURSUANT TO COURT ORDER DATED FEBRUARY 27, 2026 (ECF 417)

Dated:  May 4, 2026                  SUSMAN GODFREY L.L.P.

                                     */s/ Emily Cronin Stillman*
                                     Davida Brook
                                     Krysta Kauble Pachman
                                     Halley W. Josephs
                                     Emily Cronin Stillman

                                     Attorneys for Plaintiff and the Class


## SIGNATURE CERTIFICATION

Pursuant to Local Rule 5-4.3.4, I hereby certify that the contents of this document is acceptable to counsel, and that I obtained counsel's authorization to file this document.

                                     */s/  Arameh Z. O'Boyle*
                                     Arameh Z. O'Boyle