UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | 8:21-cv-00338-WLH-ADS | | Date | May 4, 2026 |
|---|---|---|---|---|
| Title | *Jane Doe v. MindGeek USA Incorporated et al.* | | | |

Present: The Honorable   WESLEY L. HSU, United States District Judge

| Lesbith Castillo | None |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None | None |

**Proceedings:   (IN CHAMBERS) ORDER DIRECTING COUNSEL TO FILE JOINT STATUS REPORT**

The Court is in receipt of the parties' Joint Status Report filed on May 4, 2026. (Dkt. No. 418).  The Court **ORDERS** the parties to file an additional joint report on or before June 1, 2026.

**IT IS SO ORDERED.**