Seth R. Goldman (*Admitted Pro Hac Vice*)
sgoldman@mintz.com
**MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO, P.C.**
919 Third Avenue
New York, NY 10022
Telephone: (212) 692-6845
Facsimile: (212) 983-3115

Arameh Z. O'Boyle (SBN 239495)
azoboyle@mintz.com
Esteban Morales Fabila (SBN 273948)
emorales@mintz.com
**MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO, P.C.**
2049 Century Park East, Suite 300
Los Angeles, CA 90067
Telephone: (310) 586-3200
Facsimile: (310) 586-3202

Attorneys for Defendants

*[Additional Defendants' Counsel continued on next page]*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| JANE DOE, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MINDGEEK USA INCORPORATED, et al.,<br><br>Defendants. | Case No. 8:21-cv-00338-WLH-ADS<br><br>**JOINT REPORT PURSUANT TO COURT ORDER DATED MAY 4, 2026 (ECF 419)**<br><br>Complaint Filed:  Feb. 19, 2021<br>Trial Date:  None Set |

Kevin M. McGinty (*Admitted Pro Hac Vice*)
kmcginty@mintz.com
**MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO, P.C.**
One Financial Center
Boston, MA 02111
Telephone: (617) 542-6000
Facsimile:  (617) 542-2241

Pursuant to the Court's May 4, 2026 Order (ECF 419), Plaintiff Jane Doe, on behalf of herself and the certified classes ("Plaintiff") and Defendants MindGeek USA Inc., MindGeek S.à.r.l., MG Freesites Ltd, MG Freesites II Ltd, 9219-1568 Quebec Inc., and MG Content RT Ltd (collectively "Defendants") (together, the "Parties"), by and through their undersigned counsel, hereby submit this Joint Report regarding the status of the proceedings and/or settlement.

The Parties, together with the plaintiff in *Jane Doe #1 V. MG Freesites, Ltd, D/B/A "Pornhub", et al.*, Case No. 7:21-cv-00220-RDP (N.D. Ala.), continue to engage in mediation overseen by the Honorable R. David Proctor of the United States District Court for the Northern District of Alabama. The Parties had in-person mediation sessions on April 20-21, 2026 and May 11, 2026 overseen by The Honorable R. David Proctor of the United States District Court for the Northern District of Alabama.

The Parties' respective Motions for Summary Judgment (Dkts. 282–283, 291–292) are fully briefed and remain under submission with the Court. A Status Conference is scheduled for June 26, 2026 (ECF 420).

Dated:  June 1, 2026

Respectfully submitted,

MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO, P.C.

*/s/  Arameh Z. O'Boyle*

Seth R. Goldman
Kevin McGinty
Arameh Z. O'Boyle
Esteban Morales

Attorneys for Defendants

Dated: June 1, 2026

SUSMAN GODFREY L.L.P.

*/s/ Emily Cronin Stillman*
Davida Brook
Krysta Kauble Pachman
Halley W. Josephs
Emily Cronin Stillman

Attorneys for Plaintiff and the Class

## SIGNATURE CERTIFICATION

Pursuant to Local Rule 5-4.3.4, I hereby certify that the contents of this document is acceptable to counsel, and that I obtained counsel's authorization to file this document.

*/s/ Arameh Z. O'Boyle*
Arameh Z. O'Boyle