UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 8:21-cv-00338-WLH-ADS | Date | June 1, 2026 |
|---|---|---|---|
| Title | *Jane Doe v. MindGeek USA Incorporated et al.* | | |

Present: The Honorable    WESLEY L. HSU, United States District Judge

| Lesbith Castillo | None |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None | None |

**Proceedings:    (IN CHAMBERS) ORDER DIRECTING COUNSEL TO FILE JOINT STATUS REPORT**

The Court is in receipt of the parties' Joint Status Report filed on June 1, 2026. (Dkt. No. 421).  The Court **ORDERS** the parties to file an additional joint report on or before July 6, 2026.


**IT IS SO ORDERED.**