DAVIDA BROOK (275370)
dbrook@susmangodfrey.com
KRYSTA KAUBLE PACHMAN (280951)
kpachman@susmangodfrey.com
HALLEY W. JOSEPHS (338391)
hjosephs@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA  90067
Phone: (310) 789-3100; Fax: (310) 789-3150

(*See additional counsel on signature page*)

Attorneys for Plaintiff and the Class

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| JANE DOE on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MINDGEEK USA INCORPORATED, MINDGEEK S.A.R.L., MG FREESITES, LTD (D/B/A PORNHUB), MG FREESITES II, LTD, MG CONTENT RT LIMITED, AND 9219-1568 QUEBEC, INC. (D/B/A MINDGEEK),<br><br>Defendants. | Case No. 8:21-cv-00338-WLH-ADS<br><br>*Hon. Wesley L. Hsu*<br><br>**JOINT REPORT PURSUANT TO COURT ORDER DATED JUNE 1, 2026 (DKT. 422)**<br><br>Complaint Filed:   Feb. 19, 2021<br>Trial Date:          None Set |

Pursuant to the Court's June 1, 2026 Order (Dkt. 422), Plaintiff Jane Doe, on behalf of herself and the certified classes ("Plaintiff") and Defendants Mindgeek USA Inc., Mindgeek S.à.r.l., Mindgeek Freesites Ltd, MG Freesites II Ltd., 9219-1568 Quebec Inc., and MG Content RT Ltd (collectively "Defendants") (together, the "Parties"), by and through their undersigned counsel, hereby submit this Joint Report regarding the status of the proceedings and/or settlement.

As the Parties informed the Court at the June 18, 2026 status conference, the Parties, together with the plaintiff in *Jane Doe #1 v. MG Freesites, Ltd, D/B/A "Pornhub", et al.*, Case No. 7:21-cv-00220-RDP (N.D. Ala.), signed a term sheet in June 2026 and are working to finalize a long-form settlement agreement. Plaintiff, along with the Alabama Plaintiff, plans to file a motion for preliminary approval of the proposed settlement with the Court by July 31, 2026.

There are currently no pending deadlines in this action.

Dated: July 6, 2026                    Respectfully submitted,

/s/ *Krysta Kauble Pachman*
DAVIDA BROOK
dbrook@susmangodfrey.com
KRYSTA KAUBLE PACHMAN
kpachman@susmangodfrey.com
HALLEY W. JOSEPHS
hjosephs@susmangodfrey.com
ROHIT D. NATH
rnath@susmangodfrey.com
NICHOLAS N. SPEAR
nspear@susmangodfrey.com
EMILY K. CRONIN
ecronin@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Phone: (310) 789-3100

CHRISTINA M. DIECKMANN
(*Pro Hac Vice*)
cdiekmann@susmangodfrey.com
SUSMAN GODFREY L.L.P.
One Manhattan West
New York, NY 1001-8602
Phone: (212) 336-8330

STEVE COHEN (*Pro Hac Vice*)
SCohen@pollockcohen.com
POLLOCK COHEN LLP
111 Broadway, Suite 1804
New York, NY 10006
Phone: (212) 337-5361

*Attorneys for Plaintiff and the Class*


/s/  *Arameh Z. O'Boyle*

Arameh Z. O'Boyle

Esteban Morales

MINTZ LEVIN COHN FERRIS GLOVSKY
AND POPEO, P.C.

2049 Century Park East, Suite 300

Los Angeles, CA 90067

Phone: (310) 586-3200


Seth R. Goldman

MINTZ LEVIN COHN FERRIS GLOVSKY
AND POPEO, P.C.

919 Third Avenue

New York, NY 10022

Phone: (212) 983-3115


Kevin McGinty

MINTZ LEVIN COHN FERRIS GLOVSKY
AND POPEO, P.C.

One Financial Center

Boston, MA 02111

Phone: (617) 542-6000


*Attorneys for Defendants*

JOINT REPORT PURSUANT TO COURT ORDER DATED JUNE 1, 2026 (DKT. 422)

# **SIGNATURE CERTIFICATION**

Pursuant to Local Rule 5-4.3.4, I hereby certify that the contents of this document is acceptable to counsel, and that I obtained counsel's authorization to file this document.

*/s/ Krysta Kauble Pachman*
Krysta Kauble Pachman

JOINT REPORT PURSUANT TO COURT ORDER DATED JUNE 1, 2026 (DKT. 422)