UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | 8:21-cv-00338-WLH-ADS | | Date | June 22, 2026 |
|---|---|---|---|---|
| Title | Jane Doe v. MindGeek USA Incorporated et al | | | |

| Present: The Honorable | WESLEY L. HSU, United States District Judge |
|---|---|

| Claudia Garcia-Marquez | CourtSmart |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Michael J. Bowe | Arameh Zargham O'Boyle |
| David M. Stein | Kevin M McGinty |
| Lauren Tabaksblat | Seth R. Goldman |
| Mancy Olson | Esteban Morales |

**Proceedings:** **(IN CHAMBERS) MOTIONS TO DISMISS (Held and Completed)**

The matter is called, and counsel state their appearances. Gregory M. Zarzaur and Mark Schoeller also appear via Zoom. The Court confers with counsel regarding the status of the case. For the reasons stated on the record, the parties will file a motion for preliminary approval by the end of July.

IT IS SO ORDERED.

                                                                    :        05

Initials of Deputy Clerk    cgm