DAVIDA BROOK (275370)
dbrook@susmangodfrey.com
KRYSTA KAUBLE PACHMAN (280951)
kpachman@susmangodfrey.com
HALLEY W. JOSEPHS (338391)
hjosephs@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Phone: (310) 789-3100; Fax: (310) 789-3150

(*See additional counsel on signature page*)

Attorneys for Plaintiff and the Class

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| JANE DOE on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MINDGEEK USA INCORPORATED, MINDGEEK S.A.R.L., MG FREESITES, LTD (D/B/A PORNHUB), MG FREESITES II, LTD, MG CONTENT RT LIMITED, AND 9219-1568 QUEBEC, INC. (D/B/A MINDGEEK),<br><br>Defendants. | Case No. 8:21-cv-00338-WLH-ADS<br><br>*Hon. Wesley L. Hsu*<br><br>**JOINT STIPULATION**<br><br>Complaint Filed:  Feb. 19, 2021<br>Trial Date:        None Set |

JOINT STIPULATION

Plaintiff Jane Doe, on behalf of herself and the certified classes ("Plaintiff") and Defendants Mindgeek USA Inc., Mindgeek S.à.r.l., Mindgeek Freesites Ltd, MG Freesites II Ltd., 9219-1568 Quebec Inc., and MG Content RT Ltd (collectively "Defendants") (together, the "Parties"), by and through their undersigned counsel, hereby stipulate as follows:

**WHEREAS,** on July 17, 2026, the Parties, together with the plaintiff in *Jane Doe #1 v. MG Freesites, Ltd, D/B/A "Pornhub", et al.*, Case No. 7:21-cv-00220-RDP (N.D. Ala.), signed a long-form settlement agreement;

**WHEREAS**, the settlement agreement provides that Plaintiff, along with the Alabama Plaintiff, will file a motion for preliminary approval of the proposed settlement by July 31, 2026;

**WHEREAS**, the Parties, together with the Alabama Plaintiff, have been working diligently to finalize the preliminary approval papers along with the proposed plan of allocation, claim form, and notice; however, given the number of constituents involved, that process is still ongoing.

**NOW THEREFORE**, subject to the Court's approval, it is stipulated that:

Plaintiff, along with the Alabama plaintiff, will file a motion for preliminary approval of the proposed settlement with the Court by August 14, 2026.

Dated: July 30, 2026                    Respectfully submitted,

*/s/ Krysta Kauble Pachman*
DAVIDA BROOK
dbrook@susmangodfrey.com
KRYSTA KAUBLE PACHMAN
kpachman@susmangodfrey.com
HALLEY W. JOSEPHS
hjosephs@susmangodfrey.com
ROHIT D. NATH
rnath@susmangodfrey.com
NICHOLAS N. SPEAR
nspear@susmangodfrey.com
EMILY K. CRONIN
ecronin@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067

Phone: (310) 789-3100

CHRISTINA M. DIECKMANN
(*Pro Hac Vice*)
cdiekmann@susmangodfrey.com
SUSMAN GODFREY L.L.P.
One Manhattan West
New York, NY 1001-8602
Phone: (212) 336-8330

STEVE COHEN (*Pro Hac Vice*)
SCohen@pollockcohen.com
POLLOCK COHEN LLP
111 Broadway, Suite 1804
New York, NY 10006
Phone: (212) 337-5361

*Attorneys for Plaintiff and the Class*


/s/  *Arameh Z. O'Boyle*
Arameh Z. O'Boyle
Esteban Morales
MINTZ LEVIN COHN FERRIS GLOVSKY
AND POPEO, P.C.
2049 Century Park East, Suite 300
Los Angeles, CA 90067
Phone: (310) 586-3200

Seth R. Goldman
MINTZ LEVIN COHN FERRIS GLOVSKY
AND POPEO, P.C.
919 Third Avenue
New York, NY 10022
Phone: (212) 983-3115

Kevin McGinty
MINTZ LEVIN COHN FERRIS GLOVSKY
AND POPEO, P.C.
One Financial Center
Boston, MA 02111
Phone: (617) 542-6000

*Attorneys for Defendants*

2
JOINT STIPULATION

## <u>SIGNATURE CERTIFICATION</u>

Pursuant to Local Rule 5-4.3.4, I hereby certify that the contents of this document is acceptable to counsel, and that I obtained counsel's authorization to file this document.

/s/ *Krysta Kauble Pachman*
Krysta Kauble Pachman