UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE on behalf of herself and all others similarly situated,<br><br>                    Plaintiff,<br><br>v.<br><br>MINDGEEK USA INCORPORATED, MINDGEEK S.A.R.L., MG FREESITES, LTD (D/B/A PORNHUB), MG FREESITES II, LTD, MG CONTENT RT LIMITED, AND 9219-1568 QUEBEC, INC. (D/B/A MINDGEEK),<br>                    Defendants. | Case No. 8:21-cv-00338-WLH-ADS<br><br>**ORDER GRANTING JOINT STIPULATION [426]** |

On July 29, 2026, the Parties filed a Joint Stipulation seeking Court approval for Plaintiff to file a motion for preliminary approval of the proposed settlement by August 14, 2026.  The Court, having considered the Parties' Joint Stipulation, and finding good cause therefor, hereby **GRANTS** the Joint Stipulation and **ORDERS** as follows:

1. Plaintiff, along with the plaintiff in *Jane Doe #1 v. MG Freesites, Ltd, D/B/A "Pornhub", et al.*, Case No. 7:21-cv-00220-RDP (N.D. Ala.), will file a motion for preliminary approval of the proposed settlement with the Court by August 14, 2026.

**IT IS SO ORDERED.**

Dated: July 31, 2026

HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE