DAVIDA BROOK (275370)
dbrook@susmangodfrey.com
KRYSTA KAUBLE PACHMAN (280951)
kpachman@susmangodfrey.com
HALLEY W. JOSEPHS (338391)
hjosephs@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Phone: (310) 789-3100; Fax: (310) 789-3150

(*See additional counsel on signature page)*

Attorneys for Plaintiff and the Class

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| JANE DOE on behalf of herself and all others similarly situated,<br>Plaintiff,<br>v.<br>MINDGEEK USA INCORPORATED, MINDGEEK S.A.R.L., MG FREESITES, LTD (D/B/A PORNHUB), MG FREESITES II, LTD, MG CONTENT RT LIMITED, AND 9219-1568 QUEBEC, INC. (D/B/A MINDGEEK),<br>Defendants. | Case No. 8:21-cv-00338-WLH-ADS<br>*Hon. Wesley L. Hsu*<br>**PLAINTIFF'S APPLICATION FOR LEAVE TO FILE UNDER SEAL** |

Pursuant to Local Rule 79-5.2.2, Plaintiff Jane Doe respectfully submits this application to the Court for an order sealing the material described below that is filed in connection with Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement. Plaintiff seeks to file under seal the highlighted portion of Exhibit B to the Declaration of Krysta Kauble Pachman—specifically, Section 1.B.6 of Appendix A to the Settlement Agreement ("Appendix A Section 1.B.6"). Appendix A Section 1.B.6 contains information that has been designated as "CONFIDENTIAL" by Defendants and that Defendants wish to remain under seal. By making this application, Plaintiff does makes no argument regarding whether Appendix A Section 1.B.6 should be maintained under seal. Pursuant to Local Rule 79-5.2.2(b)(i), the burden is on Defendants to file a declaration to establish that Appendix A Section 1.B.6 is sealable.

Plaintiff therefore respectfully requests that the Court enter the concurrently filed [Proposed] Order permitting Plaintiff to file the above-referenced document under seal.

Dated: August 14, 2026

Respectfully submitted,

By: */s/ Krysta Kauble Pachman*

DAVIDA BROOK
dbrook@susmangodfrey.com
KRYSTA KAUBLE PACHMAN
kpachman@susmangodfrey.com
HALLEY W. JOSEPHS
hjosephs@susmangodfrey.com
ROHIT D. NATH
rnath@susmangodfrey.com
NICHOLAS N. SPEAR
nspear@susmangodfrey.com
EMILY K. CRONIN
ecronin@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Phone: (310) 789-3100

CHRISTINA M. DIECKMANN
(*Pro Hac Vice*)

cdiekmann@susmangodfrey.com
SUSMAN GODFREY L.L.P.
One Manhattan West
New York, NY 1001-8602
Phone: (212) 336-8330

STEVE COHEN (*Pro Hac Vice*)
SCohen@pollockcohen.com
POLLOCK COHEN LLP
111 Broadway, Suite 1804
New York, NY 10006
Phone: (212) 337-5361

Attorneys for Plaintiff and the Class

**CERTIFICATE OF SERVICE**

I hereby certify that on August 14, 2026, I electronically filed the foregoing document with the clerk of the Court and served counsel of record via the CM/ECF system and email.

*/s/ Krysta Kauble Pachman*
Krysta Kauble Pachman