# EXHIBIT B

CONFIDENTIAL
MINDGEEK

August 13, 2026

CLAIMANT PAYMENT GRID

| | Based on Estimated 2,000 Qualifying Claimants | Based on Estimated 4,000 Qualifying Claimants |
|---|---|---|
| | | |
| Projected Fund Balance for Claimant Payments | $71,479,910.41 | $70,051,122.91 |
| Estimated Per Claimant Award | $35,739.96 | $17,512.78 |

**CONFIDENTIAL**
**MINDGEEK LIFETIME BUDGET**

**Edgar C. Gentle, III**
**GENTLE TURNER & BENSON, LLC**
**www.gtandslaw.com**
**501 Riverchase Parkway East, Suite 100**
**Hoover, Alabama 35244**
**Phone: 205-716-3000**
**Fax: 205-716-3010**
**E-mail: EGentle@gtandslaw.com**
**August 10, 2026**

**Settlement Administration Ten Year Budget**
**MindGeek Settlement**

**(3,000 Applicants/2,000 Qualifiying Claimants)**

| Description | Amount | Year 1 | Year 2 | Year 3 | Year 4 | Year 5 | Year 6 | Year 7 | Year 8 | Year 9 | Year 10 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Total Settlement Fund** | **$120,000,000.00** | **$25,000,000.00** | **$15,833,333.34** | **$15,833,333.34** | **$15,833,333.33** | **$15,833,333.33** | **$15,833,333.33** | **$15,833,333.33** | **$0.00** | **$0.00** | **$0.00** |
| | | | | | | | | | | | |
| Settlement Administration Expenses | | | | | | | | | | | |
| Class Action Notice (Epiq)[1] | $250,800.00 | $250,800.00 | | | | | | | | | |
| Class Action Notice (JND)[1] | $472,862.16 | $472,862.16 | | | | | | | | | |
| Class Settlement Notice (Epiq) | $164,732.00 | $164,732.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Settlement Administrator Fees and Expenses (Budget Attached) | $4,545,975.00 | $1,711,920.00 | $462,945.00 | $413,070.00 | $394,695.00 | $396,795.00 | $345,870.00 | $327,180.00 | $147,000.00 | $147,000.00 | $199,500.00 |
| **TOTAL** | **$5,434,369.16** | **$2,600,314.16** | **$462,945.00** | **$413,070.00** | **$394,695.00** | **$396,795.00** | **$345,870.00** | **$327,180.00** | **$147,000.00** | **$147,000.00** | **$199,500.00** |
| | | | | | | | | | | | |
| Other Costs/Expenses | | | | | | | | | | | |
| Service Awards for Class Reps (2) | $300,000.00 | $62,500.00 | $39,583.34 | $39,583.34 | $39,583.33 | $39,583.33 | $39,583.33 | $39,583.33 | $0.00 | $0.00 | $0.00 |
| Service Award for Jane Doe #2 (California) | $5,000.00 | $5,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Service Award for Jane Doe #2 (Alabama) | $5,000.00 | $5,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Class Counsel Fee | $40,000,000.00 | $8,333,333.33 | $5,277,777.78 | $5,277,777.78 | $5,277,777.78 | $5,277,777.78 | $5,277,777.78 | $5,277,777.77 | $0.00 | $0.00 | $0.00 |
| Class Counsel Expenses | $2,775,720.43 | $2,775,720.43 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL** | **$43,085,720.43** | **$11,181,553.76** | **$5,317,361.12** | **$5,317,361.12** | **$5,317,361.11** | **$5,317,361.11** | **$5,317,361.11** | **$5,317,361.10** | **$0.00** | **$0.00** | **$0.00** |
| | | | | | | | | | | | |
| **Fund Balance for Claimant Payments** | **$71,479,910.41** | **$11,218,132.08** | **$10,053,027.22** | **$10,102,902.22** | **$10,121,277.22** | **$10,119,177.22** | **$10,170,102.22** | **$10,188,792.23** | **($147,000.00)** | **($147,000.00)** | **($199,500.00)** |
| **Per Claimant Award for 2,000 Claimants[2]** | **$35,739.96** | **$7,445.82** | **$4,715.69** | **$4,715.69** | **$4,715.69** | **$4,715.69** | **$4,715.69** | **$4,715.69** | **$0.00** | **$0.00** | **$0.00** |

[1] Treated as Settlement Administration Expenses per the Settlement Agreement.

[2] Some claimant payments may occur in Years 8-10 for minor claimants not reaching the age of majority until then.

