# EXHIBIT C

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

*A United States federal court authorized this Notice. This is not a solicitation from a lawyer.*

# MINDGEEK CLASS ACTION SETTLEMENT

**This class action settlement (the "Settlement") was established to compensate individuals who can demonstrate that they were under 18 years old when they were depicted in a video or image involving Sexually Explicit Conduct,[1] *i.e.*, Child Sex Abuse Material ("CSAM") that was made available for viewing on one or more of the MindGeek Websites, at any time from February 12, 2011 through December 6, 2024 ("Qualified Claimants"). MindGeek Websites participating in the Settlement include, but are not limited to:[2]**

Pornhub.com, Pornhubpremium.com, Redtube.com, Redtubepremium.com, YouPorn.com, YouPornpremium.com, Tube8.com, Mofosex.com, ExtremeTube.com, Spankwire.com, Keezmovies.com, Thumbzilla.com, and XTube.com

- The Settlement has been reached in two class action lawsuits: *Jane Doe v. MindGeek USA Inc., et al.,* Case No. 8:21-cv-00338-WLH (ADS), that is pending in the United States District Court for the Central District of California (the "California Action"), and *Jane Doe #1 v. MG Freesites, Ltd, D/B/A "Pornhub", et al.*, Case No. 7:21-cv-00220-RDP, that is pending in the United States District Court for the Northern District of Alabama (the "Alabama Action"). Judge Wesley L. Hsu of the United States District Court for the Central District of California (the "District Court") is presiding over the proposed Settlement for both lawsuits.
- Plaintiffs claim that MindGeek USA Incorporated, MindGeek S.à r.l., MG Freesites, LTD, d/b/a Pornhub, MG Freesites II, LTD, MG Content RT Limited, 9219-1568 Quebec, Inc. d/b/a MindGeek, MG CY Holdings Ltd, and MG Billing Limited (collectively, "Defendants") benefitted from child sex trafficking involving child sexual abuse material ("CSAM") on the MindGeek Websites. Defendants deny Plaintiffs' allegations and, by agreeing to enter into this Settlement, do not concede, agree to, accept, or admit any

[1] "Sexually Explicit Conduct" means any actual or simulated sexual act, including but not limited to: sexual intercourse, including genital-genital, oral-genital, anal-genital, or oral-anal contact; bestiality; masturbation or any other stimulation of genitals or anus; sadistic or masochistic abuse; or lascivious exhibition of the breast(s), anus, genitals, or pubic area of any person.

[2] All capitalized terms not otherwise defined have the meanings listed in the Stipulation of Settlement (or "Settlement Agreement") dated July 17, 2026, which is available on the Class Website ([TK]) or by contacting the Settlement Administrator, as more fully explained in the Notice. To the extent that there is any conflict between the definitions of capitalized terms in this Claim Form and the Settlement Agreement, the definition in the Settlement Agreement controls.

of the claims made against them. Copies of the Complaints and Answers by the Defendants can be found at [TK Settlement Administrator website].

- The United States District Court for the Central District of California and the United States District Court for the Northern District of Alabama (the "Courts") have allowed the two lawsuits to be class actions on behalf of a Class as detailed below.

  **Class Definition:** All persons who were under the age of 18 when they appeared in a video or image that has been made available for viewing on any website owned or operated by MindGeek, including but not limited to Pornhub.com, Pornhubpremium.com, Redtube.com, Redtubepremium.com, YouPorn.com, YouPornpremium.com, Tube8.com, Mofosex.com, ExtremeTube.com, Spankwire.com, Keezmovies.com, Thumbzilla.com, and XTube.com, from February 12, 2011, through December 6, 2024.

- The Courts have not decided who is right or wrong. If the District Court approves the Settlement, Qualified Claimants may receive payment from a cash Settlement Fund. To become a Qualified Claimant and participate in the Settlement Fund, a Class Member must first establish eligibility by showing, as described in more detail below: (1) that they were under the age of 18 when a video/image of them involving Sexually Explicit Conduct was created; and (2) that the video/image was available for viewing on one of MindGeek's Websites. Eligibility depends on the Class Member's age when the video or image was created, not on their age when it was later made available for viewing on a MindGeek Website; a Class Member may become a Qualified Claimant even if they were no longer a minor when the video or image was made available for viewing on a MindGeek Website.

- Defendants have agreed to a Settlement Fund of $120,000,000 and extensive injunctive relief designed to deter and reduce the risk of CSAM being uploaded to or made available on Defendants' Websites.

