# EXHIBIT D

# Plan of Allocation

1. The objective of the Plan of Allocation is to distribute the Settlement Fund (less awarded attorney fees, service awards, and expenses, including administration expenses) *per capita* among Qualified Claimants, as described below, due to the claims alleged in the Actions and pursuant to the terms of the Settlement Agreement. Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Settlement Agreement. In the event of any conflict between this Plan of Allocation and the Settlement Agreement, the Settlement Agreement shall control.

2. Individuals who submit a claim or have claims submitted on their behalf ("Claimants") become "Qualified Claimants" and therefore eligible to receive an equal *per capita* settlement distribution amount (the "Allocated Amount") from the Settlement Fund, if the following occurs:

   a. The Claimant timely submits a Claim Form providing the Claimant's identifying information and supporting documentation (if any). All Claim Forms shall be signed by the Claimant or the Claimant's legal representative under penalty of perjury. Non-United States citizens shall also be required to sign a Release, which will be attached to the Claim Form for Non-United States citizens.

   b. The Settlement Administrator determines, based on documents and information provided, that (1) the Claimant was under the age of 18 at the time they were depicted in a video or image involving Sexually Explicit Conduct; and (2) the Content of the Claimant was available for viewing on any MindGeek Website[1] at any time between February 12, 2011 through December 6, 2024.

3. **Settlement Administrator's Determination:** For the avoidance of doubt, should the Settlement Administrator have concerns as to the accuracy or validity of information included in the Claimant's Claim Form or documentation and information submitted to support the Claimant's eligibility, the Settlement Administrator shall promptly notify the Claimant of those concerns so as to afford the Claimant or their representative an adequate opportunity to respond to any such concerns within a reasonable time period set by the Settlement Administrator. Should the Settlement Administrator then find that the Claimant's allegations lack credibility and/or validity, the Settlement Administrator shall take that finding into consideration in making a determination whether the Claimant is a Qualified Claimant. After a Claimant receives the Settlement Administrator's initial determination, the Claimant will have an opportunity to appeal the initial determination to the Settlement Administrator. After a Claimant receives the Settlement Administrator's appeal determination, the Settlement Administrator's determination on whether a

[1] "MindGeek Websites" has the same meaning as the term "Websites" in the Settlement Agreement and includes, but is not limited to: Pornhub.com, Pornhubpremium.com, Redtube.com, Redtubepremium.com, YouPorn.com, YouPornpremium.com, Tube8.com, Mofosex.com, ExtremeTube.com, Spankwire.com, Keezmovies.com, Thumbzilla.com, and XTube.com.

Claimant has met eligibility requirements, has timely submitted a valid Claim Form, and is a "Qualified Claimant" shall be final and non-appealable.

4. Every Qualified Claimant will be awarded an Allocated Amount that is equal to the Qualified Claimant's *per capita* share of the net amount distributable from the Settlement Fund based on the total number of Qualified Claimants.

5. **Timing:** The Settlement Administrator shall provide in writing to Class Counsel in a manner that ensures confidentiality: (1) the names and number of Qualified Claimants on the same date, within 90 days after entry of the Final Approval Order or at such time as agreed upon by the Parties, and (2) the Allocated Amounts for all Qualified Claimants on the same date, within 90 days after entry of the Final Approval Order or at such time as agreed upon by the Parties. Once the Settlement Administrator has determined the Allocated Amounts for each Qualified Claimant, the Qualified Claimant's Allocated Amount will be distributed by the Settlement Administrator in the appropriate shares as funds become available within 90 days after the Settlement Effective Date and within 30 days after each of Defendants' Installment Payments are made to the Settlement Fund. Qualified Minor Claimant Allocated Amounts will be held in an interest-bearing account and not be distributed to such Qualified Minor Claimants until they reach the age of majority and in accordance with the laws of the Minor Claimant's place of residence. Funds held for Qualified Minor Claimants may only be released prior to reaching the age of majority pursuant to (a) an order of a U.S. court of general jurisdiction in the Qualified Minor Claimant's state of residence, or (b) an order entered by the U.S. District Court for the Central District of California.

6. The Settlement Administrator and Class Counsel shall periodically consider redistributing unclaimed Settlement Payments to Qualified Claimants who received funds in prior round(s), to the extent feasible and practical in light of the costs of administering such subsequent payments, unless the amounts involved are too small to make individual distributions economically viable or other specific reasons exist that would make such further distributions impossible or unfair. Following a redistribution, the Settlement Administrator and Class Counsel will determine whether additional redistributions of unclaimed funds to Qualified Claimants who received funds in prior round(s) are feasible and practical in light of the aforementioned considerations. In the event that further redistributions are no longer economically or administratively feasible, Class Counsel will apply to the Court for a *cy pres* award to be made to one or more nationally recognized non-profit organizations, reasonably acceptable to and independent from all Parties, that engage in or conduct efforts to remediate or prevent the creation and dissemination of CSAM.

7. All costs associated with the disposition of residual funds – whether through additional distributions to Qualified Claimants who received their Settlement Payments and/or through an alternative plan approved by the District Court – shall be borne solely by the Settlement Fund.

8. The plan of allocation may be modified upon further order of the District Court. Any updates to the plan of allocation will be published on the Class Website.