# EXHIBIT E

# MINDGEEK CLASS ACTION SETTLEMENT
# SETTLEMENT OVERVIEW

JANE DOE #1 V. MG FREESITES, LTD, d/b/a "PORNHUB," et al.
C.A. No. 7:21-cv-00220-RDP (N.D. Al.)

JANE DOE V. MINDGEEK USA INC., et al.
C.A. No. 8:21-CV-00338-WLH-ADS (C.D. Cal.)

## IMPORTANT DEADLINES AND GENERAL INFORMATION

This class action settlement (the "Settlement") was established to compensate individuals who can demonstrate that they were under 18 years old when they were depicted in a video or image involving Sexually Explicit Conduct,[1] *i.e.*, Child Sex Abuse Material ("CSAM") that was made available for viewing on one or more of the MindGeek Websites,[2] at any time from February 12, 2011 through December 6, 2024 ("Qualified Claimants"). MindGeek Websites include but are not limited to:

Pornhub.com, Pornhubpremium.com, Redtube.com, Redtubepremium.com, YouPorn.com, YouPornpremium.com, Tube8.com, Mofosex.com, ExtremeTube.com, Spankwire.com, Keezmovies.com, Thumbzilla.com, and XTube.com

To participate in the Settlement based on your claim in the actions entitled *Jane Doe #1 v. MG Freesites, LTD, d/b/a "PORNHUB,", et al.*, Case No. 7:21-cv-00220-RDP (N.D. Al.) (the "Alabama Action") and *Jane Doe v. MindGeek USA Inc., et al.*, Case No. 8:21-cv-00338-WLH-ADS (C.D. Cal.) (the "California Action"; when referenced together with the Alabama Action, the "Litigations"), and receive compensation from the Settlement Fund, you must be a Qualified Claimant. To be a Qualified Claimant you must submit a valid Claim Form by the set deadline and establish, based on documents and information provided, you are an Eligible Claimant by providing proof (1) that you were under the age of 18 when a video and/or image of you depicting Sexually Explicit Conduct was created, and (2) that the video or image was available for viewing on a MindGeek Website at any time from February 12, 2011 through December 6, 2024. If the Settlement Administrator confirms your eligibility and validates your Claim Form, you will become a Qualified Claimant and are eligible to receive compensation from the Settlement Fund.

You may still submit a Claim Form and become a Qualified Claimant even if you did not speak with an attorney, or you never reported that you were depicted in a video or image involving Sexually Explicit Conduct when you were under the age of 18 to the MindGeek Websites, law enforcement, the National Center for Missing & Exploited Children, or other agency or non-profit organization.

[1] "Sexually Explicit Conduct" means any actual or simulated sexual act, including but not limited to: sexual intercourse, including genital-genital, oral-genital, anal-genital, or oral-anal contact; bestiality; masturbation or any other stimulation of genitals or anus; sadistic or masochistic abuse; or lascivious exhibition of the breast(s), anus, genitals, or pubic area of any person.

[2] All capitalized terms not otherwise defined have the meanings listed in the Stipulation of Settlement (or "Settlement Agreement") dated July 17, 2026, which is available on the Class Website (TK) or by contacting the Settlement Administrator, as more fully explained in the Notice. To the extent that there is any conflict between the definitions of capitalized terms in this Claim Form and the Settlement Agreement, the definition in the Settlement Agreement controls.

**You must mail or upload online your completed and signed Claim Form by no later than 11:59 pm EDT on TK DATE. If you fail to timely submit the Claim Form, your claim will be rejected, and you will not receive any compensation from the Settlement Fund created in connection with the Settlement.**

**United States Citizens and non-United States Citizens may file a Claim Form in this Settlement, but will need to submit different versions of the Claim Form. Under the terms of the Settlement Agreement, non-United States Citizens are required to submit a signed release. Other than the release, which is included in the Claim Form for Non-United States Citizens, the two Claim Forms are identical. Please be sure you submit the correct Claim Form based on your citizenship status.**

You may submit your Claim Form in your preferred language. The Settlement Administrator has English and Spanish language versions of the Claim Form and the Release for non-United States Citizens. The "Claim Form for United States Citizens" and the "Claim Form for Non-United States Citizens" can be found by visiting the Class Website [TK Insert Settlement Administrator website]. Los formularios de reclamación en español se pueden encontrar visitando el sitio web de la Clase: [TK Insert Settlement Administrator website].

If you need or want any assistance on determining your eligibility, how to fill out the Claim Form, what proof you need to submit to establish your eligibility, how to request or locate proof of your eligibility, etc., the Settlement Administrator's team is available to help you. Call the Settlement Administrator's team at TK or email at TK. The Settlement Administrator's team has been trained in assisting survivors of sexual trauma and is well versed in the general nature of this matter. The Settlement Administrator's team will keep your conversation(s) and all information you provide confidential. In addition, answers to Frequently Asked Questions ("FAQs") can be found on the Class Website at [TK Insert Settlement Administrator website].

**<u>You may but are not required to have an attorney or advocate help you fill out a Claim Form.</u>**

You will be legally bound by all orders and judgments entered in the Litigations, including the releases provided in the Orders or Judgments, **WHETHER OR NOT YOU SUBMIT A CLAIM FORM.** This means that in exchange for being an eligible Class Member that may be entitled to compensation in this Settlement, you will not be able to sue, continue to sue, or be part of any other lawsuits against the Defendants and Releasees as defined in Section 4.1 of the Settlement Agreement that involve CSAM videos or images made available for viewing on any MindGeek Websites at any time from February 12, 2011 through December 6, 2024.[3]

**NOTE**: **PLEASE DO NOT SUBMIT ANY CSAM IMAGES OR VIDEOS IN SUPPORT OF YOUR CLAIM**. CSAM is an image or video that depicts anyone under 18 years old engaging in Sexually Explicit Conduct.

This Settlement is not an admission of liability, wrongdoing, fault, or violation of law by any of the Defendants. The Defendants deny all allegations of wrongdoing.

[3] "Defendants" means all the defendants named in each of the complaints, as amended, filed in the Alabama Action and the California Action, including MindGeek USA Incorporated, MindGeek S.A.R.L., MG Freesites, LTD, d/b/a Pornhub, MG Freesites II, LTD, MG Content RT Limited, 9219-1568 Quebec, Inc. d/b/a MindGeek, MG CY Holdings LTD, and MG Billing LTD, and their successors and assigns.

**Please take the time to carefully review this Settlement Overview.**

## SETTLEMENT OVERVIEW

**This Settlement Overview includes the below sections to assist you with filing your Claim Form. The Frequently Asked Questions (the "FAQs") provide additional details you may find helpful. The FAQs can be found on the Class Website.**

I. **Submitting a Claim Form**– Instructions for how to submit a Claim Form.

II. **Settlement Eligibility** – Criteria to help you determine if you are eligible to participate in the Settlement and the supporting documents or information the Settlement Administrator will need to determine if you are a Qualified Claimant.

III. **Compensation** – An explanation of the compensation available under the Settlement and how the payment amounts will be determined.

**IV.** **Settlement Fund Allocations** – Additional details explaining how the Settlement Fund will be allocated between Qualified Claimants.

**Please see the Class Website at [TK] for additional information.**

## I. SUBMITTING A CLAIM FORM

These instructions are meant to provide you with details on how to submit the Claim Form. You may decide whether or not to submit a Claim Form. **If you do not submit a Claim Form, you will receive no compensation related to the Settlement. Whether or not you submit a Claim Form, you will release all claims related to the Litigations.** This means that in exchange for being an eligible Class Member that may be entitled to compensation in this Settlement, you will not be able to sue, continue to sue, or be part of any other lawsuits against the Defendants and Releasees, as defined in the Settlement Agreement, that involve CSAM images or videos made available for viewing on the MindGeek Websites at any time from February 12, 2011 through December 6, 2024.

