**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

JANE DOE on behalf of herself and all others similarly situated,

Plaintiff,

v.

MINDGEEK USA INCORPORATED, MINDGEEK S.A.R.L., MG FREESITES, LTD (D/B/A PORNHUB), MG FREESITES II, LTD, MG CONTENT RT LIMITED, AND 9219-1568 QUEBEC, INC. (D/B/A MINDGEEK),

Defendants.

Case No. 8:21-cv-00338-WLH-ADS

*Hon. Wesley L. Hsu*

**CLASS ACTION**

**DECLARATION OF LAUREN COFFREN**

# DECLARATION OF LAUREN COFFREN

I, Lauren Coffren, declare as follows:

1. I am currently employed as Executive Director of the Exploited Children Division ("ECD") at The National Center for Missing and Exploited Children ("NCMEC") and have been employed by NCMEC since June 2006. As Executive Director, I am responsible for providing strategic and operational leadership for several NCMEC programs, including: the CyberTipline, the centralized reporting mechanism for online child sexual exploitation, the Child Victim Identification Program ("CVIP"), and the Notice Tracking Program. I also am responsible for the operations of NCMEC's multi-faceted response to reports submitted to the CyberTipline by members of the public, including reports relating to the exploitation of children.

2. NCMEC is a private, nonprofit corporation established in 1984 and incorporated under the laws of the District of Columbia. NCMEC's mission is to help find missing children, reduce child sexual exploitation, and prevent child victimization. NCMEC serves as the national clearinghouse for families, victims, private industry, law enforcement, and other professionals on information and programs related to missing and sexually exploited children and child sex trafficking issues. NCMEC employs over 500 individuals and works with hundreds of volunteers to facilitate outreach and prevention messaging and community child safety events nationwide.

3. NCMEC created the ECD in January 1997 and began operating the CyberTipline on March 9, 1998, as part of its private, nonprofit mission to serve as the national resource center and clearinghouse concerning online child sexual exploitation issues. The CyberTipline was created to receive reports regarding the online enticement of children for sexual acts, including sextortion, child sexual molestation, child pornography, extraterritorial child sexual abuse and exploitation, child sex trafficking, unsolicited obscene material sent to a child, misleading domain

names, misleading words or digital images on the Internet. Members of the public, including families and victims, and electronic service providers can submit reports to NCMEC's CyberTipline.

4. NCMEC connects survivors of child sexual exploitation with a range of free services depending on their specific needs. Most survivors victimized by child sexual exploitation and their families connect with NCMEC through the CyberTipline, which enables them to speak directly with an ECD analyst handling their case. Analysts may assist with online content removal, warm handoffs of reports to law enforcement, crisis coordination with external support agencies, and connecting survivors to legal and mental health referrals.

5. NCMEC recommends a four-part approach for children and/or their families experiencing exploitation: (a) report the incident through an in-app or on-platform reporting mechanism where the incident is occurring; (b) report the incident directly to law enforcement (this may include federal, state, or local law enforcement and/or a school resource officer); (c) report the incident to NCMEC's CyberTipline either by calling NCMEC's toll-free, 24/7 Call Center at 1-800-THE-LOST or online at https://report.cybertip.org/; and (d) if the child has access on their phone to the nude or sexual image(s), consider submitting hash values of the image(s) to NCMEC's Take It Down program at https://takeitdown.ncmec.org/.

6. NCMEC staff will ensure that all information submitted in a CyberTipline report is made available to the appropriate law enforcement agency/agencies, often on a prioritized or escalated basis. If an offender is working across different online platforms to entice and sextort a child, NCMEC is uniquely positioned to consolidate this information and make it available to law enforcement.

7. If nude or sexual images depicting the child are publicly available on an online platform, NCMEC staff also will notify the online platform and will continue sending notifications and monitoring for removal of the images. NCMEC is designated as a "trusted flagger" by many online platforms, which prioritizes

NCMEC's requests and often expedites removal of images or videos NCMEC is reporting. In 2025, NCMEC sent 4,620 notices in its "trusted flagger" capacity to online platforms, and 4,483 (97%) of these notices resulted in removal of the reported content.

8. NCMEC also operates the Take It Down program (https://www.missingkids.org/gethelpnow/isyourexplicitcontentoutthere#takeitdown) and provides specific instructions to help a child or their family submit a unique digital fingerprint or hash value of a nude or sexual image in which the child is depicted and that is on the child's phone to the Take It Down program. NCMEC consolidates hash values submitted through the Take It Down website and makes them available to online platforms that have voluntarily decided to use the list of these hashes to detect, remove, and report these images if they are posted on their systems.

9. NCMEC provides a wide range of resources, services, and information to children victimized by child sexual exploitation and their families. As part of these resources, services, and information, NCMEC may provide information relating to policy and legal developments and opportunities for survivors and their families to learn more about ongoing court cases, including cases in which a survivor may be eligible to serve as a party or claimant in some capacity. NCMEC may share this information in several ways, including through communications with the following NCMEC networks:

a) NCMEC's Direct Service Provider Network: NCMEC has developed a national network of service providers who offer specialized resources relating to the children and families we serve, including child-serving professionals focused on offering survivors of child sex exploitation a variety of services including but not limited to: case management, therapists, legal advocacy, and mentors. Due to the range of services they offer, these direct service providers work with families of victimized children and adults who were exploited as children. Direct Service

Providers can be a powerful network to help make survivors aware of various legal opportunities and can provide support and assistance as they navigate the process.

b) Law Enforcement Victim Advocates: NCMEC supports efforts of local, state, and federal law enforcement on missing and exploited child cases. Both the Federal Bureau of Investigation and Department of Homeland Security have embedded victim assistance specialists who provide resources and support to victims of crimes, including sexual exploitation. Victim advocates have unique knowledge and awareness of victims of crime within their jurisdiction. Many state and local law enforcement agencies also work with federal victim assistance specialists to support victims in their cases.

c) NCMEC's Survivor Network: NCMEC has a national network of survivor leaders and advocates who support our work by providing consultation, technical assistance, and training on a variety of different programs of work. The survivors who are part of NCMEC's network have extensive knowledge and connections among their own networks of individuals with lived experience.

d) NCMEC's Attorney Network: NCMEC works closely with a network of attorneys who represent children victimized by sexual exploitation in various matters, including civil and criminal restitution, compensation processes, removal of online images, and other legal issues.

e) NCMEC Website and Social Media: NCMEC posts information relating to issues relevant to survivors, including restitution and compensation opportunities, on its website and social media accounts.

10. NCMEC is amenable to working with counsel for the certified class to provide notice of the resolution of these legal actions and the opportunities for compensation through NCMEC's networks designed to reach survivors.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on August 13, 2026, in Alexandria, Virginia.

Lauren Schuette Coffren

LAUREN COFFREN

Rachel Fielkow

Remote Notary Public

Notarized online using audio-video communication technology

ELECTRONIC NOTARY PUBLIC COMMONWEALTH OF VIRGINIA

Rachel Fielkow
Electronic Notary Public
Commonwealth of Virginia
Commission #: 00359654
Commission Expires: 06/29/2029