DAVIDA BROOK (275370)
dbrook@susmangodfrey.com
KRYSTA KAUBLE PACHMAN (280951)
kpachman@susmangodfrey.com
HALLEY W. JOSEPHS (338391)
hjosephs@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Phone: (310) 789-3100; Fax: (310) 789-3150

(*See additional counsel on signature page)*

Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

JANE DOE on behalf of herself and all others similarly situated,

Plaintiff,

v.

MINDGEEK USA INCORPORATED, MINDGEEK S.A.R.L., MG FREESITES, LTD (D/B/A PORNHUB), MG FREESITES II, LTD, MG CONTENT RT LIMITED, AND 9219-1568 QUEBEC, INC. (D/B/A MINDGEEK),

Defendants.

Case No. 8:21-cv-00338-WLH-ADS

*Hon. Wesley L. Hsu*

**CLASS ACTION**

**PLAINTIFF'S NOTICE ERRATA**

**TO THE COURT, ALL PARTIES, AND ALL COUNSEL OF RECORD:**

Please take notice of the following errata and correction to Plaintiff's Application for Leave to File Document Under Seal and Sealed Declaration in Support of Application to File Under Seal. Plaintiff inadvertently filed two copies of the aforementioned documents on August 14, 2026 at Docket Nos. 429-432. The correct copy of Plaintiff's Application to Seal was filed at Docket No. 430 and the correct copy of Plaintiff's Sealed Declaration in Support of Application to File Under Seal was filed at Docket No. 432. The erroneous copies filed at Docket Nos. 429 and 431 should be disregarded.

Dated: August 17, 2026

Respectfully submitted,

By: *<u>/s/ Krysta Kauble Pachman</u>*

DAVIDA BROOK
dbrook@susmangodfrey.com
KRYSTA KAUBLE PACHMAN
kpachman@susmangodfrey.com
HALLEY W. JOSEPHS
hjosephs@susmangodfrey.com
ROHIT D. NATH
rnath@susmangodfey.com
NICHOLAS N. SPEAR
nspear@susmangodfrey.com
EMILY K. CRONIN
ecronin@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Tel : (310) 789-3100

CHRISTINA M. DIECKMANN
(*Pro Hac Vice*)
cdieckmann@susmangodfrey.com
SUSMAN GODFREY L.L.P.
One Manhattan West
New York, NY 10001-8602
Tel : (212) 336-8330

STEVE COHEN *(Pro Hac Vice)*
SCohen@pollockcohen.com
POLLOCK COHEN LLP
60 Broad St., 24th Floor
New York, NY 10004
Phone: (212) 337-5361

**CERTIFICATE OF SERVICE**

I hereby certify that on August 17, 2026, I electronically filed the foregoing document with the clerk of the Court and served counsel of record via the CM/ECF system and email.

*/s/ Krysta Kauble Pachman*
Krysta Kauble Pachman