Seth R. Goldman (*Admitted Pro Hac Vice*)
sgoldman@mintz.com
**MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO P.C.**
919 Third Avenue
New York, NY 10022
Telephone: (212) 692-6845
Facsimile: (212) 983-3115

Arameh Z. O'Boyle (SBN 239495)
azoboyle@mintz.com
Esteban Morales Fabila (SBN 273948)
emorales@mintz.com
**MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO P.C.**
2049 Century Park East, Suite 300
Los Angeles, CA 90067
Telephone: (310) 586-3200
Facsimile: (310) 586-3202

Attorneys for Defendants

*[Additional Defendants' Counsel continued on next page]*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| JANE DOE, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MINDGEEK USA INCORPORATED, et al.,<br><br>Defendants. | Case No. 8:21-cv-00338-WLH-ADS<br><br>**CERTIFICATE OF SERVICE RE UNDER SEAL DOCUMENTS**<br><br>Complaint Filed: Feb. 19, 2021<br>Trial Date: None Set |

Kevin M. McGinty (*Admitted Pro Hac Vice*)
kmcginty@mintz.com
**MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO, P.C.**
One Financial Center
Boston, MA 02111
Telephone: (617) 542-6000
Facsimile: (617) 542-2241

# PROOF OF SERVICE

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Los Angeles, State of California, and am not a party to the above-entitled action. On August 18, 2026, I served a true and correct copy of the following document(s):

- **DECLARATION OF ARAMEH Z. O'BOYLE IN SUPPORT OF PLAINTIFF'S APPLICATION FOR LEAVE TO FILE UNDER SEAL [DKT. NO. 430]**

| | |
|---|---|
| ☒ | **BY EMAIL**: I caused the documents to be sent to the persons at the email address listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful. |
| | **SUSMAN GODFREY LLP**<br>• Davida P. Brook - dbrook@susmangodfrey.com<br>• Krysta K. Pachman - kpachman@susmangodfrey.com<br>• Halley W. Josephs - hjosephs@susmangodfrey.com<br>• Emily K. Cronin - ecronin@susmangodfrey.com<br><br>**POLLOCK COHEN LLP**<br>• Steve M. Cohen - scohen@pollockcohen.com<br><br>Attorneys for Plaintiff Jane Doe |

Executed on August 18, 2026, at Los Angeles, California. I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

Jazmin Leon

Jazmin Leon