# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>MINDGEEK USA INCORPORATED, MINDGEEK S.A.R.L., MG FREESITES, LTD (D/B/A PORNHUB), MG FREESITES II, LTD, MG CONTENT RT LIMITED, AND 9219-1568 QUEBEC, INC. (D/B/A MINDGEEK),<br>Defendants. | Case No. 8:21-cv-00338-WLH-ADS<br><br>**ORDER RE PLAINTIFF'S APPLICATION FOR LEAVE TO FILE UNDER SEAL [430]** |

The Court is in receipt of Plaintiff's Application Under Local Rule 79-5.2.2 to File Under Seal (*see* Dkt. No. 430) and Defendants' Sealed Declaration in Support of the Application (see Dkt. No. 437). The Court has considered the Application and the Declaration and **GRANTS** the Application. It is hereby **ORDERED** that the identified portion of the following document is to be filed under seal:

- Section 1.B.6 of Appendix A to the Settlement Agreement, filed as Exhibit B to the Declaration of Krysta Kauble Pachman in Support of Plaintiffs' Motion for Preliminary Approval of Class Action Settlement.

**IT IS SO ORDERED.**

Dated: September 8, 2026

Hon. Wesley L. Hsu
United States District Court