**CONFIDENTIAL**
**MINDGEEK LIFETIME BUDGET**

**Edgar C. Gentle, III**
**GENTLE TURNER & BENSON, LLC**
**www.gtandslaw.com**
**501 Riverchase Parkway East, Suite 100**
**Hoover, Alabama 35244**
**Phone: 205-716-3000**
**Fax: 205-716-3010**
**E-mail: EGentle@gtandslaw.com**
**July 29, 2026**

**Settlement Administration Ten Year Budget**
**MindGeek Settlement**

**SUMMARY:**

% of the anticipated funding.

lement Administration Ten Year Budget is based upon the following experience and assumptions: (i) budgeting experience in other Settlements, with
llion in other Settlements that the Fund Administrator has administered over a 30 year period; (ii) estimated 3,000 applicants submitting claims, with
mants; (iii) a ten year administration period - seven years during the period that the Qualified Settlement Fund will receive installment payments, with a
l three years for any minors not having reached the age of majority; and (iv) may require the issuance of Federal Forms 1099-MISC to claimants should
alify as non-taxable to the claimants. Total anticipated funding is $120,000,000, with the Settlement Administration budget (including contingency
oximately 3.79% of the funding amount. The administration budget payments will be allocated over the 10 year life of the Qualified Settlement Fund.
ministrator is not bound to the budget line items individually, but only to the overall budget administration cost per year.

| Task | Description | Assumption (Hours or Units)[1] | Estimated | Year 1 | Year 2 | Year 3 | Year 4 | Year 5 | Year 6 | Year 7 | Year 8 | Year 9 | Year 10 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Implementing Claims Review, Distribution and Quality Assurance and Processing Protocols, Managing Teams, Working with Counsel and Performing Post Distribution/Closing Tasks | 3,000 Hours | $300.00 | $150,000.00 | $150,000.00 | $100,000.00 | $100,000.00 | $100,000.00 | $50,000.00 | $50,000.00 | $50,000.00 | $50,000.00 | $100,000 |
| tabase Management | Coordinate to Obtain Claim data and Documents and Familiarization with data | 50 Hours | $250.00 | $12,500.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0 |
| | Maintenance and Hosting | 750 Hours | $200.00 | $ 114,000.00 | $ 4,000.00 | $ 4,000.00 | $ 4,000.00 | $ 4,000.00 | $ 4,000.00 | $ 4,000.00 | $ 4,000.00 | $ 4,000.00 | $ 4,000. |
| | Claim Form Design and Data Population, Publish Settlement Notice and Claim Forms, Mailing, Review Exclusion/Objection Requests to Settlement Agreement & Review, and Validate Claims | 3,000 Applicants | $275.00 | $ 825,000.00 | $ - | $ - | $ - | $ - | $ - | $ - | $0.00 | $0.00 | $0 |
| ess | Design and Implement Deficiency Process | 250 Hours | $200.00 | $ 50,000.00 | $ - | $ - | $ - | $ - | $ - | $ - | $0.00 | $0.00 | $0 |
| | Process, Review and Validate Deficiency Responses | 450 Hours | $200.00 | $ 90,000.00 | $ - | $ - | $ - | $ - | $ - | $ - | $0.00 | $0.00 | $0 |
| f Claim Status | Finalize the Calculation of Benefits | 500 Hours | $200.00 | $ 100,000.00 | $ - | $ - | $ - | $ - | $ - | $ - | $0.00 | $0.00 | $0 |

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Provide Notices regarding Computation of Claim Payment | 2,000 Notices | $2.00 | $ 4,000.00 | $ - | $ - | $ - | $ - | $ - | $ - | $0.00 | $0.00 | $0 |
| | | 1,350 Hours | $100.00 | $ 17,500.00 | $ 17,500.00 | $ 17,500.00 | $ 17,500.00 | $ 17,000.00 | $ 16,500.00 | $ 16,500.00 | $ 5,000.00 | $ 5,000.00 | $ 5,000. |
| | | 3 Years | $20,000/year | $ 20,000.00 | $ 20,000.00 | $ 20,000.00 | $ - | $ - | $ - | $ - | $0.00 | $0.00 | $0 |
| nents | | 6,700 Hours | $150.00 | $ 135,000.00 | $ 135,000.00 | $ 135,000.00 | $ 135,000.00 | $ 135,000.00 | $ 135,000.00 | $ 120,000.00 | $ 25,000.00 | $ 25,000.00 | $ 25,000. |
| l Claimant Payments | | 730 Hours | $120.00 | $ 10,400.00 | $ 10,400.00 | $ 10,400.00 | $ 10,400.00 | $ 10,400.00 | $ 10,400.00 | $ 10,100.00 | $ 5,000.00 | $ 5,000.00 | $ 5,000. |
| rs | | 4,660 Hours | $150.00 | $ 90,000.00 | $ 90,000.00 | $ 90,000.00 | $ 90,000.00 | $ 90,000.00 | $ 90,000.00 | $ 85,000.00 | $ 25,000.00 | $ 25,000.00 | $ 25,000. |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | Domain Charges | | | $ 2,000.00 | $ 1,500.00 | $ 1,500.00 | $ 1,500.00 | $ 1,500.00 | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | $ 1,000. |
| rds | | | | $ 10,000.00 | $ 12,500.00 | $ 15,000.00 | $ 17,500.00 | $ 20,000.00 | $ 22,500.00 | $ 25,000.00 | $ 25,000.00 | $ 25,000.00 | $ 25,000. |
| | | | | | | | | | | | | | |
| | | | | $1,630,400.00 | $440,900.00 | $393,400.00 | $375,900.00 | $377,900.00 | $329,400.00 | $311,600.00 | $140,000.00 | $140,000.00 | $190,000 |
| rve | | | | $ 81,520.00 | $ 22,045.00 | $ 19,670.00 | $ 18,795.00 | $ 18,895.00 | $ 16,470.00 | $ 15,580.00 | $ 7,000.00 | $ 7,000.00 | $ 9,500. |
| | | | | $ 1,711,920.00 | $ 462,945.00 | $ 413,070.00 | $ 394,695.00 | $ 396,795.00 | $ 345,870.00 | $ 327,180.00 | $ 147,000.00 | $ 147,000.00 | $ 199,500. |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |

es of the Settlement Administrator are calculated based on the hourly rates of partners ($500/hr), associates ($350/hr), clerks, accountants, paralegals and claims reviewers ($120/hr), and administrative assistants ($100/hr).

**CONFIDENTIAL**
**MINDGEEK LIFETIME BUDGET**

**Edgar C. Gentle, III**
**GENTLE TURNER & BENSON, LLC**
**www.gtandslaw.com**
**501 Riverchase Parkway East, Suite 100**
**Hoover, Alabama 35244**
**Phone: 205-716-3000**
**Fax: 205-716-3010**
**E-mail: EGentle@gtandslaw.com**

**August 10, 2026**

**Settlement Administration Ten Year Budget**
**MindGeek Settlement**

**(6,000 Applicants/4,000 Qualifiying Claimants)**

| Description | Amount | Year 1 | Year 2 | Year 3 | Year 4 | Year 5 | Year 6 | Year 7 | Year 8 | Year 9 | Year 10 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Total Settlement Fund** | **$120,000,000.00** | **$25,000,000.00** | **$15,833,333.34** | **$15,833,333.34** | **$15,833,333.33** | **$15,833,333.33** | **$15,833,333.33** | **$15,833,333.33** | **$0.00** | **$0.00** | **$0.00** |
| | | | | | | | | | | | |
| Settlement Administration Expenses | | | | | | | | | | | |
| Class Action Notice (Epiq)[1] | $250,800.00 | $250,800.00 | | | | | | | | | |
| Class Action Notice (JND)[1] | $472,862.16 | $472,862.16 | | | | | | | | | |
| Class Settlement Notice (Epiq) | $164,732.00 | $164,732.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Settlement Administrator Fees and Expenses (Budget Attached) | $5,974,762.50 | $2,612,032.50 | $543,795.00 | $492,870.00 | $474,495.00 | $477,015.00 | $426,615.00 | $407,190.00 | $162,750.00 | $162,750.00 | $215,250.00 |
| **TOTAL** | **$6,863,156.66** | **$3,500,426.66** | **$543,795.00** | **$492,870.00** | **$474,495.00** | **$477,015.00** | **$426,615.00** | **$407,190.00** | **$162,750.00** | **$162,750.00** | **$215,250.00** |
| | | | | | | | | | | | |
| Other Costs/Expenses | | | | | | | | | | | |
| Service Awards for Class Reps (2) | $300,000.00 | $62,500.00 | $39,583.34 | $39,583.34 | $39,583.33 | $39,583.33 | $39,583.33 | $39,583.33 | $0.00 | $0.00 | $0.00 |
| Service Award for Jane Doe #2 (California) | $5,000.00 | $5,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Service Award for Jane Doe #2 (Alabama) | $5,000.00 | $5,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Class Counsel Fee | $40,000,000.00 | $8,333,333.33 | $5,277,777.78 | $5,277,777.78 | $5,277,777.78 | $5,277,777.78 | $5,277,777.78 | $5,277,777.77 | $0.00 | $0.00 | $0.00 |
| Class Counsel Expenses | $2,775,720.43 | $2,775,720.43 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL** | **$43,085,720.43** | **$11,181,553.76** | **$5,317,361.12** | **$5,317,361.12** | **$5,317,361.11** | **$5,317,361.11** | **$5,317,361.11** | **$5,317,361.10** | **$0.00** | **$0.00** | **$0.00** |
| | | | | | | | | | | | |
| **Fund Balance for Claimant Payments** | **$70,051,122.91** | **$10,318,019.58** | **$9,972,177.22** | **$10,023,102.22** | **$10,041,477.22** | **$10,038,957.22** | **$10,089,357.22** | **$10,108,782.23** | **($162,750.00)** | **($162,750.00)** | **($215,250.00)** |
| **Per Claimant Award for 4,000 Claimants[2]** | **$17,512.78** | **$3,648.50** | **$2,310.71** | **$2,310.71** | **$2,310.71** | **$2,310.71** | **$2,310.71** | **$2,310.71** | **$0.00** | **$0.00** | **$0.00** |