- ***Please read this Notice carefully.***

| YOUR LEGAL RIGHTS AND OPTIONS IN THIS LAWSUIT | | DEADLINE |
|---|---|---|
| **Do Nothing** | By doing nothing, you will lose the possibility of getting money from the Settlement. But you will be bound by the terms of the Settlement. | N/A |
| **Establish Eligibility and Submit a Claim Form** | If you want to be awarded funds from the Settlement, you must submit documentation or information supporting that you were under 18 at the time a sexually explicit video or image of you was made and that the video or image was made available for viewing on a MindGeek Website. You must also complete and timely submit a Claim Form by [TK DATE & TIME]. If you are a non-United States citizen, you must also sign a Release. NOTE: Videos and/or Images should NOT be submitted in support of your claim for eligibility. If the Settlement Administrator determines you are a Qualified Claimant, you will be eligible to receive Settlement money if the Court grants final approval of the Settlement. You will also give up your right to sue Defendants separately about the same legal claims in these lawsuits that are resolved by this Settlement. | Submitted to the Settlement Administrator by [TK] |
| **Object** | Tell the Court what you do not like about the Settlement. The purpose of an objection to the Settlement is for a Class Member to persuade the Court not to approve the proposed Settlement. A successful objection to the Settlement may mean that the objector and other members of the Class are not bound by the Settlement and no cash payment will be provided to any Qualified Claimant. The process required for objecting is outlined below in this document. If you file an objection and you fail to also timely establish your eligibility and submit a signed Claim Form, your right to pursue an award from the Settlement Fund will be extinguished should the objection be unsuccessful. | Filed and served in the District Court by [TK] |

- These rights and options—**and the deadlines to exercise them**—are explained in this Notice. These deadlines may be moved, cancelled, or otherwise modified, so please check [TK Settlement Administrator website] regularly for updates and further details.
- The District Court overseeing the settlement process still has to decide whether to approve the Settlement. Payments will be made over time to Qualified Claimants, if the District Court approves the Settlement and after any appeals are resolved. Please be patient.

# WHAT THIS NOTICE CONTAINS


**BASIC INFORMATION ........ 6**

1. What is this Notice about? ........ 6
2. What are these lawsuits about? ........ 6
3. Why are these lawsuits class actions? ........ 6
4. Why is there a Settlement? ........ 7

**THE CLAIMS IN THE LAWSUITS ........ 7**

5. What do the lawsuits complain about? ........ 7
6. How do Defendants answer? ........ 7
7. Have the Courts decided who is right? ........ 7

**WHO IS IN THE SETTLEMENT CLASS ........ 8**

8. Am I part of the Settlement Class? ........ 8
9. Are there exceptions to being included? ........ 8
10. What if I am still not sure if I am included? ........ 8

**WHAT SETTLEMENT CLASS MEMBERS GET ........ 8**

11. What does the Settlement provide? ........ 8

**HOW TO GET A CASH PAYMENT ........ 9**

12. How can I get a cash payment? ........ 9
13. When will I get my payment? ........ 9

**IF YOU DO NOTHING ........ 9**

14. What happens if I do nothing at all? ........ 9

**THE LAWYERS REPRESENTING YOU ........ 10**

15. Do I have a lawyer in this case? ........ 10
16. Should I get my own lawyer? ........ 11
17. How will Class Counsel be paid? ........ 11

**OBJECTING TO THE SETTLEMENT ........ 11**

18. How can I tell the Court if I do not like the Settlement? ........ 11

**THE COURT'S FAIRNESS HEARING ........ 12**

19. When and where will the District Court decide whether to approve the Settlement? ........ 12
20. Do I have to come to the hearing? ........ 12

21. May I speak at the hearing?......13

**GETTING MORE INFORMATION......13**

22. How do I get more information? ......13

## BASIC INFORMATION

### 1. What is this Notice about?

You have a right to know about a proposed Settlement and your rights and options before the Court decides whether to approve the Settlement.

A proposed Settlement has been reached in two class action lawsuits: Jane Doe v. MindGeek USA Inc., et al., Case No. 8:21-00338-WLH (ADS), that is pending in the United States District Court for the Central District of California (the “California Action”) and Jane Doe #1 v. MG Freesites, Ltd, D/B/A “Pornhub”, et al., Case No. 7:21-cv-00220-RDP, that is pending in the United States District Court for the Northern District of Alabama (the “Alabama Action”).