To participate in the Settlement based on your claim in the Litigations, you must:

1. **Complete the Claim Form and Sign Under Oath and Penalty of Perjury:** You (or the person legally authorized to represent you, for example the person who holds your effective power of attorney) must individually sign the Claim Form under oath and under penalty of perjury. If you are represented by an attorney, your attorney must sign too. A wet signature (*i.e.*, written in ink) is not required. Electronic signatures will be accepted. If you sign electronically using a platform such as Adobe Sign or DocuSign, you must include the platform's identity verification record, certificate of completion, or audit trail

with your submission. The Settlement Administrator may request additional information to verify your identity.

2. **Establish that You Meet the Eligibility Requirements:** You must submit documentation or information establishing you meet the eligibility requirements identified in the "Settlement Eligibility" section.
3. **Submit the Claim Form by the Deadline:** You must timely submit your Claim Form to the Settlement Administrator, using one of the methods listed below by no later than 11:59 pm EDT on TK DATE.

**YOU MUST SUBMIT YOUR COMPLETED CLAIM FORM, RELEASE IF YOU ARE A NON-UNITED STATES CITIZEN, AND ANY OTHER DOCUMENTS, TO THE SETTLEMENT ADMINISTRATOR, USING ONE OF THE FOLLOWING METHODS:**

| | |
|---|---|
| The Class Website: | [TK] |
| By Email Attachment: | [TK] |
| By Mail: | MindGeek Class Action Settlement Administrator<br>P.O. Box 361930<br>Hoover, Alabama 35236-1930 |

You can submit your Claim Form electronically via the Class Website or by Email. Please note that no electronic files will be considered to have been properly submitted unless the Settlement Administrator sends you a written acknowledgement of receipt and acceptance of electronically submitted data by email. The Settlement Administrator will send an acknowledgement of receipt within 15 business days of each submission.

If you need or want any assistance on determining your eligibility, how to fill out the Claim Form, what proof you need to submit to establish your eligibility, how to request or locate proof of your eligibility, etc., the Settlement Administrator is available to help you. Call the Settlement Administrator's team at TK or email at TK. The Settlement Administrator's team has been trained in assisting survivors of sexual trauma and is well versed in the general nature of this matter. The Settlement Administrator's team will keep your conversation(s) and all information you provide confidential, and absent court order, will not share it with any persons, other than Class Counsel, without your written approval. "Class Counsel" is the Plaintiffs' counsel in the Alabama Action and the California Action. In addition, answers to Frequently Asked Questions ("FAQs") can be found on the Class Website.

## II. SETTLEMENT ELIGIBILITY

**You must submit a Claim Form signed under penalty of perjury and establish your eligibility** for the Settlement Administrator to determine whether you are a Qualified Claimant. If you are a non-United States Citizen, you must also submit the release that is included in the Non-United States Citizen Claim Form.

You may still submit a Claim Form and become a Qualified Claimant even if you did not speak with an attorney, or you never reported that you were depicted in a video or image involving Sexually Explicit Conduct when you were under the age of 18 to the MindGeek Websites, law enforcement, the National Center for Missing & Exploited Children, or other agency or non-profit organization.

## A. QUALIFIED CLAIMANTS

In order to be a Qualified Claimant, you must submit a Claim Form and provide proof establishing you are eligible to participate in the Settlement because you are a Class Member. To establish eligibility, you must show that:

1) **You were under 18 years old when you were depicted in a video or image involving Sexually Explicit Conduct, i.e., Child Sex Abuse Material ("CSAM").** CSAM is an image or video that depicts anyone under 18 years old engaging in Sexually Explicit Conduct. "Sexually Explicit Conduct" means any actual or simulated sexual act, including but not limited to: sexual intercourse, including genital-genital, oral-genital, anal-genital, or oral-anal contact; bestiality; masturbation or any other stimulation of genitals or anus; sadistic or masochistic abuse; or lascivious exhibition of the breast(s), anus, genitals, or pubic area of any person. You do not have to have been a minor when the video or image was viewable on any of the MindGeek Websites. In other words, you may be eligible if you were a minor *at the time you were depicted* in the video or image, even if it was first made available for viewing on the MindGeek Websites when you were over 18.

2) **Your video or image involving Sexually Explicit Conduct was available for viewing on one or more of the MindGeek Websites, at any time from February 12, 2011 through December 6, 2024**. MindGeek Websites include but are not limited to:

   Pornhub.com, Pornhubpremium.com, Redtube.com, Redtubepremium.com, YouPorn.com, YouPornpremium.com, Tube8.com, Mofosex.com, ExtremeTube.com, Spankwire.com, Keezmovies.com, Thumbzilla.com, and XTube.com.

A list of the kinds of supporting documents or information that you may provide to the Settlement Administrator to demonstrate your eligibility can be found in the next section. If you believe you have proof that is not listed below that can demonstrate (1) you were under 18 years old when you were depicted in a video or image involving Sexually Explicit Conduct ("CSAM"), and (2) your video or image was available for viewing on one or more of the MindGeek Websites, at any time from February 12, 2011 through December 6, 2024, please reach out to the Settlement Administrator via email or phone. **DO NOT attempt to submit images or videos, as they will not be accepted by the Settlement Administrator**. Please contact the Settlement Administrator directly if you have questions about submitting documents or information.

**Any correspondence, supporting documents, and information you provide will be kept confidential, and absent court order, will only be used to determine whether you are a Qualified Claimant, and will not be used to initiate or support a criminal case against you related to the dissemination of CSAM.**

## B. SUPPORTING DOCUMENTS AND/OR INFORMATION

The Settlement Administrator will use the supporting documents or information you provide to confirm your eligibility and validate your Claim Form. The primary method to confirm eligibility will be to use data and information discovered in the case, which may include the following: the name of the person who uploaded the CSAM video or image, the username/account holder associated with the CSAM video or image, the title of the CSAM video or image, and the URL associated with the CSAM video or image. This data is not the only way the Settlement Administrator can confirm you are a Qualified Claimant. Please review the List of Supporting Documents or Information below, and the FAQs, for other methods the Settlement Administrator can use to confirm you are a Qualified Claimant.

Any correspondence, supporting documents, and information you provide will be kept confidential, and absent court order, will only be used to determine whether you are a Qualified Claimant, and will not be used to initiate or support a criminal case against you related to the dissemination of CSAM.

If you do not have any supporting documentation or the Settlement Administrator determines additional information or corrections would be helpful, the Settlement Administrator may reach out to you to request additional information.

After you submit the Claim Form along with any supporting documentation, the Settlement Administrator will determine whether you are a Qualified Claimant. If you have questions about the types of supporting documentation or information you should provide, please review the FAQs found on the Class Website. In addition, the Settlement Administrator's team is available to assist and can be contacted at [TK].

Please note that the "MindGeek Websites" include but are not limited to:

> Pornhub.com, Pornhubpremium.com, Redtube.com, Redtubepremium.com, YouPorn.com, YouPornpremium.com, Tube8.com, Mofosex.com, ExtremeTube.com, Spankwire.com, Keezmovies.com, Thumbzilla.com, and XTube.com.

**LIST OF SUPPORTING DOCUMENTS OR INFORMATION YOU MAY SUBMIT TO DEMONSTRATE YOU ARE A QUALIFIED CLAIMANT**

**IF YOU ARE SUBMITTING DOCUMENTS, ONLY SUBMIT COPIES OF THE DOCUMENTS. DO NOT SUBMIT ORIGINALS.**

Supporting documents or information will be kept confidential, and absent court order, will only be used to determine whether you are a Qualified Claimant, and will not be used to initiate or support a criminal case related to the dissemination of CSAM. Supporting documents or information you provide are not being

provided to the government and are not subject to the Freedom of Information Act (FOIA) or any other state or federal law requiring disclosure of governmental records.