[1] Treated as Settlement Administration Expenses per the Settlement Agreement.

[2] Some claimant payments may occur in Years 8-10 for minor claimants not reaching the age of majority until then.

**CONFIDENTIAL**
**MINDGEEK LIFETIME BUDGET**

**Edgar C. Gentle, III**
**GENTLE TURNER & BENSON, LLC**
**www.gtandslaw.com**
**501 Riverchase Parkway East, Suite 100**
**Hoover, Alabama 35244**
**Phone: 205-716-3000**
**Fax: 205-716-3010**
**E-mail: EGentle@gtandslaw.com**

**July 29, 2026**

**Settlement Administration Ten Year Budget**
**MindGeek Settlement**

**SUMMARY:**

% of the anticipated funding.

lement Administration Ten Year Budget is based upon the following experience and assumptions: (i) budgeting experience in other Settlements, with llion in other Settlements that the Fund Administrator has administered over a 30 year period; (ii) estimated 6,000 applicants submitting claims, with mants; (iii) a ten year administration period - seven years during the period that the Qualified Settlement Fund will receive installment payments, with a l three years for any minors not having reached the age of majority; and (iv) may require the issuance of Federal Forms 1099-MISC to claimants should alify as non-taxable to the claimants. Total anticipated funding is $120,000,000, with the Settlement Administration budget (including contingency oximately 4.97% of the funding amount. The administration budget payments will be allocated over the 10 year life of the Qualified Settlement Fund. ninistrator is not bound to the budget line items individually, but only to the overall budget administration cost per year.

| Task | Description | Assumption (Hours or Units)[1] | Estimated | Year 1 | Year 2 | Year 3 | Year 4 | Year 5 | Year 6 | Year 7 | Year 8 | Year 9 | Year 10 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Implementing Claims Review, Distribution and Quality Assurance and Processing Protocols, Managing Teams, Working with Counsel and Performing Post Distribution/Closing Tasks | 3,000 Hours | $300.00 | $150,000.00 | $150,000.00 | $100,000.00 | $100,000.00 | $100,000.00 | $50,000.00 | $50,000.00 | $50,000.00 | $50,000.00 | $100,000 |
| tabase Management | Coordinate to Obtain Claim data and Documents and Familiarization with data | 75 Hours | $250.00 | $18,750.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0 |
| | Maintenance and Hosting | 750 Hours | $200.00 | $ 114,000.00 | $ 4,000.00 | $ 4,000.00 | $ 4,000.00 | $ 4,000.00 | $ 4,000.00 | $ 4,000.00 | $ 4,000.00 | $ 4,000.00 | $ 4,000. |
| | Claim Form Design and Data Population, Publish Settlement Notice and Claim Forms, Mailing, Review Exclusion/Objection Requests to Settlement Agreement & Review, and Validate Claims | 6,000 Applicants | $250.00 | $ 1,500,000.00 | $ - | $ - | $ - | $ - | $ - | $ - | $0.00 | $0.00 | $0 |
| ess | Design and Implement Deficiency Process | 375 Hours | $200.00 | $ 75,000.00 | $ - | $ - | $ - | $ - | $ - | $ - | $0.00 | $0.00 | $0 |
| | Process, Review and Validate Deficiency Responses | 800 Hours | $200.00 | $ 160,000.00 | $ - | $ - | $ - | $ - | $ - | $ - | $0.00 | $0.00 | $0 |
| f Claim Status | Finalize the Calculation of Benefits | 500 Hours | $200.00 | $ 100,000.00 | $ - | $ - | $ - | $ - | $ - | $ - | $0.00 | $0.00 | $0 |