The Honorable Judge Wesley L. Hsu of the United States District Court for the Central District of California (the “District Court”) is presiding over the proposed Settlement.

In June 2026, the Parties reached a preliminary agreement, which was subsequently memorialized in a Stipulation of Settlement dated July 17, 2026.

### 2. What are these lawsuits about?

The lawsuits claim that Defendants knew or should have known that they systematically benefited from the possession and distribution of child sex abuse material (“CSAM”) on their pornography websites, including but not limited to **Pornhub.com, Pornhubpremium.com, Redtube.com, Redtubepremium.com, YouPorn.com, YouPornpremium.com, Tube8.com, Mofosex.com, ExtremeTube.com, Spankwire.com, Keezmovies.com, Thumbzilla.com, and XTube.com.** Defendants deny these allegations.

In a class action lawsuit, a court appoints one or more people or entities to be the “plaintiff” to sue on behalf of other people who have similar claims. If the court allows the lawsuit to proceed as a class action, the court appoints the plaintiff as the “class representative.” The people together are a “class” or “class members.” The plaintiff—and all the class members like them—are called the plaintiffs. The companies and people they sued are called the defendants. One court resolves the issues for everyone in the class—except for those people who choose to exclude themselves from the class. In these lawsuits, the Courts appointed Jane Doe in California and Jane Doe in Alabama as Plaintiffs and class representatives in the California Action and Alabama Action, respectively.

### 3. Why are these lawsuits class actions?

The Courts decided that these lawsuits could proceed as class actions and move towards a trial because they met the requirements of Federal Rule of Civil Procedure 23, which governs class actions in federal courts. Specifically, the Courts found that:

- There are numerous Class Members whose interests are affected by each lawsuit;
- There are legal questions and facts that are common to the members of the Class;
- Plaintiffs’ claims are typical of the claims of the rest of the Class;
- Plaintiffs and the lawyers representing the Class will fairly and adequately represent the Class interests;
- The common legal questions and facts are more important than questions that affect only individuals;

- The Class is ascertainable because they are defined by identifiable objective criteria; and
- A class action will be more efficient than having many individual lawsuits.

More information about why the Court has allowed these lawsuits to be class actions is in the Court's Orders Granting Motions for Class Certification, which are available at [TK Settlement Administrator website].

### 4. Why is there a Settlement?

Defendants deny any and all liability or wrongdoing of any sort. The Courts have not decided in favor of Plaintiffs or Defendants. With the assistance of an experienced, neutral mediator and Judge R. David Proctor of the United States District Court of the Northern District of Alabama, the parties were able to reach a compromise of both lawsuits that was subsequently memorialized in the Settlement Agreement. Doing so avoids the risks, costs, and delays of further litigation for both sides. Plaintiffs and Class Counsel think the Settlement is in the best interests of the Class and is fair, reasonable, and adequate.

## THE CLAIMS IN THE LAWSUITS

### 5. What do the lawsuits complain about?

The lawsuits claim that Defendants benefitted from child sex trafficking involving CSAM; and have known about, and been investigated for CSAM on their websites. Plaintiffs allege that Defendants, despite actual knowledge that their websites were being used to upload, create and share CSAM, did not take adequate steps to prevent CSAM, motivated at least in part by financial considerations.

Defendants are a group of privately held companies that own or operate Pornhub.com, Pornhubpremium.com, Redtube.com, Redtubepremium.com, YouPorn.com, YouPornpremium.com, Tube8.com, Mofosex.com, ExtremeTube.com, Spankwire.com, Keezmovies.com, Thumbzilla.com, and XTube.com, among other websites. Their flagship video sharing platform is Pornhub. Created in 2007, Pornhub is a leading free, ad-supported, adult content hosting and streaming website, offering visitors the ability to view content uploaded by verified users, models, and third-party adult entertainment companies.

### 6. How do Defendants answer?

Defendants deny that they did anything wrong and will defend themselves at trial if the Settlement is not approved. Prior to the Settlement, Defendants filed motions for summary judgment in the California Action that have yet to be decided. If the Settlement is not approved, Defendants would seek a decision on those motions. Defendants' Answers to the Complaints are available at [TK Settlement Administrator website].