**PLEASE DO NOT SUBMIT ANY CSAM IMAGES OR VIDEOS IN SUPPORT OF YOUR CLAIM.**

**The supporting documents or information listed below are examples of documents that may help establish your eligibility. The Settlement Administrator recognizes that each Qualified Claimant will have different supporting documents. You are not required to submit every document on this list.**

Supporting documents or information you may choose to provide to demonstrate your eligibility may include but are not limited to:

1. Government issued identification; birth certificate; or passport that can be used to confirm you were under the age of 18 when you were depicted in a video or image involving Sexually Explicit Conduct ("CSAM");

2. Takedown requests: made before August 14, 2026, the date that the Parties filed a Motion for Preliminary Approval. A "takedown request" is a request, or a report, submitted to Defendants, or another entity, to have your CSAM image/video removed from a MindGeek Website;

3. Title of the CSAM video or image viewable on a MindGeek Website, or any details you can recall about the title, which will be validated by the Settlement Administrator through data produced by the Defendants;

4. One or more of the following: Name of the person who uploaded the video or image, or username or account holder associated with the CSAM video or image. It is not required that the person was named in a criminal case or otherwise held accountable for the exploitation. This information will be kept confidential, and absent court order, will only be used to determine whether you are a Qualified Claimant;

5. Uniform Resource Locator (URL) or website link associated with the CSAM video or image posted on a MindGeek Website, which will be validated by the Settlement Administrator through data produced by the Defendants. Please do not submit any CSAM images or videos;

6. Law enforcement records regarding the CSAM video or image, including but not limited to records of a report you (or someone else on your behalf) made to law enforcement about the video or image or law enforcement communications with Defendants regarding the CSAM video or image posted on a MindGeek Website;

7. Certified records or statements from a service provider (the person, organization, or company you communicated to about your experience regarding the CSAM video or image posted on a MindGeek Website) before August 14, 2026, the date that the Parties filed a Motion for Preliminary Approval. A "certified record" is a copy of a record that is signed, stamped, or otherwise certified by the service provider that created the original record, and is verified as authentic (for example, on the service provider's letterhead, bearing an official stamp or seal, or accompanied by a signed certification). Examples of service providers include: law enforcement, therapists or medical professionals, advocates, and survivor support service providers; or

8. Case number generated from a report made before August 14, 2026, the date that the Parties filed a Motion for Preliminary Approval to the National Center for Missing & Exploited Children (NCMEC), such as the CyberTipline, or any communications you or someone else on your behalf had with NCMEC about the CSAM video or image.

## III. COMPENSATION

All Qualified Claimants are eligible to receive compensation. Subject to a plan of allocation approved by the Court, the Settlement Funds available for Qualified Claimant payments will be divided equally between all Qualified Claimants (*i.e.,* per capita) based on the number of Qualified Claimants.

The amount of the Settlement Payment is based on the number of Qualified Claimants. As a result, the payment amount cannot be calculated until all Claim Forms are submitted and the number of Qualified Claimants is determined by the Settlement Administrator. At this time, Class Counsel is anticipating there will be approximately 2,000 Qualified Claimants. If there are 2,000 Qualified Claimants, we preliminarily estimate that you may receive an amount of $35,700 each, and if there are 4,000 Qualified Claimants, you may receive an amount of $17,500 each. The amounts depend on the number of Qualified Claimants and that the Defendants make all the installment payments. The amounts may be paid to you in installments too. The amount you ultimately receive may increase or decrease based on your per capita share of the Settlement Fund. Class Counsel intends to apply for attorneys' fees of up to one-third (1/3) of the Settlement Fund, reimbursement of costs and expenses, and service awards of up to US$150,000 for each Class Representative and up to US$5,000 for each of the Jane Doe #2 claimants, all of which are subject to Court approval and will be deducted from the Settlement Fund before distribution to Qualified Claimants.

A Qualified Claimant will have no other remedies with respect to any claim against the Settlement Fund and will not be eligible to receive any further distribution on account of their claim.

**Additional details regarding the allocation of Settlement Funds can be found in the "Settlement Fund Allocations" section.**

## IV. SETTLEMENT FUND ALLOCATIONS

Currently, the Court has not entered a Final Approval Order for this Settlement. If the Court approves the Settlement, a Settlement Fund of $120,000,000.00 will be established for Qualified Claimants. The Settlement Fund will be reduced by costs paid to administer the Settlement Fund or to vendors required to complete Class Notice, as well as any Court-awarded attorneys' fees and expenses and service awards to the Class Representatives as well as Jane Doe # 2 (California Action) and Jane Doe # 2 (Alabama Action). The Defendants will fund this Settlement in seven (7) installments. The Initial Payment Amount of US$25,000,000 was transmitted on July 31, 2026. The remaining six (6) installments of US$15,833,333.33 each will be transmitted annually on each anniversary of June 17, 2026, with the last installment being on or around June 17, 2032.

As a result, the Settlement Payments will be paid in installments. This means you will receive approximately 6 payments, one payment per year beginning in 2027 until 2032.

Subject to a plan of allocation approved by the Court, for all Qualified Claimants, the Settlement Administrator will divide the Settlement Funds available, after the deduction of costs paid to administer the Settlement

Fund or vendors required to complete Class Notice, as well as any Court-awarded attorneys' fees and expenses and service awards to the Class Representatives as well as Jane Doe # 2 (California Action) and Jane Doe # 2 (Alabama Action), equally between the Qualified (*i.e.*, per capita).

Settlement Administrator's Determination: You do not have to speak with the Settlement Administrator or its staff in order to qualify. The Settlement Administrator will review the supporting documents or information you provide, to determine whether you are a Qualified Claimant. If the Settlement Administrator has concerns as to the accuracy of a Class Member's Claim Form answers, or any other information or documents submitted, the Settlement Administrator will promptly notify the Class Member of those concerns to give the Class Member, or their representative, an adequate opportunity to respond to any such concerns within a reasonable time period set by the Settlement Administrator. Should the Settlement Administrator find that the Class Member's supporting documents or information provided lack credibility, the Settlement Administrator will take that finding into consideration in making any award and, if appropriate, may deny the Class Member any allocation of the Settlement Fund. After you receive the Settlement Administrator's initial determination you will have an opportunity to appeal the initial determination to the Settlement Administrator. After you receive the Settlement Administrator's appeal determination, the Settlement Administrator's determination will be final and non-appealable.

**Timing of Payments:** Timing of payments will depend on the number of Claim Forms submitted. Class members will have until [TK DATE] to submit a Claim Form. Due to the time it will take to review submitted Claim Forms and confirm eligibility, we anticipate initial payments will not be processed until after the second installment made by Defendants which will be on or around June 17, 2027. Within a reasonable time after the deadline to submit Claim Forms has passed, the Settlement Administrator will send Class Members their eligibility determinations, and Class Members will have [TK] days to appeal the Settlement Administrator's determination. Instructions on how to submit an appeal will be included in the Settlement Administrator's determination correspondence. Updates regarding appeals and Settlement Payments will be posted to the Class Website as additional information becomes available.

# MINDGEEK CLASS ACTION SETTLEMENT
# CLAIM FORM
## FOR UNITED STATES CITIZENS

JANE DOE #1 V. MG FREESITES, LTD, d/b/a "PORNHUB," et al.
C.A. No. 7:21-cv-00220-RDP (N.D. Al.)

JANE DOE V. MINDGEEK USA INC., et al.
C.A. No. 8:21-cv-00338-WLH-ADS (C.D. Cal.)