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Provide Notices regarding Computation of Claim Payment | 4,000 Notices | $2.00 | $ 8,000.00 | $ - | $ - | $ - | $ - | $ - | $ - | $0.00 | $0.00 | $0 |
| | | 1,400 Hours | $100.00 | $ 18,000.00 | $ 18,000.00 | $ 18,000.00 | $ 18,000.00 | $ 18,000.00 | $ 18,000.00 | $ 17,000.00 | $ 5,000.00 | $ 5,000.00 | $ 5,000. |
| | | 3 Years | $20,000/year | $ 20,000.00 | $ 20,000.00 | $ 20,000.00 | $ - | $ - | $ - | $ - | $0.00 | $0.00 | $0 |
| ments | | 9,300 Hours | $150.00 | $ 190,000.00 | $ 190,000.00 | $ 190,000.00 | $ 190,000.00 | $ 190,000.00 | $ 190,000.00 | $ 170,000.00 | $ 30,000.00 | $ 30,000.00 | $ 30,000. |
| l Claimant Payments | | 1,400 Hours | $120.00 | $ 21,900.00 | $ 21,900.00 | $ 21,900.00 | $ 21,900.00 | $ 21,800.00 | $ 21,800.00 | $ 21,800.00 | $ 5,000.00 | $ 5,000.00 | $ 5,000. |
| rs | | 4,660 Hours | $150.00 | $ 90,000.00 | $ 90,000.00 | $ 89,000.00 | $ 89,000.00 | $ 89,000.00 | $ 89,000.00 | $ 89,000.00 | $ 25,000.00 | $ 25,000.00 | $ 25,000. |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | Domain Charges | | | $ 2,000.00 | $ 1,500.00 | $ 1,500.00 | $ 1,500.00 | $ 1,500.00 | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | $ 1,000. |
| ords | | | | $ 20,000.00 | $ 22,500.00 | $ 25,000.00 | $ 27,500.00 | $ 30,000.00 | $ 32,500.00 | $ 35,000.00 | $ 35,000.00 | $ 35,000.00 | $ 35,000. |
| | | | | | | | | | | | | | |
| | | | | $2,487,650.00 | $517,900.00 | $469,400.00 | $451,900.00 | $454,300.00 | $406,300.00 | $387,800.00 | $155,000.00 | $155,000.00 | $205,000 |
| rve | | | | $ 124,382.50 | $ 25,895.00 | $ 23,470.00 | $ 22,595.00 | $ 22,715.00 | $ 20,315.00 | $ 19,390.00 | $ 7,750.00 | $ 7,750.00 | $ 10,250. |
| | | | | $ 2,612,032.50 | $ 543,795.00 | $ 492,870.00 | $ 474,495.00 | $ 477,015.00 | $ 426,615.00 | $ 407,190.00 | $ 162,750.00 | $ 162,750.00 | $ 215,250. |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| es of the Settlement Administrator are calculated based on the hourly rates of partners ($500/hr), associates ($350/hr), clerks, accountants, paralegals and claims reviewers ($120/hr), and administrative assistants ($100/hr). | | | | | | | | | | | | | |

# MindGeek Global Settlement

## *Notice Only*

### Project Requirements and Estimated Volumes

| | |
|---|---|
| Total Email Notice Population from Class Cert Data | 1,728 |
| Percentage of Undeliverable email | 1% |
| Media/Publication Notice | Yes |
| Notice to State and Local Organizations | Yes |
| Case Duration for Notice Only (Months) | 3 |
| CAFA | Optional |

*All Other Administrative Services Being Handled by Edgar C. Gentle, III*

| Summary Estimate | | Total Amount |
|---|---|---|
| Data Standardization & Class Notice | $ | 148,187 |
| Expert Notice Opinion Declaration and Notice Drafting | $ | 4,980 |
| Project Management | $ | 11,520 |
| Postage & Expenses | $ | 44 |
| Total Estimate | $ | 164,732 |

## Detailed Estimate

# MindGeek Global Settlement

| Activity | Unit | Rate | | Volume | | Amount |
|---|---|---|---|---|---|---|
| **Data Standardization & Class Notice** | | | | | | |
| Publication Media Program | See Attached | $ | 144,390 | 1 | $ | 144,390 |
| Import and Standardize Data* | Flat Fee | $ | 500 | 1 | $ | 500 |
| Data Analyst | Per Hour | $ | 165 | 12 | $ | 1,980 |
| Email Notice Setup and Formatting | One-Time Fee | $ | 500 | 2 | $ | 1,000 |
| Email Notice | Per Email | $ | 0.05 | 1,728 | $ | 86 |
| Record Undeliverable Email | Per Piece | $ | 0.025 | 17 | | Waived |
| Email Notice to Local/National Organizations | Per Email | $ | 0.05 | $ 3,000 | $ | 150 |
| Print/Mail Notice to National Organizations | Printed as Lot | $ | 1.35 | $ 60 | $ | 81 |
| *Data provided must meet Epiq data standards. Epiq can standardize data at additional cost of $165/hr. | | | | | **$** | **148,187** |
| **Expert Notice Opinion Declaration and Notice Drafting** | | | | | | |
| Executive Management and Testimony | Per Hour | $ | 495 | 4 | $ | 1,980 |
| Legal Notice Director | Per Hour | $ | 300 | 10 | $ | 3,000 |
| | | | | | **$** | **4,980** |
| **Project Management** | | | | | | |
| Project Manager | Per Hour | $ | 175 | 30 | $ | 5,250 |
| Project Coordinator | Per Hour | $ | 110 | 45 | $ | 4,950 |
| Data Analyst and Reporting | Per Hour | $ | 165 | 8 | $ | 1,320 |
| | | | | | **$** | **11,520** |