### 7. Have the Courts decided who is right?

The Courts have not decided whether Plaintiffs or Defendants are correct. By establishing the Class and issuing this Notice, the Courts are not suggesting that Plaintiffs will win or lose this case. If the Settlement is not approved, Plaintiffs must prove their claims at trial.

## WHO IS IN THE SETTLEMENT CLASS

### 8. Am I part of the Settlement Class?

The Settlement Class is defined as:

> All persons who were under the age of 18 when they appeared in a video or image that has been made available for viewing on any website owned or operated by the Defendants anytime from **February 12, 2011** through **December 6, 2024**.

### 9. Are there exceptions to being included?

Yes. Excluded from the Settlement Class are individuals that previously opted out during the prior notice rounds in either the California Action or the Alabama Action in 2024. This Settlement does not include or create a new period by which to opt out.

### 10. What if I am still not sure if I am included?

If you are still not sure whether you are included in the Settlement Class, you can get free help at [TK Settlement Administrator website] at the phone numbers or addresses listed in Questions 12 or 22.

## WHAT SETTLEMENT CLASS MEMBERS GET

### 11. What does the Settlement provide?

If the Court approves the Settlement, a Settlement Fund of $120,000,000.00 will be established for Class Members who meet eligibility requirements and become Qualified Claimants as decided by the Settlement Administrator. The Settlement Fund will be reduced by costs paid to administer the Settlement Fund or vendors required to issue Class Notice regarding the Settlement Fund as well as any Court-awarded attorneys' fees and expenses and payments to the Class Representatives (see Question 17 below). Subject to a plan of allocation proposed by Plaintiffs and approved by the Court, the Settlement Administrator will distribute the remaining amounts to Qualified Claimants equally (*per capita*) pursuant to the number of Qualified Claimants. The Qualified Claimant's share of the Settlement will be paid in up to seven (7) separate distributions over time. No portion of the Settlement Fund will be returned to Defendants.

Defendants have also agreed to establish and implement, and thereafter maintain, comprehensive procedures set forth in the Settlement Agreement that are designed to deter and reduce the uploading or dissemination of CSAM on their Websites.

More details are in a document called the Settlement Agreement, which is available at [TK Settlement Administrator website].

If you are a Class Member, you cannot sue, continue to sue, or be part of any other lawsuit against Defendants or the Released Parties about any claims, whether known or unknown, that were asserted in the Actions or that arise out of or are based on the facts, statements, or omissions involved, set forth, or referred to in the Actions, to the extent that such claims arise from conduct occurring on or before December 6, 2024. It also means that all the decisions by the Courts will bind you. The Released Claims and the Released Parties are defined in the Settlement Agreement. They describe the legal claims that are extinguished through the approval of this Settlement. Please refer to Section 4.1 of the Stipulation of Settlement, which can be found on the Settlement

Administrator's website [TK Settlement Administrator website].

## HOW TO GET A CASH PAYMENT

### 12. How can I get a cash payment?

In order to get a cash payment, you must establish that you meet the eligibility requirements and fill out and submit a Claim Form by [TK DATE] at [TK TIME]. A copy of the Claim Form and all instructions are available at [TK Website]. If you do not submit a Claim Form and documents / information supporting eligibility by the deadline or otherwise do not meet eligibility requirements to become a Qualified Claimant, you will not be eligible for a payment from the Settlement Fund. If you need or want any assistance filling out the Claim Form, the Settlement Administrator is available to assist you at no additional charge to you. The Settlement Administrator will keep your conversation(s) and all information you provide confidential. You may contact the Settlement Administrator at [TK PHONE] or [TK EMAIL].

If the Qualified Claimant is a minor at the time the cash payment amount is determined, the Settlement Administrator will send notice of such cash payment amount to the Minor Claimant's legal representative (*i.e.*, Guardian ad Litem, Legal Guardian, or counsel) (if known). Any cash payment owed to a Minor Claimant that is ready for payment while the Minor Claimant is still a minor under applicable law will be paid into an interest-bearing subfund of the Settlement Fund (the "Minor Claimants Account"). The Minor Claimant's Account will be held for the sole benefit of the Minor Claimant and invested in instruments backed by the full faith and credit of the United States Government or fully insured by the United States Government or any agency thereof until the Minor Claimant becomes an adult under applicable law (the "Adult Distribution Date"). On the Adult Distribution Date, the amount then held in the Minor Claimant's Account, including any interest earned, will be paid directly to the Qualified Claimant (the Minor Claimant who has become an adult under applicable law). Funds held in the Minor Claimant's Account for a Minor Claimant may be released before the Adult Distribution Date only (a) pursuant to an order of a U.S. court of general jurisdiction in the Minor Claimant's state of residence or (b) by Judge Wesley Hsu of the United States District Court for the Central District of California (the "District Court").