## CLAIM FORM INSTRUCTIONS

****You MUST establish that you are eligible and timely submit a signed Claim Form in order to qualify for any compensation pursuant to this Settlement.****

**Please Type or Print – Use Blue or Black Ink Only (Do Not Use a Pencil)**

**A wet signature (i.e., written in ink directly on this form) is not required. Electronic signatures will be accepted. If you sign electronically using a platform such as Adobe Sign or DocuSign, you must include the platform's identity verification record, certificate of completion, or audit trail with your submission. The Settlement Administrator may request additional information to verify your identity.**

**You may but are not required to have an attorney or advocate help you fill out this Claim Form.**

**Are you completing this form on behalf of a Class Member?** Executors, administrators, guardians, conservators, trustees, and attorneys or others acting in a representative capacity on behalf of a Class Member must complete and sign the applicable Settlement Forms on behalf of persons represented by them and submit evidence of their current authority to act on behalf of that Class Member, including stating their titles or capacities.

**ALL INFORMATION PROVIDED IN THIS FORM WILL BE KEPT STRICTLY CONFIDENTIAL**

By submitting a Claim Form, Class Member, individually or through their representative, represents that they appeared in an image or video involving Sexually Explicit Conduct[1] depicting the Class Member when they were under the age of eighteen and the image or video was made available for viewing on websites owned or operated by Defendants ("MindGeek Websites") at any time from February 12, 2011 through December 6, 2024. MindGeek Websites include but are not limited to:

Pornhub.com, Pornhubpremium.com, Redtube.com, Redtubepremium.com, YouPorn.com, YouPornpremium.com, Tube8.com, Mofosex.com, ExtremeTube.com, Spankwire.com, Keezmovies.com, Thumbzilla.com, and XTube.com

[1] "Sexually Explicit Conduct" means any actual or simulated sexual act, including but not limited to: sexual intercourse, including genital-genital, oral-genital, anal-genital, or oral-anal contact; bestiality; masturbation or any other stimulation of genitals or anus; sadistic or masochistic abuse; or lascivious exhibition of the breast(s), anus, genitals, or pubic area of any person.

**NOTE**: **PLEASE DO NOT SUBMIT ANY IMAGES OR VIDEOS CONTAINING CHILD SEX ABUSE MATERIAL (CSAM) IN SUPPORT OF YOUR CLAIM**. CSAM is an image or video that depicts anyone under 18 years old engaging in Sexually Explicit Conduct.

**YOU MUST SUBMIT YOUR COMPLETED CLAIM FORM, AND ANY OTHER DOCUMENTS, TO THE SETTLEMENT ADMINISTRATOR, USING ONE OF THE FOLLOWING METHODS:**

The Class Website: [TK]

By Email Attachment: [TK]

By Mail: MindGeek Class Action Settlement Administrator
P.O. Box 361930
Hoover, Alabama 35236-1930

You can submit your Claim Form electronically via the Class Website or by Email. Please note that no electronic files will be considered to have been properly submitted unless the Settlement Administrator sends you a written acknowledgement of receipt and acceptance of electronically submitted data by email. The Settlement Administrator will send an acknowledgement of receipt within 15 business days of each submission.

## A. CLASS MEMBER IDENTIFICATION

**Claimant Name:** ______________________________________________
Enter name exactly as you would like it to appear on a payment

**Taxpayer Identification No.:** ____________________________
Social Security Number, Taxpayer ID, or Foreign ID Number (if residing abroad)

**Date of Birth:** __________________
Format = Month/Day/Year

**Telephone No. (including area code):**

**Daytime:** ___________________________ **Evening:** ___________________________

**Email Address**: __________________________________

**Street Address:** ____________________________________________

**City:** ________________________ **State:** ____________ **Zip Code:** _______________

**Foreign Province:** __________________________

**Foreign Postal Code:** ________________________

**Foreign Country:** ___________________________

## B. AUTHORIZED PERSONAL REPRESENTATIVE INFORMATION

**If you are an attorney submitting this Claim Form on behalf of a Class Member client, or if you are otherwise submitting this Claim Form on behalf of a minor, an incapacitated individual, or an estate as a personal representative, you must complete this section.**

**Attorney or Representative's First and Last Name:** ______________________________
(First Name) (Last Name)

**Relationship to Class Member:** __________________________

**Class Member is (check whichever applies, if any):**

☐ A Minor ☐ Incapacitated ☐ Deceased

If the Class Member is a minor (a person under the age of eighteen), incapacitated, or deceased, please provide the below documentation establishing your authority to submit this Claim Form on their behalf:

- **If the Class Member is a minor** – Please provide a copy of the Class Member's birth certificate identifying you as the parent or guardian, or similar documentation showing your authority to file on their behalf. If you are not identified on the birth certificate, please provide a power of attorney or court order naming you as guardian.
- **If the Class Member is incapacitated** – Please provide a power of attorney or court order naming you as conservator or guardian.
- **If the Class Member is deceased** – Please provide the following documentation establishing you are the representative for the deceased Class Member's estate:
  - Death certificate of the deceased individual; and
  - Documents showing that you are the individual authorized to submit a petition on behalf of an eligible deceased Class Member. Acceptable documentation for estates may include a copy of the will or a Court Order/Letters Testamentary naming you as a personal representative, administrator, executor or executrix, or the sole beneficiary.

## C. COMMUNICATION PREFERENCES

How would you prefer we communicate with you? (check all that apply)

☐ Mail ☐ Email ☐ Phone

If the Settlement Administrator needs to call you, do they have permission to call and leave a voicemail? (check your response) By marking "Yes" below, and signing this form, you are providing prior express written consent to receive calls about this Settlement from the Settlement Administrator (Gentle, Turner, & Benson, LLC) at the telephone number(s) you submit in this form. You confirm that you are the user of any telephone number submitted in this form.

☐ Yes ☐ No

## D. PROOF OF CLAIM ELIGIBILITY

To the best of your ability, please answer all of the following questions, and if needed, provide any supporting documents. Supporting documents can be submitted via the Class Website, email, or mail.

1. Did you appear in an image or video involving Sexually Explicit Conduct that was taken or recorded when you were under the age of eighteen that has been made available for viewing on any website owned or operated by Defendants ("MindGeek Websites") anytime from **February 12, 2011** through **December 6, 2024**? Please note that this also includes images or videos involving Sexually Explicit Conduct that were taken or recorded when you were under eighteen but that were made available for viewing on any of the MindGeek Websites when you were over eighteen.

   ☐ Yes ☐ No

   * If you select No, you are not a Qualified Claimant.

2. To the best of your ability, please identify each MindGeek Website in which you appeared in a CSAM images(s) or video(s), which is an image or video involving Sexually Explicit Conduct that was taken or recorded when you were under the age of eighteen. (check all that apply)

   ☐ Pornhub.com
   ☐ Pornhubpremium.com
   ☐ Redtube.com
   ☐ Redtubepremium.com
   ☐ YouPorn.com
   ☐ YouPornpremium.com
   ☐ Tube8.com
   ☐ Mofosex.com
   ☐ ExtremeTube.com
   ☐ Spankwire.com
   ☐ Keezmovies.com
   ☐ Thumbzilla.com
   ☐ XTube.com

*If you do not make a selection, you are not a Qualified Claimant.

3. To the best of your ability, please provide (1) the approximate dates (month/year) on which you appeared in an image or video involving Sexually Explicit Conduct, (2) the MindGeek Website the image or video was posted on, and (3) your age(s) at the time each image(s) or video(s) were taken.

If you wish to identify more than three images or videos, please submit information regarding that additional content in a separate document and attach it to your Claim Form submission.

PLEASE NOTE: Eligibility can be determined by the Settlement Administrator based on one or more images or videos. An eligibility determination based on multiple images or videos will not increase a Qualified Claimant's award amount.