**Total Estimated Administration Fee $ 164,687**

| Postage & Expenses | | | | | | |
|---|---|---|---|---|---|---|
| Post Office Box - Dedicated | Per 6 Months | $ | 800 | 0.5 | | Waived |
| Postage* - Notice | Blended Total | | | | $ | 44 |
| *Discounted rates as applicable | | | | | **$** | **44** |

**Total Estimated Costs $44**

**Total Estimate $ 164,732**

Estimate does not include sales tax or bank fees where applicable. Applicable sales tax and bank fees to be paid by the Settlement Fund.

# MindGeek Global Settlement

| Activity | Unit | Rate | Volume | Amount |
|---|---|---|---|---|
| **Optional: CAFA Notice** | | | | |
| Implementation and Materials | Flat Fee | $ 5,000 | 1 | $ 5,000 |
| Estimated Postage - USPS Certified Mail | Per Piece | $ 9 | 56 | $ 504 |
| Estimated Delivery - UPS (US AG) | Per Piece | $ 46 | 1 | $ 46 |
| | | | | **$ 5,550** |

## Standard Rates

| | |
|---|---|
| Clerical and Data Entry | $ 55 |
| Contact Center (Dedicated) | $ 60 |
| Contact Center (Shared Per Minute) | $ 1.25 |
| Claims Analyst/Check & Mailing Coordinators | $ 70 |
| Correspondence | $ 70 |
| Claims Specialist/Account Reconciliation | $ 90 |
| Project Coordinator/Senior Claims Specialist & Analyst | $ 110 |
| Contact Center Supervisor/Graphic Designer | $ 120 |
| Project Specialist/Contract Attorney/Assoc Project Mgr | $ 135 |
| Data Analyst and Reporting/Legal Notice Specialist | $ 165 |
| Project Manager | $ 175 |
| Disbursement/Contact Center Manager | $ 185 |
| Sr. Project Manager/Software Engineer | $ 195 |
| Notice Manager | $ 210 |
| Solutions Architect/Assoc Director | $ 260 |
| Client Services Manager/Project Director | $ 275 |
| Vice President/Client Services Director/Notice Director | $ 300 |
| Sr. Solutions Architect | $ 395 |
| Executive Management and Testimony | $ 495 |
| Photocopy or Image | $ 0.13 |
| Box Storage (Per Box/Per Month) | $ 12 |
| Long Distance, Per Minute | As Used |

Estimate Valid Until: 10/18/2026

| | | | | |
|---|---|---|---|---|
| | | | Languages TBD | 300x600 |
| 5 weeks | 12,500,000 | Parents of children 6 - 17 | English & Other Languages TBD | 728x90 300x600 |
| 5 weeks | 5,000,000 | Parents of children aged 6 - 17 and Google Affinity for block software, internet safety products and/or in-market for mobile phone monitoring, text messaging spy apps and/or cell phone surveillance | English & Other Languages TBD | 728x90 300x600 |
| 5 weeks | 25,000,000 | Adults 18 - 34 | English & Other Languages TBD | New Right H |
| 5 weeks | 14,000,000 | Parents of children 9 - 17 | English & Other Languages TBD | New Right H |
| 5 weeks | 25,000,000 | Adults 18 - 34 | English & Other Languages TBD | Nev |
| 5 weeks | 10,000,000 | Teens 13 - 17 | English & Other Languages TBD | Nev |
| 5 weeks | 10,000,000 | Adults 18 - 34 | English & Other Languages TBD | Vid |
| 5 weeks | 10,000,000 | Teens 13 - 17 | English & Other Languages TBD | Vid |
| 5 weeks | 5,000,000 | Teens 13 - 17 | English & Other Languages TBD | Vid |
| 5 weeks | 5,000,000 | Adults 18 - 34 | English & Other Languages TBD | Reddit |
| 5 weeks | 5,000,000 | Adults 18 - 34 | English & Other Languages TBD | X Fe |
| 5 weeks | 5,000,000 | Adults 18 - 34 and post engagement targeting for monitoring software, text message monitoring, internet safety, cell phone spying and/or data privacy | English & Other Languages TBD | X Fe |
| 5 weeks | 20,000,000 | Adults 18 - 34 | English & Other Languages TBD | 30 Secon |
| 5 weeks | 15,000,000 | Teens 13 - 17 | English & Other Languages TBD | 30 Secon |