### 13. When will I get my payment?

If you timely submit a Claim Form and the Settlement Administrator deems you a Qualified Claimant, payments will be distributed to Settlement Class Members in up to seven (7) separate payments over time beginning after the District Court grants "final approval" of the Settlement and after all appeals are resolved. If the District Court approves the Settlement, there may be appeals. It is always uncertain whether these appeals can be resolved and resolving them can take time. Please be patient.

## IF YOU DO NOTHING

### 14. What happens if I do nothing at all?

If you are a Class Member who has not previously opted out of the Class, and you do nothing and do not submit the information necessary to become a Qualified Claimant, you will still be bound by the Settlement, you will give up your right to sue or continue to sue Defendants for the claims in these lawsuits, and you will not receive any money.

## THE LAWYERS REPRESENTING YOU

### 15. Do I have a lawyer in this case?

Yes. The District Court in the California Action has appointed the following lawyers as "Class Counsel":

Davida P. Brook
Krysta Kauble Pachman
Halley W. Josephs
Emily Cronin
**SUSMAN GODFREY L.L.P.**
1900 Avenue of the Stars, Suite 1400
Los Angeles, California 90067
Telephone: (310) 789-3100
Facsimile: (310) 789-3150
dbrook@susmangodfrey.com
kpachman@susmangodfrey.com
hjosephs@susmangodfrey.com
ecronin@susmangodfrey.com

The District Court in the Alabama Action has appointed the following lawyers as "Class Counsel":

Gregory Zarzaur
**The Zarzaur Law Firm**
2332 Second Avenue North
Birmingham, Alabama 35203
gregory@zarzaur.com

Joshua Hayes
**Prince Glover Hayes**
701 Rice Mine Road, N.
Tuscaloosa, AL 35406
205-345-1234
Josh@princelaw.net

Kimberly Adams
**Levin Papantonio Rafferty**
316 S. Baylen Street, Suite 600
Pensacola, FL 32502
850-435-7056
jointhefight@levinlaw.com

## 16. Should I get my own lawyer?

If you are a Class Member you do not need to hire your own lawyer because Class Counsel is working on your behalf. But, if you want your own lawyer, you can hire your own lawyer at your own expense. For example, you can ask them to appear in Court for you if you want someone other than Class Counsel to speak for you.

## 17. How will Class Counsel be paid?

The District Court will determine how much Class Counsel will be paid for fees and expenses. Class Counsel will file a motion seeking an award for attorneys' fees not to exceed 33 1/3% of the Settlement Fund, including any interest earned on the attorneys' fee portion of the Settlement Fund (i.e., $40,000,000.00 plus interest). In addition to seeking an award for attorneys' fees, Class Counsel will seek reimbursement for expenses incurred or to be incurred in connection with the Settlement, as well as a Service Award of up to $150,000 for each Class Representative for their service as the representatives on behalf of the Class, to be paid from the Settlement Fund, as well as up to $5,000 for Jane Doe #2 (California) who sought leave to join the California Action at Dkt. 89 and participated in initial discovery, and up to $5,000 for Jane Doe #2 (Alabama) who appeared in the original Complaint and the First Amended Complaint in the Alabama Action at Dkt. 1 and Dkt. 22 and participated in initial discovery. You will not be responsible for direct payment of any of these fees, expenses, or awards, but payment will reduce the amount of the Settlement Fund available for Qualified Claimants.

**<u>OBJECTING TO THE SETTLEMENT</u>**

## 18. How can I tell the Court if I do not like the Settlement?

Any Settlement Class Member may object to the fairness, reasonableness, or adequacy of the proposed Settlement. Settlement Class Members who wish to object to any term of the Settlement must do so, in writing, by filing a written objection with the United States District Court for the Central District of California in the case *Jane Doe v. MindGeek USA Inc., et al.,* Case No. 8: 21-00338-WLH (ADS), and serving copies on Class Counsel and Counsel for Defendants. The written objection must include:

- Your full name, telephone number, current address, and email address, if any;
- A URL or video/image title, or some other form of documentation to indicate that you are a member of the Class (which may but does not have to include, for example, a copy of a content removal request relating to content depicting you on one of Defendants' websites, or any other communication to Defendants or a third party regarding such content appearing on Defendants' websites); Any objection not submitted with sufficient information to establish that the objector is a Class Member will not be considered by the Court;
- A written statement of all grounds for the objection accompanied by any legal support for the objection (if any);
- Whether your objection applies only to you as the objector, to a specific subset of the Class or to the entire Class;
- Copies of all documents or writings that you desire the District Court to consider. NOTE: Videos / Images shall NOT be submitted under any circumstances;
- The name and contact information of any and all attorneys representing, advising, or in any way assisting you in connection with the preparation or submission of your objection or who may profit from the pursuit of the objection;

- A statement indicating whether you intend to appear at the Fairness Hearing (either personally or through counsel, who must file an appearance or seek pro hac vice admission in accordance with the Local Rules); and
- Your signature or the signature of your counsel.

**PLEASE DO NOT SUBMIT ANY IMAGES OR VIDEOS.**

To the extent that your objection contains or attaches confidential documents or personally identifying information, you may seek leave from the District Court to file those documents under seal and/or with any personal information redacted or using a pseudonym in the publicly filed version of the objection, subject to the District Court's discretion.

If you intend to appear at the Fairness Hearing through counsel, the written objection must also state the identity of all attorneys representing you who will appear at the Fairness Hearing. Your objection, along with any supporting material you wish to submit, must be filed with the Office of the Court, with a copy sent to the Settlement Administrator by mail or email, by [TK DATE] at the following addresses:

**The Clerk of Court**

Judge Hsu's Chambers Copy Box

350 W. 1st Street, Los Angeles, CA 90012

**MindGeek Class Action Settlement Administrator**

P.O. Box 361930

Hoover, Alabama 35236-1930

## THE COURT'S FAIRNESS HEARING

### 19. When and where will the District Court decide whether to approve the Settlement?

The District Court will hold a Fairness Hearing on **[TK DATE]** at **[TK TIME]** at the United States District Court for the Central District of California, Felicitas and Gonzalo Mendez United States Courthouse, 350 W 1st Street, Courtroom 9B, 9th Floor, Los Angeles, CA 90012. At the Fairness Hearing, the District Court will consider whether the Settlement is fair, reasonable, adequate, and in the best interest of the Class. The District Court will also consider how much to pay and reimburse Class Counsel and any Service Award cash payment to the Class Representatives, Jane Doe #2 (Alabama), and Jane Doe #2 (California). If there are objections, the Court will consider them at this time. We do not know how long these decisions will take.

### 20. Do I have to come to the hearing?

No. But you or your own lawyer may attend at your expense. If you submit an objection, you do not have to come to Court to talk about it. As long as you have properly filed a timely objection pursuant to Section 18 above,, the District Court will consider it.

### 21. May I speak at the hearing?

Yes. If you have properly filed a timely objection pursuant to the objection procedures described above, you may ask the District Court for permission to speak at the Fairness Hearing. To do so, you must send or file a letter with the District Court stating that it is your "Notice of Intent to Appear." Your request must state your name, address, email address, and telephone number, as well as the name, address, email address, and telephone number of the person that will appear on your behalf. Your request must be filed with the Clerk of the Court and served on Class Counsel and Defendants' Counsel no later than [TK DATE]. See Question 18 for addresses.

## GETTING MORE INFORMATION

### 22. How do I get more information?

This Notice contains a summary of the proposed Settlement. You can get additional information by visiting [TK Settlement Administrator website] or writing the Administrator at:

**MindGeek Class Action Settlement Administrator**

P.O. Box 361930

Hoover, Alabama 35236-1930

You can also call Class Counsel at 1-310-789-3100, or write them at:

Davida P. Brook
Krysta Kauble Pachman
Halley W. Josephs
Susman Godfrey LLP
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067

Gregory Zarzaur
The ZarZaur Law Firm
2332 Second Avenue North
Birmingham, Alabama 35203
gregory@zarzaur.com

Joshua Hayes
Prince Glover Hayes
701 Rice Mine Road, N.
Tuscaloosa, AL 35406
205-345-1234
Josh@princelaw.net

Kimberly Adams

Levin Papantonio Rafferty
316 S. Baylen Street, Suite 600
Pensacola, FL 32502
850-435-7056
jointhefight@levinlaw.com

**PLEASE DO NOT CONTACT THE COURT REGARDING THIS NOTICE**