**Image or Video 1:**

Date Posted: ____________________

MindGeek Website: ____________________

Date Taken or Recorded: ____________________

Age when Taken/Recorded: ____________________

**Image or Video 2:**

Date Posted: ____________________

MindGeek Website: ____________________

Date Taken or Recorded: ____________________

Age when Taken/Recorded: ____________________

**Image or Video 3:**

Date Posted: ____________________

MindGeek Website: ____________________

Date Taken or Recorded: ____________________

Age when Taken/Recorded: ____________________

4. To the best of your ability, please provide any additional details you can about the image(s) or video(s) that you identified in Question 3 above involving Sexually Explicit Conduct that was taken or recorded when you were under the age of eighteen and posted on the MindGeek Website(s). Details may include, for example, the URL(s) of the image or video or title(s) or username(s) of anyone who uploaded the content. PLEASE DO NOT SUBMIT ANY CSAM IMAGES OR VIDEOS. **This information will be kept confidential, and absent court order, will only be used to determine your eligibility and will not be used to initiate or support a criminal case related to the dissemination of CSAM.**

If you wish to identify more than three images or videos, please submit information regarding that additional content in a separate document and attach it to your Claim Form submission.

PLEASE NOTE: Eligibility can be determined by the Settlement Administrator based on one or more images or videos. An eligibility determination based on multiple images or videos will not increase a Qualified Claimant's award amount.

**Image or Video 1:**

Name of Person Who Uploaded: ____________________

Username Associated with Upload: ____________________

Title: ________________________________________

URL: ________________________________________

Other Details: ______________________________________________
______________________________________________
______________________________________________

**Image or Video 2:**

Name of Person Who Uploaded: ____________________
Username Associated with Upload: ____________________
Title: ______________________________
URL: ______________________________
Other Details: ______________________________________________
______________________________________________
______________________________________________

**Image or Video 3:**

Name of Person Who Uploaded: ____________________
Username Associated with Upload: ____________________
Title: ______________________________
URL: ______________________________
Other Details: ______________________________________________
______________________________________________
______________________________________________

5. Did you or anyone else submit a takedown request to Defendants, or another entity? A "takedown request" is a request, or a report, submitted to Defendants, or another entity, reporting that you were under the age of eighteen when you appeared in an image or video involving Sexually Explicit Conduct that was made available for viewing on any of the MindGeek Websites, or requesting that the image or video be removed from a MindGeek Website. Please note that a "yes" response to this question is not a requirement or a prerequisite to being deemed a Qualified Claimant nor does it guarantee that you will become a Qualified Claimant – we simply wish to provide several ways you can provide proof of your potential eligibility.

☐ Yes ☐ No

If yes, please provide a copy of the request, if available, or details of your takedown request, including, for example, who the takedown request was submitted to, the date it was submitted, etc. PLEASE DO NOT SUBMIT ANY CSAM IMAGES OR VIDEOS.

______________________________________________
______________________________________________
______________________________________________
______________________________________________
______________________________________________

6. Did you or anyone else submit a report to law enforcement reporting that you were under the age of eighteen when you appeared in an image or video involving Sexually Explicit Conduct that was made available for viewing on any of the MindGeek Websites? Please note that a "yes" response to this question is not a requirement or a prerequisite to being deemed a Qualified Claimant nor does it guarantee that you will become a Qualified Claimant – we simply wish to provide several ways you can provide proof of your potential eligibility.

☐ Yes ☐ No

If yes, please provide a copy of any report, if available, or details of your law enforcement report, including, for example, the law enforcement agency it was submitted to, the date it was submitted, etc. PLEASE DO NOT SUBMIT ANY CSAM IMAGES OR VIDEOS.

____________________________________________
____________________________________________
____________________________________________
____________________________________________
____________________________________________

7. Did you or anyone else submit a report, or communicate to, the National Center for Missing & Exploited Children (NCMEC), such as the CyberTipline, that you were under the age of eighteen when you appeared in a video or image involving Sexually Explicit Conduct that was made available for viewing on any of the MindGeek Websites? Please note that a "yes" response to this question is not a requirement or a prerequisite to being deemed a Qualified Claimant nor does it guarantee that you will become a Qualified Claimant – we simply wish to provide several ways you can provide proof of your potential eligibility.

☐ Yes ☐ No

If yes, please provide a copy of your report or communication to NCMEC, if available, or details of your report or communication to NCMEC, including, for example, the case number generated from a report, the date of the report/communication, the method of communication, etc. PLEASE DO NOT SUBMIT ANY CSAM IMAGES OR VIDEOS.

____________________________________________
____________________________________________
____________________________________________
____________________________________________
____________________________________________

8. Did you or anyone else submit a report, or communicate to, a non-profit or another agency, other than NCMEC, that you were under the age of eighteen when you appeared in an image or video involving Sexually Explicit Conduct that was made available for viewing on any of the MindGeek Websites? Please note that a "yes" response to this question is not a requirement or a prerequisite to being deemed a Qualified Claimant – we simply wish to provide several ways you can provide proof of your potential eligibility.

☐ Yes ☐ No

If yes, please provide a copy of the report or communication, if available, or details of your report or communication, including, for example, the name of the non-profit or other agency, the date of the report/communication, the method of communication, etc. PLEASE DO NOT SUBMIT ANY CSAM IMAGES OR VIDEOS.

______________________________________________________________________________
______________________________________________________________________________
______________________________________________________________________________
______________________________________________________________________________
______________________________________________________________________________

9. Did you or anyone else submit a report, or communicate to, a service provider or third party not included in the above questions, that you were under the age of eighteen when you appeared in an image or video involving Sexually Explicit Conduct that was made available for viewing on any of the MindGeek Websites? Examples of service providers or third parties include therapists or medical professionals, and survivor organization. Please note that a "yes" response to this question is not a requirement or a prerequisite to being deemed a Qualified Claimant nor does it guarantee that you will become a Qualified Claimant – we simply wish to provide several ways you can provide proof of your potential eligibility.

☐ Yes ☐ No

If yes, please provide a copy of the report or communication, if available or details of your report or communication, including, for example, the name of the service provider or other agency, the date of the report/communication, the method of communication, etc. PLEASE DO NOT SUBMIT ANY CSAM IMAGES OR VIDEOS.

______________________________________________________________________________
______________________________________________________________________________
______________________________________________________________________________
______________________________________________________________________________
______________________________________________________________________________

## E. SUBMISSION TO JURISDICTION OF COURT AND DECLARATION

On behalf of myself and each of my heirs, agents, executors, trustees, administrators, predecessors, successors and assigns, I submit this Claim Form under the terms of the Stipulation of Settlement (the "Settlement Agreement") described in the Notice. I further acknowledge that I am bound by and subject to the terms of any judgment that may be entered in the Actions in the Northern District of Alabama and the Central District of California.

1. I hereby warrant and represent that I have not assigned or transferred or purported to assign or transfer, voluntarily or involuntarily, any matter released pursuant to this release or any other part or portion thereof.

2. I hereby warrant and represent that I have included the information requested about my experiences which occurred during the Class Period.

3. I hereby warrant and represent that I appeared in an image or video involving Sexually Explicit Conduct that depicted me when I was under the age of eighteen that has been made available for viewing on one or more MindGeek Websites anytime from February 12, 2011 through December 6, 2024.

4. I declare under penalty of perjury under the laws of the United States of America that all of the foregoing information supplied on this Claim Form by the undersigned is true and correct.

Executed this ____ day of _________________, ____________ in ________________, ____________________.
(month) (year) (city) (state/country)

_______________________________
(Sign Your Name or Apply Your Electronic Signature Here)

## F. ATTORNEY ATTESTATION

If the Claimant is represented by an attorney, this section must be completed and signed by the attorney:

As the attorney for the Claimant in this Claim Form, I attest and declare under penalty of perjury that the filing of this Claim Form is not frivolous, and the information provided in support of this Claim Form is true and correct to the best of my knowledge and belief.

_____________________________________________
Printed Name

___________________________________________
Signature

**ACCURATE CLAIMS PROCESSING TAKES A SIGNIFICANT AMOUNT OF TIME.**

**THANK YOU FOR YOUR PATIENCE.**

## G. REMINDER CHECKLIST

1. Type or print using only blue or black ink on the Claim Form. Do not use red pen or highlighter.

2. Submit the Claim Form and attach copies of supporting documentation, if available. You can submit hardcopies via mail, attachments via email, or you can upload online at [TK Settlement Administrator website].