***pressions: 234,000,000*** ***On***

, Yahoo! & Bing)

swire's Premier Global Newsline with distribution in U.S., Canada, Latin America, Pan Europe, Pan Asia, Arabic Middle East, Isr
e (Simplified and Traditional), Czech, French, German, Hebrew, Indonesian, Japanese, Korean, Malay, Polish, Portuguese, Russ
naximum)

pproximately 60 national organizations that support victims of sexual abuse or exploitation. Additional email notice to approx
ons. Examples of organizations to include are Adult Survivors of Child Abuse (ASCA), The Rape, Abuse & Incest National Netwo

**Additional Notice Elements (Audio)**

| Duration | Language | Ad |
|---|---|---|
| 6 weeks | English & Other Languages TBD | :30 secon |
| 6 weeks | English & Other Languages TBD | :30 secon |

**EPIQ CLASS ACTION & CLAIMS SOLUTIONS, INC.**
**TERMS AND CONDITIONS**

All services to be provided by Epiq Class Action and Claims Solutions, Inc. and/or its affiliate Hilsoft Notifications (collectively "Epiq"), including services provided to Client as set forth in the attached Proposal, are subject to the following terms and conditions:

**1. SERVICES.** Epiq agrees to provide Client the services, none of which constitutes legal advice, necessary to perform the tasks specified in the attached proposal and estimated pricing attached hereto (the "Services").

**2. PAYMENT FOR SERVICES AND EXPENSES.** Client agrees to pay Epiq those fees specified in the attached proposal and estimated pricing attached hereto. Client shall make such payment with monies from a fund to be set up in connection with the settlement ("the Fund"). Client acknowledges that such fees are estimates based upon information provided to Epiq by Client and that Epiq makes no representation that such fees shall equal the actual and final fees charged to Client. Premium rates apply for Services provided after normal business hours and on weekends and holidays. Epiq reserves the right to reasonably increase its fees annually. Epiq shall invoice Client at least monthly. Client shall pay Epiq within thirty (30) days of its receipt of each such invoice, through wire transfer or other payment method approved in advance by Epiq. Disputes with respect to invoiced amounts shall be deemed waived if not raised in writing within such thirty-day period. Epiq may require Client to, and upon such request Client shall, prepay or provide an advance deposit for postage, paper, mailing costs, media placements data files and other costs before a project begins. Subject to the foregoing, out-of-pocket expenses (including travel charges) will be billed as incurred and reimbursed by Client. All activity charges on a distribution account will be treated as out-of-pocket expenses. If needed, out of pocket media production expenses such as translation, press release and production shall be billed allowing a five percent (5%) commission. Media placements may be billed separately pursuant to a Media Authorization document and/or invoice. Additional overtime expenses for work in excess of eight hours per day or forty hours per week will be billed at hourly overtime rates for such services. Undisputed amounts that remain unpaid following their due date shall be subject to an interest charge of 12% per year. The acceptance by Epiq of any partial payment shall not constitute a waiver of Epiq's right to pursue the collection of any remaining balance. Notwithstanding the foregoing, in the event the Fund is not approved by the Court, is not created, or the Fund does not have adequate monies to cover the payment of Services, the Client shall be responsible for all fees incurred under this Agreement.

**3. UNUSUAL MEASURES.** If the Client requires measures that are unusual and beyond normal business practice, the cost of such measures, if provided by Epiq, shall be charged to the Client. Said charges may be required in advance if Epiq deems it appropriate.

**4. TERM AND TERMINATION**. Either party may terminate this Agreement (a) upon 90 days prior written notice to the other party or (b) upon written notice to the other party in the event of any material breach of this Agreement if the party receiving such notice (i) fails to cure such breach within thirty (30) days after notice by the non-breaching party or (ii) in the case of any breach which requires more than thirty (30) days to cure, fails to commence and continue good faith efforts to cure such breach, provided that such cure shall be effected no less than ninety (90) days following such notice. In the event of any termination as specified herein, obligations which by their nature survive termination including but not limited to obligations to pay for services rendered, limitations of liability and warranty, rights to intellectual property and proprietary information, and similar items shall all survive termination of any nature.