3. Do not send original documents.

4. **Keep a copy of your Claim Form and all supporting documentation for your records.**

5. The Settlement Administrator will acknowledge receipt of your Claim Form by mail or e-mail within 15 business days. Your claim is not deemed submitted until you receive an acknowledgement notice. If you do not receive an acknowledgement notice within 15 business days of submitting your Claim Form, please email the Settlement Administrator at TK or call them at TK.

6. If you move, please send your new address to:

[TK]

**DEADLINES REMINDER**

You (or counsel, on your behalf) **must mail, email or upload online your completed and signed Claim Form by no later than 11:59PM EDT on TK DATE**. If, after submitting your Claim Form, you determine administrative corrections to your submission are needed, please contact the Settlement Administrator via e-mail at TK, or via mail at TK. The Settlement Administrator will consider such administrative corrections for a 30-day grace period following the submission deadline and may otherwise seek additional information as necessary to evaluate your submission.

# MINDGEEK CLASS ACTION SETTLEMENT
# CLAIM FORM
## FOR NON-UNITED STATES CITIZENS

JANE DOE #1 V. MG FREESITES, LTD, d/b/a "PORNHUB," et al.
C.A. No. 7:21-cv-00220-RDP (N.D. Al.)

JANE DOE V. MINDGEEK USA INC., et al.
C.A. No. 8:21-cv-00338-WLH-ADS (C.D. Cal.)

## CLAIM FORM INSTRUCTIONS

****You MUST establish that you are eligible and timely submit a signed Claim Form in order to qualify for any compensation pursuant to this Settlement.**

**As a non-United States citizen, the terms of the Settlement require that, in addition to the Claim Form, you review and sign the non-United States citizen release found in Section G of this Claim Form.****

**Please Type or Print – Use Blue or Black Ink Only (Do Not Use a Pencil)**

**A wet signature (i.e., written in ink directly on this form) is not required. Electronic signatures will be accepted. If you sign electronically using a platform such as Adobe Sign or DocuSign, you must include the platform's identity verification record, certificate of completion, or audit trail with your submission. The Settlement Administrator may request additional information to verify your identity.**

**You may but are not required to have an attorney or advocate help you fill out this Claim Form.**

**Are you completing this form on behalf of a Class Member?** Executors, administrators, guardians, conservators, trustees, and attorneys or others acting in a representative capacity on behalf of a Class Member must complete and sign the applicable Settlement Forms on behalf of persons represented by them and submit evidence of their current authority to act on behalf of that Class Member, including stating their titles or capacities.

**ALL INFORMATION PROVIDED IN THIS FORM WILL BE KEPT STRICTLY CONFIDENTIAL**

By submitting a Claim Form, Class Member, individually or through their representative, represents that they appeared in an image or video involving Sexually Explicit Conduct[1] depicting the Class Member when they were under the age of eighteen and the image or video was made available for viewing on websites owned or operated by Defendants ("MindGeek Websites") at any time from February 12, 2011 through December 6, 2024. MindGeek Websites include but are not limited to:

Pornhub.com, Pornhubpremium.com, Redtube.com, Redtubepremium.com, YouPorn.com, YouPornpremium.com, Tube8.com, Mofosex.com, ExtremeTube.com, Spankwire.com, Keezmovies.com, Thumbzilla.com, and XTube.com

[1] "Sexually Explicit Conduct" means any actual or simulated sexual act, including but not limited to: sexual intercourse, including genital-genital, oral-genital, anal-genital, or oral-anal contact; bestiality; masturbation or any other stimulation of genitals or anus; sadistic or masochistic abuse; or lascivious exhibition of the breast(s), anus, genitals, or pubic area of any person.

**NOTE**: **PLEASE DO NOT SUBMIT ANY IMAGES OR VIDEOS CONTAINING CHILD SEX ABUSE MATERIAL (CSAM) IN SUPPORT OF YOUR CLAIM**. CSAM is an image or video that depicts anyone under 18 years old engaging in Sexually Explicit Conduct.

**YOU MUST SUBMIT YOUR COMPLETED CLAIM FORM, AND ANY OTHER DOCUMENTS, TO THE SETTLEMENT ADMINISTRATOR, USING ONE OF THE FOLLOWING METHODS:**

The Class Website: [TK]

By Email Attachment: [TK]

By Mail: MindGeek Class Action Settlement Administrator
P.O. Box 361930
Hoover, Alabama 35236-1930

You can submit your Claim Form electronically via the Class Website or by Email. Please note that no electronic files will be considered to have been properly submitted unless the Settlement Administrator sends you a written acknowledgement of receipt and acceptance of electronically submitted data by email. The Settlement Administrator will send an acknowledgement of receipt within 15 business days of each submission.

## A. CLASS MEMBER IDENTIFICATION

**Claimant Name:** ____________________________________________
Enter name exactly as you would like it to appear on a payment

**Taxpayer Identification No.:** ___________________________
Social Security Number, Taxpayer ID, or Foreign ID Number (if residing abroad)

**Date of Birth:** ________________
Format = Month/Day/Year

**Telephone No. (including area code):**

**Daytime:** ________________________ **Evening:** ________________________

**Email Address**: ______________________________

**Street Address:** ________________________________________

**City:** ______________________ **State:** ___________ **Zip Code:** ______________

**Foreign Province:** ________________________

**Foreign Postal Code:** ______________________

**Foreign Country:** ________________________

## B. AUTHORIZED PERSONAL REPRESENTATIVE INFORMATION

**If you are an attorney submitting this Claim Form on behalf of a Class Member client, or if you are otherwise submitting this Claim Form on behalf of a minor, an incapacitated individual, or an estate as a personal representative, you must complete this section.**

**Attorney or Representative's First and Last Name:** ______________________________
(First Name) (Last Name)

**Relationship to Class Member:** __________________________

**Class Member is (check whichever applies, if any):**

☐ A Minor ☐ Incapacitated ☐ Deceased

If the Class Member is a minor (a person under the age of eighteen), incapacitated, or deceased, please provide the below documentation establishing your authority to submit this Claim Form on their behalf:

- **If the Class Member is a minor** – Please provide a copy of the Class Member's birth certificate identifying you as the parent or guardian, or similar documentation showing your authority to file on their behalf. If you are not identified on the birth certificate, please provide a power of attorney or court order naming you as guardian.
- **If the Class Member is incapacitated** – Please provide a power of attorney or court order naming you as conservator or guardian.
- **If the Class Member is deceased** – Please provide the following documentation establishing you are the representative for the deceased Class Member's estate:
  - Death certificate of the deceased individual; and
  - Documents showing that you are the individual authorized to submit a petition on behalf of an eligible deceased Class Member. Acceptable documentation for estates may include a copy of the will or a Court Order/Letters Testamentary naming you as a personal representative, administrator, executor or executrix, or the sole beneficiary.

## C. COMMUNICATION PREFERENCES

How would you prefer we communicate with you? (check all that apply)

☐ Mail ☐ Email ☐ Phone

If the Settlement Administrator needs to call you, do they have permission to call and leave a voicemail? (check your response) By marking "Yes" below, and signing this form, you are providing prior express written consent to receive calls about this Settlement from the Settlement Administrator (Gentle, Turner, & Benson, LLC) at the telephone number(s) you submit in this form. You confirm that you are the user of any telephone number submitted in this form.

☐ Yes ☐ No

## D. PROOF OF CLAIM ELIGIBILITY

To the best of your ability, please answer all of the following questions, and if needed, provide any supporting documents. Supporting documents can be submitted via the Class Website, email, or mail.

1. Did you appear in an image or video involving Sexually Explicit Conduct that was taken or recorded when you were under the age of eighteen that has been made available for viewing on any website owned or operated by Defendants ("MindGeek Websites") anytime from **February 12, 2011** through **December 6, 2024**? Please note that this also includes images or videos involving Sexually Explicit Conduct that were taken or recorded when you were under eighteen but that were made available for viewing on any of the MindGeek Websites when you were over eighteen.