**5. INDEPENDENT CONTRACTORS; SERVICES; APPROVALS.** Each party, its officers, agents and employees are at all times independent contractors to the other party. The Services are being delivered on an "as-is" basis and Epiq hereby makes no representation or warranty and disclaims all other express or implied conditions, representations and warranties including any implied warranties or conditions of merchantability, suitability, or fitness for a particular purpose. Client agrees that Client has complied with all applicable regulations and laws required by Client in order to allow Epiq to perform the Services.

**6. DATA PROTECTION MEASURES.** In connection with any specific legal compliance requirements that may be required in connection with the Services, Client must provide Epiq with reasonable advance written notice of such requirements and information regarding the data types and classifications regarding the data provided by or on behalf of the Client to Epiq. Any breach of this Section 6 shall be considered a material breach of the Agreement.

**7. TAXES.** All fees charged by Epiq are exclusive of taxes and similar fees now in force or enacted in the future imposed on the Services. Client will be responsible for and direct pay any applicable taxes imposed on the Services by appropriate governmental authority(s) except for taxes based upon Epiq's net income, gross revenue or employment obligations.

**8. INDEMNIFICATION.** Client shall indemnify, defend and hold harmless Epiq, its affiliates owners, members, managers, consultants, directors, officer, employees, and agents ("Agents") against any Losses incurred by them arising out of or related to (a) any gross negligence or willful misconduct by Client, or any misrepresentations made by such persons to Epiq or third parties in connection with this Agreement, (b) any breach of the terms of this Agreement by Client, (c) the handling of any payment by Epiq in connection with Client's instructions,; (d) any breach of Section 6 hereto; and (e) any instruction or information provided to Epiq by Client in connection with the Services.

**9. CONFIDENTIALITY.** Each of Epiq and Client agrees to keep confidential all non-public records, systems, procedures, software and other information received from the other party in connection with the Services; provided however that if either party reasonably believes that it is required to produce any such information by order of any court, any governmental agency or other regulatory body, it may upon not less than five (5) business days' written notice to the other party, release the required information. The parties understand that the intellectual property included in the software utilized or developed by Epiq during this course of this Agreement shall be the exclusive property of Epiq. The term "intellectual property" or "IP" shall include without limitation inventions (whether or not patentable), concepts, ideas, processes, programs, trade secrets and know-how. Client shall not: (a) modify, adapt, translate or create derivative works of the Epiq's IP; (b) lease, rent, loan, distribute, assign, sublicense, convey or otherwise transfer or encumber Epiq's IP; (c) translate, copy, reverse engineer, re-engineer, decompile, reverse compile, or disassemble Epiq's IP; or (d) use Epiq's IP or any part thereof, for the benefit of any other person or entity.

**10. LIMITATION ON DAMAGES.** Under no circumstances will Epiq or its Agents be liable to the Client for any special, consequential, punitive, general, indirect or incidental damages arising out of relating to this Agreement or the performance of Services hereunder. In no event shall Epiq's or its Agents' total liability to the Client for any claims, losses, costs, fines, settlements, penalties or damages, including court costs and attorney's fees (collectively, "Losses"), arising out of or related to this Agreement or the performance of Services hereunder, exceed the total amount paid by the Client to Epiq for the portion of the particular services which gave rise to the Losses.

**11. FORCE MAJEURE.** If performance by Epiq of any of its obligations hereunder is prevented by reason of any act of God, strike, lock-out or other industrial or transportation disturbance, fire, lack of materials, law, regulation or ordinance, war conditions, or by reason of any other matter beyond Epiq's reasonable control ("Force Majeure Event"), then such performance shall be excused and this Agreement shall, at Epiq's option, be deemed suspended during the continuation of such event and for a reasonable time thereafter.

**12. GOVERNING LAW; ARBITRATION.** This Agreement shall be construed and controlled by the laws of the State of Oregon. The parties agree that any controversy or claim arising out of or relating to this Agreement shall be settled by mandatory, final and binding arbitration before the American Arbitration Association in New York, New York.

**13. GENERAL.** If Epiq or any of its employees are deposed or required to testify, or produce documents or records, Client will be liable for all fees and expenses of Epiq related to such deposition, testimony or production. Epiq maintains banking relationships with financial institutions, whereby those institutions may provide financial products and related services required in connection with the Services. Epiq may receive compensation from such institutions in connection with those relationships. This Agreement and the rights and obligations of each party shall bind and inure to the benefit of their respective successors and assigns. This Agreement represents the entire agreement between the parties and supersedes any existing agreement entered into by the parties relating to the subject matter hereof and may be modified only by a writing signed by the parties hereto. Any waiver under this Agreement shall not constitute a waiver of any other right hereunder. All notices required to be served hereunder shall be in writing, postage prepaid, address to the party to whom service is to be given, as provided herein, and shall be served upon the other party either personally or by registered or certified mail to the address below such party's signature.