   ☐ Yes ☐ No

   * If you select No, you are not a Qualified Claimant.

2. To the best of your ability, please identify each MindGeek Website in which you appeared in a CSAM images(s) or video(s), which is an image or video involving Sexually Explicit Conduct that was taken or recorded when you were under the age of eighteen. (check all that apply)

   ☐ Pornhub.com
   ☐ Pornhubpremium.com
   ☐ Redtube.com
   ☐ Redtubepremium.com
   ☐ YouPorn.com
   ☐ YouPornpremium.com
   ☐ Tube8.com
   ☐ Mofosex.com
   ☐ ExtremeTube.com
   ☐ Spankwire.com
   ☐ Keezmovies.com
   ☐ Thumbzilla.com
   ☐ XTube.com

*If you do not make a selection, you are not a Qualified Claimant.

3. To the best of your ability, please provide (1) the approximate dates (month/year) on which you appeared in an image or video involving Sexually Explicit Conduct, (2) the MindGeek Website the image or video was posted on, and (3) your age(s) at the time each image(s) or video(s) were taken.

If you wish to identify more than three images or videos, please submit information regarding that additional content in a separate document and attach it to your Claim Form submission.

PLEASE NOTE: Eligibility can be determined by the Settlement Administrator based on one or more images or videos. An eligibility determination based on multiple images or videos will not increase a Qualified Claimant's award amount.

**Image or Video 1:**

Date Posted: ____________________

MindGeek Website: ____________________

Date Taken or Recorded: ____________________

Age when Taken/Recorded: ____________________

**Image or Video 2:**

Date Posted: ____________________

MindGeek Website: ____________________

Date Taken or Recorded: ____________________

Age when Taken/Recorded: ____________________

**Image or Video 3:**

Date Posted: ____________________

MindGeek Website: ____________________

Date Taken or Recorded: ____________________

Age when Taken/Recorded: ____________________

4. To the best of your ability, please provide any additional details you can about the image(s) or video(s) that you identified in Question 3 above involving Sexually Explicit Conduct that was taken or recorded when you were under the age of eighteen and posted on the MindGeek Website(s). Details may include, for example, the URL(s) of the image or video or title(s) or username(s) of anyone who uploaded the content. PLEASE DO NOT SUBMIT ANY CSAM IMAGES OR VIDEOS. **This information will be kept confidential, and absent court order, will only be used to determine your eligibility and will not be used to initiate or support a criminal case related to the dissemination of CSAM.**

If you wish to identify more than three images or videos, please submit information regarding that additional content in a separate document and attach it to your Claim Form submission.

PLEASE NOTE: Eligibility can be determined by the Settlement Administrator based on one or more images or videos. An eligibility determination based on multiple images or videos will not increase a Qualified Claimant's award amount.

**Image or Video 1:**

Name of Person Who Uploaded: ____________________

Username Associated with Upload: ____________________

Title: ____________________________________________

URL: ____________________________________________

Other Details: ______________________________________________
______________________________________________
______________________________________________

**Image or Video 2:**

Name of Person Who Uploaded: ____________________
Username Associated with Upload: ____________________
Title: ____________________________________
URL: ____________________________________
Other Details: ______________________________________________
______________________________________________
______________________________________________

**Image or Video 3:**

Name of Person Who Uploaded: ____________________
Username Associated with Upload: ____________________
Title: ____________________________________
URL: ____________________________________
Other Details: ______________________________________________
______________________________________________
______________________________________________

5. Did you or anyone else submit a takedown request to Defendants, or another entity? A "takedown request" is a request, or a report, submitted to Defendants, or another entity, reporting that you were under the age of eighteen when you appeared in an image or video involving Sexually Explicit Conduct that was made available for viewing on any of the MindGeek Websites, or requesting that the image or video be removed from a MindGeek Website. Please note that a "yes" response to this question is not a requirement or a prerequisite to being deemed a Qualified Claimant nor does it guarantee that you will become a Qualified Claimant – we simply wish to provide several ways you can provide proof of your potential eligibility.

☐ Yes ☐ No

If yes, please provide a copy of the request, if available, or details of your takedown request, including, for example, who the takedown request was submitted to, the date it was submitted, etc. PLEASE DO NOT SUBMIT ANY CSAM IMAGES OR VIDEOS.

______________________________________________
______________________________________________
______________________________________________
______________________________________________
______________________________________________

6. Did you or anyone else submit a report to law enforcement reporting that you were under the age of eighteen when you appeared in an image or video involving Sexually Explicit Conduct that was made available for viewing on any of the MindGeek Websites? Please note that a "yes" response to this question is not a requirement or a prerequisite to being deemed a Qualified Claimant nor does it guarantee that you will become a Qualified Claimant – we simply wish to provide several ways you can provide proof of your potential eligibility.

☐ Yes ☐ No

If yes, please provide a copy of any report, if available, or details of your law enforcement report, including, for example, the law enforcement agency it was submitted to, the date it was submitted, etc. PLEASE DO NOT SUBMIT ANY CSAM IMAGES OR VIDEOS.

______________________________________________________________________________
______________________________________________________________________________
______________________________________________________________________________
______________________________________________________________________________
______________________________________________________________________________

7. Did you or anyone else submit a report, or communicate to, the National Center for Missing & Exploited Children (NCMEC), such as the CyberTipline, that you were under the age of eighteen when you appeared in a video or image involving Sexually Explicit Conduct that was made available for viewing on any of the MindGeek Websites? Please note that a "yes" response to this question is not a requirement or a prerequisite to being deemed a Qualified Claimant nor does it guarantee that you will become a Qualified Claimant – we simply wish to provide several ways you can provide proof of your potential eligibility.

☐ Yes ☐ No

If yes, please provide a copy of your report or communication to NCMEC, if available, or details of your report or communication to NCMEC, including, for example, the case number generated from a report, the date of the report/communication, the method of communication, etc. PLEASE DO NOT SUBMIT ANY CSAM IMAGES OR VIDEOS.

______________________________________________________________________________
______________________________________________________________________________
______________________________________________________________________________
______________________________________________________________________________
______________________________________________________________________________

8. Did you or anyone else submit a report, or communicate to, a non-profit or another agency, other than NCMEC, that you were under the age of eighteen when you appeared in an image or video involving Sexually Explicit Conduct that was made available for viewing on any of the MindGeek Websites? Please note that a "yes" response to this question is not a requirement or a prerequisite to being deemed a Qualified Claimant – we simply wish to provide several ways you can provide proof of your potential eligibility.

☐ Yes ☐ No

If yes, please provide a copy of the report or communication, if available, or details of your report or communication, including, for example, the name of the non-profit or other agency, the date of the report/communication, the method of communication, etc. PLEASE DO NOT SUBMIT ANY CSAM IMAGES OR VIDEOS.

____________________________________________________________
____________________________________________________________
____________________________________________________________
____________________________________________________________
____________________________________________________________

9. Did you or anyone else submit a report, or communicate to, a service provider or third party not included in the above questions, that you were under the age of eighteen when you appeared in an image or video involving Sexually Explicit Conduct that was made available for viewing on any of the MindGeek Websites? Examples of service providers or third parties include therapists or medical professionals, and survivor organization. Please note that a "yes" response to this question is not a requirement or a prerequisite to being deemed a Qualified Claimant nor does it guarantee that you will become a Qualified Claimant – we simply wish to provide several ways you can provide proof of your potential eligibility.

☐ Yes ☐ No

If yes, please provide a copy of the report or communication, if available or details of your report or communication, including, for example, the name of the service provider or other agency, the date of the report/communication, the method of communication, etc. PLEASE DO NOT SUBMIT ANY CSAM IMAGES OR VIDEOS.

____________________________________________________________
____________________________________________________________
____________________________________________________________
____________________________________________________________
____________________________________________________________

## E. SUBMISSION TO JURISDICTION OF COURT AND DECLARATION

On behalf of myself and each of my heirs, agents, executors, trustees, administrators, predecessors, successors and assigns, I submit this Claim Form under the terms of the Stipulation of Settlement (the "Settlement Agreement") described in the Notice. I further acknowledge that I am bound by and subject to the terms of any judgment that may be entered in the Actions in the Northern District of Alabama and the Central District of California.

1. I hereby warrant and represent that I have not assigned or transferred or purported to assign or transfer, voluntarily or involuntarily, any matter released pursuant to this release or any other part or portion thereof.

2. I hereby warrant and represent that I have included the information requested about my experiences which occurred during the Class Period.

3. I hereby warrant and represent that I appeared in an image or video involving Sexually Explicit Conduct that depicted me when I was under the age of eighteen that has been made available for viewing on one or more MindGeek Websites anytime from February 12, 2011 through December 6, 2024.

4. I declare under penalty of perjury under the laws of the United States of America that all of the foregoing information supplied on this Claim Form by the undersigned is true and correct.

Executed this ___ day of _________________, ____________ in ________________, _____________________.
(month) (year) (city) (state/country)

________________________________
(Sign Your Name or Apply Your Electronic Signature Here)

## F. ATTORNEY ATTESTATION

If the Claimant is represented by an attorney, this section must be completed and signed by the attorney:

As the attorney for the Claimant in this Claim Form, I attest and declare under penalty of perjury that the filing of this Claim Form is not frivolous, and the information provided in support of this Claim Form is true and correct to the best of my knowledge and belief.

_______________________________________________
Printed Name

_____________________________________________
Signature

## G. NON-UNITED STATES CITIZEN RELEASE

As a non-United States citizen, the terms of the Settlement require you review and sign the below release.

1. Upon the Settlement Effective Date, I acknowledge full and complete satisfaction of, and fully, finally, and forever settle, release, and discharge from the Released Claims all "Releasees," as set forth fully in § 4.1 of the Stipulation of Settlement.

2. "Releasees" means Defendants and all their respective or individual, direct and indirect, past, present and future parents, holding companies, subsidiaries, corporate affiliates (any entity that directly or indirectly controls, is controlled by, or is under common control with another entity), divisions, joint ventures, predecessors, successors, reorganized successors, spin-offs, assigns, and each of their respective past, present and future principals, directors, officers, managers, shareholders, members, partners, employees, representatives, agents, attorneys, insurers, and reinsurers and all of their respective heirs, executors, administrators, predecessors, successors, assigns, and persons acting through, under or in concert with them, individually, jointly, and severally.

3. "Releasing Parties" means Plaintiffs and the Class. Releasing Parties does not include any Person who would otherwise be a Class Member but who properly excluded themselves by filing a valid and timely Opt-Out Form.

4. Upon the Settlement Effective Date, Plaintiffs and the Class (the **"Releasing Parties"**) shall release as against Defendants, and all their respective or individual, direct and indirect, past, present and future parents, holding companies, subsidiaries, corporate affiliates (any entity that directly or indirectly controls, is controlled by, or is under common control with another entity), divisions, joint ventures, predecessors, successors, reorganized successors, spin-offs, assigns, and each of their respective past, present and future principals, directors, officers, managers, shareholders, members, partners, employees, representatives, agents, attorneys, insurers, and reinsurers and all of their respective heirs, executors, administrators, predecessors, successors, assigns, and persons acting through, under or in concert with them, individually, jointly, and severally (the **"Releasees"**), any and all claims, whether past or present, mature or not yet mature, known or unknown, suspected or unsuspected, contingent or noncontingent, whether based on federal, state, or local law, statute, ordinance, regulation, code, contract, common law, or any other source, that Plaintiffs or any other member of the Class (a) asserted in the Actions, or (b) may ever have that arise out of or are based upon the acts, facts, statements, or omissions involved, set forth or referred to in the Actions (the **"Released Claims"**). For the avoidance of doubt, nothing in this Release shall be construed as a release, waiver, or discharge of any claims, rights, demands, or causes of action arising out of or relating to any acts, omissions, events, or conduct occurring after the last opt out deadline, which was December 6, 2024. This Release applies solely to claims arising from acts, omissions, events, or conduct that occurred on or prior to December 6, 2024, and the Parties expressly reserve all rights with respect to any matters arising from post-December 6, 2024 conduct. For clarity, all such claims against third-party platforms, Models, Content Partners, advertisers, sponsors, advertising networks, and any other non-Defendant persons or entities are fully preserved unless such persons or entities are named Defendants or are wholly owned subsidiaries of a named Defendant. Upon the Settlement Effective Date, Defendants, their affiliates, officers, directors, and employees shall release Plaintiffs, all other members of the Class, and their Counsel from any claims related to the institution, prosecution, and settlement of these Actions. Each

member of the settlement Class, except those who opt out, regardless of whether that member submitted a timely claim or receives any payment from the Settlement Fund, shall be bound by this release.

5. In addition, Class Members expressly waive, to the fullest extent permitted by law: (i) the provisions, rights, and benefits conferred by Section 1542 of the California Civil Code; and (ii) any law of any foreign state, state of the United States, federal law, or principle of common law which is similar, comparable, or equivalent to Section 1542 of the California Civil Code. Section 1542 of the California Civil Code provides:

   **A GENERAL RELEASE DOES NOT EXTEND TO CLAIMS THAT THE CREDITOR OR RELEASING PARTY DOES NOT KNOW OR SUSPECT TO EXIST IN HIS OR HER FAVOR AT THE TIME OF EXECUTING THE RELEASE AND THAT, IF KNOWN BY HIM OR HER, WOULD HAVE MATERIALLY AFFECTED HIS OR HER SETTLEMENT WITH THE DEBTOR OR RELEASED PARTY.**

6. I hereby warrant and represent that I have not assigned or transferred or purported to assign or transfer, voluntarily or involuntarily, any matter released pursuant to this release or any other part of portion thereof.

7. I hereby warrant and represent that I have included the information requested about my experiences which occurred during the Class Period.

8. I declare under penalty of perjury under the laws of the United States of America that all of the foregoing information supplied on this Release by the undersigned is true and correct.

Executed this ___ day of _________________, ____________ in ________________, ____________________.
(month) (year) (city) (state/country)

_______________________________
(Sign Your Name or Apply Your Electronic Signature Here)

**ACCURATE CLAIMS PROCESSING TAKES A SIGNIFICANT AMOUNT OF TIME.**

**THANK YOU FOR YOUR PATIENCE.**

## H. REMINDER CHECKLIST

1. Type or print using only blue or black ink on the Claim Form. Do not use red pen or highlighter.

2. Submit the Claim Form and attach copies of supporting documentation, if available. You can submit hardcopies via mail, attachments via email, or you can upload online at [TK Settlement Administrator website].

3. Do not send original documents.

4. **Keep a copy of your Claim Form and all supporting documentation for your records.**

5. The Settlement Administrator will acknowledge receipt of your Claim Form by mail or e-mail within 15 business days. Your claim is not deemed submitted until you receive an acknowledgement notice. If you do not receive an acknowledgement notice within 15 business days of submitting your Claim Form, please email the Settlement Administrator at TK or call them at TK.

6. If you move, please send your new address to:

[TK]

**DEADLINES REMINDER**

You (or counsel, on your behalf) **must mail, email or upload online your completed and signed Claim Form by no later than 11:59PM EDT on TK DATE**. If, after submitting your Claim Form, you determine administrative corrections to your submission are needed, please contact the Settlement Administrator via e-mail at TK, or via mail at TK. The Settlement Administrator will consider such administrative corrections for a 30-day grace period following the submission deadline and may otherwise seek additional information as necessary to evaluate your submission.